1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

STEVE TEIXEIRA,

Plaintiff,

v.

MOZILLA CORPORATION a.k.a. M.F.
Technologies, a California corporation;
MOZILLA FOUNDATION, a California public
benefit corporation; LAURA CHAMBERS and
her marital community; WINIFRED
MITCHELL BAKER and her marital
community, and DANI CHEHAK and her
marital community.

Defendants.

Case No. _____

**DECLARATION OF MATTHEW
BECKER IN SUPPORT OF
REMOVAL OF ACTION TO
FEDERAL COURT**

17

18

19

20

21

22

23

24

25

26

I, Matthew Becker, declare as follows:

1.      I am employed by MZ Denmark GmbH, Mozilla Corporation's ("Mozilla")
German subsidiary, as the Senior Director of Global Accounting and Controlling. I am based
in Berlin, Germany. I make this declaration to support the Notice of Removal filed by Mozilla
in the matter of *Steve Teixeira v. Mozilla Corporation, et al.* I have personal knowledge of the
matters set forth herein, and if called as a witness, I could and would testify competently
thereto.

2.      Mozilla is a California corporation with its principal place of business in San
Francisco, California.

3.      Mozilla is a wholly owned subsidiary of Mozilla Foundation.

4.      In my role with Mozilla, I have access to employment data, including, but not
limited to, payroll data. These files are made and kept in Mozilla's ordinary course of business.

DECLARATION OF MATTHEW BECKER IN
SUPPORT OF REMOVAL OF ACTION TO
FEDERAL COURT - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

5.      Plaintiff Steve Teixeira is currently employed with Mozilla as the Chief Product Officer, earning a base salary of $500,000, an annual bonus target of 40% of his base salary, and a 2023 long term incentive plan award target of $3,250,000.00.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

Executed on July 11, 2024 at Berlin, Germany.

Matthew Becker

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, I caused a true and correct copy of the foregoing document to be served on the parties listed below in the manner indicated:

| | |
|---|---|
| Mathew L. Harrington<br>Amy K. Alexander<br>STOKES LAWRENCE, P.S.<br>1420 5th Avenue, 30th Floor<br>Seattle, WA 98101<br>E-mail: mat.harrington@stokeslaw.com<br>amy.alexander@stokeslaw.com<br><br>*Attorneys for Plaintiff Steve Teixeira* | ☐   Via Hand Delivery<br><br>☐   Via U.S. Mail<br><br>☑   Via E-mail<br><br>☑   Via the Court's<br>       E-Service Device |
| Darren Feider, WSBA No. 22430<br>SEBRIS BUSTO JAMES P.S.<br>15375 SE 30th Pl., Suite 310<br>Bellevue, Washington 98007<br>T: 425 454-4233<br>F: 425 453-9005<br>E-mail: dfeider@sbj.law<br><br>*Attorneys for Defendant Mozilla Foundation* | ☐   Via Hand Delivery<br><br>☐   Via U.S. Mail<br><br>☑   Via E-mail<br><br>☑   Via the Court's<br>       E-Service Device |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 11th day of July, 2024

*s/ Jacey Bittle*
Jacey Bittle, Legal Administrative Assistant

DECLARATION OF MATTHEW BECKER IN
SUPPORT OF REMOVAL OF ACTION TO
FEDERAL COURT - 3

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800