1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>             Plaintiff,<br><br>    v.<br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community.<br><br>             Defendants. | Case No. 2:24-cv-1032<br><br>**CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, DEFENDANT MOZILLA CORPORATION is a wholly owned subsidiary of MOZILLA FOUNDATION.

DLA PIPER LLP (US)

*s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
Alexandria Cates, WSBA No. 53786
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: 206.839.4800
Fax: 206.839.4801
E-mail:  anthony.todaro@us.dlapiper.com
E-mail:  alexandria.cates@us.dlapiper.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, I caused a true and correct copy of the foregoing document to be served on the parties listed below in the manner indicated:

| | |
|---|---|
| Mathew L. Harrington<br>Amy K. Alexander<br>STOKES LAWRENCE, P.S.<br>1420 5th Avenue, 30th Floor<br>Seattle, WA 98101<br>E-mail: mat.harrington@stokeslaw.com<br>amy.alexander@stokeslaw.com<br><br>*Attorneys for Plaintiff Steve Teixeira* | ☐  Via Hand Delivery<br>☐  Via U.S. Mail<br>☑  Via E-mail<br>☑  Via the Court's E-Service Device |
| Darren Feider, WSBA No. 22430<br>SEBRIS BUSTO JAMES P.S.<br>15375 SE 30th Pl., Suite 310<br>Bellevue, Washington 98007<br>T: 425 454-4233<br>F: 425 453-9005<br>E-mail: dfeider@sbj.law<br><br>*Attorneys for Defendant Mozilla Foundation* | ☐  Via Hand Delivery<br>☐  Via U.S. Mail<br>☑  Via E-mail<br>☑  Via the Court's E-Service Device |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 11th day of July, 2024

*s/ Jacey Bittle*
Jacey Bittle, Legal Administrative Assistant