IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>Plaintiff,<br><br>v.<br><br>MOZILLA CORPORATION, a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community; and DANI CHEHAK and her marital community,<br><br>Defendants. | Case No. 2:24-cv-1032<br><br>NOTICE OF APPEARANCE |

Please take notice that Darren A. Feider (WSBA #22430) and Amanda V. Masters (WSBA #46342) of Sebris Busto James hereby enter their appearances as counsel of record for Defendant Mozilla Foundation, without waiving any defenses, and request that all papers and pleadings in this case be served upon them at the address stated below.

//

//

NOTICE OF APPEARANCE – 1
*Teixeira v. Mozilla Corporation, et al.* – Case No. 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

DATED this 15th day of July 2024.

        SEBRIS BUSTO JAMES
s/ Darren A. Feider
Darren A. Feider, WSBA #22430
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
(425) 454-4233
dfeider@sbj.law

SEBRIS BUSTO JAMES
s/ Amanda V. Masters
Amanda V. Masters, WSBA #46342
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
(425) 454-4233
amasters@sbj.law

*Attorneys for Defendant Mozilla Foundation*

NOTICE OF APPEARANCE – 2
*Teixeira v. Mozilla Corporation, et al.* – Case No. 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

**CERTIFICATE OF SERVICE**

I, Darren A Feider, certify under penalty of perjury under the laws of the United States that, on July 15, 2024, I caused to be served the attached document to the individuals listed below in the manner shown:

*Attorneys for Plaintiff*:

| | |
|---|---|
| Mathew L. Harrington<br>Amy K. Alexander<br>STOKES LAWRENCE, P.S.<br>1420 5th Avenue, 30th Floor<br>Seattle, WA 98101<br>E-mail: mat.harrington@stokeslaw.com<br>amy.alexander@stokeslaw.com | ☐ By U.S. Mail<br>☐ By Federal Express<br>☐ By Facsimile<br>☐ By Messenger<br>☐ By Electronic Mail<br>☒ By E-service |

*Attorneys for Defendants Mozilla Corporation, Laura Chambers, Winifred Mitchell Baker, and Dani Chehak*

| | |
|---|---|
| Anthony Todaro<br>Alexandria Cates<br>DLA PIPER LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104-7029<br>E-mail: anthony.todaro@us.dlapiper.com<br>alexandria.cates@us.dlapiper.com | ☐ By U.S. Mail<br>☐ By Federal Express<br>☐ By Facsimile<br>☐ By Messenger<br>☐ By Electronic Mail<br>☒ By E-service |

s/ Darren A. Feider
Attorney for Defendant

NOTICE OF APPEARANCE – 3
*Teixeira v. Mozilla Corporation, et al.* – Case No. 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005