UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>                        Plaintiff,<br><br>   v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community; and DANI CHEHAK and her marital community,<br><br>                        Defendants. | Case No. 2:24-cv-1032<br><br>**JOINDER IN NOTICE OF REMOVAL OF ACTION** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

      PLEASE TAKE NOTICE that Defendant MOZILLA FOUNDATION hereby joins in the Removal of Civil Action, filed on or about July 12, 2024, removing to the United States District Court for the Western District of Washington the state court action described in the Notice of Removal as follows: *Steve Teixeira v. Mozilla Corporation, et al.*, originally filed in King County Superior Court Case No. 24-2-14056-5 SEA. Through this joinder, Mozilla Foundation confirms its consent to removal of this action.  In joining in the Notice of Removal, Mozilla Foundation does not waive and expressly reserves all rights, defenses, affirmative defenses, and objections available in any federal or state court with respect to this action.

//

JOINDER IN NOTICE OF REMOVAL OF ACTION
*Teixeira v. Mozilla Corporation, et al.* - Case No. 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl, Suite 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

1  //

2  Dated this 15th day of July, 2024.

3  SEBRIS BUSTO JAMES

4  *s/ Darren A. Feider*
   Darren A. Feider, WSBA No. 22430
5  *s/ Amanda V. Masters*
6  Amanda V. Masters, WSBA No. 46342
   15375 SE 30th Pl., Suite 310
7  Bellevue, Washington 98007
   T: 425 454-4233
8  E-mail: dfeider@sbj.law
   E-mail: amasters@sbj.law
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINDER IN NOTICE OF REMOVAL OF ACTION
*Teixeira v. Mozilla Corporation, et al.* - Case No. 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl, Suite 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

# CERTIFICATE OF SERVICE

I, Darren A. Feider, certify under penalty of perjury under the laws of the United States that, on July 15, 2024, I caused to be served the attached document to the individuals listed below in the manner shown:

<u>Attorneys for Plaintiff</u>:

| | |
|---|---|
| Mathew L. Harrington<br>Amy K. Alexander<br>STOKES LAWRENCE, P.S.<br>1420 5th Avenue, 30th Floor<br>Seattle, WA 98101<br>E-mail: mat.harrington@stokeslaw.com<br>amy.alexander@stokeslaw.com | ☐ By U.S. Mail<br>☐ By Federal Express<br>☐ By Facsimile<br>☐ By Messenger<br>☐ By Electronic Mail<br>☒ By E-service |

<u>Attorneys for Defendants Mozilla Corporation, Laura Chambers, Winifred Mitchell Baker, and Dani Chehak</u>

| | |
|---|---|
| Anthony Todaro<br>Alexandria Cates<br>DLA PIPER LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104-7029<br>E-mail: anthony.todaro@us.dlapiper.com<br>alexandria.cates@us.dlapiper.com | ☐ By U.S. Mail<br>☐ By Federal Express<br>☐ By Facsimile<br>☐ By Messenger<br>☐ By Electronic Mail<br>☒ By E-service |

s/ Darren A. Feider
Attorney for Defendant

JOINDER IN NOTICE OF REMOVAL OF ACTION
*Teixeira v. Mozilla Corporation, et al.* - Case No. 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl, Suite 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005