UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community.<br><br>　　　　　　Defendants. | Case No. 2:24-cv-1032<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: July 19, 2024** |

## STIPULATION

Plaintiff STEVE TEIXEIRA ("Plaintiff") and Defendants MOZILLA CORPORATION a.k.a M.F. Technologies ("Mozilla"), MOZILLA FOUNDATION ("Mozilla Foundation"), LAURA CHAMBERS, WINIFRED MITCHELL BAKER, DANI CHEHAK (the "Individual Defendants") (collectively "Defendants'"), on the other, by and through their respective counsel of record, submit the following stipulation with reference to the following facts:

　　1.　　Plaintiff initiated this action in the Washington Superior Court for King County, where he filed his Complaint against Defendants on June 12, 2024.

　　2.　　Following service of the Complaint on Mozilla, with the consent of all Defendants, Mozilla removed the action to this Court on July 12, 2024.

　　3.　　Pursuant to FRCP 81(c)(2)(C), the current deadlines for Mozilla and

Mozilla Foundation to respond is July 19, 2024.

4. Attorneys for Defendants Laura Chambers, Winifred Mitchell Baker, and Dani Chehak hereby accept and acknowledge service of the Summons, Complaint, Case Information Cover Sheet, and Case Schedule as of July 17, 2024. Pursuant to FRCP 81(c)(2)(C), the current deadline for the Individual Defendants to respond is August 7, 2024.

5. To allow the parties the chance to review and address Plaintiff's allegations and allow the parties to be on the same schedule, Defendants have requested, and Plaintiff has agreed, to an extension of time that would allow each of the Defendants to respond to the Complaint on or before August 16, 2024.

6. No other extensions of time have been requested or granted, and the parties do not anticipate that this short extension will materially delay the proceedings or result in prejudice to any party.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, that the deadline for Defendants to file their respective responses to the Complaint shall be August 16, 2024.

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO RESPOND TO
COMPLAINT - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

Dated this 19th day of July, 2024.

| | |
|---|---|
| STOKES LAWRENCE, P.S.<br><br>*s/ Mathew L. Harrington*<br>Mathew L. Harrington<br>Amy K. Alexander<br>1420 5th Avenue, 30th Floor<br>Seattle, WA 98101<br>E-mail: mat.harrington@stokeslaw.com<br>E-mail: amy.alexander@stokeslaw.com<br><br>*Attorneys for Plaintiff Steve Teixeira* | DLA PIPER LLP (US)<br><br>By: *s/ Anthony Todaro*<br>Anthony Todaro, WSBA No. 30391<br>*s/ Alexandria Cates*<br>Alexandria Cates, WSBA No. 53786<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:   206.839.4800<br>E-mail:  anthony.todaro@us.dlapiper.com<br>E-mail: alexandria.cates@us.dlapiper.com<br><br>*Attorneys for Defendants MOZILLA CORPORATION a.k.a M.F. TECHNOLOGIES, LAURA CHAMBERS, WINIFRED MITCHELL BAKER, and DANI CHEHAK*<br><br>SEBRIS BUSTO JAMES P.S.<br><br>By: *s/ Darren Feider*<br>Darren Feider, WSBA No. 22430<br>15375 SE 30th Pl., Suite 310<br>Bellevue, Washington 98007<br>T: 425 454-4233<br>E-mail: dfeider@sbj.law<br><br>*Attorney for Defendant Mozilla Foundation* |

# **ORDER**

In accordance with the foregoing stipulation, and good cause appearing therefore, it is so ORDERED.

Dated this ___ day of July, 2024.

_____
United States District Judge
Judge Richard A. Jones

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties or their counsel of record.

Dated this 19th day of July, 2024

*s/ Jacey Bittle*
Jacey Bittle, Legal Administrative Assistant

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO RESPOND TO
COMPLAINT - 5

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800