THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>    Defendants. | Case No.: 2:24-CV-01032-RAJ<br><br>JURY DEMAND |

TO:    CLERK OF THE COURT

AND TO:    DEFENDANTS

AND TO:    ALL COUNSEL OF RECORD

Pursuant to Federal Rule of Civil Procedure 38 and 81(c), as well as Local Civil Rule 101, Plaintiff Steve Teixeira, by and through his attorneys of record, demands a trial by jury on all the issues so triable.

//

//

JURY DEMAND - 1
60606-003

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

DATED this 24th day of July, 2024.

STOKES LAWRENCE, P.S.

By: */s/Amy Alexander*
Amy Alexander (WSBA #44242)
Mathew Harrington (WSBA #33276)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone:  (206) 626-6000
Fax:  (206) 464-1496
Amy.alexander@stokeslaw.com
Mathew.Harrington@stokeslaw.com
Attorneys for Plaintiff Steve Teixeira

JURY DEMAND - 2
60606-003

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000