THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>  Plaintiff,<br><br>  v.<br><br>MOZILLA CORPORATION, a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community; and DANI CHEHAK and her marital community.<br><br>  Defendant. | Case No. 2:24-cv-1032<br><br>DEFENDANT MOZILLA FOUNDATION'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to LCR 7.1, Defendant Mozilla Foundation states that it is a non-profit corporation, with no parent corporation, and it is not a publicly traded corporation.

//

DEFENDANT MOZILLA FOUNDATION'S CORPORATE DISCLOSURE STATEMENT
*Teixeira v. Mozilla Corporation, et al.* – Case No. 2:24-cv-1032 – 1

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

1      DATED this 26th day of July 2024.

SEBRIS BUSTO JAMES
s/ Darren A. Feider
Darren A. Feider, WSBA #22430
Amanda V. Masters, WSBA #46342
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
(425) 454-4233
dfeider@sbj.law
amasters@sbj.law
*Attorneys for Defendant Mozilla Foundation*

DEFENDANT MOZILLA FOUNDATION'S CORPORATE DISCLOSURE STATEMENT
*Teixeira v. Mozilla Corporation, et al.* – Case No. 2:24-cv-1032 – 2

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

<u>Certificate of Service</u>

I, Darren A Feider, certify under penalty of perjury under the laws of the State of Washington that, on July 26, 2024, I caused to be served the attached document to the individuals listed below in the manner shown:

<u>Attorneys for Plaintiff</u>:

| | |
|---|---|
| Mathew L. Harrington<br>Amy K. Alexander<br>STOKES LAWRENCE, P.S.<br>1420 5th Avenue, 30th Floor<br>Seattle, WA 98101<br>E-mail: mat.harrington@stokeslaw.com<br>amy.alexander@stokeslaw.com | ☐ By U.S. Mail<br>☐ By Federal Express<br>☐ By Facsimile<br>☐ By Messenger<br>☒ By Electronic Mail<br>☒ By E-service |

<u>Attorneys for Defendants Mozilla Corporation, Laura Chambers, Winifred Mitchell Baker, and Dani Chehak</u>

| | |
|---|---|
| Anthony Todaro<br>Alexandria Cates<br>DLA PIPER LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104-7029<br>E-mail: anthony.todaro@us.dlapiper.com<br>alexandria.cates@us.dlapiper.com | ☐ By U.S. Mail<br>☐ By Federal Express<br>☐ By Facsimile<br>☐ By Messenger<br>☒ By Electronic Mail<br>☒ By E-service |

<u>s/Darren A. Feider</u>
Attorney for Defendant

DEFENDANT MOZILLA FOUNDATION'S CORPORATE DISCLOSURE STATEMENT
*Teixeira v. Mozilla Corporation, et al.* – Case No. 2:24-cv-1032 – 3

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005