THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>        Plaintiff,<br><br>    v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>        Defendants. | Case No.:  2:24-CV-01032-RAJ<br><br>JOINT STATUS REPORT AND DISCOVERY PLAN |

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26, counsel for Plaintiff Steve Teixeira ("Plaintiff") and Defendants Mozilla Corporation, Mozilla Foundation, Laura Chambers, Winifred Mitchell Chambers, and Dani Chehak ("Defendants") jointly submit this combined Joint Status Report and Discovery Plan (hereinafter "Report"), for review by the Court. This Report is submitted pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's July 18, 2024 Order Regarding FRCP 26(f), Initial Disclosures, and Joint Status Report ("Order") (Dkt. #9).

JOINT STATUS REPORT AND DISCOVERY PLAN - 1

## I. INTRODUCTORY STATEMENT

The parties, through counsel, discussed the topics required by the Order, Rule 26, and the Local Rules, by telephone on August 1, 2024 and August 8, 2024. The parties and counsel are cooperating, and will continue to do so, in the interest of efficiency and avoidance of unnecessary disputes with regard to discovery, this case management plan, and settlement procedures in this case. Thus, the parties jointly request that the Court approve the plans and proposals contained in this Report as a reasonable and expeditious means of conducting the early stages of this action. The parties will meet and confer and attempt to resolve matters prior to raising disagreements with the Court. The parties have not identified any matters requiring resolution by the Court at this time.

## II. JOINT STATUS REPORT & DISCOVERY PLAN

**1.    Statement of the Nature and Complexity of the Case**

Without any party making an admission, and without waiver of any claims, rights, defenses, or arguments, the parties state that the general nature of the case is as follows:

This is an employment dispute. Steve Teixeira alleges his employer, Mozilla Corporation, treated him unlawfully after he was diagnosed with cancer and took protected leave for treatment of his condition. Mr. Teixeira asserts claims for violation of the Washington Law Against Discrimination, False Light Defamation, violations of the federal Family and Medical Leave Act and state Paid Family and Medical Leave Act, violation of the state Silenced No More Act, and declaratory relief regarding Mr. Teixeira's employment contract. Most of these claims are also against individual defendants Winifred Mitchell Baker, Laura Chambers, and Dani Chehak, who are alleged to be the decisionmakers for the alleged unlawful acts. Mr. Teixeira has also named as a defendant Mozilla Foundation, which wholly owns Mozilla Corporation.

All defendants deny liability to Mr. Teixeira. Mr. Teixeira, who is still employed by

Mozilla Corporation, was not given the promotion that he thought he deserved because of performance issues and leadership deficiencies that arose before his cancer diagnosis. Defendants also deny that Ms. Mitchell was a "decisionmaker" with regards to Mr. Teixeira's employment during the relevant time period.

Mozilla Foundation denies any liability, as it is not a joint employer with Mozilla Corporation and has no control or supervision over Mr. Teixeria's employment with Mozilla Corporation and should not be a party to this lawsuit.

**2.      Proposed Deadline For Joining Additional Parties**

September 30, 2024.

**3.      Right to Magistrate Judge**

The parties do not consent to using a magistrate judge.

**4.      Discovery Plan on All Items in Fed. R. Civ. P. 26(f)(3)**

(A)      <u>Initial Disclosures:</u> The parties exchanged initial disclosures on August 8, 2024 as required in the Order, Dkt. #9.

(B)      <u>Subjects, Timing, and Potential Phasing of Discovery</u>: The parties intend to seek documents and information relevant to liability and damages, and at least one party intends to seek discovery into the following topics: Mozilla Corporation's policies, procedures, and training, comparator employees, decision making regarding Mr. Teixeira's employment status and records of the same, records regarding CEO succession at Mozilla Corporation, records regarding Mr. Teixeira's job performance, records discussing Mr. Teixeira's health condition.

Mozilla Corporation intends to seek discovery on the facts Mr. Teixeira alleges in his Complaint; Mr. Teixeira's social media accounts; Mr. Teixeira's health condition; damages, including Mr. Teixeira's mitigation efforts and emotional distress allegations; and Mr. Teixeira's

compensation.

