1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE WESTERN DISTRICT OF WASHINGTON
7                                  AT SEATTLE

8   STEVE TEIXEIRA,

9                  Plaintiff,

10        v.

11  MOZILLA CORPORATION, a.k.a. M.F.              Case No. 2:24-cv-1032
    Technologies, a California corporation;
12  MOZILLA FOUNDATION, a California             DEFENDANT MOZILLA FOUNDATION'S
    public benefit corporation; LAURA           ANSWER, DEFENSES, AND
13  CHAMBERS and her marital community;          AFFIRMATIVE DEFENSES
    WINIFRED MITCHELL BAKER and her
14  marital community; and DANI CHEHAK and
    her marital community,
15
                   Defendants.
16

17        Defendant Mozilla Foundation answers Plaintiff Steve Teixeira's Complaint as follows:

18        Plaintiff's Complaint commences with an introductory paragraph that attempts to

19  summarize his factual allegations and claims without a heading. Plaintiff employs the term

20  "Mozilla" without defining which defendant he contends engaged in the conduct set forth in the

21  introductory paragraph. Mozilla Foundation did not and denies the allegations to the extent they

22  intend to impugn Mozilla Foundation. As to other the Defendants, Mozilla Foundation lacks

23  knowledge or information sufficient to form a belief as to the truth of the allegations in Plaintiff's

24  introductory paragraph and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND
AFFIRMATIVE DEFENSES – 1
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

1

## I.      PARTIES

2      1.      Mozilla Foundation lacks knowledge or information sufficient to form a belief as

3   to the truth of the allegations in Paragraph 1, and therefore denies the same.

4      2.      Admit.

5      3.      Admit.

6      4.      Mozilla Foundation lacks knowledge or information sufficient to form a belief as

7   to the truth of the allegations in Paragraph 4, and therefore denies the same.

8      5.      Mozilla Foundation lacks knowledge or information sufficient to form a belief as

9   to the truth of the allegations in Paragraph 5, and therefore denies the same.

10      6.      Admit

11      7.      Admit.

12   ## II.      JURISDICTION AND VENUE

13      8.      Paragraph 8 states a legal conclusion to which no response is required.  Mozilla

14   Foundation affirmatively alleges that the Federal District Court should exercise jurisdiction over

15   this matter.

16      9.      Deny.

17      10.      Mozilla Foundation lacks knowledge or information sufficient to form a belief as

18   to the truth of the allegations in Paragraph 10, and therefore denies the same.

19      11.      Mozilla Foundation lacks knowledge or information sufficient to form a belief as

20   to the truth of the allegations in Paragraph 11, and therefore denies the same.

21      12.      Admit.

22      13.      Mozilla Foundation admits that it is headquartered in San Francisco, California but

23   denies the remaining allegations in Paragraph 13.

24

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND
AFFIRMATIVE DEFENSES – 2
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

14. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14, and therefore denies the same. Mozilla Foundation affirmatively denies that Plaintiff worked for Mozilla Foundation and that Plaintiff's Complaint improperly attempts to combine Mozilla Foundation with Mozilla Corporation. To the extent that the Complaint alleges conduct involving "Mozilla" without further distinction, Mozilla Foundation denies said allegations.

15. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15, and therefore denies the same. Mozilla Foundation performed none of the acts alleged in the Complaint.

### III.   FACTS

16. The Complaint has not defined "The Mozilla Project." Admit that Mozilla Foundation is aware of "The Mozilla Project."

17. Admit.

18. Mozilla Foundation objects to the collective use of "Mozilla" throughout the Complaint. Mozilla Foundation does not admit that Mozilla Corporation and Mozilla Foundation are the same entities as the Complaint alleges throughout. Mozilla Foundation admits to the allegations in Paragraph 18.

19. Mozilla Foundation denies the allegations in Paragraph 19 as they relate to Mozilla Foundation.

20. Admit.

21. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21, and therefore denies the same.

22. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND
AFFIRMATIVE DEFENSES – 3
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

23.     Admit.

24.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24, and therefore denies the same.

25.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25, and therefore denies the same.

26.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26, and therefore denies the same.

27.     Admit that Mr. Surman had a conversation with Mr. Teixeria regarding the potential position as alleged in Paragraph 27. Deny the remaining allegations in Paragraph 27.

28.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28, and therefore denies the same.

29.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29, and therefore denies the same.

30.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30, and therefore denies the same.

