THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>        Plaintiff,<br><br>  v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>        Defendants. | Case No.: 2:24-CV-01032-RAJ<br><br>NOTICE OF APPEARANCE |

TO:    CLERK OF THE COURT

AND TO:    All parties of record.

      PLEASE TAKE NOTICE that attorney Maricarmen Perez-Vargas of Stokes Lawrence, P.S. hereby appears for plaintiff Steve Teixeira without precluding the right to challenge lack of jurisdiction, insufficiency of process and insufficiency of service of process pursuant to Fed. R. Civ. P. 12(b).  All further pleadings and papers, except original process, shall hereby be served upon said attorney.

NOTICE OF APPEARANCE - 1
60606-003 \ PleadingAUSDC

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1   DATED this 28th day of August, 2024.

2                                       STOKES LAWRENCE, P.S.

3

4   By: */s/ Maricarmen Perez-Vargas*
    Maricarmen Perez-Vargas (WSBA # 54344)
    Amy Alexander (WSBA #44242)
5   Mathew Harrington (WSBA #33276)
    1420 Fifth Avenue, Suite 3000
6   Seattle, WA 98101-2393
    Telephone: (206) 626-6000
7   Fax: (206) 464-1496
    Amy.alexander@stokeslaw.com
8   Mathew.Harrington@stokeslaw.com
    Maricarmen.Perez-Vargas@stokeslaw.com
9   Attorneys for Plaintiff Steve Teixeira

NOTICE OF APPEARANCE - 2
60606-003 \ PleadingAUSDC

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000