THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>    Plaintiff,<br><br>vs.<br><br>MOZILLA CORPORATION, a.k.a. M.F. Technologies, a California corporation ; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community; and DANI CHEHAK and her marital community;<br><br>    Defendants. | Case No. 2:24-CV-01032-RAJ<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Beth Touschner (WSBA #41062) of Sebris Busto James hereby enters her appearance as counsel of record for Defendant Mozilla Foundation, without waiving any defenses, and request that all papers and pleadings in this case be served upon her at the address stated below.

//
//
//
//
//
//

NOTICE OF APPEARANCE – 1
*Teixeira v. Mozilla Corporation, et al. Case No. 2 :24-CV-01032*

SEBRIS BUSTO JAMES
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

1  DATED this 10th day of January 2025.

SEBRIS BUSTO JAMES

*/s/ Beth Touschner*
Darren A. Feider, WSBA #22430
Beth Touschner, WSBA #41062
15375 Southeast 30th Place, Suite 310
Bellevue, Washington 98007
(425) 454-4233
dfeider@sbj.law
btouschner@sbj.law
Attorneys for Defendant Mozilla Foundation

NOTICE OF APPEARANCE – 2
*Teixeira v. Mozilla Corporation, et al. Case No. 2 :24-CV-01032*

SEBRIS BUSTO JAMES
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

# CERTIFICATE OF SERVICE

I, Beth Touschner, certify under penalty of perjury under the laws of the United States and the State of Washington that, on January 10, 2025, I caused to be served the attached document to the individual listed below in the manner shown next to his name:

<u>Attorneys for Plaintiff</u>:

Mathew L. Harington
Amy K. Alexander
Maricarmen Perez-Vargas
STOKES LAWRENCE, P.S.
1420 5th Avenue, 30th Floor
Seattle, WA 98101
Mathew.Harrington@stokeslaw.com
Amy.Alexander@stokeslaw.com
Maricarmen.Perez-Vargas@stokeslaw.com

☐ By U.S. Mail
☐ By Federal Express
☐ By Facsimile
☐ By ABC Messenger
☐ By Electronic Mail
☒ By E-service

<u>Attorneys for Defendants Mozilla Corporation, Laura Chambers, Winifred Mitchell Baker, and Dani Chehak</u>:

Anthony Todaro
Alexandria Cates
DLA PIPER LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Anthony.todaro@us.dlapiper.com
Alexandria.cates@us.dlapiper.com

☐ By U.S. Mail
☐ By Federal Express
☐ By Facsimile
☐ By ABC Messenger
☐ By Electronic Mail
☒ By E-service

*/s/ Beth Touschner*
Beth Touschner

NOTICE OF APPEARANCE – 3
*Teixeira v. Mozilla Corporation, et al. Case No. 2 :24-CV-01032*

SEBRIS BUSTO JAMES
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005