THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>                    Plaintiff,<br><br>    v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community.<br><br>                    Defendants. | Case No. 2:24-cv-1032-RAJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND THE CASE SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR:** |

Plaintiff STEVE TEIXEIRA ("Plaintiff") and Defendants MOZILLA CORPORATION a.k.a M.F. Technologies ("Mozilla"), MOZILLA FOUNDATION ("Mozilla Foundation"), LAURA CHAMBERS, WINIFRED MITCHELL BAKER, DANI CHEHAK (the "Individual Defendants") (collectively "Defendants'"), on the other, by and through their respective counsel of record, submit the following stipulation with reference to the following facts:

1.    Plaintiff initiated this action on June 12, 2024 by privately serving but not filing the Complaint on Mozilla under Washington Civil Rule 3.

2.    With the consent of all Defendants, Mozilla filed the Complaint in federal court, removing the action to this Court on July 12, 2024.

1     3.      On August 19, 2024, the Court issued an Order Setting Trial Date and Related Dates
2 (Dkt. No. 16) setting forth the original case deadlines.

3     4.      In light of the Parties' ongoing discovery efforts, the Parties respectfully submit
4 that there is good cause to modify the current pretrial schedule, because doing so will allow the
5 parties the necessary time to move through discovery efficiently and also conserve the Court's and
6 the parties' resources.

7     5.      Counsel for all parties have conferred in good faith and this modification to the trial
8 and case schedule will not cause prejudice to any party.

9     6.      Thus, the Parties stipulate to and jointly submit a request to modify the case
10 schedule set forth in Dkt. No. 16, proposing that expert disclosures and discovery will proceed
11 according to the following revised timeline schedule:

| Case Event | Current Date | Proposed New Date |
|---|---|---|
| **Deadline** for Initial Expert Witness Disclosure/Reports Under FRCP 26(a)(2) | Apr. 9, 2025 | Jul. 9, 2025 |
| **Deadline** for Discovery Motions *see* LCR 7(d) | May 5, 2025 | Aug. 11, 2025 |
| **Deadline** for Rebuttal Expert Reports | May 9, 2025 | Aug. 11, 2025 |
| **Deadline** for Discovery Cutoff | Jun. 9, 2025 | Aug. 20, 2025 |
| **Deadline** for Dispositive Motions | Jul. 8, 2025 | Sept. 15, 2025 |
| Jury Trial Date | Oct. 6, 2025 | Dec. 8, 2025 |

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective counsel, that the case schedule be modified to reflect the dates proposed above.

Dated this 26th day of March, 2025.

| | |
|---|---|
| STOKES LAWRENCE, P.S.<br><br>*s/ Mathew L. Harrington*<br>Mathew L. Harrington, WSBA No. 33276<br>Amy K. Alexander, WSBA No. 44242<br>Maricarmen C. Perez-Vargas, WSBA No. 54344<br>1420 5th Avenue, 30th Floor<br>Seattle, WA 98101<br>E-mail: mathew.harrington@stokeslaw.com<br>E-mail: amy.alexander@stokeslaw.com<br>E-mail: mcpv@stokeslaw.com<br><br>*Attorneys for Plaintiff Steve Teixeira* | DLA PIPER LLP (US)<br><br>By: *s/ Anthony Todaro*<br>Anthony Todaro, WSBA No. 30391<br>*s/ Alexandria Cates*<br>Alexandria Cates, WSBA No. 53786<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:   206.839.4800<br>E-mail:  anthony.todaro@us.dlapiper.com<br>E-mail:  alexandria.cates@us.dlapiper.com<br><br>*Attorneys for Defendants MOZILLA CORPORATION a.k.a M.F. TECHNOLOGIES, LAURA CHAMBERS, WINIFRED MITCHELL BAKER, and DANI CHEHAK*<br><br>SEBRIS BUSTO JAMES P.S.<br><br>By: *s/ Darren Feider*<br>Darren Feider, WSBA No. 22430<br>Beth Touschner, WSBA  No. 41062<br>15375 SE 30th Pl., Suite 310<br>Bellevue, Washington 98007<br>T: 425 454-4233<br>E-mail: dfeider@sbj.law<br>E-mail: btouschner@sbj.law<br><br>*Attorneys for Defendant Mozilla Foundation* |

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing therefore, it is so ORDERED.

Dated this ___ day of March, 2025.

_____
United States District Judge
Judge Richard A. Jones

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties or their counsel of record.

Dated this 26th day of March, 2025

<u>s/ Lynda M West</u><br>
Lynda M West, Legal Executive Assistant