THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STEVE TEIXEIRA,

    Plaintiff,

v.

MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,

    Defendants.

Case No.: 2:24-CV-01032-RAJ

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO AMEND THE COMPLAINT

## I.    STIPULATION

Pursuant to FRCP 15, Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate to the amendment of the Complaint in the form attached as Exhibit A.

//

//

//

//

//

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO AMEND THE COMPLAINT - 1
60606-003 \ PleadingAUSDC

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1    DATED this 7th day of April, 2025.

2

3    STOKES LAWRENCE, P.S.                       SEBRIS BUSTO JAMES

4

5    By: */s/Amy Alexander*                      By: */s/Beth Touschner*
     Amy Alexander (WSBA #44242)                 Darren A. Feider (WSBA # 22430)
     Mathew Harrington (WSBA #33276)             Beth Touschner (WSBA # 41062)
6    Maricarmen Perez-Vargas (WSBA #             15375 SE 30th Pl., STE 310
     54344)                                      Bellevue, Washington 98007
7    1420 Fifth Avenue, Suite 3000               Telephone: (425) 454-4233
     Seattle, WA 98101-2393                      Fax: (425) 453-9005
8    Telephone:  (206) 626-6000                  efeider@sbj.law
     Fax:  (206) 464-1496                        btouschner@sbj.law
9    Amy.alexander@stokeslaw.com                 Attorneys for Defendant Mozilla
     Mathew.Harrington@stokeslaw.com             Foundation
10   Maricarmen.Perez-Vargas@stokeslaw.com
     Attorneys for Plaintiff Steve Teixeira
11

12   DLA PIPER LLP

13

14   By: */s/Alexandria Cates*
     Anthony Todaro (WSBA # 30391)
     Alexandria Cates (WSBA # 53786)
15   701 Fifth Avenue, Suite 6900
     Seattle, WA 98104-7029
16   Telephone: (206) 839-4800
     Fax: (206) 839-4801
17   Anthony.todaro@us.dlapiper.com
     Alexandria.cates@us.dlapiper.com
18   Attorneys for Defendants Mozilla
     Corporation, Laura Chambers, Winifred
19   Mitchell Baker, and Dani Chehak

20

21

22

23

24

STIPULATION AND [PROPOSED] ORDER GRANTING
PLAINTIFF LEAVE TO AMEND THE COMPLAINT - 2
60606-003 \ PleadingAUSDC

## II.  ORDER

THEREFORE, based on the above stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED that the parties' stipulation for leave to amend the Complaint in the form attached hereto as Exhibit A is granted

ENTERED this _____ day of _____, 2025

_____
THE HONORABLE RICHARD A. JONES

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO AMEND THE COMPLAINT - 3
60606-003 \ PleadingAUSDC

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000