THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>        Plaintiff,<br><br>   v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>        Defendants. | Case No.: 2:24-CV-01032-RAJ<br><br>ORDER ON LCR 37 SUBMISSION REGARDING PLAITNIFF'S DISCOVERY REQUESTS TO MOZILLA CORPORATION AND INDIVIDUAL DEFENDANTS<br><br>[PROPOSED] |

**THIS MATTER** having come before the Court upon LCR 37 Submission Regarding Plaintiff's Discovery Requests to Mozilla Corporation ("Mozilla") and Individual Defendants, and the Court having reviewed the files and records herein, and being fully advised, **NOW THEREFORE**,

    1.    The subject matter and temporal scope of ROGS 2 and 3 to Mozilla are reasonable to establish how Mozilla treated comparators. Mozilla must produce this information within 14 days.

ORDER ON LCR 37 SUBMISSION
RE PLAINTIFF'S DISCOVERY
REQUESTS TO MOZILLA CORP.
AND INDIVIDUAL DEFTS. - 1

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1        GRANTED_____        DENIED _____

2        2.    RFP 2 to Mozilla: Mozilla's consideration of other CEO candidates is directly

3  relevant to its consideration of Plaintiff. Mozilla must produce this information within 14 days.

4        GRANTED _____        DENIED _____

5        3.    RFP 6 to Mozilla: the TK Law Report is not privileged. Mozilla must produce this

6  information within 14 days.

7        GRANTED_____        DENIED _____

8        4.    Individual Defendants should adhere to the search methodologies they committed

9  to in the ESI Agreement and their prior representations. Individual Defendants must submit their

10 data sources to a vendor for searching, and apply the same search terms and methodologies to

11 their personal data sources, including personal e-mail data, that Mozilla has agreed to apply to

12 their Mozilla-owned data sources.

13       GRANTED_____        DENIED _____

14       5.    RFP 9 to Mozilla: Defendant Baker's personal and Mozilla email should be

15 searched for all messages including the term "cancer" over the past ten years. Mozilla must

16 produce this information within 14 days.

17       GRANTED_____        DENIED _____

18       6.    Defendants must pay Plaintiff the reasonable fees of $14,262.50 incurred in

19 compelling the discovery subject to this Motion.

20       GRANTED_____        DENIED _____

21       The material compelled by this order must be produced within 14 days.

ORDER ON LCR 37 SUBMISSION
RE PLAINTIFF'S DISCOVERY
REQUESTS TO MOZILLA CORP.
AND INDIVIDUAL DEFTS. - 2

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

DATED _____, 2025

_____
THE HONORABLE RICHARD A. JONES

Presented by:

STOKES LAWRENCE, P.S.

By: */s/Maricarmen Perez-Vargas*
Amy Alexander (WSBA #44242)
Mathew Harrington (WSBA #33276)
Maricarmen Perez-Vargas (WSBA # 54344)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone: (206) 626-6000
Fax: (206) 464-1496
Amy.alexander@stokeslaw.com
Mathew.Harrington@stokeslaw.com
Maricarmen.Perez-Vargas@stokeslaw.com
Attorneys for Plaintiff Steve Teixeira

ORDER ON LCR 37 SUBMISSION
RE PLAINTIFF'S DISCOVERY
REQUESTS TO MOZILLA CORP.
AND INDIVIDUAL DEFTS. - 3

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000