THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>    Plaintiff,<br><br>v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>    Defendants. | Case No.: 2:24-CV-01032-RAJ<br><br>DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN SUPPORT OF LCR 37 SUBMISSION |

I, Maricarmen C. Perez-Vargas, am over the age of 18, have personal knowledge of all the facts stated herein and declare as follows:

1. Attached hereto as **Exhibit 1** is a true and correct copy of Defendant Mozilla Corporation's Responses to Plaintiff's Frist Set of Interrogatories and Requests for Production dated September 10, 2024.

2. Attached hereto as **Exhibit 2** is a true and correct copy of Defendant Laura Chambers' Responses to Plaintiff's Frist Set of Interrogatories and Requests for Production dated September 10, 2024.

DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN SUPPORT OF OF LCR 37 SUBMISSION - 1
60606-003

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

3. Attached hereto as **Exhibit 3** is a true and correct copy of Defendant Winifred Mitchell Baker's Responses to Plaintiff's Frist Set of Interrogatories and Requests for Production dated September 10, 2024.

4. Attached hereto as **Exhibit 4** is a true and correct copy of Defendant Dani Chehak's Responses to Plaintiff's Frist Set of Interrogatories and Requests for Production dated September 10, 2024.

5. Attached hereto as **Exhibit 5** is a true and correct copy of an email dated January 1, 2025 and attachment from Maricarmen Perez-Vargas to Counsel regarding the parties January 21, 2025 Meet and Confer.

6. Attached hereto as **Exhibit 6** is a true and correct copy of an email and attachment dated January 24, 2025 from Alexandira Cates to Plaintiff's Counsel regarding Plaintiff's Counsel's letter dated January 9, 2025, the January 21, 2025 meet and confer, and Plaintiff's Counsel's email dated January 23, 2025.

7. Attached hereto as **Exhibit 7** is a true and correct copy of an email dated February 10, 2025 from Alexandira Cates to Plaintiff's Counsel.

8. Attached hereto as **Exhibit 8** is a redline of the Western District of Washington's Model ESI Agreement against the Parties agreed upon ESI Agreement (Dkt # 20).

9. Attached hereto as **Exhibit 9** is a true and correct copy of an email dated November 12, 2024 and attachment from Maricarmen Perez-Vargas to Counsel regarding additional search terms.

10. Attached hereto as **Exhibit 10** is a true and correct copy of an email dated December 13, 2024 and attachment from Alexandria Cates regarding additional search terms.

DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN SUPPORT OF OF LCR 37 SUBMISSION - 2
60606-003

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

11. Attached hereto as **Exhibit 11** is a true and correct copy of the written Reason of Termination provided by Mozilla Corporation effective September 1, 2024 executed by Carlos Torres.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct

DATED this 8th day of April, 2025

    STOKES LAWRENCE, P.S.

By: */s/Maricarmen Perez-Vargas*
    Maricarmen Perez-Vargas

---

DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN SUPPORT OF OF LCR 37 SUBMISSION - 3
60606-003

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000