Exhibit 4

HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>        Plaintiff,<br><br>v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community.<br><br>        Defendants. | Case No. 2:24-cv-1032<br><br>**DEFENDANT DANI CHEHAK'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION** |

TO:        Plaintiff Steve Teixeira

AND TO:    Plaintiff's Counsel of Record

      Defendant Dani Chehak ("Defendant"), by and through their counsel of record, hereby responds to Plaintiff Steve Teixeira ("Plaintiff") First Set of Interrogatories and Requests for Production to Defendant Dani Chehak as follows:

**GENERAL OBJECTIONS AND DEFINITIONS**

      The following General Objections shall be considered as made, to the extent applicable, in response to each of the Interrogatories and Requests, as if the General Objections were fully set forth in each such response, including those responses which also set forth specific objections.

      1.      Defendant objects to each Interrogatory and Request to the extent that it seeks to

DEFENDANT DANI CHEHAK'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION - 1
Civil Case No. 2:24-cv-1032

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

1    impose obligations beyond those set forth by the Federal Rules of Civil Procedure.

2        2.    Defendant objects to each Interrogatory and Request to the extent that it calls for the production of documents or information containing trade secrets, proprietary information, confidential information and other competitively sensitive business or commercial information.

3.    Defendant objects to each Interrogatory and Request to the extent that it seeks privileged documents or privileged information, including, without limitation, documents or information that were prepared, generated, or received for or in anticipation of litigation, documents or information that constitute attorney work product, or documents or information that is protected by a claim of privilege or immunity, including, without limitation, the attorney-client privilege, common interest or joint defense privilege, or any other applicable privilege or immunity. Such documents or information shall not be provided in response hereto, and inadvertent disclosure shall not be deemed a waiver of any privilege, immunity or protection.

4.    Defendant objects to each Interrogatory and Request to the extent it is vague, ambiguous, compound, or does not describe the information sought with sufficient particularity.

5.    Defendant's responses to Plaintiff's Interrogatories and Requests are based on information presently available to Defendant. Defendant reserves the right to supplement and/or amend these responses or to supply additional documents at a later time, if further information becomes available in the course of Defendant's diligent inquiries, through discovery or otherwise. These responses should not be construed as, and do not constitute a waiver of, Defendant's rights to prove additional facts at trial.

6.    Defendant objects to each Interrogatory and Request to the extent it is unduly burdensome, oppressive, or harassing.

7.    Defendant objects to each Interrogatory and Request to the extent that it is overly broad and not limited in time or scope.

8.    To the extent that Defendant states that it will identify or produce documents responsive to the Requests, this is an indication that Defendant has used reasonable diligence to locate the requested documents it believes, in the exercise of reasonable business and technological

DEFENDANT DANI CHEHAK'S RESPONSES TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION - 2
Civil Case No. 2:24-cv-1032

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

usage, are relevant, responsive, and non-privileged. To the extent Plaintiff required Defendant to do more than the foregoing, Defendant objects to each and every Request on the ground that it would subject Defendant to oppression, harassment, and undue burden.

## ANSWER TO INTERROGATORIES

**INTERROGATORY NO. 1:** Identify all accounts including, but not limited to, email addresses, social media, phone numbers, blogs, etc, where you have communicated with or about Plaintiff.

**ANSWER TO INTERROGATORY NO. 1:**

Defendant objects to this Interrogatory on the grounds that it seeks information protected by the attorney-client privilege, work-product doctrine, and/or other applicable privileges. Defendant objects to this Interrogatory on the grounds that it seeks documents containing information pertaining to individuals, the disclosure of which would constitute a violation of any individual's right of privacy under Article I, Section 7 of the Washington Constitution and/or any other constitutional, statutory, or common law right of privacy. Defendant also objects to this Interrogatory as overly broad, unduly burdensome, and not reasonably tailored or proportional to the needs of this case insofar as it seeks information that is not relevant to any party's claims or defenses. Without waiving the objections, Defendant responds as follows:

**THE BELOW INFORMATION SHALL BE DESIGNATED AS "CONFIDENTIAL" UNDER THE PARTIES PROTECTIVE ORDER:**

Phone: 650-353-0596

Social Media/Blogs: None

Email: dchehak@mozilla.com; chehaks@mac.com (this email has only been used in relation to Plaintiff to communicate with counsel regarding this case, so any potentially responsive information contained in such account is privileged).

## RESPONSE TO REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** All Communications that mention or relate to Plaintiff from May 1, 2022 to the present in each account listed in response to Interrogatory No. 1, excluding accounts associated with your employment with Mozilla.

