# Exhibit 9

# Anna Armitage

| | |
|---|---|
| **From:** | Maricarmen Perez-Vargas |
| **Sent:** | Tuesday, November 12, 2024 10:19 AM |
| **To:** | Cates, Alexandria; Amy K. Alexander |
| **Cc:** | Mathew Harrington; Anna Armitage; Charlotte Edwards; Laura Smith; Sarah Armon; Bittle, Jacey; McFadden, Robert; Todaro, Anthony |
| **Subject:** | RE: Mozilla/Teixeira - discovery responses |
| **Attachments:** | Additional Terms Proposal (Moz Corp. and Individual Defs).pdf |

Alex,

It's a pleasure to meet you. We request that you add the additional attached search terms to the terms you suggested below, as well as some edits to your proposed terms, to ensure all potentially relevant ESI is captured.

Regards,

Maricarmen

**Maricarmen Perez-Vargas** (she/her)
Attorney, AWI-CH
**Stokes Lawrence, P.S.**
1420 Fifth Avenue, Suite 3000 | Seattle, WA 98101-2393
direct: 206-892-2125
Maricarmen.Perez-Vargas@stokeslaw.com | stokeslaw.com

This e-mail may contain confidential information which is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.

---

**From:** Cates, Alexandria <Alexandria.Cates@us.dlapiper.com>
**Sent:** Tuesday, October 15, 2024 8:16 PM
**To:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>
**Cc:** Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Maricarmen Perez-Vargas <Maricarmen.Perez-Vargas@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>; Charlotte Edwards <charlotte.edwards@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Bittle, Jacey <Jacey.Bittle@us.dlapiper.com>; McFadden, Robert <robert.mcfadden@us.dlapiper.com>; Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>
**Subject:** RE: Mozilla/Teixeira - discovery responses

Hi Amy,

Per the terms of the ESI agreement, see below for our disclosures.

**Custodians**
1. Steve Texeira, Plaintiff
    a. Emails
    b. Google Drive

1

   c. Box folder
2. Mitchell Baker, Defendant, Former Chief Executive Officer of Mozilla Corporation, Inc.
   a. Emails
   b. Google Drive
   c. Cellphone
3. Laura Chambers, Defendant -Current Chief Executive Officer of Mozilla Corporation, Inc.
   a. Emails (beginning 2/6/24)
   b. Google Drive
   c. Cellphones (2)
4. Dani Chehak, Defendant - Current Chief People Officer of Mozilla Corporation, Inc.
   a. Emails
   b. Google Drive
   c. Cellphone

**Non-Custodian Data Sources**
1. Slack - given the way manner in which Slack was stored during the relevant time period, Slack data is not organized by custodian. Instead, we have a snapshot of Slack data taken on May 15, 2024. Mozilla's Slack retention policy is 6 months, so the snapshot captures all Slack data 6 months prior to the date of the snapshot.

**Third party data sources**
1. Cell phone accounts for Mitchell, Laura, and Dani, as mentioned above. We are currently in the process of imaging Laura, Mitchell, and Dani's cellphones.

**Inaccessible Data**
1. As mentioned above, Slack data is only retained for 6 months pursuant to Company policy.

**Search Methodology**
1. In response to your RFPS, we propose to search the above-listed custodial email and google drive accounts from August 1, 2022 through the May 18, 2024, as well as all Slack data, that mention the following terms for documents:
   a. Promot* w/3 (President or CEO))
   b. CEO w/10 President
   c. CEO w/3 transition
   d. CEO w/5 Steve
   e. Potential w/4 succession
   f. Replac* w/5 CEO
   g. Succession /4 plan*
   h. "SVP New Products"
   i. "SVP Technology"
   j. Feedback and Steve
   k. "Performance Review" and Steve
   l. Steve w/20 performance

Thank you,
Alex

# Alex Cates
Associate

T  +1 206 839 4893
F  +1 206 494 1797
M  +1 425 275 6289
alexandria.cates@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

2

**From:** Cates, Alexandria
**Sent:** Wednesday, September 25, 2024 2:58 PM
**To:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>
**Cc:** Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Maricarmen Perez-Vargas <Maricarmen.Perez-Vargas@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>; Charlotte Edwards <charlotte.edwards@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Bittle, Jacey <Jacey.Bittle@us.dlapiper.com>; McFadden, Robert <robert.mcfadden@us.dlapiper.com>; Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>
**Subject:** RE: Mozilla/Teixeira - discovery responses

Hello Amy,

The ESI agreement specifically states that the information you are requesting below be provided within 30 days of the order. The ESI order was entered on September 16th. We will follow the order and get you the information that you are requesting within 30 days, or not later than October 16th. Given the number of individuals implicated in this case and amount of data that we are still in the process of collecting, we cannot give you all of the information you demand by tomorrow. To date, we have collected more than 750,000 emails, slack messages, and documents. We are still in the process of collecting more. Given the immense amounts of data that we have to collect and review in order to respond to your requests, this is going to take us some time.

