Exhibit 10

**Anna Armitage**

| | |
|---|---|
| **From:** | Cates, Alexandria <Alexandria.Cates@us.dlapiper.com> |
| **Sent:** | Friday, December 13, 2024 4:48 PM |
| **To:** | Maricarmen Perez-Vargas |
| **Cc:** | Mathew Harrington; Anna Armitage; Charlotte Edwards; Laura Smith; Sarah Armon; Bittle, Jacey; McFadden, Robert; Todaro, Anthony; Amy K. Alexander |
| **Subject:** | RE: Mozilla/Teixeira - discovery responses |
| **Attachments:** | Mozilla Response to Additional Terms Proposal (Moz Corp. and Individual Defs).pdf |

Hi Maricarmen,

Thank you for your email and apologies for our delay, but we have been diligently processing the terms. Our response to your proposals is attached to this chart. For the most part, I think we can come to an agreement on most of these terms if you can limit them a bit. The main reason we are pushing back on most of the terms is because they hit on 500+ documents (and more than half of them hit on 1000+). For these terms, limiting the search to be "within" an amount of terms rather than using the connecter "AND" will likely help narrow the searches down.

Have a nice weekend,
Alex


**Alex Cates**
Associate

T  +1 206 839 4893
F  +1 206 494 1797
M  +1 425 275 6289
alexandria.cates@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

**From:** Maricarmen Perez-Vargas <Maricarmen.Perez-Vargas@stokeslaw.com>
**Sent:** Wednesday, December 11, 2024 10:12 AM
**To:** Cates, Alexandria <Alexandria.Cates@us.dlapiper.com>; Amy K. Alexander <Amy.Alexander@stokeslaw.com>
**Cc:** Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>; Charlotte Edwards <charlotte.edwards@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Bittle, Jacey <Jacey.Bittle@us.dlapiper.com>; McFadden, Robert <robert.mcfadden@us.dlapiper.com>; Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>
**Subject:** RE: Mozilla/Teixeira - discovery responses


⚠ EXTERNAL MESSAGE

Alex,

Since our e-mail from a month ago below, we have not heard anything from Mozilla Corporation in response to our proposed changes to Mozilla Corporation's search terms for its ESI. Per our ESI agreement, the parties are required to engage in a meet and confer process to come to agreement regarding search terms and search methodology. Because we have not heard anything from Mozilla Corporation in response to our proposed changes to Mozilla Corporation's

1

initial proposed search terms, and there has been no request for further discussion or a meet and confer, we assume Mozilla Corporation accepts our proposed changes and has begun the process of applying them to its ESI to identify responsive information.

Regards,

**Maricarmen Perez-Vargas** (she/her)
Attorney, AWI-CH
Stokes Lawrence, P.S.
1420 Fifth Avenue, Suite 3000 | Seattle, WA 98101-2393
direct: 206-892-2125
Maricarmen.Perez-Vargas@stokeslaw.com | stokeslaw.com

This e-mail may contain confidential information which is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.

**From:** Maricarmen Perez-Vargas
**Sent:** Tuesday, November 12, 2024 10:19 AM
**To:** Cates, Alexandria <Alexandria.Cates@us.dlapiper.com>; Amy K. Alexander <Amy.Alexander@stokeslaw.com>
**Cc:** Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>; Charlotte Edwards <charlotte.edwards@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Bittle, Jacey <Jacey.Bittle@us.dlapiper.com>; McFadden, Robert <robert.mcfadden@us.dlapiper.com>; Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>
**Subject:** RE: Mozilla/Teixeira - discovery responses

Alex,

It's a pleasure to meet you. We request that you add the additional attached search terms to the terms you suggested below, as well as some edits to your proposed terms, to ensure all potentially relevant ESI is captured.

Regards,

Maricarmen

**Maricarmen Perez-Vargas** (she/her)
Attorney, AWI-CH
Stokes Lawrence, P.S.
1420 Fifth Avenue, Suite 3000 | Seattle, WA 98101-2393
direct: 206-892-2125
Maricarmen.Perez-Vargas@stokeslaw.com | stokeslaw.com

This e-mail may contain confidential information which is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.

**From:** Cates, Alexandria <Alexandria.Cates@us.dlapiper.com>
**Sent:** Tuesday, October 15, 2024 8:16 PM
**To:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>
**Cc:** Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Maricarmen Perez-Vargas <Maricarmen.Perez-Vargas@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>; Charlotte Edwards <charlotte.edwards@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Bittle, Jacey <Jacey.Bittle@us.dlapiper.com>; McFadden, Robert <robert.mcfadden@us.dlapiper.com>; Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>
**Subject:** RE: Mozilla/Teixeira - discovery responses

Hi Amy,

Per the terms of the ESI agreement, see below for our disclosures.

