# Exhibit 11

Steve Teixeira

Reason for Termination

Steve Teixeira's employment with Mozilla Corporation was terminated for poor performance and a realignment of the functions formerly assigned to the Chief Product Officer role effective September 1, 2024.

*DocuSigned by:*
*Carlos Torres*
72C04F4DB526470...

Carlos Torres