# Exhibit 12

# Anna Armitage

| | |
|---|---|
| **From:** | Amy K. Alexander |
| **Sent:** | Thursday, April 3, 2025 12:41 PM |
| **To:** | Cates, Alexandria; Todaro, Anthony |
| **Cc:** | Mathew Harrington; Sarah Armon; Laura Smith; Anna Armitage; Bittle, Jacey; McFadden, Robert; Maricarmen Perez-Vargas |
| **Subject:** | Mozilla defendants production |

Alex,

On March 17, you told us that Mozilla Corp, Laura Chambers, Dani Chehak, and Mitchell Baker would begin a *rolling* production on April 11. On March 27, the Court denied a continuance of the case schedule dates. Today you declined to adjust the expert disclosure dates. The discovery cutoff is June 9. Defendants have had most of our discovery requests for **nine months**. We have received only one hundred of documents to date. Under the circumstances, we insist that Defendants begin their rolling production immediately. Please confirm that we will begin receiving documents this week, and provide the date by which you anticipate completing production.

Mr. Teixeira will begin rolling production this week.

Sincerely,

**Amy K. Alexander**
Attorney  |  Shareholder

**Stokes Lawrence, P.S.**
1420 Fifth Avenue, Suite 3000  |  Seattle, WA 98101-2393
Direct: 206.892.2161  |  Office: 206.626.6000
Amy.Alexander@stokeslaw.com  |  stokeslaw.com

*This message may be confidential and legally privileged. If you received this message in error, please inform the sender and then delete it.*

1