Exhibit 13

**From:** Lakhani, Karim <klakhani@g.harvard.edu>
**Sent:** Tuesday, August 08, 2023 1:49 PM PDT
**To:** stevetex@mozilla.com <stevetex@mozilla.com>; Imo Udom <iudom@mozilla.com>; Mitchell Baker <mitchell@mozilla.com>; Short, Karen <kshort@g.harvard.edu>
**Subject:** Amazing progress on GenAI

Hey Guys,

Thanks for the update on your GenAI efforts.  Very very promising.  As I said I think everyone on the board will want to be on the pre-alpha for Orbit - including moi.  More generally - I am happy to engage with you guys on this in depth.  I still need to get through my August - as I have both my wife and daughter going back to school to two different states.
Lets plan for an early rendezvous in September.
Adding @Short, Karen for diary coordination.
Please do add me to your alpha :)


K
-------
Karim R. Lakhani
Dorothy & Michael Hintze Professor of Business Administration
Harvard Business School | Laboratory for Innovation Science at Harvard
Chair, Digital, Data & Design (D^3) Institute at Harvard
http://www.hbs.edu/klakhani
https://lish.harvard.edu/| https://d3.harvard.edu
Coordination: Karen Short  kshort@hbs.edu