# Exhibit 14

| Date | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 02/05/2025 | MCPV | 2.8 | 450 | $ 1,260.00 | Draft motion to compel. |
| 02/06/2025 | MCPV | 2.3 | 450 | $ 1,035.00 | Draft motion to compel. |
| 02/06/2025 | AKA | 0.2 | 475 | $ 95.00 | Discuss motion to compel strategy with attorney Maricarmen Perez-Vargas and attorney Mathew Harrington. |
| 02/06/2025 | MLH | 0.4 | 750 | $ 300.00 | Confer re motion to compel and TK Law report. |
| 02/06/2025 | MCPV | 1.1 | 450 | $ 495.00 | Draft motion to compel. |
| 02/07/2025 | MCPV | 1 | 450 | $ 450.00 | Draft motion to compel. |
| 02/18/2025 | MCPV | 1.7 | 450 | $ 765.00 | Review and edit motion to compel. |
| 03/04/2025 | MCPV | 0.3 | 450 | $ 135.00 | Edit motion to compel. |
| 03/05/2025 | MCPV | 1.9 | 450 | $ 855.00 | Edit motion to compel. |
| 03/10/2025 | MCPV | 0.9 | 450 | $ 405.00 | Edit joint LCR 37 submission. |
| 03/10/2025 | MCPV | 1.1 | 450 | $ 495.00 | Edit joint LCR 37 submission. |
| 03/11/2025 | MCPV | 1.1 | 450 | $ 495.00 | Research regarding comparators and privilege for LCR 37 submission. |
| 03/11/2025 | MCPV | 2.1 | 450 | $ 945.00 | Edit motion to compel to convert to joint LCR 37 submission. |
| 03/25/2025 | AKA | 0.3 | 475 | $ 142.50 | Strategy regarding discovery and motion to compel. |
| 03/27/2025 | MCPV | 0.2 | 450 | $ 90.00 | Review motion to compel. |
| 03/27/2025 | MCPV | 0.3 | 450 | $ 135.00 | Review motion to compel. |
| 03/28/2025 | MCPV | 1.1 | 450 | $ 495.00 | Finalize motion to compel. |
| 03/28/2025 | MLH | 1 | 750 | $ 750.00 | Revise motion to compel; email re scheduling and revise stipulation. |
| 04/07/2025 | AKA | 3 | 475 | $ 1,425.00 | Review Mozilla response to motion to compel and draft reply to motion to compel. |
| 04/08/2025 | MLH | 2.2 | 750 | $ 1,650.00 | Revise reply and declarations in support of motion to compel. |
| 04/08/2025 | MCPV | 4.1 | 450 | $ 1,845.00 | Finalize joint LCR 37 submission. |
| **Total** | | | | $ 14,262.50 | |