Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

STEVE TEIXEIRA,

          Plaintiff,

v.

MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,

          Defendants.

No. 2:24-cv-01032-RAJ

NOTICE OF ATTORNEY APPEARANCE ON BEHALF OF DEFENDANT WINIFRED MITCHELL BAKER

**(Clerk's Action Required)**

TO:      CLERK OF THE COURT

AND TO:  ALL PARTIES AND COUNSEL OF RECORD

      PLEASE TAKE NOTICE that DANIEL M. WEISKOPF and McNaul Ebel Nawrot & Helgren PLLC, hereby appear in the above-captioned matter as counsel of record for Defendant Winifred Mitchell Baker, and ask that all further pleadings and

///

NOTICE OF APPEARANCE ON BEHALF OF DEF.
WINIFRED MITCHELL BAKER (2:23-cv-01391-RSL) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

papers, except original process, be served upon him at the address below stated.

DATED this 9th day of April, 2025.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/ Daniel M. Weiskopf
    Daniel M. Weiskopf, WSBA No. 44941

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
dweiskopf@mcnaul.com

Attorneys for Defendant Winifred Mitchell Baker

NOTICE OF APPEARANCE ON BEHALF OF DEF.
WINIFRED MITCHELL BAKER (2:23-cv-01391-RSL) – Page 2

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816