THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community.<br><br>    Defendants. | Case No. 2:24-cv-1032-RAJ<br><br>**STIPULATED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT WINIFRED MITCHELL BAKER; [PROPOSED] ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>**April 10, 2025** |

## STIPULATION

Plaintiff Steve Teixeira, by his counsel Mathew L. Harrington, Amy K. Alexander, and Maricarmen Perez-Vargas of Stokes Lawrence, P.S., Defendant Mozilla Foundation, by its counsel Darren Feider and Beth Touschner of Sebris Busto James P.S., along with Defendants Mozilla Corporation, Laura Chambers, Winifred Mitchell Baker, and Dani Chehak, by their counsel Anthony Todaro and Alexandria Cates of DLA Piper LLP (US), and Daniel M. Weiskopf of McNaul Ebel Nawrot & Helgren PLLC, hereby stipulate to an order allowing DLA Piper LLP (US) to withdraw as counsel for Defendant Winifred Mitchell Baker pursuant to Washington Local Rule 83.2(b)(1).

Prior to filing this Stipulation, Mr. Weiskopf filed a Notice of Appearance as counsel for Ms. Baker in this action. *See* Dkt. No. 33. Mr. Weiskopf joins in this stipulation.

Respectfully submitted: April 10, 2025.

| | |
|---|---|
| STOKES LAWRENCE, P.S.<br><br>By: *s/ Mathew L. Harrington*<br>Mathew L. Harrington WSBA No. 44242<br>*s/ Amy K. Alexander*<br>Amy K. Alexander WSBA No. 33276<br>*s/ Maricarmen Perez-Vargas*<br>Maricarmen Perez-Vargas WSBA No. 54344<br>1420 5th Avenue, 30th Floor<br>Seattle, WA 98101<br>E-mail: mathew.harrington@stokeslaw.com<br>E-mail: amy.alexander@stokeslaw.com<br>E-mail: Maricarmen.Perez-Vargas@stokeslaw.com<br><br>*Attorneys for Plaintiff Steve Teixeira* | DLA PIPER LLP (US)<br><br>By: *s/ Anthony Todaro*<br>Anthony Todaro, WSBA No. 30391<br>*s/ Alexandria Cates*<br>Alexandria Cates, WSBA No. 53786<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:   206.839.4800<br>E-mail: anthony.todaro@us.dlapiper.com<br>E-mail: alexandria.cates@us.dlapiper.com<br><br>*Attorneys for Defendants Mozilla Corporation, a.k.a MF Technologies, Laura Chambers, Winifred Mitchell Baker, and Dani Chehak* |
| MCNAUL EBEL NAWROT & HELGREN PLLC.<br><br>By: *s/ Daniel M. Weiskopf*<br>Daniel M. Weiskopf, WSBA No. 44941<br>600 University Street, Suite 2700<br>Seattle, Washington 98101<br>T: (206) 467-1816<br>E-mail: dweiskopf@mcnaul.com<br><br>*Attorney for Defendant Winifred Mitchell Baker* | SEBRIS BUSTO JAMES P.S.<br><br>By: *s/ Darren Feider*<br>Darren Feider, WSBA No. 22430<br>*s/ Beth Touschner*<br>Beth Touschner, WSBA No. 41062<br>15375 SE 30th Pl., Suite 310<br>Bellevue, Washington 98007<br>T: 425 454-4233<br>E-mail: btouschner@sbj.law<br>E-mail: dfeider@sbj.law<br><br>*Attorneys for Defendant Mozilla Foundation* |

**ORDER**

THEREFORE, based on the above stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED that the parties' stipulation for Anthony Todaro and Alexandria Cates of DLA Piper LLP (US) to withdraw as counsel for Winifred Mitchell Baker is granted.

ENTERED this _____ day of _____, 2025.

                                                                            _____
                                                                            Honorable Richard A. Jones
                                                                            United Stated District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties or their counsel of record.

Dated this 10th day of April, 2025.

*s/ Jacey Bittle*
Jacey Bitte, Legal Executive Assistant

STIPULATED MOTION TO WITHDRAW AS
COUNSEL FOR DEFENDANT WINIFRED MITCHELL
BAKER - 4

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800