THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVE TEIXEIRA,

      Plaintiff,

      v.

MOZILLA CORPORATION, a.k.a. M.F.
Technologies, a California corporation;
MOZILLA FOUNDATION, a California
public benefit corporation; LAURA
CHAMBERS and her marital community;
WINIFRED MITCHELL BAKER and her
marital community; and DANI CHEHAK and
her marital community,

      Defendants.

Case No. 2:24-cv-01032-RAJ

DEFENDANT MOZILLA FOUNDATION'S
FIRST AMENDED ANSWER, DEFENSES,
AND AFFIRMATIVE DEFENSES

      Defendant Mozilla Foundation answers Plaintiff Steve Teixeria's First Amended Complaint as follows:

      Plaintiff's Complaint commences with an introductory paragraph that attempts to summarize his factual allegations and claims without a heading. Plaintiff employs the term "Mozilla" without defining which defendant he contends engaged in the conduct set forth in the introductory paragraph. Mozilla Foundation did not and denies the allegations to the extent they intend to impugn Mozilla Foundation. As to other the Defendants, Mozilla Foundation lacks

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER,
DEFENSES, AND AFFIRMATIVE DEFENSES – 1
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

knowledge or information sufficient to form a belief as to the truth of the allegations in Plaintiff's introductory paragraph and therefore denies the same.

## I.     PARTIES

1.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1, and therefore denies the same.

2.     Admit.

3.     Admit.

4.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4, and therefore denies the same.

5.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5, and therefore denies the same.

6.     Admit

7.     Admit.

## II.     JURISDICTION AND VENUE

8.     Paragraph 8 states a legal conclusion to which no response is required.  Mozilla Foundation affirmatively alleges that the Federal District Court should exercise jurisdiction over this matter.

9.     Deny.

10.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10, and therefore denies the same.

11.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11, and therefore denies the same.

12.     Admit.

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 2
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

13.    Mozilla Foundation admits that it is headquartered in San Francisco, California but denies the remaining allegations in Paragraph 13.

14.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14, and therefore denies the same. Mozilla Foundation affirmatively denies that Plaintiff worked for Mozilla Foundation and that Plaintiff's Complaint improperly attempts to combine Mozilla Foundation with Mozilla Corporation. To the extent that the Complaint alleges conduct involving "Mozilla" without further distinction, Mozilla Foundation denies said allegations.

15.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15, and therefore denies the same.  Mozilla Foundation performed none of the acts alleged in the Complaint.

### III.    FACTS

16.    The Complaint has not defined "The Mozilla Project."   Admit that Mozilla Foundation is aware of "The Mozilla Project."

17.    Admit.

18.    Mozilla Foundation objects to the collective use of "Mozilla" throughout the Complaint. Mozilla Foundation does not admit that Mozilla Corporation and Mozilla Foundation are the same entities as the Complaint alleges throughout. Mozilla Foundation admits to the allegations in Paragraph 18.

19.    Mozilla Foundation denies the allegations in Paragraph 19 as they relate to Mozilla Foundation.

20.    Admit.

21.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 3
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

22.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22, and therefore denies the same.

23.    Admit.

24.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24, and therefore denies the same.

25.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25, and therefore denies the same.

26.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26, and therefore denies the same.

27.    Admit that Mr. Surman had a conversation with Mr. Teixeria regarding the potential position as alleged in Paragraph 27. Deny the remaining allegations in Paragraph 27.

28.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28, and therefore denies the same.

29.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29, and therefore denies the same.

30.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30, and therefore denies the same.

31.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31, and therefore denies the same.

32.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32, and therefore denies the same.

33.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 4
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

1 34. Mozilla Foundation lacks knowledge or information sufficient to form a belief as

2 to the truth of the allegations in Paragraph 34, and therefore denies the same.

3 35. Mozilla Foundation lacks knowledge or information sufficient to form a belief as

4 to the truth of the allegations in Paragraph 35, and therefore denies the same.

