Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

STEVE TEIXEIRA,

            Plaintiff,

v.

MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,

            Defendants.

No. 2:24-cv-01032-RAJ

NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT WINIFRED MITCHELL BAKER

**(Clerk's Action Required)**

TO:        THE CLERK OF THE COURT

AND TO:    ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

      PLEASE TAKE NOTICE that Richard W. Redmond of McNaul Ebel Nawrot & Helgren PLLC hereby associates with Daniel M. Weiskopf as one of counsel of record for Defendant Winifred Mitchell Baker in the above-captioned matter, and asks that all ///

NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT WINIFRED MITCHELL BAKER
(No. 2:23-cv-01391-RSL) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

further pleadings and papers, except original process, be served upon him at the address stated below.

DATED this 22nd day of April, 2025.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/ Richard W. Redmond
Daniel M. Weiskopf, WSBA No. 44941
Richard W. Redmond, WSBA No. 58835

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
dweiskopf@mcnaul.com
rredmond@mcnaul.com

Attorneys for Defendant Winifred Mitchell Baker

NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT WINIFRED MITCHELL BAKER (No. 2:23-cv-01391-RSL) – Page 2

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816