THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community.<br><br>　　　　　　　Defendants. | No. 2:24-CV-01032-RAJ<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS MOZILLA CORPORATION, LAURA CHAMBERS, AND DANI CHEHAK** |

TO:　　　　Clerk of the Court

AND TO:　　All Parties of Record.

　　　PLEASE TAKE NOTICE that Danielle Igbokwe, WSBA No. 62714, of DLA PIPER LLP (US) hereby enters an appearance as counsel of record for Defendants MOZILLA CORPORATION a.k.a M.F. Technologies, LAURA CHAMBERS, and DANI CHEHAK, and request that all paper and pleadings, except for original process, in this case be served at the address below.

Respectfully submitted this 22nd day of April, 2025.

                                                       DLA PIPER LLP (US)

*s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
*s/ Alexandria Cates*
Alexandria Cates, WSBA No. 53786
*s/ Danielle Igbokwe*
Danielle Igbokwe, WSBA No. 62714
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel:    206.839.4800
Fax:   206.839.4801
E-mail:  anthony.todaro@us.dlapiper.com
E-mail:  alexandria.cates@us.dlapiper.com
E-mail:  danielle.igbokwe@us.dlapiper.com

*Attorneys for Defendants' MOZILLA CORPORATION a.k.a M.F. TECHNOLOGIES, LAURA CHAMBERS, and DANI CHEHAK*

# CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2025, I caused a true and correct copy of the foregoing document to be served on the parties listed below in the manner indicated:

| | |
|---|---|
| Mathew L. Harrington<br>Amy K. Alexander<br>Maricarmen Perez-Vargas<br>STOKES LAWRENCE, P.S.<br>1420 5th Avenue, 30th Floor<br>Seattle, WA 98101<br>E-mail: mat.harrington@stokeslaw.com<br>        amy.alexander@stokeslaw.com<br>        maricarmen.perez-vargas@stokeslaw.com<br><br>*Attorneys for Plaintiff Steve Teixeira* | ☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☒ Via E-mail<br>☒ Via the Court's E-Service Device |
| Darren Feider<br>Beth Touschner<br>SEBRIS BUSTO JAMES P.S.<br>15375 SE 30th Pl., Suite 310<br>Bellevue, Washington 98007<br>T: 425 454-4233<br>F: 425 453-9005<br>E-mail: dfeider@sbj.law<br>        btouschner@sbj.law<br><br>*Attorneys for Defendant Mozilla Foundation* | ☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☒ Via E-mail<br>☒ Via the Court's E-Service Device |
| Daniel M. Weiskopf<br>Richard W. Redmond<br>MCNAUL EBEL NAWROT & HELGREN PLLC.<br>600 University Street, Suite 2700<br>Seattle, Washington 98101<br>T: (206) 467-1816<br>E-mail: dweiskopf@mcnaul.com<br>        rredmond@mcnaul.com<br><br>*Attorneys for Defendant Winifred Mitchell Baker* | ☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☒ Via E-mail<br>☒ Via the Court's E-Service Device |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 22nd day of April, 2025

　　　　　　　　　　　　　　　　　　　*s/ Christine Bento*
　　　　　　　　　　　　　　　　　　　Christine Bento, eFiling Clerk