THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>                    Plaintiff,<br><br>   v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community.<br><br>                    Defendants. | Case No. 2:24-cv-1032-RAJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE** |

      Having reviewed and considered the undersigned attorney's Motion to Continue Trial Date and Amend Case Schedule, and good cause appearing, the Court hereby orders that the trial in this matter is continued until February 17, 2026, or the Court's next available date that falls 90-120 days after October 6, 2025. All corresponding deadlines shall also be continued based on the new trial date.

      IT IS SO ORDERED.

      Dated: _____, 2025.

_____
HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT COURT

*Presented by:*

DLA PIPER LLP (US)

*By: s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
Alexandria Cates, WSBA No. 53786
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel:   206.839.4800
E-mail:  anthony.todaro@us.dlapiper.com
E-mail: alexandria.cates@us.dlapiper.com

*Attorneys for Defendants MOZILLA CORPORATION a.k.a M.F. TECHNOLOGIES, LAURA CHAMBERS, WINIFRED MITCHELL BAKER, and DANI CHEHAK*

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE    - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties or their counsel of record.

Dated this 25th day of April, 2025.

*s/ Jacey Bittle*
Jacey Bittle, Legal Executive Assistant