Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>     Plaintiff,<br><br> v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>     Defendants. | No. 2:24-cv-01032-RAJ<br><br>DEFENDANT WINIFRED MITCHELL BAKER'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

Defendant Winifred Mitchell Baker ("**Baker**" or "**Defendant**"), by and through her attorneys, answers Plaintiff Steve Teixeira's ("Plaintiff") First Amended Complaint ("Complaint") as follows:

## I. PARTIES

1. Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1, and therefore denies the same.

2. Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2, and therefore denies the same.

3. Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3, and therefore denies the same.

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren pllc
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

4.      Deny.

5.      Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5, and therefore denies the same.

6.      Admit.

7.      Admit.

## II. JURISDICTION AND VENUE

8.      Paragraph 8 states a legal conclusion to which no response is required. Baker affirmatively alleges that the federal District Court should exercise jurisdiction over this matter.

9.      Baker admits that Mozilla Corporation opened a co-working space in Seattle, but denies that a formal office was ever opened. Baker admits that Mozilla Corporation transacted business in King County, Washington.

10.      Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10, and therefore denies the same.

11.      Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11, and therefore denies the same.

12.      Admit.

13.      Baker admits that Mozilla Foundation was headquartered in San Francisco, California but lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 13, and therefore denies the same.

14.      Baker admits that Plaintiff generally worked out of King County, Washington.

15.      Baker denies that acts alleged in the Complaint as to her primarily occurred in King County, Washington. Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 as to other parties, and therefore denies the same.

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

### III. FACTS

16.     Baker admits that the Mozilla project was founded in Santa Clara in 1998, when Netscape made the decision to release the Netscape browser code to the public under an open-source license.

17.     Admit.

18.     Baker admits that Mozilla operates pursuant to a Manifesto. Baker states that no response is required as to the remaining allegations in Paragraph 18 because the referenced document speaks for itself.

19.     Admit.

20.     Admit.

21.     Deny.

22.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22, and therefore denies the same.

23.     Admit.

24.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24, and therefore denies the same.

25.     Baker admits that she discussed with Plaintiff the potential for him to advance at Mozilla, including the possibility that he could succeed her as CEO if he demonstrated success at his current role and in the role of "President," should he be selected for that role. To the extent Plaintiff alleges that Baker ever suggested that him becoming CEO was anything more than a contingent possibility, Baker denies the allegation.

26.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26, and therefore denies the same.

27.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27, and therefore denies the same.

DEF. W. MITCHELL BAKER'S ANSWER TO PL.'S FIRST
AMENDED COMPLAINT (No. 2:23-cv-01391-RSL) – Page 3

28.    Admit.

29.    Admit.

30.    Admit.

31.    Baker admits that during her tenure as CEO, Firefox browser search revenue constituted approximately 90% of Mozilla Corporation's revenue. Baker denies the remaining allegations set forth in Paragraph 31 of the Complaint.

32.    Deny.

33.    Deny.

34.    Admit.

35.    Baker admits that she communicated to Mr. Teixeira that Mozilla would secure a space for him to work and take meetings in Seattle.

36.    Deny.

37.    Deny.

38.    Baker states that no response is required to the allegations in Paragraph 38, which reference the content of a document that speaks for itself.

39.    Baker states that no response is required to the allegations in Paragraph 39, which reference the content of a document that speaks for itself.

40.    Baker admits that she was present at Mozilla's annual All-Hands event in Montreal in August 2023. Baker denies the remainder of the allegations in Paragraph 40.

41.    Baker admits that Mozilla opened a coworking space in Seattle.

42.    Baker admits that she had conversations with Plaintiff regarding succession planning. Baker states that no response is required to the remainder of the allegations in Paragraph 42, which reference the content of a document that speaks for itself.

43.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43, and therefore denies the same.

DEF. W. MITCHELL BAKER'S ANSWER TO PL.'S FIRST AMENDED COMPLAINT (No. 2:23-cv-01391-RSL) – Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

44.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44, and therefore denies the same.

