THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>    Plaintiff,<br>v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>    Defendants. | Case No.: 2:24-CV-01032-RAJ<br><br>**PROPOSED ORDER ON JOINT LCR 37 MOTION REGARDING MOZILLA CORPORATION'S DISCOVERY REQUESTS TO PLAINTIFF** |

**THIS MATTER** having come before the Court upon LCR 37 Submission Regarding Defendant Mozilla Corporation's Discovery Requests to Plaintiff, and the Court having reviewed the files and records herein, and being fully advised, **NOW THEREFORE**,

RFP 8: All medical records that refer to treatment for your alleged emotional distress, including psychiatric, psychological, or counseling records.

　　GRANTED _____          DENIED _____

RFP 9 to Plaintiff: All medical records from August 1, 2019 to August 1, 2022.

Plaintiff is ordered to produce medical records from two years prior to his diagnosis.

　　GRANTED _____          DENIED _____

RFP 10 to Plaintiff: All medical records from March 1, 2024 to May 23, 2024 that relate to your ability to return to work following your cancer treatment.

PROPOSED ORDER JOINT LCR 37 SUBMISSION REGARDING DEFENDANT MOZILLA CORPORATION'S DISCOVERY REQUESTS TO PLAINTIFF - 1
Civil Case No. 2:24-Cv-1032

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

1    GRANTED _____        DENIED _____

2    The material compelled by this order must be produced within 14 days.

3

4    DATED _____, 2025

5

6

7                                                            THE HONORABLE RICHARD A. JONES
                                                             UNITED STATES DISTRICT COURT
8

9  *Presented by:*

10  DLA PIPER LLP (US)

11
    *By: /s/Anthony Todaro*
12  Anthony Todaro, WSBA No. 30391
    Alexandria Cates, WSBA No. 53786
13  Danielle Igbokwe, WSBA No. 62714
    701 Fifth Avenue, Suite 6900
14  Seattle, Washington 98104-7029
    Tel:   206.839.4800
15  E-mail: anthony.todaro@us.dlapiper.com
    E-mail: alexandria.cates@us.dlapiper.com
16  E-mail: danielle.igbokwe@us.dlapiper.com
17

18

19

20

21

22

23

24

25

26

PROPOSED ORDER JOINT LCR 37 SUBMISSION REGARDING
DEFENDANT MOZILLA CORPORATION'S DISCOVERY
REQUESTS TO PLAINTIFF - 2
Civil Case No. 2:24-Cv-1032

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2025, I caused a true and correct copy of the foregoing document to be served on the parties listed below in the manner indicated:

| | |
|---|---|
| Amy Alexander, WSBA # 44242<br>Mathew L. Harrington, WSBA #33276<br>Maricarmen Perez-Vargas, WSBA #54344<br>STOKES LAWRENCE, P.S.<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA 98101<br>amy.alexander@stokeslaw.com<br>mathew.harrington@stokeslaw.com<br>Maricarmen.Perez-Vargas@stokeslaw.com<br>sarah.armon@stokeslaw.com<br>anna.armitage@stokeslaw.com<br>laura.smith@stokeslaw.com<br><br>*Attorneys for Plaintiff Steve Teixeira* | ☐ Via Hand Delivery<br><br>☐ Via U.S. Mail<br><br>☑ Via E-mail<br><br>☑ Via the Court's E-Service Device |
| Daniel M. Weiskopf, WSBA # 44941<br>Richard W. Redmond, WSBA # 58835<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>600 University St Ste 2700<br>Seattle, WA 98101<br>dweiskopf@mcnaul.com<br>rredmond@mcnaul.com<br>Tdo@mcnaul.com<br>mmonkress@mcnaul.com<br>jhickman@mcnaul.com<br><br>*Attorneys for Defendant Winifred Mitchell Baker* | ☐ Via Hand Delivery<br><br>☐ Via U.S. Mail<br><br>☑ Via E-mail<br><br>☑ Via the Court's E-Service Device |

PROPOSED ORDER JOINT LCR 37 SUBMISSION REGARDING DEFENDANT MOZILLA CORPORATION'S DISCOVERY REQUESTS TO PLAINTIFF - 3
Civil Case No. 2:24-Cv-1032

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

| | |
|---|---|
| Darren A. Feider, WSBA No. 22430<br>Beth Touschner, WSBA No. 41062<br>SEBRIS BUSTO JAMES<br>15375 SE 30th St Ste 310<br>Bellevue, WA 98007<br>dfeider@sbj.law<br>amasters@sbj.law<br>kmarchenko@sbj.law<br>epruzinsky@sbj.law<br><br>*Attorneys for Defendant Mozilla Foundation* | ☐ Via Hand Delivery<br><br>☐ Via U.S. Mail<br><br>☑ Via E-mail<br><br>☑ Via the Court's E-Service Device |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 1st day of May, 2025.

*s/ Jacey Bittle*
Jacey Bitte, Legal Executive Assistant

PROPOSED ORDER JOINT LCR 37 SUBMISSION REGARDING DEFENDANT MOZILLA CORPORATION'S DISCOVERY REQUESTS TO PLAINTIFF - 4
Civil Case No. 2:24-Cv-1032

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800