THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>    Defendants. | Case No.: 2:24-CV-01032-RAJ<br><br>DECLARATION OF MATHEW HARRINGTON IN SUPPORT OF PLAINTIFF'S SECOND MOTION TO COMPEL |

I, Mathew Harrington, am over the age of 18, have personal knowledge of all the facts stated herein and declare as follows:

1. I am an attorney at Stokes Lawrence, P.S. and am counsel of record for Plaintiff Steve Teixeira.

2. Attached hereto as **Exhibit A** is a true and correct copy of Mozilla Corporation's Responses to Plaintiff's Second Set of Interrogatories and Requests for Production.

3. Attached hereto as **Exhibit B** is a true and correct copy of Defendant Laura Chambers' Responses to Plaintiff's Second Set of Interrogatories and Requests for Production.

DECLARATION OF MATHEW HARRINGTON IN SUPPORT OF PLAINTIFF'S SECOND MOTION TO COMPEL - 1
60606-003

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

4.  Attached hereto as **Exhibit C** is a true and correct copy of Defendant Dani Chehak's Responses to Plaintiff's Second Set of Interrogatories and Requests for Production.

5.  Attached hereto as **Exhibit D** is a true and correct copy of email thread among Amy Alexander, Maricarmen Perez-Vargas, and Alexandria Cates in April of this year seeking to resolve discovery disputes.

6.  Attached here to as **Exhibit E** is a true and correct copy of an April 11, 2025 letter sent by my colleagues Amy Alexander and Maricarmen Perez-Vargas to Anthony Todaro and Alexandria Cates, counsel for Defendants Mozilla Corporation, Dani Chehak, and Laura Chambers.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct

DATED this 5th day of May, 2025

        STOKES LAWRENCE, P.S.

        By: */s/Mathew Harrington*
            Mathew Harrington, WSBA No. 33276

---

DECLARATION OF MATHEW HARRINGTON IN SUPPORT OF PLAINTIFF'S SECOND MOTION TO COMPEL - 2
60606-003

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000