Exhibit A

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

STEVE TEIXEIRA,

Plaintiff,

v.

MOZILLA CORPORATION a.k.a. M.F.
Technologies, a California corporation;
MOZILLA FOUNDATION, a California public
benefit corporation; LAURA CHAMBERS and
her marital community; WINIFRED MITCHELL
BAKER and her marital community, and DANI
CHEHAK and her marital community.

Defendants.

Case No. 2:24-cv-1032

**DEFENDANT MOZILLA
CORPORATION'S RESPONSES
TO PLAINTIFF'S SECOND SET
OF INTERROGATORIES AND
REQUEST FOR PRODUCTION**

TO:          Plaintiff Steve Teixeira

AND TO:    Plaintiff's Counsel of Record

Defendant Mozilla Corporation ("Defendant"), by and through their counsel of record,
hereby responds to Plaintiff Steve Teixeira ("Plaintiff") Second Set of Interrogatories and Requests
for Production to Defendant Mozilla Corporation as follows:

## GENERAL OBJECTIONS AND DEFINITIONS

The following General Objections shall be considered as made, to the extent applicable, in
response to each of the Interrogatories and Requests, as if the General Objections were fully set
forth in each such response, including those responses which also set forth specific objections.

1.          Defendant objects to each Interrogatory and Request to the extent that it seeks to
impose obligations beyond those set forth by the Federal Rules of Civil Procedure.

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1  usage, are relevant, responsive, and non-privileged.  To the extent Plaintiff required Defendant to
2  do more than the foregoing, Defendant objects to each and every Request on the ground that it
3  would subject Defendant to oppression, harassment, and undue burden.

4  <center>**ANSWER TO INTERROGATORIES**</center>

5  **INTERROGATORY NO. 8:** Identify all Mozilla Corporation employees who separated from
6  employment with Mozilla Corporation within six months of taking a leave of absence, including
7  the circumstances of their separations (voluntary or involuntary), since January 1, 2015.

8  **ANSWER TO INTERROGATORY NO. 8:**

9       Defendant objects to this Interrogatory on the grounds that it seeks documents containing
10  information pertaining to individuals, the disclosure of which would constitute a violation of any
11  individual's right of privacy under Article I, Section 7 of the Washington Constitution and/or any
12  other constitutional, statutory, or common law right of privacy.  Defendant also objects to this
13  Interrogatory as overly broad, unduly burdensome, and not reasonably tailored or proportional to
14  the needs of this case insofar as it seeks information that is not relevant to any party's claims or
15  defenses. This Interrogatory asks for information relating to Defendant's employees, regardless of
16  their relation to Plaintiff's allegations in the Complaint. Additionally, this Interrogatory is
17  overbroad in time and scope. This Interrogatory seeks information spanning nearly a decade (and
18  seven years before Plaintiff was hired).  Defendant also objects to this Interrogatory on the grounds
19  that it seeks information protected by the attorney-client privilege, work-product doctrine, and/or
20  other applicable privileges.

22  **INTERROGATORY NO. 9:** Identify all Mozilla Corporation employees who separated from
23  employment with Mozilla Corporation after requesting a disability accommodation, including the
24  circumstances of their separations (voluntary or involuntary), since January 1, 2015.

25  **ANSWER TO INTERROGATORY NO. 9:**

DEFENDANT MOZILLA CORPORATION'S RESPONSES
TO PLAINTIFF'S SECOND SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION - 3

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

Defendant objects to this Interrogatory on the grounds that it seeks documents containing information pertaining to individuals, the disclosure of which would constitute a violation of any individual's right of privacy under Article I, Section 7 of the Washington Constitution and/or any other constitutional, statutory, or common law right of privacy. Defendant also objects to this Interrogatory as overly broad, unduly burdensome, and not reasonably tailored or proportional to the needs of this case insofar as it seeks information that is not relevant to any party's claims or defenses. This Interrogatory asks for information relating to Defendant's employees, regardless of their relation to Plaintiff's allegations in the Complaint. Additionally, this Interrogatory is overbroad in time and scope. This Interrogatory seeks information spanning nearly a decade (and seven years before Plaintiff was hired). Defendant also objects to this Interrogatory on the grounds that it seeks information protected by the attorney-client privilege, work-product doctrine, and/or other applicable privileges.

