THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>      Plaintiff,<br><br>    v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>      Defendants. | Case No.: 2:24-CV-01032-RAJ<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE |

THIS MATTER came before the Court on Defendants' Motion to Continue Trial Date and Amend Case Schedule. This Court has considered the records and files in this proceeding, including the following materials submitted by the parties:

    1.    Defendants Mozilla Corporation a.k.a M.F. Technologies, Laura Chambers, and Dani Chehak's Motion to Continue Trial Date and Amend Case Schedule;

    2.    Declaration of Anthony Todaro In Support of Defendants Mozilla Corporation a.k.a M.F. Technologies, Laura Chambers, and Dani Chehak's Motion to Continue Trial Date and Amend Case Schedule;

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO
CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 1
60606-003

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1  3. Defendant Winifred Mitchell Baker's Notice of Joinder of Defendants Mozilla Corporation, et al.'s Motion to Continue Trial Date and Amend Case Schedule;

  4. Defendant Mozilla Foundation's Notice of Joinder of Defendants Mozilla Corporation, et al.'s Motion to Continue Trial Date and Amend Case Schedule;

  5. Plaintiff's Response to Defendants' Motion to Continue Trial Date and Amend Case Schedule;

  6. Declaration of Amy Alexander In Support of Plaintiff's Response to Defendants' Motion to Continue Trial Date and Amend Case Schedule, with exhibits;

  7. Declaration of Mathew Herrington In Support of Plaintiff's Response to Defendants' Motion to Continue Trial Date and Amend Case Schedule; and

  8. Defendants' Reply to Defendants' Motion to Continue Trial Date and Amend Case Schedule, if any.

  The Court having reviewed the files and records herein, and being fully advised, **DENIES** Defendants' Motion to Continue Trial Date and Amend Case Schedule for lack of good cause shown.

  DATED _____, 2025

                _____
                THE HONORABLE RICHARD A. JONES

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 2
60606-003

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

Presented by:

STOKES LAWRENCE, P.S.

By: <u>*/s/Amy Alexander*</u>
Amy Alexander (WSBA #44242)
Mathew Harrington (WSBA #33276)
Maricarmen Perez-Vargas (WSBA # 54344)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone:  (206) 626-6000
Fax:  (206) 464-1496
Amy.Alexander@stokeslaw.com
Mathew.Harrington@stokeslaw.com
Maricarmen.Perez-Vargas@stokeslaw.com

*Attorneys for Plaintiff Steve Teixeira*

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 3
60606-003

1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000