1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STEVE TEIXEIRA,

        Plaintiff,

    v.

MOZILLA CORPORATION a.k.a. M.F.
Technologies, a California corporation;
MOZILLA FOUNDATION, a California
public benefit corporation; LAURA
CHAMBERS and her marital community;
WINIFRED MITCHELL BAKER and her
marital community, and DANI CHEHAK and
her marital community,

        Defendants.

Case No.: 2:24-CV-01032-RAJ

DECLARATION OF MATHEW
HARRINGTON IN SUPPORT OF
PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO
CONTINUE TRIAL DATE AND
AMEND CASE SCHEDULE

I, Mathew Harrington, am over the age of 18, have personal knowledge of all the facts

stated herein and declare as follows:

    1.    I am an attorney at Stokes Lawrence, P.S. and am counsel of record for Plaintiff

Steve Teixeira.

    2.    On April 9, 2025, after I learned that Defendant Mitchell Baker would be

retaining new and separate counsel, I called her new counsel, Daniel Weiskopf. I asked if he

thought his substitution would affect the case schedule. Mr. Weiskopf told me that based on what

he knew at that time, he did not see a need for delay.

DECLARATION OF MATHEW HARRINGTON IN SUPPORT OF
PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO
CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 1
60606-003

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1      I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct

3      DATED this 12th day of May, 2025

4                                              STOKES LAWRENCE, P.S.

5                                    By:  _____

6                                          Mathew Harrington, WSBA No. 33276

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   DECLARATION OF MATHEW HARRINGTON IN SUPPORT OF           **STOKES LAWRENCE, P.S.**
     PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO             1420 FIFTH AVENUE, SUITE 3000
     CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 2           SEATTLE, WASHINGTON 98101-2393
     60606-003                                                         (206) 626-6000