**EXHIBIT A**

| | |
|---|---|
| **From:** | Amy K. Alexander <Amy.Alexander@stokeslaw.com> |
| **Sent:** | Monday, April 7, 2025 2:21 PM |
| **To:** | Cates, Alexandria; Beth Touschner |
| **Cc:** | Mathew Harrington; Maricarmen Perez-Vargas; dfeider@sbj.law; Sarah Armon; Laura Smith; Anna Armitage; Bittle, Jacey; Todaro, Anthony; McFadden, Robert; Katie Marchenko |
| **Subject:** | Teixeira/Mozilla - deposition notices |

 EXTERNAL MESSAGE

Hello Alex and Beth,

Shortly, you will receive a number of deposition notices and subpoenas for the following individuals:
- Mozilla Corp:
    - Laura Chambers
    - Mitchell Baker
    - Dani Chehak
    - Kerry Cooper
    - Hugh Molotsi
    - Linsey Shepard O'Brien
    - Bob Lisbonne
- Mozilla Foundation:
    - Marc Surman

Here is the schedule for the depositions:

| Deponent | Date | Location |
|---|---|---|
| Laura Chambers | 5/19/25 8:30am | SF |
| Dani Chehak | 5/20/25 8:30am | SF |
| Lindsey O'Brian | 5/21/25 8:30am | Remote |
| Mark Surman | 5/21/25 1:30pm | Remote |
| Hugh Molosti | 5/22/25 8:30am | Remote |
| Kerry Copper | 5/22/25 11:30am | Remote |
| Bob Lisbonne | 5/22/25 2:30pm | Remote |
| Winifred Mitchell Baker | 5/23/25 8:30am | SF |

In addition, please expect a 30(b)(6) notice. We will be taking Laura, Mitchell, and Dani's depositions in person, and listed DLA Piper's San Francisco office as the proposed location. Please let us know as soon as possible whether another office is preferred, or if DLA Piper declines to host these depositions in its offices. We intend for the remaining depositions to be remote. Given the upcoming discovery cutoff, we have included dates, but are willing to shuffle these a bit to accommodate witness availability.

While Mozilla Corporation has indicated for several days that Ms. Baker is seeking new counsel, none has yet appeared and DLA Piper remains the attorney of record in this matter. Therefore, we anticipate your cooperation in this matter.

I imagine that you will be looking to depose Steve soon. Please note that Mr. Teixeira's son is getting married in early June. He will not be available for a deposition the entire first week of June or June 9.

Sincerely,

**Amy K. Alexander**
Attorney  |  Shareholder

**Stokes Lawrence, P.S.**
1420 Fifth Avenue, Suite 3000  |  Seattle, WA 98101-2393
Direct: 206.892.2161  |  Office: 206.626.6000
Amy.Alexander@stokeslaw.com  |  stokeslaw.com

*This message may be confidential and legally privileged. If you received this message in error, please inform the sender and then delete it.*

2