HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

STEVE TEIXEIRA,

10

Plaintiff,

11

v.

MOZILLA CORPORATION a.k.a. M.F.
Technologies, a California corporation;

12

MOZILLA FOUNDATION, a California public
benefit corporation; LAURA CHAMBERS and

13

her marital community; WINIFRED MITCHELL
BAKER and her marital community, and DANI

14

CHEHAK and her marital community.

15

Defendants.

16

Case No. 2:24-cv-1032-RAJ

**NOTICE OF ERRATA RE:
DEFENDANTS MOZILLA
CORPORATION a.k.a M.F.
TECHNOLOGIES, LAURA
CHAMBERS, AND DANI CHEHAK'S
REPLY IN SUPPORT OF MOTION
TO CONTINUE TRIAL DATE AND
AMEND CASE SCHEDULE**

17

18

19

20

PLEASE TAKE NOTICE that Defendant Mozilla Corporation ("Mozilla,") Laura

Chambers, and Dani Chehak (collectively, "Defendants") respectfully submit this Notice of Errata

regarding Defendants' Reply in support of the Motion to Continue Trial Date and Amend Case

Schedule (Dkt. 57), filed on May 16, 2025 ("Reply"), to make a correction to the Reply.

21

22

23

24

25

26

The Reply erroneously included the following sentence: "Plaintiff's complaints also ring

hollow given that it took him *over nine months* to finally make less than a tenth of the volume of

production in response to Defendants' initial document demands." The sentence should be deleted

and replaced with the following sentence: "Plaintiff's complaints also ring hollow given that it

took him *over seven months* to finally make less than a tenth of the volume of production in

response to Defendants' initial document demands."

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1    Additionally, the Reply erroneously included the following sentence: "By contrast, it took

2    Plaintiff until April 25, 2025 to complete his production of just 1,038 pages in response to

3    Defendants' requests served *in July 2024*. *Id*. ¶ 15. It is striking that Plaintiff can complain of delay

4    and lack of diligence when it took him *nine months* to make that production." The sentence should

5    be deleted and replaced with the following sentence: "By contrast, it took Plaintiff until April 25,

6    2025 to complete his production of just 1,038 pages in response to Defendants' requests served *in*

7    *September 2024*. *Id*. ¶ 15. It is striking that Plaintiff can complain of delay and lack of diligence

8    when it took him *seven months* to make that production."

9    Lastly, the Reply erroneously included the following sentence: "Plaintiff's claim that

10   Defendants should have known about the need to take additional discovery rings hollow given that

11   Plaintiff only completed his document production in response to Defendants initial discovery

12   requests served nearly a year ago." The sentence should be deleted and replaced with the following

13   sentence: "Plaintiff's claim that Defendants should have known about the need to take additional

14   discovery rings hollow given that Plaintiff only completed his document production in response to

15   Defendants initial discovery requests served over seven months ago."

16   A courtesy copy of the corrected Reply is attached hereto as Exhibit A for the convenience

17   of the Court and all counsel.  The first change is on page 1, lines 22-24, the second change is on

18   page 3, lines 13-16, and the third change is on page 7, lines 15-18.  No other changes to the

19   response were made.

20

21

22

23

24

25

26

NOTICE OF ERRATA
CASE NO. 2:24-CV-1032-RAJ - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1    Dated this 19th day of May, 2025.

2                                                    DLA PIPER LLP (US)

3                                                    *By: s/ Anthony Todaro*
                                                     Anthony Todaro, WSBA No. 30391
4                                                    *By: s/ Alexandria Cates*
                                                     Alexandria Cates, WSBA No. 53786
5                                                    *By: s/ Danielle Igbokwe*
                                                     Danielle Igbokwe, WSBA No. 62714
6                                                    701 Fifth Avenue, Suite 6900
                                                     Seattle, Washington 98104-7029
7                                                    Tel:   206.839.4800
8                                                    E-mail: anthony.todaro@us.dlapiper.com
                                                     E-mail: alexandria.cates@us.dlapiper.com
9                                                    E-mail: danielle.igbokwe@us.dlapiper.com

10                                                   David Farkas, CA No. 25713 (Admitted
                                                     Pro Hac Vice)
11                                                   DLA PIPER LLP (US)
12                                                   2000 Avenue of the Stars
                                                     Suite 400 North Tower
13                                                   Los Angeles, CA 90067
                                                     E-mail: David.Farkas@us.dlapiper.com
14

15                                                   AND

16                                                   Mandy Chan, CA No. 305602 (Admitted
                                                     Pro Hac Vice)
17                                                   DLA PIPER LLP (US)
                                                     555 Mission Street, Suite 2400
18                                                   San Francisco, CA 94105
19                                                   E-mail: Mandy.Chan@us.dlapiper.com

20                                                   *Attorneys for Defendants MOZILLA*
                                                     *CORPORATION a.k.a M.F.*
21                                                   *TECHNOLOGIES, LAURA CHAMBERS,*
                                                     *and DANI CHEHAK*
22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that on May 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties or their counsel of record.

       Dated this 19th day of May, 2025.

                             *s/ Jacey Bittle*
                             Jacey Bittle, Legal Executive Assistant