1

2

3

4

5

6

7                                    THE HONORABLE RICHARD A. JONES

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STEVE TEIXEIRA,

9                    Plaintiff,                        Case No.:  2:24-CV-01032-RAJ

10        v.                                           DECLARATION OF MARICARMEN
                                                       C. PEREZ-VARGAS IN SUPPORT OF
11   MOZILLA CORPORATION a.k.a. M.F.                   PLAINTIFF'S REPLY TO MOTION
     Technologies, a California corporation;           TO COMPEL DISCOVERY
12   MOZILLA FOUNDATION, a California                  REQUESTS TO MOZILLA
     public benefit corporation; LAURA                 CORPORATOIN AND INDIVIDUAL
13   CHAMBERS and her marital community;                DEFENDANTS
     WINIFRED MITCHELL BAKER and her
14   marital community, and DANI CHEHAK and
     her marital community,

15                    Defendants.

16        I, Maricarmen C. Perez-Vargas, am over the age of 18, have personal knowledge of all

17   the facts stated herein and declare as follows:

18        1.      I am an attorney at Stokes Lawrence, P.S. and am counsel of record for Plaintiff

19   Steve Teixeira.

20        2.      Attached as **Exhibit 1** is a true and correct copy of excerpts from the rough draft

21   deposition transcript of Dani Chehak taken on May 22, 2025.

22

23

24   DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN          **STOKES LAWRENCE, P.S.**
     SUPPORT OF PLAINTIFF'S REPLY TO MOTION TO COMPEL       1420 FIFTH AVENUE, SUITE 3000
     DISCOVERY REQUESTS TO MOZILLA CORPORATOIN AND          SEATTLE, WASHINGTON 98101-2393
     INDIVIDUAL DEFENDANTS - 1                                      (206) 626-6000
     60606-003

1    3.    Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition

2  transcript of the 30(b)(6) deposition of the Mozilla Foundation, with Mark Surman as the

3  designee, taken on May 13, 2025.

4    I declare under penalty of perjury under the laws of the United States of America that the

5  foregoing is true and correct.

6    DATED this 27th day of May, 2025

7                STOKES LAWRENCE, P.S.

8

9                By:  /s/Maricarmen C. Perez-Vargas
                 Maricarmen C. Perez-Vargas, WSBA No. 54344

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN
    SUPPORT OF PLAINTIFF'S REPLY TO MOTION TO COMPEL
    DISCOVERY REQUESTS TO MOZILLA CORPORATOIN AND
    INDIVIDUAL DEFENDANTS - 2
    60606-003

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000