HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA, <br><br> Plaintiff, <br><br> v. <br><br> MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community. <br><br> Defendants. | Case No. 2:24-cv-1032-RAJ <br><br> **NOTICE OF WITHDRAWAL** |

TO:  Clerk of the Court

AND TO:  All Counsel of Record

PLEASE TAKE NOTICE that, effective immediately, Alexandria Cates, WSBA No. 53786, of DLA Piper LLP (US), hereby withdraws as counsel of record for Defendants Mozilla Corporation a.k.a M.F. Technologies, Laura Chambers, and Dani Chehak. Defendants will continue to be represented by Anthony Todaro of DLA Piper LLP (US).

1  Respectfully submitted this 20th day of June, 2025.

2  **Withdrawing Counsel:**

3  DLA PIPER LLP (US)                           DLA PIPER LLP (US)

*By: s/ Alexandria Cates*                         *By: s/ Anthony Todaro*
Alexandria Cates, WSBA No. 53786                  Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900                      701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7044                    Seattle, Washington 98104-7044
Tel: 206.839.4800                                 Tel: 206.839.4800
Fax: 206.839.4801                                 Fax: 206.839.4801
E-mail: alexandria.cates@us.dlapiper.com          E-mail: anthony.todaro@us.dlapiper.com

*Withdrawing Attorney for Defendants Mozilla Corporation a.k.a M.F. Technologies, Laura Chambers, and Dani Chehak*

*Attorney for Defendants Mozilla Corporation a.k.a M.F. Technologies, Laura Chambers, and Dani Chehak*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties or their counsel of record.

Dated this 20th day of June, 2025.

*s/ Jenelle Barrett*
Jenelle Barrett, Legal Executive Assistant