THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>   Plaintiff,<br><br>  v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>   Defendants. | Case No.: 2:24-CV-01032-RAJ<br><br>DECLARATION OF MATHEW L. HARRINGTON IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>Noted for: September 17, 2025<br>Without Oral Argument |

I, Mathew L. Harrington, am over the age of 18, have personal knowledge of all the facts stated herein and declare as follows:

1. I am an attorney at Stokes Lawrence, P.S. and am counsel of record for Plaintiff Steve Teixeira.

2. The parties have previously conferred on this matter. On June 23, 2025, I called Anthony Todaro, counsel for Defendants Mozilla Corp., Laura Chambers, and Dani Chehak, and proposed to him that Defendants join Plaintiff in striking certain of Plaintiff's claims (the WLAD

DECLARATION OF MATHEW L. HARRINGTON IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 1

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1  wrongful disclosure claim and the retaliation claim against Defendant Mitchell Baker), striking
2  claims against Defendant Mozilla Foundation, and amending the complaint to add a wrongful
3  withholding claim regarding the LTIP compensation.

4      3.    Mr. Todaro stated his view that Plaintiff could take a voluntary nonsuit at any
5  time on any claim without an amendment, and that he thought the wrongful withholding of the
6  LTIP was already implied. I stated my agreement that I thought wrongful withholding was
7  already implied by the existing complaint.

8      4.    Mr. Todaro asked me to send a draft amendment for defendants to consider. After
9  we circulated the proposed amendment, Mr. Todaro communicated in a July 30, 2025 email that
10 defendants would object to the amendment and asked that Plaintiff bring a Rule 15 motion.

11     5.    The Court conducted a discovery hearing in this matter on August 26, 2025. After
12 that hearing, my colleague Maricarmen Perez-Vargas transmitted on that same day (August 26)
13 another version of the amended complaint. This revised version of the proposed amended
14 complaint contemplates the possibility that ordered discovery might be admitted at trial and thus
15 could change the scope of the issues in the case. On August 27, 2025, counsel for Defendants
16 Chehak, Chambers, and Mozilla Corp. communicated that they do not consent to these proposed
17 amendments as well, stated they do not demand further conference, and asked Plaintiff to make a
18 Rule 15 motion.

20 I declare under penalty of perjury under the laws of the United States of America that the
21 foregoing is true and correct.

DECLARATION OF MATHEW L. HARRINGTON IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 2

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

DATED this 27th day of August, 2025

By: /s/Mathew L. Harrington
Mathew L. Harrington (WSBA # 33276)

DECLARATION OF MATHEW L. HARRINGTON IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 3

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000