1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STEVE TEIXEIRA,

              Plaintiff,

    v.

MOZILLA CORPORATION a.k.a. M.F.
Technologies, a California corporation;
MOZILLA FOUNDATION, a California
public benefit corporation; LAURA
CHAMBERS and her marital community;
WINIFRED MITCHELL BAKER and her
marital community, and DANI CHEHAK and
her marital community,

              Defendants.

Case No.:  2:24-CV-01032-RAJ

DECLARATION OF MARICARMEN
C. PEREZ-VARGAS IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE
TO FILE SECOND AMENDED
COMPLAINT

Noted for September 17, 2025
Without Oral Argument

      I, Maricarmen C. Perez-Vargas, am over the age of 18, have personal knowledge of all

the facts stated herein and declare as follows:

      1.      I am an attorney at Stokes Lawrence, P.S. and am counsel of record for Plaintiff

Steve Teixeira.

      2.      Attached as Exhibit 1 hereto is a true and correct copy of the redlined proposed

Second Amended Complaint.

DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN
SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT - 1

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1

2

3.      Attached as Exhibit 2 are true and correct excerpts from the deposition transcript of Steve Teixeira taken on June 12, 2025.

3

4

4.      Attached as Exhibit 3 is a true and correct copy of Mr. Teixeira's offer letter, produced at Bates number TEIXEIRA_000094-000097.

5

6

7

5.      Attached as Exhibit 4 is a true and correct copy of the 2022 Long-Term Incentive Plan Participation Agreement entered into by Steve Teixeira, produced at Bates number TEIXEIRA_000099-000102.

8

9

10

6.      Attached as Exhibit 5 is a true and correct copy of the compensation letter provided to Mr. Teixeira by Mozilla Corporation on February 9, 2023, produced at Bates number MC_0006647-0006648.

11

12

13

7.      Attached as Exhibit 6 is a true and correct copy of the 2023 Long-Term Incentive Plan Participation Agreement entered into by Steve Teixeira, produced at Bates number MC_0006652-0006655.

14

15

16

8.      Attached as Exhibit 7 is a true and correct copy of the 2024 compensation letter provided by Mozilla Corporation to Mr. Teixeira dated February 15, 2024, produced at Bates number MC_0010892.

17

18

9.      Attached as Exhibit 8 are true and correct excerpts from the deposition transcript of Winifred Mitchell Baker taken on May 27, 2025.

19

20

10.      Attached as Exhibit 9 are true and correct excerpts from the deposition transcript of Laura Chambers taken on May 21, 2025.

21

22

11.      Attached as Exhibit 10 are true and correct excerpts from the deposition transcript of Bob Lisbonne take on May 28, 2025.

23

24

DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN
SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT - 2

12.     Attached as Exhibit 11 is a true and correct copy of an email from Defendant Laura Chambers dated April 16, 2024 produced at Bates number MC_0005033-0005034.

13.     Attached as Exhibit 12 is a true and correct copy of and email from Steve Teixeira dated March 14, 2024, produced at Bates number MC_0004801.

14.     Attached as Exhibit 13 is a true and correct copy of an email dated April 20, 2025 from Defendant Dani Chehak, produce at Bates number MC_0004815.

15.     Attached as Exhibit 14 is a true and correct copy of the role terms Mozilla Corporation proposed to Steve Teixeira on April 20, 2024, produced at Bates number MC_0004816.

16.     Attached as Exhibit 15 is a true and correct copy of an email from Defendant Laura Chambers dated April 18, 2024, produced at Bates number MC_0005025-0005026.

17.     Attached as Exhibit 16 is a true and correct copy of Slack messages between Defendants Laura Chambers and Dani Chehak dated April 24, 2024, produced at Bates number MC_0010571-0010573.

18.     Attached as Exhibit 17 is a true and correct copy of an email from Steve Teixeira dated April 29, 2024, produced at Bates number MC_0002362-002364.

19.     Attached as Exhibit 18 are true and correct excerpts from the deposition transcript of Dani Chehak taken on May 22, 2025.

20.     Attached as Exhibit 19 is true and correct copy of Defendant Dani Chehak's conversation notes dated May 2, 2024, produced at Bates number MC_0011374-77.

21.     Attached as Exhibit 20 is a true and correct copy of email correspondence between counsel for Plaintiff and counsel for Mozilla Corporation dated August 30, 2024, to September 16, 2024, with attachment.

DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 3

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1    22.    Attached as Exhibit 21 is a true and correct copy of an email from counsel for

2    Mozilla Corporation, Defendant Chehak, and Defendant Chambers, dated July 30, 2025.

3    23.    Attached as Exhibit 22 is a true a correct copy of an email from counsel for

4    Plaintiff dated May 5, 2025.

5    24.    On August 26, 2025, the parties engaged in a conference with the Court regarding

6    disputed discovery issues. During this conference, the Court verbally ordered Mr. Teixeira to

7    produce medical records related to his psychiatric treatment.

8    I declare under penalty of perjury under the laws of the United States of America that the

9    foregoing is true and correct.

10    DATED this 27th day of August, 2025

11

12    By:  /s/Maricarmen Perez-Vargas
         Maricarmen Perez-Vargas (WSBA # 54344)

13

14

15

16

17

18

19

20

21

22

23

24

DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN
SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT - 4

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000