# EXHIBIT 2

1              UNITED STATES DISTRICT COURT

2             WESTERN DISTRICT OF WASHINGTON

3                       AT SEATTLE

4    _____

5    STEVE TEIXEIRA,                    )
                                        )
6     Plaintiff,                        )
                                        )
7          vs.                          )No. 2:24-cv-1032-RAJ
                                        )
8    MOZILLA CORPORATION, aka M.F.      )
     Technologies, a California         )
9    corporation; MOZILLA FOUNDATION, a )
     California public benefit          )
10   corporation; LAURA CHAMBERS and her )
     marital community; WINIFRED MITCHELL )
11   BAKER, and her marital community; and )
     DANI CHEHAK and her marital        )
12   community,                         )
                                        )
13    Defendants.                       )

14   _____

15           Deposition Upon Oral Examination Of

16                     STEVE TEIXEIRA

17   _____

18

19                      8:34 a.m.

20                    June 12, 2025

21                   1420 Fifth Avenue

22                  Seattle, Washington

23

24

25   REPORTED BY:  Yvonne A. Gillette, RPR, CCR No. 2129.

```
 1                    Thursday, June 12, 2025

 2                         8:34 a.m.

 3                          ******

 4              THE VIDEOGRAPHER:  Good morning.  We are on

 5      the record at 8:34 on June 12th, 2025 for the

 6      videotaped deposition of Steve Teixeira.  We are

 7      taking the deposition at the offices of Stokes

 8      Lawrence in Seattle, Washington in the action entitled

 9      Steve Teixeira versus Mozilla Corporation, Mozilla

10      Foundation, et al.  This is case number

11      2:24-CV-1032-RAJ.

12              My name is Matt De.  I'm from Fortz Legal

13      Support, LLC.  Would the court reporter please swear

14      in the witness, and then the attorneys briefly

15      identify themselves for the record and state whom they

16      represent.

17

18      STEVE TEIXEIRA,              called as a witness in the

19                                   above-entitled cause, being

20                                   first duly sworn, testified

21                                   as follows:

22

23              MR. TODARO:  Mr. Teixeira, good morning.

24      I'll make the appearances that the court reporter --

25      that the videographer asked for.  We met before, but
```

STEVE TEIXEIRA v MOZILLA CORPORATION                     Job 40060
TEIXEIRA, STEVE 06/12/2025                                      33

```
 1   own initiative?

 2   A          Oh, yes.

 3   Q          Have you ever been terminated from a company

 4   prior to Mozilla?

 5   A          So I was not terminated by any companies on

 6   this list.  The only time I remember is when I was a

 7   junior in high school, I had a job filing paperwork in

 8   a -- in a warehouse that I wasn't great at, and they

 9   let me go.  But beyond that, I don't recall ever being

10   terminated.

11   Q          All right.  I think we won't dwell on the

12   junior in high school position.  How is it that you

13   came to apply for the chief product officer position

14   at Mozilla?

15   A          A recruiter reached out to me and asked me

16   if I would be interested in learning more about this

17   opportunity.

18   Q          Who was that recruiter, if you recall?

19   A          I actually don't remember who it was.

20   Q          Was it part of that organization that Takra

21   Carens [phonetic spelling] is involved in?

22   A          It might have been.  It was either that,

23   like RRA or Riviera.  It was -- an R word sticks in my

24   head, but I actually don't remember specifically who I

25   talked to.
```