The parties will work cooperatively to obtain written discovery and to schedule depositions, including remote or video depositions as appropriate. At this time, the parties do not anticipate that it will be necessary to phase discovery or make any other changes to the timing of discovery.

(C) <u>Electronically Stored Information</u>: The parties do not anticipate any unique issues regarding electronically stored information. The parties will preserve potentially discoverable information, including electronically stored information. The parties will work cooperatively to produce electronically stored information in an accessible form, consistent with the Model ESI protocols for the Western District. The parties agree that employing a search for ESI does not relieve the parties of duties to search for documents via traditional, direct means.

(D) <u>Privilege Issues</u>: Each party agrees to produce a privilege log if necessary. If information is redacted, the parties agree that the redacting party will provide an explanation for the redaction. The parties agree that attorney work product, privileged expert work product, and correspondence between attorney and client that has not been sent to or otherwise shared with third parties not covered by any privilege does not need to be identified on a privilege log.

(E) <u>Proposed Limitations on Discovery</u>: The parties do not presently anticipate the need for deviation from the Federal Rules of Civil Procedure and the Local Rules of the Western District of Washington.

(F) <u>Discovery-Related Orders</u>: The parties anticipate filing a stipulated motion for a protective order, following this Court's model stipulated protective order, to protect the confidentiality of certain medical information, financial records and proprietary business materials. At this time, the parties do not anticipate the need for any other discovery-related orders.

JOINT STATUS REPORT AND DISCOVERY PLAN - 4

5. **The Parties' Views, Proposals, and Agreements on Items Set Forth in Local Civil Rule 26(f)(1)**

(A) <u>Prompt Case Resolution</u>: Mozilla Corporation and Mr. Teixeira engaged in settlement discussions and an exchange of offers at the outset of the case, but were unable to reach resolution and have not engaged in formal ADR at this stage. All parties agree that discussion of case resolution generally is appropriate at all stages.

(B) <u>Alternative Dispute Resolution</u>: All parties are willing to engage in alternative dispute resolution, but based on negotiations Plaintiff believes it is not ripe at this time. The parties agree to continue to discuss possible alternative dispute resolution in the future.

(C) <u>Related Cases</u>: N/A.

(D) <u>Discovery Management</u>: The parties do not currently anticipate any discovery management issues.

(E) <u>Anticipated discovery sought</u>: See paragraph 4(B) above.

(F) <u>Phasing of Motions</u>: The parties do not anticipate a need to phase motions.

(G) <u>Preservation of Discoverable Information</u>: The parties will take reasonable steps to identify and will preserve relevant evidence, including electronically stored information.

(H) <u>Privilege Issues</u>: See paragraph 4(D) above.

(I) <u>Model Protocol for Discovery of ESI</u>: The parties agree to work cooperatively to draft an appropriate ESI order or to reach comparable agreements among them.

(J) <u>Alternatives to Model Protocol</u>: See Paragraph 5(I).

6. **The Date by Which Discovery Can be Completed**

The parties anticipate discovery can be completed by April 1, 2025 (Plaintiff's proposal) or June 1, 2025 (Defendants' proposal). The parties further propose the following expert disclosure deadlines:

JOINT STATUS REPORT AND DISCOVERY PLAN - 5

| | | |
|---|---|---|
| *Expert Disclosures Due*: | January 12, 2025 (Plaintiff's proposal) or |
| | March 12, 2025 (Defendants' proposal) |
| *Rebuttal Expert Disclosures Due*: | February 16, 2025 (Plaintiff's proposal) or |
| | April 16, 2025 (Defendants' proposal) |

**7.     Whether the Case Should be Bifurcated**

The parties do not request any bifurcation of the case at this time.

**8.     Pretrial Statements and Pretrial Order under LCR 16 And 16.1**

The parties desire to utilize all the procedures in Local Civil Rule 16, including the pretrial statements and pretrial order.

**9.     Suggestions for Simplifying the Case**

The parties do not have additional suggestions to simply this case at this time.