31.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31, and therefore denies the same.

32.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32, and therefore denies the same.

33.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33, and therefore denies the same.

34.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 4
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

35. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35, and therefore denies the same.

36. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36, and therefore denies the same.

37. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37, and therefore denies the same.

38. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38, and therefore denies the same.

39. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39, and therefore denies the same.

40. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40, and therefore denies the same.

41. Mozilla Foundation denies that it opened a new Seattle office in September 2023 as alleged in Paragraph 41.

42. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42, and therefore denies the same.

43. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43, and therefore denies the same.

44. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44, and therefore denies the same.

45. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45, and therefore denies the same.

46. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 5
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

47.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47, and therefore denies the same.

48.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48, and therefore denies the same.

49.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49, and therefore denies the same.

50.     Mozilla Foundation admits that Ms. Chambers was appointed to interim CEO and Ms. Baker became Executive Chair. Mozilla Foundation denies the remaining allegations in Paragraph 50.

51.     Deny.

52.     Deny.

53.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53, and therefore denies the same.

54.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54, and therefore denies the same.

55.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55, and therefore denies the same.

56.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56, and therefore denies the same.

57.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57, and therefore denies the same.

58.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND
AFFIRMATIVE DEFENSES – 6
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

59.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59, and therefore denies the same.

60.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60, and therefore denies the same.

61.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61, and therefore denies the same.

62.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62, and therefore denies the same.

63.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63, and therefore denies the same.

64.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64, and therefore denies the same.

65.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65, and therefore denies the same.

66.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66, and therefore denies the same.

67.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67, and therefore denies the same.

68.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68, and therefore denies the same.

69.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69, and therefore denies the same.

70.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND
AFFIRMATIVE DEFENSES – 7
*Teixeira v. Mozilla Corporation, et al.* – Case No. 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

71.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71, and therefore denies the same.

72.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72, and therefore denies the same.

73.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73, and therefore denies the same.

74.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74, and therefore denies the same.

75.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75, and therefore denies the same.

76.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76, and therefore denies the same.

77.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77, and therefore denies the same.

78.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78, and therefore denies the same.

79.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79, and therefore denies the same.

80.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80, and therefore denies the same.

81.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81, and therefore denies the same.

82.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND
AFFIRMATIVE DEFENSES – 8
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

83.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83, and therefore denies the same.

84.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84, and therefore denies the same.

85.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85, and therefore denies the same.

86.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86, and therefore denies the same.

87.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87, and therefore denies the same.

88.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88, and therefore denies the same.

89.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89, and therefore denies the same.

90.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90, and therefore denies the same.

91.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91, and therefore denies the same.

92.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92, and therefore denies the same.

93.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93, and therefore denies the same.

94.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND
AFFIRMATIVE DEFENSES – 9
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

95.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95, and therefore denies the same.

96.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96, and therefore denies the same.

97.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97, and therefore denies the same.

98.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98, and therefore denies the same.

99.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99, and therefore denies the same.

100.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100, and therefore denies the same.

101.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101, and therefore denies the same.

102.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102, and therefore denies the same.

103.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103, and therefore denies the same.

104.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104, and therefore denies the same.

105.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105, and therefore denies the same.

### IV.     CAUSES OF ACTION

### CLAIM ONE – WASHINGTON LAW AGAINST DISCRIMINATION

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 10
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

**(All Defendants)**

106.    Paragraph 106 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Mozilla Foundation admits and denies these allegations as it previously answered herein.

107.    Paragraph 107 of the Complaint contains only purported statements of law and no allegations of facts to which a responsive pleading is required. To the extent Paragraph 107 contains any allegations of fact, Mozilla Foundation denies all of them.

108.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108, and therefore denies the same.

109.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109, and therefore denies the same.

110.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110, and therefore denies the same.

111.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111, and therefore denies the same.

112.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112, and therefore denies the same.

113.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113, and therefore denies the same.

114.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114, and therefore denies the same.

115.    Deny.

116.    Deny.

117.    Deny.

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND
AFFIRMATIVE DEFENSES – 11
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## CLAIM TWO – WLAD RETALIATION
### (All Defendants)

118.    Paragraph 118 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Mozilla Foundation admits and denies these allegations as it previously answered herein.

119.    Paragraph 119 of the Complaint contains only purported statements of law and no allegations of facts to which responsive pleading is required. To the extent Paragraph 119 contains allegations of fact, Mozilla Foundation denies all of them.