DEFENDANT DANI CHEHAK'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION - 3
Civil Case No. 2:24-cv-1032

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

**RESPONSE TO REQUEST NO. 1:**

Defendant objects to this Request as overly broad, unduly burdensome, and not reasonably tailored or proportional to the needs of this case insofar as it seeks information that is not relevant to any party's claims or defenses. In particular, communications that merely mention or relate to Plaintiff are over encompassing and will not necessarily relate to claims or defenses. Defendant objects to this Request on the grounds that it seeks information protected by the attorney-client privilege, work-product doctrine, and/or other applicable privileges. Defendant also objects to this Request on the grounds that it seeks documents containing information pertaining to individuals, the disclosure of which would constitute a violation of any individual's right of privacy under Article I, Section 7 of the Washington Constitution and/or any other constitutional, statutory, or common law right of privacy. Without waiving the objections, Defendant responds as follows:

Defendant will agree to produce non-privileged communications in its possession to or from Defendant's non-Mozilla accounts that mention or relate to Plaintiff from May 1, 2022 to the present that contain search terms agreed to by Plaintiff and Defendant.

DEFENDANT DANI CHEHAK'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION - 4
Civil Case No. 2:24-cv-1032

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

1    Dated this 10th day of September, 2024

2                                      DLA PIPER LLP (US)

3                                      *By: s/ Anthony Todaro*

4                                      Anthony Todaro, WSBA No. 30391
*s/ Alexandria Cates*

5                                      Alexandria Cates, WSBA No. 53786
701 Fifth Avenue, Suite 6900

6                                      Seattle, Washington 98104-7029
Tel:   206.839.4800

7                                      E-mail:  anthony.todaro@us.dlapiper.com
E-mail: alexandria.cates@us.dlapiper.com

8

9                                      *Attorneys for Defendants MOZILLA CORPORATION a.k.a M.F. TECHNOLOGIES, LAURA CHAMBERS, WINIFRED MITCHELL BAKER, and DANI CHEHAK*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT DANI CHEHAK'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION - 5
Civil Case No. 2:24-cv-1032

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

# CERTIFICATION

The undersigned attorneys for Defendant Dani Chehak have read the foregoing Interrogatories and Requests for Production, and Defendant's answers and responses thereto, and states that they are in compliance with applicable Federal Rules of Civil Procedure and the Local Rules of the Western District of Washington, this 10th day of September, 2024.

*s/ Anthony Todaro*
Anthony Todaro, WSBA No 30391
Alexandria Cates, WSBA No. 53789
Attorneys for Defendants Mozilla Corporation, Laura Chambers, Winifred Michell Baker, and Dani Chehak

DEFENDANT DANI CHEHAK'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION - 6
Civil Case No. 2:24-cv-1032

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

# **VERIFICATION**

I, Dani Chehak, declare under penalty of perjury under the laws of the State of Washington that I have read the foregoing answers and responses to Plaintiff's First Set of Interrogatories and all of the answers and responses are true and correct to the best of my knowledge and belief.

DECLARED this __9__ day of September, 2024.

Signed by:

Dani Chehak

DEFENDANT DANI CHEHAK'S RESPONSES TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION - 7
Civil Case No. 2:24-cv-1032

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2024, I caused a true and correct copy of the foregoing to be served on the following in the manner indicated:

| | |
|---|---|
| Amy Alexander<br>Mathew Harrington<br>STOKES LAWRENCE, P.S.<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA 98101-2393<br>Telephone: (206) 626-6000<br>Fax: (206) 464-1496<br>Amy.alexander@stokeslaw.com<br>Mathew.Harrington@stokeslaw.com<br>laura.smith@stokeslaw.com<br>sarah.armon@stokeslaw.com<br>Maricarmen.Perez-Vargas@stokeslaw.com<br>anna.armitage@stokeslaw.com<br><br>*Attorneys for Plaintiff Steve Teixeira* | ☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☒ Via Email<br>☐ Via the Court's CM/ECF System |
| Darren A. Feider<br>Amanda V. Masters<br>SEBRIS BUSTO JAMES<br>15375 SE 30th Pl., STE 310<br>Bellevue, Washington 98007<br>dfeider@sbj.law<br>amasters@sbj.law<br>epruzinsky@sbj.law<br>kmarchenko@sbj.law<br><br>*Attorneys for Defendant Mozilla Foundation* | ☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☒ Via Email<br>☐ Via the Court's CM/ECF System |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 10th day of September, 2024.

       *s/ Jacey Bittle*
       Jacey Bittle, Legal Administrative Assistant

DEFENDANT DANI CHEHAK'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION - 8
Civil Case No. 2:24-cv-1032

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800