**Alex Cates**
Associate

T  +1 206 839 4893
F  +1 206 494 1797
M  +1 425 275 6289
alexandria.cates@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>
**Sent:** Tuesday, September 24, 2024 9:49 AM
**To:** Cates, Alexandria <Alexandria.Cates@us.dlapiper.com>; Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>
**Cc:** Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Maricarmen Perez-Vargas <Maricarmen.Perez-Vargas@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>; Charlotte Edwards <charlotte.edwards@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Bittle, Jacey <Jacey.Bittle@us.dlapiper.com>; McFadden, Robert <robert.mcfadden@us.dlapiper.com>
**Subject:** Mozilla/Teixeira - discovery responses

⚠ EXTERNAL MESSAGE

Hello Alex and Anthony,

I'm writing with some initial concerns about Defendants' responses to Plaintiff's first set of requests for production. Specifically, on RFP 3-5, Mozilla Corporation states that it will produce communications that "contain search terms agreed to by Plaintiff and Defendant." The same is true for RFP 1 to Ms. Chehak, Ms. Baker, and Ms. Chambers. These responses do not comply with the ESI Protocol, which was negotiated and agreed to nearly contemporaneously with Defendants' responses. Under our ESI Protocol, the producing party must first disclose data sources, including custodians, search terms and queries, file type and date restrictions, and other methodology used to locate responsive ESI and discoverable information, which would include the extent to which Defendants have engaged third party

vendors to locate responsive documents. Only after this disclosure might the parties meet and confer about agreed search terms.

We served discovery requests nearly two months ago. It appears that Defendants have not even begun the collection of ESI, and are improperly refusing to do so until Plaintiff provides search terms. This is contrary to the ESI Protocol. We ask that you comply with the ESI Protocol and disclose required initial information no later than Friday, September 27. Please note that Defendants are obligated not only to provide documents found via search terms, but also to locate and produce documents generally responsive to our requests, independent of search terms. At this time, MoCo has produced less than 20 pages of documents in response to our requests, and the individual defendants have produced none. When you respond with the required ESI information, please also advise when Defendants will produce additional documents.

Sincerely,

**Amy Kangas Alexander** (she/her)
Shareholder  |  Stokes Lawrence, P.S.
Seattle, Washington | (206) 892-2161 | Amy.Alexander@stokeslaw.com

This e-mail may be attorney-client privileged. If you received it in error, please inform the sender and delete it.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

| Terms Proposed by Mozilla Corp | Sources | Date Limitation | SL Edits |
|---|---|---|---|
| Promot* w/3 (President or CEO) | ALL* | 8/1/2022 - Present | |
| CEO w/10 President | ALL | 8/1/2022 - Present | |
| CEO w/3 transition | ALL | 8/1/2022 - Present | |
| CEO w/5 Steve* | ALL | 8/1/2022 - Present | CEO w/5 Steve* |
| Potential w/4 succession | ALL | 8/1/2022 - Present | |
| Replac* w/5 CEO | ALL | 8/1/2022 - Present | |
| Succession /4 plan* | ALL | 8/1/2022 - Present | |
| "SVP New Products" | ALL | 8/1/2022 - Present | |
| "SVP Technology" | ALL | 8/1/2022 - Present | |
| Feedback and Steve | ALL | 8/1/2022 - Present | Feedback AND Steve* |
| "Performance Review" and Steve | ALL | 8/1/2022 - Present | "Performance Review" AND Steve* |
| Steve w/20 performance | ALL | 8/1/2022 - Present | Steve* w/20 perform* |