### Custodians
1. Steve Texeira, Plaintiff
   a. Emails
   b. Google Drive
   c. Box folder
2. Mitchell Baker, Defendant, Former Chief Executive Officer of Mozilla Corporation, Inc.
   a. Emails
   b. Google Drive
   c. Cellphone
3. Laura Chambers, Defendant - Current Chief Executive Officer of Mozilla Corporation, Inc.
   a. Emails (beginning 2/6/24)
   b. Google Drive
   c. Cellphones (2)
4. Dani Chehak, Defendant - Current Chief People Officer of Mozilla Corporation, Inc.
   a. Emails
   b. Google Drive
   c. Cellphone

### Non-Custodian Data Sources
1. Slack - given the way manner in which Slack was stored during the relevant time period, Slack data is not organized by custodian. Instead, we have a snapshot of Slack data taken on May 15, 2024. Mozilla's Slack retention policy is 6 months, so the snapshot captures all Slack data 6 months prior to the date of the snapshot.

### Third party data sources
1. Cell phone accounts for Mitchell, Laura, and Dani, as mentioned above. We are currently in the process of imaging Laura, Mitchell, and Dani's cellphones.

### Inaccessible Data
1. As mentioned above, Slack data is only retained for 6 months pursuant to Company policy.

### Search Methodology
1. In response to your RFPS, we propose to search the above-listed custodial email and google drive accounts from August 1, 2022 through the May 18, 2024, as well as all Slack data, that mention the following terms for documents:
   a. Promot* w/3 (President or CEO))
   b. CEO w/10 President
   c. CEO w/3 transition
   d. CEO w/5 Steve
   e. Potential w/4 succession
   f. Replac* w/5 CEO

3

   g. Succession /4 plan*
   h. "SVP New Products"
   i. "SVP Technology"
   j. Feedback and Steve
   k. "Performance Review" and Steve
   l. Steve w/20 performance

Thank you,
Alex

**Alex Cates**
Associate

T  +1 206 839 4893
F  +1 206 494 1797
M  +1 425 275 6289
alexandria.cates@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Cates, Alexandria
**Sent:** Wednesday, September 25, 2024 2:58 PM
**To:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>
**Cc:** Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Maricarmen Perez-Vargas <Maricarmen.Perez-Vargas@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>; Charlotte Edwards <charlotte.edwards@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Bittle, Jacey <Jacey.Bittle@us.dlapiper.com>; McFadden, Robert <robert.mcfadden@us.dlapiper.com>; Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>
**Subject:** RE: Mozilla/Teixeira - discovery responses

Hello Amy,

The ESI agreement specifically states that the information you are requesting below be provided within 30 days of the order. The ESI order was entered on September 16th. We will follow the order and get you the information that you are requesting within 30 days, or not later than October 16th. Given the number of individuals implicated in this case and amount of data that we are still in the process of collecting, we cannot give you all of the information you demand by tomorrow. To date, we have collected more than 750,000 emails, slack messages, and documents. We are still in the process of collecting more. Given the immense amounts of data that we have to collect and review in order to respond to your requests, this is going to take us some time.

**Alex Cates**
Associate

T  +1 206 839 4893
F  +1 206 494 1797
M  +1 425 275 6289
alexandria.cates@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>
**Sent:** Tuesday, September 24, 2024 9:49 AM
**To:** Cates, Alexandria <Alexandria.Cates@us.dlapiper.com>; Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>
**Cc:** Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Maricarmen Perez-Vargas <Maricarmen.Perez-

4

<Vargas@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>; Charlotte Edwards <charlotte.edwards@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Bittle, Jacey <Jacey.Bittle@us.dlapiper.com>; McFadden, Robert <robert.mcfadden@us.dlapiper.com>
**Subject:** Mozilla/Teixeira - discovery responses

 **EXTERNAL MESSAGE**

Hello Alex and Anthony,

I'm writing with some initial concerns about Defendants' responses to Plaintiff's first set of requests for production. Specifically, on RFP 3-5, Mozilla Corporation states that it will produce communications that "contain search terms agreed to by Plaintiff and Defendant." The same is true for RFP 1 to Ms. Chehak, Ms. Baker, and Ms. Chambers. These responses do not comply with the ESI Protocol, which was negotiated and agreed to nearly contemporaneously with Defendants' responses. Under our ESI Protocol, the producing party must first disclose data sources, including custodians, search terms and queries, file type and date restrictions, and other methodology used to locate responsive ESI and discoverable information, which would include the extent to which Defendants have engaged third party vendors to locate responsive documents. Only after this disclosure might the parties meet and confer about agreed search terms.