5 36. Mozilla Foundation lacks knowledge or information sufficient to form a belief as

6 to the truth of the allegations in Paragraph 36, and therefore denies the same.

7 37. Mozilla Foundation lacks knowledge or information sufficient to form a belief as

8 to the truth of the allegations in Paragraph 37, and therefore denies the same.

9 38. Mozilla Foundation lacks knowledge or information sufficient to form a belief as

10 to the truth of the allegations in Paragraph 38, and therefore denies the same.

11 39. Mozilla Foundation lacks knowledge or information sufficient to form a belief as

12 to the truth of the allegations in Paragraph 39, and therefore denies the same.

13 40. Mozilla Foundation lacks knowledge or information sufficient to form a belief as

14 to the truth of the allegations in Paragraph 40, and therefore denies the same.

15 41. Mozilla Foundation denies that it opened a new Seattle office in September 2023

16 as alleged in Paragraph 41.

17 42. Mozilla Foundation lacks knowledge or information sufficient to form a belief as

18 to the truth of the allegations in Paragraph 42, and therefore denies the same.

19 43. Mozilla Foundation lacks knowledge or information sufficient to form a belief as

20 to the truth of the allegations in Paragraph 43, and therefore denies the same.

21 44. Mozilla Foundation lacks knowledge or information sufficient to form a belief as

22 to the truth of the allegations in Paragraph 44, and therefore denies the same.

23 45. Mozilla Foundation lacks knowledge or information sufficient to form a belief as

24 to the truth of the allegations in Paragraph 45, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 5
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

46.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46, and therefore denies the same.

47.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47, and therefore denies the same.

48.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48, and therefore denies the same.

49.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49, and therefore denies the same.

50.     Mozilla Foundation admits that Ms. Chambers was appointed to interim CEO and Ms. Baker became Executive Chair. Mozilla Foundation denies the remaining allegations in Paragraph 50.

51.     Deny.

52.     Deny.

53.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53, and therefore denies the same.

54.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54, and therefore denies the same.

55.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55, and therefore denies the same.

56.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56, and therefore denies the same.

57.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 6
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

1    58.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as

2    to the truth of the allegations in Paragraph 58, and therefore denies the same.

3    59.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as

4    to the truth of the allegations in Paragraph 59, and therefore denies the same.

5    60.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as

6    to the truth of the allegations in Paragraph 60, and therefore denies the same.

7    61.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as

8    to the truth of the allegations in Paragraph 61, and therefore denies the same.

9    62.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as

10    to the truth of the allegations in Paragraph 62, and therefore denies the same.

11    63.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as

12    to the truth of the allegations in Paragraph 63, and therefore denies the same.

13    64.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as

14    to the truth of the allegations in Paragraph 64, and therefore denies the same.

15    65.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as

16    to the truth of the allegations in Paragraph 65, and therefore denies the same.

17    66.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as

18    to the truth of the allegations in Paragraph 66, and therefore denies the same.

19    67.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as

20    to the truth of the allegations in Paragraph 67, and therefore denies the same.

21    68.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as

22    to the truth of the allegations in Paragraph 68, and therefore denies the same.

23    69.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as

24    to the truth of the allegations in Paragraph 69, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER,
DEFENSES, AND AFFIRMATIVE DEFENSES – 7
*Teixeira v. Mozilla Corporation, et al.* – Case No. 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

70.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70, and therefore denies the same.

71.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71, and therefore denies the same.

72.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72, and therefore denies the same.

73.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73, and therefore denies the same.

74.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74, and therefore denies the same.

75.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75, and therefore denies the same.

76.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76, and therefore denies the same.

77.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77, and therefore denies the same.

78.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78, and therefore denies the same.

79.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79, and therefore denies the same.

80.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80, and therefore denies the same.

81.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 8
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

82.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82, and therefore denies the same.

83.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83, and therefore denies the same.

84.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84, and therefore denies the same.

85.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85, and therefore denies the same.

86.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86, and therefore denies the same.