45.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45, and therefore denies the same.

46.     Admit.

47.     Baker admits that Plaintiff's responsibilities were distributed to various members of Mozilla's leadership team. Baker denies the remaining allegations in Paragraph 47.

48.     Baker admits that Plaintiff took medical leave beginning on approximately October 30, 2023. Baker lacks knowledge or information sufficient to form a belief as to the remainder of the allegations in Paragraph 48, and therefore denies the same.

49.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49, and therefore denies the same.

50.     Baker admits that Ms. Chambers was appointed to interim CEO and Ms. Baker became Executive Chair. Baker denies the remaining allegations in Paragraph 50.

51.     Deny.

52.     Baker admits that Ms. Chambers was named as interim CEO. Baker denies the remaining allegations in Paragraph 52.

53.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53, and therefore denies the same.

54.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54, and therefore denies the same.

55.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55, and therefore denies the same.

56.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56, and therefore denies the same.

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

57.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57, and therefore denies the same.

58.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58, and therefore denies the same.

59.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59, and therefore denies the same.

60.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56, and therefore denies the same.

61.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61, and therefore denies the same.

62.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62, and therefore denies the same.

63.     Deny.

64.     Baker admits that approximately in early 2022, Mozilla commissioned the firm of Tiangay Kemokai Law, P.C. to assess its performance in providing a diverse, equitable, and inclusive workplace culture.

65.     Baker states that no response is needed as to the allegations in Paragraph 65 as the referenced document speaks for itself.

66.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66, and therefore denies the same.

67.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67, and therefore denies the same.

68.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68, and therefore denies the same.

69.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69, and therefore denies the same.

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

70.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70, and therefore denies the same.

71.     Baker admits that Plaintiff received 50% of his target bonus. Baker denies the remainder of the allegations in Paragraph 71.

72.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72, and therefore denies the same.

73.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73, and therefore denies the same.

74.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74, and therefore denies the same.

75.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75, and therefore denies the same.

76.     Baker admits that Mr. Teixeira's family maintained a public CaringBridge site and later posted about moving to a private CaringBridge site. Baker lacks knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in Paragraph 76, and therefore denies the same.

77.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77, and therefore denies the same.

78.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78, and therefore denies the same.

79.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79, and therefore denies the same.

80.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80, and therefore denies the same.

81.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81, and therefore denies the same.

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

82.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82, and therefore denies the same.

83.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83, and therefore denies the same.

84.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84, and therefore denies the same.

85.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85, and therefore denies the same.

86.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86, and therefore denies the same.

87.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87, and therefore denies the same.

88.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88, and therefore denies the same.

89.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89, and therefore denies the same.

90.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90, and therefore denies the same.

91.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91, and therefore denies the same.

92.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92, and therefore denies the same.

93.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93, and therefore denies the same.

94.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94, and therefore denies the same.

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

95.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95, and therefore denies the same.

96.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96, and therefore denies the same.

97.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97, and therefore denies the same.

98.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98, and therefore denies the same.

99.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99, and therefore denies the same.

100.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100, and therefore denies the same.

101.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101, and therefore denies the same.

102.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102, and therefore denies the same.

103.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103, and therefore denies the same.

104.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104, and therefore denies the same.

105.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105, and therefore denies the same.

106.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106, and therefore denies the same.

107.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107, and therefore denies the same.

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

# IV. CAUSES OF ACTION

## CLAIM ONE – WASHINGTON LAW AGAINST DISCRIMINATION

### (All Defendants)

108.     Paragraph 108 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Baker admits and denies these allegations as previously answered therein.

109.     Paragraph 109 of the Complaint contains only purported statements of law and no allegations of fact to which a responsive pleading is required.  To the extent Paragraph 109 contains any allegations of fact, Baker denies all of them.