**INTERROGATORY NO. 10:** As to the employees identified in Answers to Interrogatories Numbers 8 and 9, provide their most recent annual review ratings immediately before taking leave and their first annual review ratings immediately after taking leave.

**ANSWER TO INTERROGATORY NO. 10:**

Defendant objects to this Interrogatory on the grounds that it seeks documents containing information pertaining to individuals, the disclosure of which would constitute a violation of any individual's right of privacy under Article I, Section 7 of the Washington Constitution and/or any other constitutional, statutory, or common law right of privacy. Defendant also objects to this Interrogatory as overly broad, unduly burdensome, and not reasonably tailored or proportional to the needs of this case insofar as it seeks information that is not relevant to any party's claims or defenses. This Interrogatory asks for information relating to Defendant's employees, regardless of their relation to Plaintiff's allegations in the Complaint. Additionally, this Interrogatory is overbroad in time and scope. This Interrogatory seeks information spanning nearly a decade (and

DEFENDANT MOZILLA CORPORATION'S RESPONSES
TO PLAINTIFF'S SECOND SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION - 4

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

seven years before Plaintiff was hired).  Defendant also objects to this Interrogatory on the grounds that it seeks information protected by the attorney-client privilege, work-product doctrine, and/or other applicable privileges.

**INTERROGATORY NO. 11:** Identify and describe Mozilla Corporation's policies and practices for addressing internal claims of discrimination in place since January 1, 2015, including without limitation any written policies or materials.

**ANSWER TO INTERROGATORY NO. 11:**

Defendant objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, and not reasonably tailored or proportional to the needs of this case insofar as it seeks information that is not relevant to any party's claims or defenses. This Interrogatory seeks information spanning nearly a decade (and seven years before Plaintiff was hired), which is excessive and not reasonably limited in time and scope. Defendant also objects to this Interrogatory on the grounds that it seeks information protected by the attorney-client privilege, work-product doctrine, and/or other applicable privileges.  Without waiving the objections, Defendant responds as follows:

Defendant refers to its policies, which will be produced in response to Plaintiff's Second Set of Requests for Production of Documents.

**INTERROGATORY NO. 12:** Identify any internal discrimination complaints for which the process identified in response to Interrogatory No. 10 was not followed, including how the process was not followed and the reason(s) why the process was not followed.

**ANSWER TO INTERROGATORY NO. 12:**

Defendant objects to this Interrogatory on the grounds that it seeks documents containing information pertaining to individuals, the disclosure of which would constitute a violation of any individual's right of privacy under Article I, Section 7 of the Washington Constitution and/or any

DEFENDANT MOZILLA CORPORATION'S RESPONSES
TO PLAINTIFF'S SECOND SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION - 5

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1  defenses. Additionally, this Interrogatory is overbroad in time and scope. Further, this
2  Interrogatory asks for information relating to Defendant's employees, regardless of their relation
3  to Plaintiff's allegations in the Complaint. Defendant also objects to this Interrogatory on the
4  grounds that it seeks information protected by the attorney-client privilege, work-product doctrine,
5  and/or other applicable privileges.
6
7              **RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS**
8  **REQUEST FOR PRODUCTION NO. 10:** Produce all recordings of and notes from Steering
9  Committee meetings from June 1, 2023 to the present.
10 **RESPONSE TO REQUEST NO. 10:**
11          Defendant objects to this Request as overly broad, unduly burdensome, and not reasonably
12 tailored or proportional to the needs of this case insofar as it seeks information that is not relevant
13 to any party's claims or defenses. Additionally, this Request is overbroad in scope. Further, this
14 Request asks for information relating to Defendant's employees, regardless of their relation to
15 Plaintiff's allegations in the Complaint. Defendant also objects to this Request on the grounds that
16 it seeks information protected by the attorney-client privilege, work-product doctrine, and/or other
17 applicable privileges. Without waiving the objections, Defendant responds as follows:
18          Defendant will produce non-privileged notes and recording from the steering committee
19 meetings from June 1, 2023 to June 1, 2024.
20
21 **REQUEST FOR PRODUCTION NO. 11:** Produce all performance evaluations for 2022-2024
22 for Mitchell Baker and all members of the Executive Steering Committee including Laura
23 Chambers, Ian Carmichael, Dani Chehak, Eric Muhlheim, Lindsey O'Brien, Girish Rao, Brad
24 Smallwood, Carlos Torres, Imo Udom, Kristen Trubey, and Suba Vasudevan.
25
26