STEVE TEIXEIRA v MOZILLA CORPORATION
TEIXEIRA, STEVE 06/12/2025

```
 1   unquote, hijack a trusted application and then use
 2   that trusted application to communicate nefarious
 3   information through the internet.  So that was one.
 4            The second one is a -- is a system and
 5   method for an in-vehicle social network that involved
 6   augmented reality.  And so the concept in that patent
 7   is the driver would either use augmented reality
 8   glasses or in fact the inside of the cockpit of the
 9   vehicle would be marked up with augmented reality.
10   And the driver could have improved situational
11   awareness based on that augmented reality, but also as
12   a means to potentially make driving more polite.  The
13   system had the ability to sort of up vote or down vote
14   a given driver.  So as you drive, you could see
15   someone's social cache as they drove.  And you could
16   avoid the highly down voted drivers and try and drive
17   closer to the highly up voted drivers.
18   Q        Both of those patents you're listed as an
19   inventor?
20   A        That's correct.
21   Q        And both patents were issued?
22   A        That's correct.
23   Q        When was your first day at Mozilla?
24   A        If memory serves, it was August 15, 2022.
25   Q        What do you remember about your first day on
```

```
 1              THE WITNESS:  Whenever is a good time to
 2    break for lunch, I'm game.  Whenever is a good
 3    stopping point.
 4              MR. TODARO:  Oh, that's fine.  We can do
 5    that.  Let me -- that's fine.  Let's do it now.
 6              THE VIDEOGRAPHER:  Okay.  We're going off
 7    the record.  It is 12:33.
 8              (Lunch recess taken.)
 9              THE VIDEOGRAPHER:  We are back on the
10    record.  It is 1:15.
11    Q         Mr. Teixeira, your cancer diagnosis came on
12    October 3rd of 2023; is that right?
13    A         I think that date is correct.
14    Q         And at some point after that, you began
15    working with Mozilla on a planned medical leave?
16    A         Yes.
17    Q         Prior to your medical leave, did you work to
18    create a product strategy document for your team or
19    any other document to outline what you expected of
20    them during your leave?
21    A         Yes.
22    Q         What was that?
23    A         So I know for Mozilla Social, I wrote a
24    long-form -- I think it was over email -- explaining
25    changes that were coming to the team, and as we spoke
```

STEVE TEIXEIRA v MOZILLA CORPORATION                    Job 40060
TEIXEIRA, STEVE 06/12/2025                                    145

```
 1   from anyone at Mozilla about what was taking place in
 2   terms of your organization in the first few weeks that
 3   you were on leave?
 4   A          No.  I didn't hear anything for the first
 5   few weeks I was on leave.
 6   Q          When did you first start hearing, if you
 7   did, about what was going on in your organization
 8   during your leave?
 9   A          As I got closer to my return, I started to
10   get a little bit of information.  Dani communicated
11   with me.  Suba communicated with me.  Ian communicated
12   with me.  I got calls from Sally Richardson.  I got a
13   call from Leyla Samiee before I returned, I believe.
14   Those are the ones I recall.
15   Q          Now, originally, you were planning or hoping
16   to return from leave roughly at the start of January
17   of 2024, correct?
18   A          Correct.
19   Q          And at some point, you decided to extend
20   that leave about a month to the start of February.  Is
21   that fair?
22   A          That's right.
23   Q          So when you say you started to get some of
24   these reports about your organization, are we talking
25   December, or are we talking January?
```

STEVE TEIXEIRA v MOZILLA CORPORATION
TEIXEIRA, STEVE 06/12/2025

```
 1   A          We're talking January.

 2   Q          All right.  Had you received really any

 3   reports on the state of MozProd or what was going on

 4   in your organization prior to January?

 5   A          I heard very little of substance.  I

 6   can't -- I can't even remember anybody telling me

 7   anything beyond surface level things, like, you know,

 8   it's a challenging time right now, that sort of thing,

 9   but I didn't get any specifics.  I was pretty clear

10   with people that I didn't want specifics.  I was in

11   the process of trying to heal after having my left eye

12   removed, and so I -- I wanted to take my medical leave

13   and actually try and get better.

14   Q          In the conversations you did have leading up

15   to the return, your return to work, so those

16   conversations in January that you mentioned, was there

17   anything about any of those that stood out to you?

18   A          What do you mean by stood out?

19   Q          Anything that took you by surprise?

20   A          Yes.

21   Q          What?

22   A          The -- one of the conversations that took me

23   by surprise was Leyla, who was the vice president of

24   engineering, and she was responsible for Pocket and

25   Mozilla Social.  She called me the week before I
```

1   unfavorable review.

2   Q        So receiving -- even though it's a bonus, a

3   receipt of 50 percent of bonus is not a good bonus in

4   your mind?

5   A        It's not a good bonus in anyone's mind.  Nor

6   is it -- my understanding is there may not even be

7   precedent at Mozilla for an executive at the C level

8   receiving such a small percentage of their target

9   bonus.

10  Q        Okay.  So in March of 2024, thereabouts,

11  when you learned of the amount of the bonus, your

12  takeaway from that was that this must be tied to what

13  will be a poor performance review?

14  A        Yes.

15  Q        How did you receive your performance review

16  for 2023?

17  A        Laura sent it to me.

18  Q        I'm going to hand you what has been

19  previously marked as Exhibit 29.  Is this the

20  performance review that Laura sent you?  Does it

21  appear to be?