**10.    The Date the Case Will be Ready for Trial**

The parties anticipate the case will be ready on or after June 24, 2025 (Plaintiff's estimate) August 25, 2025 (Defendants' estimate).

**11.    Jury Or Non-Jury Trial**

Jury

**12.    Trial Days**

Plaintiff estimates a 10 day trial.  Defendants' estimate an 8 day trial.

**13.    Trial Counsel Contact Information**

Counsel for Plaintiff:
Amy Alexander (WSBA # 44242)
Mathew Harrington (WSBA # 33276)
Stokes Lawrence, P.S.
1420 5th Avenue, Ste 3000
Seattle, WA 98101
Amy.alexander@stokeslaw.com
Mathew.harrington@stokeslaw.com

JOINT STATUS REPORT AND DISCOVERY PLAN - 6

Tele: 206-626-6000
Fax: 206-646-1496

Counsel for Defendant Mozilla Corp, Laura Baker, Winifred Mitchell Baker, and Dani Chehak:

Anthony Todaro (WSBA # 30391)
Alexandria Cates (WSBA # 53786)
DLA Piper LLP (US)
701 5th Ave, Ste 6900
Seattle, WA 98104
Anthony.todaro@us.dlapiper.com
Alexandira.cates@us.dlapiper.com
Tele: 206-839-4800
Fax: 206-839-4801

Counsel for Defendant Mozilla Foundation:

Darren A. Feider (WSBA # 22430)
Amanda V. Masters (WSBA # 46342)
Sebris Busto James
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
dfeider@sbj.law
amasters@sbj.law
Tele: 425-454-4233
Fax: 425-453-9005

**14.    Trial Date Conflicts**

Plaintiff does not anticipate any conflicts if the Court sets trial on or after June 25, 2025.

Defendants do not anticipate any conflicts if the Court sets trial on or after August 25, 2025.

**15.    Whether or not All Defendants Have Been Served**

The Defendants have been served.

**16.    Whether Any Party Wishes A Scheduling Conference**

The parties do not request a scheduling conference at this time.

**17.    Dates of Disclosure Statements**

JOINT STATUS REPORT AND DISCOVERY PLAN - 7

Mozilla Corporation filed its corporate disclosure statement on July 12, 2024. Dkt. #4. Mozilla Foundation filed its corporate disclosure statement on July 26, 2024. Dkt. #12.

DATED this 15th day of August, 2024.

| STOKES LAWRENCE, P.S. | SEBRIS BUSTO JAMES |
|---|---|
| By: /s/Mathew Harrington<br>Amy Alexander (WSBA # 44242)<br>Mathew Harrington (WSBA # 33276)<br>1420 Fifth Avenue, Ste 3000<br>Seattle, WA 98101<br>Tele: 206-626-6000<br>Fax: 206-464-1496<br>Amy.alexander@stokeslaw.com<br>Mathew.harrington@stokeslaw.com<br><br>*Attorneys For Plaintiff* | By: /s/Amanda V. Masters, per 8/15/24 email authority<br>Darren A. Feider (WSBA # 22430)<br>Amanda V. Masters<br>15375 SE 30th Pl., STE 310<br>Bellevue, Washington 98007<br>Tele: 425-454-4233<br>Fax: 425-453-9005<br>dfeider@sbj.law<br>amasters@sbj.law<br><br>*Attorneys for Defendant Mozilla Foundation* |

DLA PIPER LLP (US)

By: /s/Alexandria Cates, per 8/15/24 email authority
Anthony Todaro (WSBA # 30391)
Alexandria Cates (WSBA # 53786)
701 5th Ave, Ste 6900
Seattle, WA 98104
Tele: 206-839-4800
Fax: 206-839-4801
Anthony.todaro@us.dlapiper.com
Alexandira.cates@us.dlapiper.com

*Attorneys for Defendants Mozilla Corp, Laura Baker, Winifred Mitchell Baker, and Dani Chehak*

JOINT STATUS REPORT AND DISCOVERY PLAN - 8