120.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120, and therefore denies the same.

121.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121, and therefore denies the same.

122.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122, and therefore denies the same.

123.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123, and therefore denies the same.

124.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124, and therefore denies the same.

125.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125, and therefore denies the same.

126.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126, and therefore denies the same.

## CLAIM THREE – WLAD DISCLOSURE OF HEALTH INFORMATION
### (All Defendants)

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND
AFFIRMATIVE DEFENSES – 12
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

127.    Paragraph 127 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Mozilla Foundation admits and denies these allegations as it previously answered herein.

128.    Paragraph 128 of the Complaint contains only purported statements of law and no allegations of facts to which a responsive pleading is required. To the extent Paragraph 128 contains any allegations of fact, Mozilla Foundation denies all of them.

129.    Paragraph 129 of the Complaint contains only purported statements of law and no allegations of facts to which a responsive pleading is required.  To the extent Paragraph 129 contains any allegations of fact, Mozilla Foundation denies all of them.

130.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130, and therefore denies the same.

131.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131, and therefore denies the same.

132.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132, and therefore denies the same.

133.    Deny.

134.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134, and therefore denies the same.

135.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135, and therefore denies the same.

136.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136, and therefore denies the same.

### CLAIM FOUR – FALSE LIGHT DEFAMATION
### (As to Defendant Mozilla Corporation)

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND
AFFIRMATIVE DEFENSES – 13
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

137.     Paragraph 137 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Mozilla Foundation admits and denies these allegations as it previously answered herein.

138.     The allegations in Paragraph 138 are not directed at Mozilla Foundation, but to the extent that they are, Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138, and therefore denies the same.

139.     The allegations in Paragraph 139 are not directed at Mozilla Foundation, but to the extent that they are, Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139, and therefore denies the same.

140.     The allegations in Paragraph 140 are not directed at Mozilla Foundation, but to the extent that they are, Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140, and therefore denies the same.

141.     Deny.

**CLAIM FIVE – VIOLATIONS OF THE FAMILY AND MEDICAL LEAVE ACT**
**(All Defendants)**

142.     Paragraph 142 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Mozilla Foundation admits and denies these allegations as it previously answered herein.

143.     Deny.

144.     Deny.

**CLAIM SIX – VIOLATIONS OF THE FAMILY AND MEDICAL LEAVE ACT**
**(All Defendants)**

145.     Paragraph 145 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Mozilla Foundation admits and denies these allegations as it previously answered herein.

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND
AFFIRMATIVE DEFENSES – 14
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

1    146.   Deny.

2    147.   Mozilla Foundation lacks knowledge or information sufficient to form a belief as

3    to the truth of the allegations in Paragraph 147, and therefore denies the same.

4    148.   Deny.

5
## CLAIM SEVEN – SILENCED NO MORE ACT
### (As to Defendant Mozilla Corporation)
6

7    149.   Paragraph 149 does not contain any factual allegations to which a responsive

8    pleading is required, and, to the extent it does, Mozilla Foundation admits and denies these

     allegations as it previously answered herein.
9

10   150.   The allegations in Paragraph 150 are not directed at Mozilla Foundation, but to the

11   extent that they are, Mozilla Foundation lacks knowledge or information sufficient to form a belief

12   as to the truth of the allegations in Paragraph 150, and therefore denies the same.

13   151.   The allegations in Paragraph 151 are not directed at Mozilla Foundation, but to the

14   extent that they are, Mozilla Foundation lacks knowledge or information sufficient to form a belief

15   as to the truth of the allegations in Paragraph 151, and therefore denies the same.

16
## CLAIM EIGHT – DECLATORY RELIEF
### (As to Defendant Mozilla Corporation)
17

18   152.   Paragraph 152 does not contain any factual allegations to which a responsive

     pleading is required, and, to the extent it does, Mozilla Foundation denies all of them.
19

20   153.   Paragraph 153 does not contain any factual allegations to which a responsive

21   pleading is required, and to the extent it does, Mozilla Foundation denies all of them.

22   154.   Mozilla Foundation lacks knowledge or information sufficient to form a belief as

23   to the truth of the allegations in Paragraph 154, and therefore denies the same.

24

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND
AFFIRMATIVE DEFENSES – 15
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

155.    The allegations in Paragraph 155 are not directed at Mozilla Foundation, but to the extent that they are, Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155, and therefore denies the same.