| Teixeira Additional Terms Requested | Sources | Date Limitation | |
|---|---|---|---|
| Steve* AND Title | ALL | 10/1/2023 - Present | |
| Steve* AND Change* | ALL | 10/1/2023 - Present | |
| Steve* AND absence* | ALL | 10/1/2023 - Present | |
| Steve* AND Employ* | ALL | 10/1/2023 - Present | |
| Steve* AND Leave | ALL | 10/1/2023 - Present | |
| Steve* AND Terminat* | ALL | 10/1/2023 - Present | |
| Steve* AND Farewell | ALL | 10/1/2023 - Present | |
| CEO AND hire* | ALL | 1/1/2022 - Present | |
| CEO AND Succession | ALL | 1/1/2022 - Present | |
| Steve* AND Teixeira | SLACK (Exclude Steve as Custodian) | SLACK Limitation of 6 months prior to 5/15/2024 to Present | |
| | Mitchell Baker (Personal Email - mitchellbakerremix@gmail.com) | 5/1/2022 - Present | |
| | Laura Chambers (Personal Email - lpeile@gmail.com) | 5/1/2022 - Present | |
| | Dani Chehak (Mozilla AND Personal Email Accounts - dchehak@mozilla.com and chehaks@mac.com) | 5/1/2022 - Present | |
| Steve* AND Eval* | ALL | None | |
| Steve* AND Cancer | ALL | 9/1/2023 - Present | |
| Steve* AND diagnos* | ALL | 9/1/2023 - Present | |
| Steve* AND AI | ALL | 1/1/2022 - Present | |
| Steve* AND "artificial intelligence" | ALL | 1/1/2022 - Present | |
| Steve* AND melanoma | ALL | 9/1/2023 - Present | |
| Steve* AND treat* | ALL | 9/1/2023 - Present | |
| Steve* AND surgery | ALL | 9/1/2023 - Present | |
| Steve* AND performance | ALL | 8/1/2022 - Present | |
| Steve* AND FMLA | ALL | 9/1/2023 - Present | |
| Steve* AND "Caring Bridge" | ALL | 9/1/2023 - Present | |
| Steve* AND caringbridge | ALL | 9/1/2023 - Present | |
| Steve* AND (promot* OR President OR CEO) | ALL | 8/1/2022 - Present | |
| Steve* AND officer | ALL | 8/1/2022 - Present | |
| Steve* AND eye | ALL | 8/1/2022 - Present | |
| Steve* AND Chief | ALL | 8/1/2022 - Present | |
| Steve* AND narrative | ALL | 8/1/2022 - Present | |
| Steve* AND layoff* | ALL | 8/1/2022 - Present | |
| Steve* AND RIF | ALL | 8/1/2022 - Present | |
| Steve* AND "term" | ALL | 8/1/2022 - Present | |
| Steve* AND "generative ai" | ALL | 8/1/2022 - Present | |
| Steve* AND "gen ai" | ALL | 8/1/2022 - Present | |
| Steve* AND discriminat* | ALL | 9/1/2023 - Present | |

| | | |
|---|---|---|
| Steve* AND complain* | ALL | 9/1/2023 - Present |
| Steve* AND demot* | ALL | 8/1/2022 - Present |
| Steve* AND bonus | ALL | 8/1/2022 - Present |
| Steve* AND LTIP | ALL | 8/1/2022 - Present |
| Steve* AND IAP | ALL | 8/1/2022 - Present |
| Steve* AND MAP | ALL | 8/1/2022 - Present |
| Steve* AND blueprint | ALL | 6/1/2023 - Present |
| Lindsey AND Social | ALL | 10/1/2023 - Present |
| Lindsey AND Leyla | ALL | 10/1/2023 - Present |
| Steve* AND reentry | ALL | 10/1/2023 - Present |
| Steve* AND onboard* | ALL | 10/1/2023 - Present |
| Steve* AND Dani AND LaVonne | ALL | 8/1/2022 - Present |
| Steve* AND Dani AND Hannah | ALL | 8/1/2022 - Present |
| Steve* AND Mitchell AND Bellevue | ALL | 8/1/2022 - Present |
| Steve* AND Dani AND direct* | ALL | 8/1/2022 - Present |
| Steve* AND Dani AND Fireside | ALL | 8/1/2022 - Present |
| Steve* AND Laura AND fireside | ALL | 8/1/2022 - Present |
| Steve* AND pancreas | ALL | 9/1/2023 - Present |
| Steve* AND liver | ALL | 9/1/2023 - Present |
| Steve* AND metastat* | ALL | 9/1/2023 - Present |
| Steve* AND resign* | ALL | 9/1/2023 - Present |
| Steve* AND quit* | ALL | 9/1/2023 - Present |

*("ALL" means a custodian's personal and Mozilla email/productivity suite, Google Drive (or other local or cloud based file storage), cell phone storage including text messaging, SLACK