We served discovery requests nearly two months ago. It appears that Defendants have not even begun the collection of ESI, and are improperly refusing to do so until Plaintiff provides search terms. This is contrary to the ESI Protocol. We ask that you comply with the ESI Protocol and disclose required initial information no later than Friday, September 27. Please note that Defendants are obligated not only to provide documents found via search terms, but also to locate and produce documents generally responsive to our requests, independent of search terms. At this time, MoCo has produced less than 20 pages of documents in response to our requests, and the individual defendants have produced none. When you respond with the required ESI information, please also advise when Defendants will produce additional documents.

Sincerely,

**Amy Kangas Alexander** (she/her)
Shareholder  |  Stokes Lawrence, P.S.
Seattle, Washington | (206) 892-2161 | Amy.Alexander@stokeslaw.com

This e-mail may be attorney-client privileged. If you received it in error, please inform the sender and delete it.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

| Terms Proposed by Mozilla Corp | Sources | Date Limitation | SL Edits | Mozilla Response* |
|---|---|---|---|---|
| Promot* w/3 (President or CEO) | ALL* | 8/1/2022 - Present | | |
| CEO w/10 President | ALL | 8/1/2022 - Present | | |
| CEO w/3 transition | ALL | 8/1/2022 - Present | | |
| CEO w/5 Steve* | ALL | 8/1/2022 - Present | CEO w/5 Steve* | We agree to your edits. |
| Potential w/4 succession | ALL | 8/1/2022 - Present | | |
| Replac* w/5 CEO | ALL | 8/1/2022 - Present | | |
| Succession /4 plan* | ALL | 8/1/2022 - Present | | |
| "SVP New Products" | ALL | 8/1/2022 - Present | | |
| "SVP Technology" | ALL | 8/1/2022 - Present | | |
| Steve* AND Terminat* | ALL | 10/1/2023 - Present | | |
| Steve* AND Farewell | ALL | 10/1/2023 - Present | | |
| Feedback and Steve | ALL | 8/1/2022 - Present | Feedback AND Steve* | We agree to your edits. |
| CEO AND hire* | ALL | 1/1/2022 - Present | | |
| "Performance Review" and Steve | ALL | 8/1/2022 - Present | "Performance Review" AND Steve* | We agree to your edits. |
| Steve w/20 performance | ALL | 8/1/2022 - Present | Steve* w/20 perform* | We agree to your edits. |
| CEO AND Succession | ALL | 1/1/2022 - Present | | |