87.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87, and therefore denies the same.

88.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88, and therefore denies the same.

89.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89, and therefore denies the same.

90.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90, and therefore denies the same.

91.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91, and therefore denies the same.

92.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92, and therefore denies the same.

93.     Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 9
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

94.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94, and therefore denies the same.

95.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95, and therefore denies the same.

96.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96, and therefore denies the same.

97.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97, and therefore denies the same.

98.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98, and therefore denies the same.

99.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99, and therefore denies the same.

100.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100, and therefore denies the same.

101.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101, and therefore denies the same.

102.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102, and therefore denies the same.

103.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103, and therefore denies the same.

104.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104, and therefore denies the same.

105.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 10
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

106.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106, and therefore denies the same.

107.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107, and therefore denies the same.

## IV.    CAUSES OF ACTION

### CLAIM ONE – WASHINGTON LAW AGAINST DISCRIMINATION
### (All Defendants)

108.    Paragraph 108 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Mozilla Foundation admits and denies these allegations as it previously answered herein.

109.    Paragraph 109 of the Complaint contains only purported statements of law and no allegations of facts to which a responsive pleading is required. To the extent Paragraph 109 contains any allegations of fact, Mozilla Foundation denies all of them.

110.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110, and therefore denies the same.

111.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111, and therefore denies the same.

112.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112, and therefore denies the same.

113.    Paragraph 113 contains legal assertions that do not require a response. To the extent there are factual allegations requiring a response, Mozilla Foundation denies them.

114.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 11
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

115.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115, and therefore denies the same.

116.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116, and therefore denies the same.

117.    Deny.

118.    Deny.

119.    Deny.

## CLAIM TWO – WLAD RETALIATION
### (All Defendants)

120.    Paragraph 120 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Mozilla Foundation admits and denies these allegations as it previously answered herein.

121.    Paragraph 121 of the Complaint contains only purported statements of law and no allegations of facts to which responsive pleading is required. To the extent Paragraph 121 contains allegations of fact, Mozilla Foundation denies all of them.

122.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122, and therefore denies the same.

123.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123, and therefore denies the same.

124.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124, and therefore denies the same.

125.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 12
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

126.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126, and therefore denies the same.

127. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127, and therefore denies the same.

128. Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128, and therefore denies the same.

## CLAIM THREE – WLAD DISCLOSURE OF HEALTH INFORMATION
### (All Defendants)

129. Paragraph 129 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Mozilla Foundation admits and denies these allegations as it previously answered herein.

130.    Paragraph 130 of the Complaint contains only purported statements of law and no allegations of facts to which a responsive pleading is required. To the extent that Paragraph 130 contains any allegations of fact, Mozilla Foundation denies all of them.

131.    Paragraph 131 of the Complaint contains only purported statements of law and no allegations of facts to which a responsive pleading is required. To the extent that Paragraph 131 contains any allegations of fact, Mozilla Foundation denies all of them.

132.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132, and therefore denies the same.

133.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133, and therefore denies the same.

134.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134, and therefore denies the same.

135.    Deny.

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 13
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

136.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136, and therefore denies the same.

137.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137, and therefore denies the same.

138.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138, and therefore denies the same.

## CLAIM FOUR – FALSE LIGHT DEFAMATION
### (As to Defendant Mozilla Corporation)

139.    Paragraph 139 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Mozilla Foundation admits and denies these allegations as it previously answered herein.

140.    The allegations in Paragraph 140 are not directed at Mozilla Foundation, but to the extent that they are, Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140, and therefore denies the same.

141.    The allegations in Paragraph 141 are not directed at Mozilla Foundation, but to the extent that they are, Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141, and therefore denies the same.

142.    The allegations in Paragraph 142 are not directed at Mozilla Foundation, but to the extent that they are, Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142, and therefore denies the same.

143.    Deny.

## CLAIM FIVE – VIOLATIONS OF THE FAMILY AND MEDICAL LEAVE ACT
### (All Defendants)

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 14
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

144. Paragraph 144 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Mozilla Foundation admits and denies these allegations as it previously answered herein.