110.     Baker admits that she believes the allegations in Paragraph 110 are true.

111.     Paragraph 111 contains legal assertions that do not require a response.

112.     Deny.

113.     Paragraph 113 contains legal assertions that do not require a response. To the extent Paragraph 113 contains any allegations of fact, Baker denies all of them.

114.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114, and therefore denies the same.

115.     Deny.

116.     Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116, and therefore denies the same.

117.     Paragraph 117 contains legal assertions that do not require a response. To the extent Paragraph 117 contains any allegations of fact, Baker denies all of them.

118.     Paragraph 118 contains legal assertions that do not require a response. To the extent Paragraph 118 contains any allegations of fact, Baker denies all of them.

119.     Paragraph 119 contains legal assertions that do not require a response. To the extent Paragraph 119 contains any allegations of fact, Baker denies all of them.

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren pllc
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## CLAIM TWO – WLAD RETALIATION

### (All Defendants)

120.    Paragraph 120 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Baker admits and denies these allegations as previously answered therein.

121.    Paragraph 121 of the Complaint contains only purported statements of law and no allegations of fact to which a responsive pleading is required.  To the extent Paragraph 121 contains any allegations of fact, Baker denies all of them.

122.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122, and therefore denies the same.

123.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123, and therefore denies the same.

124.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124, and therefore denies the same.

125.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125, and therefore denies the same.

126.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126, and therefore denies the same.

127.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127, and therefore denies the same.

128.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128, and therefore denies the same.

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## CLAIM THREE – WLAD DISCLOSURE OF HEALTH INFORMATION

### (All Defendants)

129.    Paragraph 129 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Baker admits and denies these allegations as previously answered therein.

130.    Paragraph 130 of the Complaint contains only purported statements of law and no allegations of fact to which a responsive pleading is required.  To the extent Paragraph 130 contains any allegations of fact, Baker denies all of them.

131.    Paragraph 131 of the Complaint contains only purported statements of law and no allegations of fact to which a responsive pleading is required.  To the extent Paragraph 131 contains any allegations of fact, Baker denies all of them.

132.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132, and therefore denies the same.

133.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133, and therefore denies the same.

134.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134, and therefore denies the same.

135.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135, and therefore denies the same.

136.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136, and therefore denies the same.

137.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137, and therefore denies the same.

138.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138, and therefore denies the same.

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## CLAIM FOUR – FALSE LIGHT DEFAMATION

### (As To Defendant Mozilla Corporation)

139.    Paragraph 139 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Baker admits and denies these allegations as previously answered therein.

140.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140, and therefore denies the same.

141.    Baker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141, and therefore denies the same.

142.    Paragraph 142 of the Complaint contains only purported statements of law and no allegations of fact to which a responsive pleading is required.  To the extent Paragraph 131 contains any allegations of fact, Baker denies all of them.

143.    Paragraph 143 of the Complaint contains only purported statements of law and no allegations of fact to which a responsive pleading is required.  To the extent Paragraph 131 contains any allegations of fact, Baker denies all of them.

## CLAIM FIVE – VIOLATIONS OF THE FAMILY AND MEDICAL LEAVE ACT

### (All Defendants)

144.    Paragraph 144 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Baker admits and denies these allegations as previously answered therein.

145.    Deny.

146.    Deny.

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren pllc
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1

**CLAIM SIX – PAID FAMILY AND MEDICAL LEAVE INTERFERENCE**

2

**(All Defendants)**

3    147.    Paragraph 147 does not contain any factual allegations to which a

4    responsive pleading is required, and, to the extent it does, Baker admits and denies these

5    allegations as previously answered therein.

6    148.    Deny.

7    149.    Paragraph 149 of the Complaint contains only purported statements of law

8    and no allegations of fact to which a responsive pleading is required.