DEFENDANT MOZILLA CORPORATION'S RESPONSES
TO PLAINTIFF'S SECOND SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION - 9

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1  **RESPONSE TO REQUEST NO. 11:**

2         Defendant objects to this Request on the grounds that it seeks documents containing

3  information pertaining to individuals, the disclosure of which would constitute a violation of any

4  individual's right of privacy under Article I, Section 7 of the Washington Constitution and/or any

5  other constitutional, statutory, or common law right of privacy. Defendant also objects to this

6  Request as overly broad, unduly burdensome, and not reasonably tailored or proportional to the

7  needs of this case insofar as it seeks information that is not relevant to any party's claims or

8  defenses. Additionally, this Request is overbroad in time and scope. Further, this Request asks for

9  information relating to Defendant's employees, regardless of their relation to Plaintiff's allegations

10 in the Complaint.

11

12 **REQUEST FOR PRODUCTION NO. 12:** Produce all CEO-approved financial and headcount

13 budgets in effect from September 1, 2023 until December 31, 2023.

14 **RESPONSE TO REQUEST NO. 12:**

15        Defendant objects to this Request as overly broad, unduly burdensome, and not reasonably

16 tailored or proportional to the needs of this case insofar as it seeks information that is not relevant

17 to any party's claims or defenses. In particular, documents that merely mention or relate to the

18 financial and headcount budgets are over encompassing and will not necessarily relate to claims

19 or defenses.  Additionally, this Request is overbroad in scope. Further, Defendant also objects to

20 this Request on the grounds that it seeks information protected by the attorney-client privilege,

21 work-product doctrine, and/or other applicable privileges. Without waiving the objections,

22 Defendant responds as follows:

23        Defendant will agree to produce the final Board-approved financial budget from 2023.

24

25

26

DEFENDANT MOZILLA CORPORATION'S RESPONSES
TO PLAINTIFF'S SECOND SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION - 10

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

**REQUEST FOR PRODUCTION NO. 19:** Produce Documents sufficient to show Mozilla Corporation's total revenue and revenue per user calculations each month since January 1, 2019.

**RESPONSE TO REQUEST NO. 19:**

Defendant objects to this Request as overly broad, unduly burdensome, and not reasonably tailored or proportional to the needs of this case insofar as it seeks information that is not relevant to any party's claims or defenses. Subject to and without waiving these objections, Defendant responds as follows:

Defendant is unable to comply with this request because such a report does not exist.

**REQUEST FOR PRODUCTION NO. 20:** Produce Documents sufficient to show Mozilla Corporation's product performance goals from October 1, 2023 to the present, and documents sufficient to show reporting regarding the attainment of such goals.

**RESPONSE TO REQUEST NO. 20:**

Defendant objects to this Request as overly broad, unduly burdensome, and not reasonably tailored or proportional to the needs of this case insofar as it seeks information that is not relevant to any party's claims or defenses. Defendant also objects to this Request on the grounds that it seeks information protected by the attorney-client privilege, work-product doctrine, and/or other applicable privileges. Subject to and without waiving these objections, Defendant responds as follows:

Defendant will produce the KPIs.

**REQUEST FOR PRODUCTION NO. 21:** Produce all complaints or reports made to Mozilla Corporation's Human Resources department regarding mistreatment or discrimination based on disability from January 1, 2015 to the present.