22           (Previously marked Exhibit 29 referenced.)

23  A        Yes.  This appears to be my performance

24  review.

25  Q        Did you review it when it came in?

1    A        Of course.

2    Q        So she writes in the second paragraph of the

3    first page, "Product performance in 2023 was

4    significantly below expectations."  I think we've

5    talked about what your feelings are about what those

6    expectations were and how they were calculated.  Is

7    there anything else that you have to add about why you

8    believe they either weren't significantly below

9    expectations or there's an explanation for that?

10    A        I mean, I wrote an entire document that

11    answers this question in Exhibit 38.  I would just

12    refer us to Exhibit 38 for an answer to your question.

13    Q        Okay.  As we sit here though, is there

14    anything that jumps out at you --

15    A        I don't have anything to say beyond what's

16    in Exhibit 38.

17    Q        When -- she also writes, "As to talent,

18    ongoing gaps in critical leadership roles."  Would you

19    agree with that aspect?

20    A        Yes.

21    Q        Did you believe that was your responsibility

22    to have addressed those gaps in 2023?

23    A        No.  I believe it was my responsibility to

24    make progress on closing these gaps in 2023.  But as I

25    mentioned earlier, the gaps were significant and

1    as well.  So we had some people that were good, but

2    maybe not in the right place.  So, for example, we had

3    a couple really sharp folks in Firefox that moved over

4    to help work on the Pocket and Mozilla Social efforts.

5    While doing this, I helped interview new VP and

6    C-level candidates for other organizations in the

7    company, so to help -- to help the overall company

8    lift its game as well.  I may be leaving out some key

9    hires, but that's at least an overview by product area

10   of some of the new leaders we brought in.

11   Q        So why don't we do this.  Why don't we talk

12   more generally about your reaction to the performance

13   review and your conversation specifically with Laura

14   Chambers.

15   A        Okay.

16   Q        I'm going to hand you what I'll have marked

17   as Exhibit 131.

18            (Exhibit No. 131 marked for identification.)

19            MR. HARRINGTON:  I think we have been going

20   for an hour.  Whenever you're at a breaking point,

21   take another break.

22   Q        I suppose that was an hour.  Do you mind a

23   couple more minutes?

24   A        Oh, no, I don't mind.  Let's roll.

25   Q        Exhibit 131 appears to be the email in which

1    you respond to Laura Chambers after the delivery of

2    your performance review?

3    A        Yes.

4    Q        In brief fashion -- you note there are

5    several points in this document that are fair.  What

6    did you think was fair?

7    A        Yeah.  So can we go back to Exhibit 29 to

8    reference that?

9    Q        Of course.

10   A        So it sounds like we're in agreement on what

11   happened with Pocket.  It sounds like in retrospect --

12   like point E, part 5, it sounds like, as I've learned

13   through this, there was some misalignment with the

14   board.  And so I don't think it's inaccurate to say

15   that some members of the board and I and Mitchell all

16   had different sets of expectations about certain

17   things.  I think -- I think her feedback on the in

18   crew was fair feedback.  I mentioned that earlier in

19   our conversation today in that I felt bad about that,

20   and it was important to me to rectify that.  So this

21   is a few examples of what I think were reasonable.

22   Q        Going back to the email response you had

23   on --

24   A        Yeah.

25   Q        -- march 22nd.  You then write, "There are

1    also a number of areas that continue to cherrypick

2    details to support a particular narrative."  Were you

3    of the opinion that a narrative was being written at

4    this point about you?

5    A          It was becoming increasingly clear to me by

6    this point that decisions had been made about what my

7    performance level needed to be, and a narrative was

8    being written to fit those decisions.

9    Q          Is that why you then go on to write, "From

10   my standpoint, there is nothing here that is going to

11   be productive to discuss."?

12   A          No.  The reason why I wrote that statement

13   is because Laura and I had already been going back and

14   forth about this stuff.  And the pattern was that

15   Laura would give me, quote, unquote, feedback.  And

16   I've already given you several examples of this.  I

17   would respond to that feedback with, hey, Laura,

18   that's not actually true.  Here's the document that

19   shows you what the truth is.  And she would respond by

20   saying, oh, that's interesting, let me get back to

21   you, and then never get back to me.  So it was really

22   clear that this was a one-way conversation.  No matter

23   what I said to Laura, it wasn't going to make a

24   difference.  There was no revising of what was -- what

25   was clearly a predestined outcome in my view.