## V.      PRAYER FOR RELIEF

Mozilla Foundation denies all remaining allegations in the Complaint that they have not yet separately and specifically admitted. Mozilla Foundation denies that Plaintiff is entitled to the relief sought in the Prayer for Relief.

## VI.      DEFENSES AND AFFIRMATIVE DEFENSES

1.    Plaintiff states no claim upon which relief may be granted, or for which any damages or fees sought may be awarded.

2.    Plaintiff's claims are barred in whole or in part by the applicable statute of limitations and/or doctrine of laches.

3.    Plaintiff was never an employee of Mozilla Foundation.

4.    Mozilla Foundation had no duty of care towards Plaintiff.

5.    Mozilla Foundation had no knowledge of the alleged actions of Mozilla Corporation against Plaintiff.

6.    Plaintiff has not alleged any facts that, if proven, would pierce the corporate veil to hold Mozilla Foundation liable for Mozilla Corporation's alleged acts.

7.    Mozilla Foundation does not assume the liabilities of Mozilla Corporation.

8.    Plaintiff has unclean hands and/or waived his claims by his actions.

9.    Plaintiff is estopped by his own conduct from asserting the claims that he has asserted.

10.    Plaintiff's claims are frivolous and advanced without proper cause against Mozilla Foundation.

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND
AFFIRMATIVE DEFENSES – 16
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

11.     Plaintiff has failed to mitigate his damages.

12.     Plaintiff's claims are barred, in whole or in part, because he did not suffer any damages from the acts and conduct of which he complains.

13.     Mozilla Foundation denies it caused any harm, injury, or damages to Plaintiff.

14.     Plaintiff's claims are barred and/or their damages, if any, are reduced in full or in part, by the doctrine of after-acquired evidence.

15.     Plaintiff would be unjustly enriched to recover damages from this action.

16.     Mozilla Foundation reserves a right to amend its Answer and assert additional affirmative defenses and legal theories as established by the facts of the case.

## VII.     REQUEST FOR RELIEF

Wherefore, having fully answered Plaintiff's Complaint, Defendant Mozilla Foundation requests the following relief:

(a)     for Plaintiff's Complaint to be dismissed with prejudice and at Plaintiff's sole cost;

(b)     for the Court to enter judgment in Defendant's favor on all claims in the Complaint; and

(c)     for the Court to award Defendant such other relief that the Court determines is equitable and warranted.

DATED this 16th day of August 2024.

SEBRIS BUSTO JAMES
s/ Darren A. Feider
Darren A. Feider, WSBA #22430
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
(425) 454-4233
dfeider@sbj.law

SEBRIS BUSTO JAMES
s/ Amanda V. Masters
Amanda V. Masters, WSBA #46342

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND
AFFIRMATIVE DEFENSES – 17
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
(425) 454-4233
amasters@sbj.law

*Attorneys for Defendant Mozilla Foundation*

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND
AFFIRMATIVE DEFENSES – 18
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

## **CERTIFICATE OF SERVICE**

I, Darren A Feider, certify under penalty of perjury under the laws of the United States that, on August 16, 2024, I caused to be served the attached document to the individuals listed below in the manner shown:

*Attorneys for Plaintiff*:

| Mathew L. Harrington | ☐ By U.S. Mail |
| Amy K. Alexander | ☐ By Federal Express |
| STOKES LAWRENCE, P.S. | ☐ By Facsimile |
| 1420 5th Avenue, 30th Floor | ☐ By Messenger |
| Seattle, WA 98101 | ☐ By Electronic Mail |
| E-mail: mat.harrington@stokeslaw.com | ☒ By E-Service |
| amy.alexander@stokeslaw.com | |

*Attorneys for Defendants Mozilla Corporation, Laura Chambers, Winifred Mitchell Baker, and Dani Chehak*

| Anthony Todaro | ☐ By U.S. Mail |
| Alexandria Cates | ☐ By Federal Express |
| DLA PIPER LLP (US) | ☐ By Facsimile |
| 701 Fifth Avenue, Suite 6900 | ☐ By Messenger |
| Seattle, WA 98104-7029 | ☐ By Electronic Mail |
| E-mail: anthony.todaro@us.dlapiper.com | ☒ By E-Service |
| alexandria.cates@us.dlapiper.com | |

s/ Darren A. Feider
Attorney for Defendant

DEFENDANT MOZILLA FOUNDATION'S ANSWER, DEFENSES, AND
AFFIRMATIVE DEFENSES – 19
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005