| Teixeira Additional Terms Requested Limitation | Sources | Date | | Mozilla Response* |
|---|---|---|---|---|
| Steve* AND Title | ALL | 10/1/2023 - Present | | Please narrow this proposal. |
| Steve* AND Change* | ALL | 10/1/2023 - Present | | Please narrow this proposal. |
| Steve* AND absence* | ALL | 10/1/2023 - Present | | Okay. |
| Steve* AND Employ* | ALL | 10/1/2023 - Present | | Please narrow this proposal. |
| Steve* AND Leave | ALL | 10/1/2023 - Present | | Please narrow this proposal. |
| Steve* AND Terminat* | ALL | 10/1/2023 - Present | | Okay. |
| Steve* AND Farewell | ALL | 10/1/2023 - Present | | Okay. |
| Steve* AND Teixeira | Mitchell Baker (Personal Email - mitchellbakerremix@gmail.com) Laura Chambers (Personal Email - lpeile@gmail.com) | 5/1/2022 - Present 5/1/2022 - Present | | Please narrow this proposal. We will agree to apply this term to the personal email accounts. |
| Steve* AND Eval* | ALL | 5/1/2022 - Present | | Please narrow this proposal. |
| Steve* AND Cancer | ALL | None | | Please narrow this proposal. |
| Steve* AND diagnos* | ALL | 9/1/2023 - Present | | Okay. |
| Steve* AND AI | ALL | 1/1/2022 - Present | | Please narrow this proposal. |
| Steve* AND "artificial intelligence" | ALL | 1/1/2022 - Present | | Please narrow this proposal. |
| Steve* AND melanoma | ALL | 9/1/2023 - Present | | Okay. |
| Steve* AND treat* | ALL | 9/1/2023 - Present | | Please narrow this proposal. |
| Steve* AND surgery | ALL | 9/1/2023 - Present | | Okay. |
| Steve* AND performance | ALL | 8/1/2022 - Present | | Please narrow this proposal. |
| Steve* AND FMLA | ALL | 9/1/2023 - Present | | Okay. |
| Steve* AND "Caring Bridge" | ALL | 9/1/2023 - Present | | Okay. |
| Steve* AND caringbridge | ALL | 9/1/2023 - Present | | Okay. |
| Steve* AND (promot* OR President OR CEO) | ALL | 8/1/2022 - Present | | Please narrow this proposal. |
| Steve* AND officer | ALL | 8/1/2022 - Present | | Please narrow this proposal. |
| Steve* AND eye | ALL | 8/1/2022 - Present | | Please narrow this proposal. |
| Steve* AND Chief | ALL | 8/1/2022 - Present | | Please narrow this proposal. |
| Steve* AND narrative | ALL | 8/1/2022 - Present | | Please narrow this proposal. |
| Steve* AND layoff* | ALL | 8/1/2022 - Present | | Please narrow this proposal. |
| Steve* AND RIF | ALL | 8/1/2022 - Present | | Okay. |
| Steve* AND "term" | ALL | 8/1/2022 - Present | | Please narrow this proposal. |
| Steve* AND "generative ai" | ALL | 8/1/2022 - Present | | Please narrow this proposal. |
| Steve* AND "gen ai" | ALL | 8/1/2022 - Present | | Okay. |
| Steve* AND discriminat* | ALL | 9/1/2023 - Present | | Okay. |
| Steve* AND complain* | ALL | 9/1/2023 - Present | | Okay. |

| | | SLACK (Exclude Steve as Custodian) | SLACK Limitation of 6 months prior to 5/15/2024 to Present | | Due to the format of the Slack data at the time it was collected, we cannot filter slack data by custodians. This term is therefore overbroad and unduly burdensome. All of the terms we have agreed to herein have been applied to the Slack data, so all relevant information should be captured. |

1615618513.1

| Term | Custodian | Date Range | Response |
|---|---|---|---|
| Steve* AND demot* | ALL | 8/1/2022 - Present | Okay. |
| Steve* AND bonus | ALL | 8/1/2022 - Present | Please narrow this proposal. |
| Steve* AND LTIP | ALL | 8/1/2022 - Present | Okay. |
| Steve* AND IAP | ALL | 8/1/2022 - Present | Okay. |
| Steve* AND MAP | ALL | 8/1/2022 - Present | Please narrow this proposal. |
| Steve* AND blueprint | ALL | 6/1/2023 - Present | Okay. |
| Lindsey AND Social | ALL | 10/1/2023 - Present | Please advise on how this term is relevant, as well as narrow the term proposal, and we will consider. |
| Lindsey AND Leyla | ALL | 10/1/2023 - Present | Please advise on how this term is relevant, as well as narrow the term proposal, and we will consider. |
| Steve* AND reentry | ALL | 10/1/2023 - Present | Okay. |
| Steve* AND onboard* | ALL | 10/1/2023 - Present | Please narrow this proposal. |
| Steve* AND Dani AND LaVonne | ALL | 8/1/2022 - Present | Please narrow this proposal. |
| Steve* AND Dani AND Hannah | ALL | 8/1/2022 - Present | Please narrow this proposal. |
| Steve* AND Mitchell AND Bellevue | ALL | 8/1/2022 - Present | Okay. |
| Steve* AND Dani AND direct* | ALL | 8/1/2022 - Present | Please narrow this proposal. |
| Steve* AND Dani AND Fireside | ALL | 8/1/2022 - Present | Okay. |
| Steve* AND Laura AND fireside | ALL | 8/1/2022 - Present | Okay. |
| Steve* AND pancreas | ALL | 9/1/2023 - Present | Okay. |
| Steve* AND liver | ALL | 9/1/2023 - Present | Okay. |
| Steve* AND metastat* | ALL | 9/1/2023 - Present | Okay. |
| Steve* AND resign* | ALL | 9/1/2023 - Present | Okay. |
| Steve* AND quit* | ALL | 9/1/2023 - Present | Please narrow this proposal. |

*Note that Mozilla's response requesting an edit to the term does not mean that Mozilla is waiving any objections to the term.

161561 8513.1