145. Deny.

146. Deny.

**CLAIM SIX – VIOLATIONS OF THE FAMILY AND MEDICAL LEAVE ACT**
**(All Defendants)**

147. Paragraph 147 does not contain any factual allegations to which a responsive pleading is required, and, to the extent that it does, Mozilla Foundation admits and denies these allegations as it previously answered herein.

148. Deny.

149. Mozilla lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149, and therefore denies the same.

150. Deny.

**CLAIM SEVEN – SILENCED NO MORE ACT**
**(As to Defendant Mozilla Corporation)**

151. Paragraph 151 does not contain any factual allegations to which a responsive pleading is required, and, to the extent that it does, Mozilla Foundation admits and denies these allegations as it previously answered herein.

152. The allegations in Paragraph 152 are not directed at Mozilla Foundation, but to the extent that they are, Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152, and therefore denies the same.

153. The allegations in Paragraph 153 are not directed at Mozilla Foundation, but to the extent that they are, Mozilla Foundation lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153, and therefore denies the same.

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER,
DEFENSES, AND AFFIRMATIVE DEFENSES – 15
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

1

2

## CLAIM EIGHT – DECLATORY RELIEF
### (As to Defendant Mozilla Corporation)

3       154.    Paragraph 154 does not contain any factual allegations to which a responsive

4  pleading is required, and to the extent that it does, Mozilla Foundation denies all of them.

5       155.    Paragraph 155 does not contain any factual allegations to which a responsive

6  pleading is required, and to the extent that it does, Mozilla Foundation denies all of them.

7       156.    Mozilla Foundation lacks knowledge or information sufficient to form a belief as

8  to the truth of the allegations in Paragraph 156, and therefore denies the same.

9       157.    The allegations in Paragraph 157 are directed at Mozilla Foundation, but to the

10 extent that they are, Mozilla Foundation lacks knowledge or information sufficient to form a belief

11 as to the truth of the allegations in Paragraph 157, and therefore denies the same.

## V.     PRAYER FOR RELIEF

12      Mozilla Foundation denies all remaining allegations in the Complaint that they have not

13 yet separately and specifically admitted. Mozilla Foundation denies that Plaintiff is entitled to the

14 relief sought in the Prayer for Relief.

## VI.    DEFENSES AND AFFIRMATIVE DEFENSES

15      1.    Plaintiff states no claim upon which relief may be granted, or for which any

16 damages or fees sought may be awarded.

17      2.    Plaintiff's claims are barred in whole or in part by the applicable statute of

18 limitations and/or doctrine of laches.

19      3.    Plaintiff was never an employee of Mozilla Foundation.

20      4.    Mozilla Foundation had no duty of care towards Plaintiff.

21      5.    Mozilla Foundation had no knowledge of the alleged actions of Mozilla

22 Corporation against Plaintiff.

23

24

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER,
DEFENSES, AND AFFIRMATIVE DEFENSES – 16
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

6.      Plaintiff has not alleged any facts that, if proven, would pierce the corporate veil to hold Mozilla Foundation liable for Mozilla Corporation's alleged acts.

7.      Mozilla Foundation does not assume the liabilities of Mozilla Corporation.

8.      Plaintiff has unclean hands and/or waived his claims by his actions.

9.      Plaintiff is estopped by his own conduct from asserting the claims that he has asserted.

10.     Plaintiff's claims are frivolous and advanced without proper cause against Mozilla Foundation.

11.     Plaintiff has failed to mitigate his damages.

12.     Plaintiff's claims are barred, in whole or in part, because he did not suffer any damages from the acts and conduct of which he complains.

13.     Mozilla Foundation denies it caused any harm, injury, or damages to Plaintiff.

14.     Plaintiff's claims are barred and/or their damages, if any, are reduced in full or in part, by the doctrine of after-acquired evidence.