9    150.    Paragraph 150 of the Complaint contains only purported statements of law

10   and no allegations of fact to which a responsive pleading is required.  To the extent

11   Paragraph 150 contains any allegations of fact, Baker denies all of them.

12

**CLAIM SEVEN – SILENCED NO MORE ACT**

13

**(As To Defendant Mozilla Corporation)**

14   151.    Paragraph 151 does not contain any factual allegations to which a

15   responsive pleading is required, and, to the extent it does, Baker admits and denies these

16   allegations as previously answered therein.

17   152.    Paragraph 152 of the Complaint contains only purported statements of law

18   and no allegations of fact to which a responsive pleading is required.  To the extent

19   Paragraph 152 contains any allegations of fact, Baker denies all of them.

20   153.    Paragraph 153 of the Complaint contains only purported statements of law

21   and no allegations of fact to which a responsive pleading is required.  To the extent

22   Paragraph 153 contains any allegations of fact, Baker denies all of them.

23

24

25

26

LAW OFFICES OF
MᴄNᴀᴜʟ Eʙᴇʟ Nᴀᴡʀᴏᴛ & Hᴇʟɢʀᴇɴ ᴘʟʟᴄ
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CLAIM EIGHT – DECLARATORY RELIEF

### (As To Defendant Mozilla Corporation)

154.    Paragraph 154 does not contain any factual allegations to which a responsive pleading is required, and, to the extent it does, Baker admits and denies these allegations as previously answered therein.

155.    Paragraph 155 does not contain any factual allegations to which a responsive pleading is required, and to the extent that it does, Baker denies all of them.

156.    Baker admits that Mr. Teixeira and Mozilla entered into a Long-Term Incentive Plan Participation Agreement. The agreement speaks for itself, and therefore no response is necessary as to the dates of the agreement.

157.    Paragraph 157 of the Complaint contains only purported statements of law and no allegations of fact to which a responsive pleading is required.

### PLAINTIFF'S PRAYER FOR RELIEF

Baker denies that Plaintiff is entitled to any of the relief requested in its Prayer for Relief.

### V. DEFENSES AND AFFIRMATIVE DEFENSES

Baker denies, generally and specifically, any allegations in Plaintiff's Complaint to which she has not yet responded. Baker further reserves the right to amend or modify any of her responses to the allegations set forth in Plaintiff's Complaint. By way of further answer to Plaintiff's Complaint, and without waiving any previous denials, Defendant asserts the following defenses and affirmative defenses:

1.  Plaintiff fails to allege facts sufficient to state any claim against Baker.

2.  Plaintiff's claims are barred because if the injuries and/or damages in the Complaint occurred, such injuries were proximately caused by and/or contributed to by Plaintiff's own acts or failures to act.

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

3.  Plaintiff's claims are barred because Plaintiff's damages, if any, were caused by his own actions in failing to mitigate damages.

4.  Plaintiff's claims are barred under the doctrine of unclean hands.

5.  Plaintiff's claims are barred under the doctrine of laches.

6.  Plaintiff's claims are barred by the doctrine of estoppel.

### VI. RESERVATION OF RIGHTS

Defendant reserves the right to amend this answer as additional facts are discovered and to bring counterclaims.

### VII. DEFENDANT'S PRAYER FOR RELIEF

WHEREFORE, having answered Plaintiff's Complaint, Defendant requests the following relief:

A.    For dismissal of Plaintiff's claims, with prejudice;

B.    For an award of Defendant's reasonable attorneys' fees and costs incurred in answering and responding to Plaintiff's claims; and

C.    For such other and further relief as the Court deems just and equitable.

DATED this 29th day of April, 2025.

McNAUL EBEL NAWROT & HELGREN PLLC

By:  s/ Richard W. Redmond
    Daniel M. Weiskopf, WSBA No. 44941
    Richard W. Redmond, WSBA No. 58835

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
dweiskopf@mcnaul.com
rredmond@mcnaul.com

Attorneys for Defendant Winifred Mitchell Baker

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816