DEFENDANT MOZILLA CORPORATION'S RESPONSES
TO PLAINTIFF'S SECOND SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION - 14

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

**RESPONSE TO REQUEST NO. 21:**

Defendant objects to this Request as overly broad, unduly burdensome, and not reasonably tailored or proportional to the needs of this case insofar as it seeks information that is not relevant to any party's claims or defenses. In particular, complaints that merely mention or relate to mistreatment are over encompassing and will not necessarily relate to Plaintiff's claims or defenses. Additionally, this Request is overbroad in time and scope. This Request seeks information spanning nearly a decade (and seven years before Plaintiff was hired). Further, Defendant also objects to this Request on the grounds that it seeks information protected by the attorney-client privilege, work-product doctrine, and/or other applicable privileges. Finally, Defendant objects to this Request on the grounds that it seeks documents containing information pertaining to individuals, the disclosure of which would constitute a violation of any individual's right of privacy under Article I, Section 7 of the Washington Constitution and/or any other constitutional, statutory, or common law right of privacy.

**REQUEST FOR PRODUCTION NO. 22:** Produce all documents referring or relating to the termination of Plaintiff's employment.

**RESPONSE TO REQUEST NO. 22:**

Defendant objects to this Request on the grounds that it seeks information protected by the attorney-client privilege, work-product doctrine, and/or other applicable privileges. Plaintiff was terminated after Plaintiff filed the instant lawsuit. All discussions and documents relating to his termination are privileged.

**REQUEST FOR PRODUCTION NO. 23:** Produce all documents identified in response to Interrogatory No. 16.

DEFENDANT MOZILLA CORPORATION'S RESPONSES
TO PLAINTIFF'S SECOND SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION - 15

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

also objects to this Request on the grounds that it seeks documents containing information pertaining to individuals, the disclosure of which would constitute a violation of any individual's right of privacy under Article I, Section 7 of the Washington Constitution and/or any other constitutional, statutory, or common law right of privacy. Without waiving the objections, Defendant responds as follows:

Defendant will produce all non-privileged documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 26:** Produce all reports, summaries, follow-ups, tracking documents, or excerpts related to the report and assessment of Mozilla Corporation by TK Law.

**RESPONSE TO REQUEST NO. 26:**

Defendant objects to this Request on the grounds that it seeks information protected by the attorney-client privilege, work-product doctrine, and/or other applicable privileges. Defendant also objects to this Request as overly broad, unduly burdensome, and not reasonably tailored or proportional to the needs of this case insofar as it seeks information that is not relevant to any party's claims or defenses. In particular, communications that merely mention or relate to the TK Law report or assessment are over encompassing and will not necessarily relate to claims or defenses.

**REQUEST FOR PRODUCTION NO. 27:** Produce all Correspondence regarding the TK Law investigation, report, recommendations, assessment, and implementation of same.

**RESPONSE TO REQUEST NO. 27:**

Defendant objects to this Request on the grounds that it seeks information protected by the attorney-client privilege, work-product doctrine, and/or other applicable privileges. Defendant also objects to this Request as overly broad, unduly burdensome, and not reasonably tailored or proportional to the needs of this case insofar as it seeks information that is not relevant to any party's claims or defenses. In particular, communications that merely mention or relate to the TK

DEFENDANT MOZILLA CORPORATION'S RESPONSES
TO PLAINTIFF'S SECOND SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION - 17

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7044 | Tel: 206.839.4800

Law report or assessment are over encompassing and will not necessarily relate to claims or defenses.

**REQUEST FOR PRODUCTION NO. 28:**  Produce all Documents and Correspondence regarding Plaintiff's application for unemployment insurance compensation.

**RESPONSE TO REQUEST NO. 28:**

Defendant objects to this Request as overly broad, unduly burdensome, and not reasonably tailored or proportional to the needs of this case insofar as it seeks information that is not relevant to any party's claims or defenses.  Defendant objects to this Request on the grounds that it seeks information protected by the attorney-client privilege, work-product doctrine, and/or other applicable privileges.  Without waiving the objections, Defendant responds as follows:

Defendant is unable to comply with this request because Mozilla never received an unemployment claim from Plaintiff.