1    Q         Okay.  Why don't we take that break then.

2              THE VIDEOGRAPHER:  We're going off the

3    record.  It is 2:20.

4              (Recess taken.)

5              THE VIDEOGRAPHER:  We're back on the record.

6    It is 2:32.

7    Q         Mr. Teixeira, right before the break, we

8    were talking about the email response you wrote to

9    Laura Chambers after your performance evaluation for

10   2023 was delivered and this notion that it was written

11   to support a particular narrative about you.  Is it

12   your contention that Laura Chambers had a desire to

13   fire you or lessen your role due to your cancer and

14   that this narrative is a part of that?

15   A         I can't speak to what Laura wanted to do.  I

16   can only speak to my personal experience of what

17   happened to me.  I can tell you categorically, the

18   word "narrative" is the word that Laura used.  When I

19   complained to her that the feedback that I was getting

20   had factual inaccuracies, her response at one point

21   was, well, there's the narrative, and there's reality.

22   And right now, there's a narrative about this.  And so

23   she made it really clear that there was a narrative

24   that needed to be supported, and that narrative was

25   different than what really happened.  And she seemed

1    perfectly comfortable with that distinction, and

2    needless to say, I was not.

3    Q        Are you saying that the performance review,

4    the content of a performance review was drafted in

5    order to further a narrative to drive you from the

6    company due to your cancer?

7    A        Again, I can't speak to what people's

8    motivations are.  I can only speak to what happened to

9    me.  And what happened to me is I received performance

10   feedback that was inaccurate factually.  I received a

11   performance review that had both inaccuracies, as well

12   as cherrypicking of data points, as well as not

13   recognizing most of my year's worth of work in 2023.

14   And I have the comments of Laura that acknowledge that

15   there was a narrative that was different than reality

16   and too bad for me.

17   Q        Was it your perception then at the time that

18   the company was trying to push you out or reduce your

19   role?

20   A        You keep asking me what motivations were,

21   and I really -- I honestly don't know.  I don't know

22   why this was happening.  I didn't know at the time why

23   this was happening.  All I knew is that this was

24   happening to me.

25   Q        Are you contending that the performance

```
 1   Q        Why did you sue --
 2   A        If Mitchell Baker had a role in crafting
 3   this, which I assume she did, this is evidence of
 4   discrimination.  If Laura Chambers had a role in
 5   crafting this, which she did, that is also true.
 6   Q        Okay.  And it's evidence of discrimination
 7   because it couldn't possibly be the case that you got
 8   a poor performance review because your performance
 9   wasn't poor?
10   A        I think I've pointed out a number of times
11   the factual inaccuracies with supporting documentation
12   of these factual inaccuracies, so, yes, I contend that
13   this performance review contains inaccuracies.
14   Q        Why did you sue Dani Chehak?
15   A        Deep inaccuracies.
16   Q        Why did you sue Dani Chehak?
17   A        Dani offered me a job that was a demotion
18   and wanted me to agree to leave the company.  Dani
19   also told me, against Washington law, that I was
20   unable to talk about the subject of this
21   discrimination with anybody.
22   Q        Prior to the delivery of your performance
23   review, you actually wrote to Laura Chambers with a
24   suggestion of a new role for yourself; isn't that
25   right?
```

STEVE TEIXEIRA v MOZILLA CORPORATION                    Job 40060
TEIXEIRA, STEVE 06/12/2025                                         188

```
 1   A          Absolutely.
 2   Q          I'm going to hand you what I've marked as
 3   Exhibit 132.  So this is March 14th.  This is a week
 4   before the delivery of the performance review that you
 5   say is evidence of discrimination.
 6              (Exhibit No. 132 marked for identification.)
 7   A          But after I knew I was getting a poor
 8   performance review because of my bonus.
 9   Q          Okay.  So you write proactively to Laura
10   Chambers on March 14, 2024 with the subject line, role
11   thoughts.  And you write, "I have been reflecting on
12   the end of our last one-to-one where you welcomed a
13   conversation about whether I wanted to reenlist in my
14   current job, given that the deal has changed since I
15   signed up for it."  And your current job was CPO?
16   A          Correct.
17   Q          And she was asking whether you wanted to
18   continue on as CPO?
19   A          Correct.
20   Q          And then you write, "I think it makes sense
21   for both Mozilla and for me to make a change."  Do you
22   see that?
23   A          Yes, I see that.
24   Q          Were you being truthful that you thought it
25   made sense?
```

1    A          No.

2    Q          Why were you -- why did you write this if

3    it's not the truth?