15.     Plaintiff would be unjustly enriched to recover damages from this action.

16.     Mozilla Foundation reserves a right to amend its Answer and assert additional affirmative defenses and legal theories as established by the facts of the case.

## VII.    REQUEST FOR RELIEF

Wherefore, having fully answered Plaintiff's Complaint, Defendant Mozilla Foundation requests the following relief:

(a)      for Plaintiff's Complaint to be dismissed with prejudice and at Plaintiff's sole cost;

(b)      for the Court to enter judgment in Defendant's favor on all claims in the Complaint; and

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 17
*Teixeira v. Mozilla Corporation, et al.* – Case No. 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

1        (c)     for the Court to award Defendant such other relief that the Court determines is

2   equitable and warranted.

3        DATED this 14th day of April 2025.

4                             SEBRIS BUSTO JAMES

5                             s/ Darren A. Feider

                             Darren A. Feider, WSBA #22430

6                             Beth Touschner, WSBA #41062

                             15375 SE 30th Pl., STE 310

7                             Bellevue, Washington 98007

                             (425) 454-4233

8                             dfeider@sbj.law

                             btouschner@sbj.law

9

10                            *Attorneys for Defendant Mozilla Foundation*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES – 18
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

1

## CERTIFICATE OF SERVICE

2      I, Darren A Feider, certify under penalty of perjury under the laws of the United States that,

3  on April 14, 2025 I caused to be served the attached document to the individuals listed below in

4  the manner shown:

5  _Attorneys for Plaintiff:_

6  Mathew L. Harington, WSBA #33276        ☐ By U.S. Mail
   Amy K. Alexander, WSBA #44242          ☐ By Federal Express
7  Maricarmen Perez-Vargas, WSBA #54344    ☐ By Facsimile
   Stokes Lawrence, P.S.                   ☐ By Messenger
8  1420 5th Avenue, 30th Floor             ☒ By Electronic Mail
   Seattle, WA 98101                       ☐ By E-service
9  Phone: (206) 626-6000
   Fax: (206) 464-1496
10 Mathew.harrington@stokeslaw.com
   Amy.alexander@stokeslaw.com
11 Maricarmen.Perez-Vargas@stokeslaw.com

12

13 _Attorneys for Defendants Mozilla Corporation,_    ☐ By U.S. Mail
   _Laura Chambers, and Dani Chehak_                  ☐ By Federal Express
                                                      ☐ By Facsimile
14 Anthony Todaro, WSBA #30391                         ☐ By Messenger
   Alexandria Cates, WSBA #53786                       ☒ By Electronic Mail
15 DLA Piper LLP (US)                                   ☐ By E-service
   701 Fifth Avenue, Suite 6900
16 Seattle, WA 98104
   Phone: (206) 839-4800
17 Fax: (206) 839-4801
   Anthony.todaro@us.dlapiper.com
18 Alexandria.cates@us.dlapiper.com

19

20

21

22

23

24

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER,
DEFENSES, AND AFFIRMATIVE DEFENSES – 19
_Teixeira v. Mozilla Corporation, et al._ – Case No. 2:24-cv-1032

1

*Attorney for Defendant Winifred Mitchell Baker*

2

Daniel M. Weiskopf, WSBA # 44941
MCNAUL EBEL NAWROT & HELGREN

3

PLLC
600 University Street, Suite 2700

4

Seattle, Washington 98101
Phone: (206) 467-1816

5

dweiskopf@mcnaul.com
TDo@mcnaul.com

6

☐ By U.S. Mail
☐ By Federal Express
☐ By Facsimile
☐ By Messenger
☒ By Electronic Mail
☐ By E-service

7

8

9

s/ Darren A. Feider
Attorney for Defendant Mozilla Foundation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DEFENDANT MOZILLA FOUNDATION'S FIRST AMENDED ANSWER,
DEFENSES, AND AFFIRMATIVE DEFENSES – 20
*Teixeira v. Mozilla Corporation, et al. – Case No.* 2:24-cv-1032