**REQUEST FOR PRODUCTION NO. 29:** Produce all Documents and Correspondence describing any decisions to restructure leadership at Mozilla Corporation between January 1, 2022 and the present.

**RESPONSE TO REQUEST NO. 29:**

Defendant objects to this Request on the grounds that it seeks information protected by the attorney-client privilege, work-product doctrine, and/or other applicable privileges.  Defendant objects to this Request as overly broad, unduly burdensome, and not reasonably tailored or proportional to the needs of this case insofar as it seeks information that is not relevant to any party's claims or defenses.  In particular, "all documents" that merely mention or relate to restructuring leadership between January 2022 and the present are over encompassing and will not necessarily relate to claims or defenses.

DEFENDANT MOZILLA CORPORATION'S RESPONSES
TO PLAINTIFF'S SECOND SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION - 18

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1

## **VERIFICATION**

2

I, Laura Chambers, the Chief Executive Officer of Mozilla Corporation a.k.a M.F.

3

Technologies, declare under penalty of perjury under the laws of the State of Washington that I

4

have read the foregoing answers and responses to Plaintiff's Second Set of Interrogatories and all

5

of the answers and responses are true and correct to the best of my knowledge and belief.

4/2/2025 | 13:11 PDT

6

DECLARED this _____ day of April 2025.

Signed by:

*Laura Chambers*

7

BF20951752E2448

_____

Mozilla Corporation a.k.a M.F. Technologies

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT MOZILLA CORPORATION'S RESPONSES
TO PLAINTIFF'S SECOND SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION - 21

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

Dated this 2nd day of April, 2025.

DLA PIPER LLP (US)

*By: s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
*By: s/ Alexandria Cates*
Alexandria Cates, WSBA No. 53786
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel:   206.839.4800
E-mail: anthony.todaro@us.dlapiper.com
E-mail: alexandria.cates@us.dlapiper.com

*Attorneys for Defendants MOZILLA CORPORATION a.k.a M.F. TECHNOLOGIES, LAURA CHAMBERS, WINIFRED MITCHELL BAKER, and DANI CHEHAK*

DEFENDANT MOZILLA CORPORATION'S RESPONSES
TO PLAINTIFF'S SECOND SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION - 19

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2025, I caused a true and correct copy of the foregoing document to be served on the parties listed below in the manner indicated:

| | |
|---|---|
| Amy Alexander<br>Mathew Harrington<br>STOKES LAWRENCE, P.S.<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA 98101-2393<br>Telephone: (206) 626-6000<br>Fax: (206) 464-1496<br>Amy.alexander@stokeslaw.com<br>Mathew.Harrington@stokeslaw.com<br>laura.smith@stokeslaw.com<br>sarah.armon@stokeslaw.com<br>Maricarmen.Perez-Vargas@stokeslaw.com<br>anna.armitage@stokeslaw.com<br><br>*Attorneys for Plaintiff Steve Teixeira* | ☐   Via Hand Delivery<br><br>☐   Via U.S. Mail<br><br>☒   Via E-mail<br><br>☐   Via the Court's<br>      E-Service Device |
| Darren A. Feider<br>Amanda V. Masters<br>SEBRIS BUSTO JAMES<br>15375 SE 30th Pl., STE 310<br>Bellevue, Washington 98007<br>dfeider@sbj.law<br>amasters@sbj.law<br>epruzinsky@sbj.law<br>kmarchenko@sbj.law<br><br>*Attorneys for Defendant Mozilla Foundation* | ☐   Via Hand Delivery<br><br>☐   Via U.S. Mail<br><br>☒   Via E-mail<br><br>☐   Via the Court's<br>      E-Service Device |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 2nd day of April, 2025.

s/ Jacey Bittle
Jacey Bittle, Legal Executive Assistant

DEFENDANT MOZILLA CORPORATION'S RESPONSES
TO PLAINTIFF'S SECOND SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION - 22

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7044 | Tel: 206.839.4800