4    A          I wrote this because this was the politic

5    thing to write.  It wouldn't have been politic for me

6    to say, I don't think it makes sense for me, but it

7    makes sense for you.  It was clear that I was getting

8    pressure to move to a different role.  And what you

9    see is me politely trying to be a company man and say,

10   okay, it's clear you want me to do something else.

11   Let's talk about me doing something else.

12   Q          But this is an email you initiated of your

13   own accord?

14   A          No, it's not.  This is a follow-up to

15   several verbal conversations.

16   Q          Okay.  And so the email goes on to actually

17   detail a specific role, essentially the division of

18   the CPO role into two pieces and a new role of SVP of

19   new products for you; is that right?

20   A          That's correct.

21   Q          That was your brainchild, fair to say?

22              MR. HARRINGTON:  Object to form.

23   A          I don't know actually.  I don't know if this

24   was something that we had spitballed earlier, if this

25   was something that I kind of came up with whole plot.

1   Q         This is 135.

2             (Exhibit No. 135 marked for identification.)

3   Q         This is an April 20 email from Dani Chehak

4   to you with an attachment listed as ST term summary.

5   Do you see that?

6   A         Um-hum.

7   Q         And the second page, which is Bates numbered

8   ending 4816, is this the term summary you remember

9   getting that has the comp information from Dani?

10  A         Yes.  This looks like it is.

11  Q         Okay.  What, if anything, about this were

12  you not expecting?

13  A         I think there's a couple things that were

14  surprising to me about this.  One is this job has no

15  portfolio.  There's no real tangible responsibilities

16  with these job.  It uses words like exploration and

17  other areas depending on role.  Like, there is no job

18  defined here, and that was very surprising to me.  The

19  second thing that was very surprising to me is that

20  the compensation represented a significant reduction

21  to my current compensation.  And the third thing that

22  was surprising to me is Mozilla was trying to get me

23  to sign up to fire myself on December 31st, 2024.

24  Q         Because of the bullet noting the term for

25  this job?

1   Q        Okay.  But this is now May -- this is your

2   admin leave of May of 2024.  Do you think you wrote

3   this at some earlier time?  That's what I'm trying to

4   pin down the date as best we can.

5   A        I don't know.

6   Q        I understand, so --

7   A        I'm sorry.  If I could complete just one

8   thought.  My Slack was disconnected, and so during my

9   leave, I was denied access to company resources.  So

10  this would have to have been written at some point

11  prior to my being -- my access to company resources

12  being terminated during my leave.

13  Q        Okay.  Well, let's turn back, and maybe you

14  can help me understand, Joni writes on May 28th at

15  3:35 p.m., "And I just got a message from engineering

16  leader who wanted to share some upsetting Slack posts

17  from Steve.  Not sure if you heard about this.  Team

18  members saw the Slack post in some sort of private

19  channel Steve had."  Did you have some sort of private

20  channel that you were communicating?

21  A        Of course.  Everybody had private channels

22  on Slack.  Any one-on-one conversation is a private

23  channel.

24  Q        Did that private channel persist beyond the

25  date of your administrative lever?

1                              C E R T I F I C A T E

2      State of Washington    )

3                             )  ss.

4      County of King          )

5

6              I, the undersigned Registered Professional
       Reporter and Washington Certified Court Reporter, hereby
       certify that the foregoing deposition upon Oral examination
7      of STEVE TEIXEIRA was taken before me on June 12, 2025 and
       transcribed under my direction;

8

9              That the witness was duly sworn by me pursuant to
       RCW 5.28.010 to testify truthfully; that the transcript of
       the deposition is a full, true, and correct transcript to
10     the best of my ability; that I am neither attorney for, nor
       a relative or employee of, any of the parties to the action
11     or any attorney or counsel employed by the parties hereto,
       nor financially interested in its outcome.

12

13             I further certify that in accordance with CR
       30(e), the witness was given the opportunity to examine,
       read, and sign the deposition, within 30 days, upon its
14     completion and submission, unless waiver of signature was
       indicated in the record.

15

16             IN WITNESS WHEREOF, I have hereunto set my hand
       and seal this date, June 19, 2025:

17

18

19                         *Yvonne A. Gillette*

20                         Yvonne A. Gillette

21                         Washington Certified Court Reporter

22                         License No. 2129

23

24

25