# EXHIBIT 3



June 27, 2022

Steve Teixeira
23234 NE 54th St.
Redmond, WA 98053

## Offer of Employment: Mozilla Corporation

Dear Steve,

We are excited to invite you to join Mozilla Corporation ("Mozilla") as the Chief Product Officer, Core Products reporting directly to Mitchell Baker. This letter describes the basic details of our employment offer, so please review it carefully. If you have any questions, don't hesitate to email Mitchell.

### Offer Terms

Below is a summary of the key terms of your offer.

**Start Date:** Your official start date will be on August 15, 2022.

**Location:** You will be working remotely from Redmond, Washington; however, it is understood that from time to time you may travel for work purposes. Related travel and business expenses will be reimbursed according to our standard expense policies.

**Starting Salary:** Your starting annual salary will be ███████ USD per Mozilla's standard payroll procedures and policies. Payments are made semi-monthly.

**Individual Achievement Bonus:** In addition to your salary, you will be eligible to participate in any bonus programs that may be established by Mozilla for employees in your position, subject to the terms and conditions of the applicable bonus program. For 2022, your role will participate in the 2022 Executive Individual Achievement Plan, which has an annual performance cycle based on your individual results. Your target bonus opportunity under the 2022 plan is 40% of annual base salary earnings. Bonus programs are subject to change or termination at Mozilla's discretion.

**Sign-On Bonus:** A sign-on bonus of ███████ USD, less applicable deductions and withholdings, will be paid to you in two payments. The first payment of ███████ will be scheduled for the first regular pay cycle following your first 90 days of employment. The second payment of ███████ will be scheduled for the first regular pay cycle following your first 180 days of employment. By accepting this offer, should you voluntarily terminate your employment within one (1) year of your start date, you agree to repay to Mozilla a prorated share of the sign-on bonus not earned based on time worked.

**Long-term Incentive Award**: The Long-Term Incentive Award (LTIP) is a cash incentive award under the terms of the Long-Term Incentive Plan dated October 25, 2016 ("LTIP Plan"), a copy of which will be provided to you, that is designed to provide you a stake in the future success of Mozilla and reward your contributions to our company results. You will become eligible for LTIP in the calendar 2022 year. Your 2022 target LTIP award opportunity is ▮▮▮▮▮ USD, subject to your acceptance of the LTIP award agreement. This award will vest annually over 3 years with the first 1/3rd (▮▮▮▮▮) vesting on December 31, 2022, subject to the achievement of the 2022 company performance goals.

The LTIP award agreement, including the 2022 company performance goals, as well as the plan terms and conditions, will be given to you. Future awards, performance goals, vesting schedules and payouts are subject to change based on market analysis, company and individual performance.

The initial LTIP commitment in this offer reflects a number for the first LTIP award. While we do not guarantee the size of future LTIP awards, Mozilla's current LTIP program provides ongoing LTIP awards on an annual basis, considering factors such as an individual's targeted total compensation per annum, individual performance and overall company environment. Your LTIP awards in future years will be considered and approved by the Board of Directors.

**Supplemental Award:** We are also pleased to offer you an additional and special supplemental award with a target payout of ▮▮▮▮▮ USD. This award is to be paid in two installments, the first of which will be a bonus paid out at 100% (without adjustment) and the second which will be a target bonus tied to company performance and calculated consistent with the LTIP Plan (i.e., it could be higher or lower than the target payout). Each of these payments is subject to you remaining as a full-time employee in your Chief Product Officer, Core Products role or above through the end of the year preceding the scheduled payout as set forth below.

- The payout of the first installment is ▮▮▮▮▮ USD, less deductions required by law, and will be paid to you in Q1 2023.
- The second installment has a target payout of ▮▮▮▮▮ USD, less deductions required by law, and will be paid to you in Q1 2024.

As noted in the LTIP Plan, there will be a Performance-Based Modifier that can increase or decrease the second installment with a target payout of ▮▮▮▮▮ USD as set forth in the LTIP Plan.

**Benefits**

Mozilla provides an array of benefits and services to its employees. Below is a summary of some of the current offerings, all of which may be modified from time to time or discontinued as determined by Mozilla. In order to participate in some benefit programs, you must meet the eligibility requirements and/or any underwriting requirements.

**Health Benefits:** You will be eligible to participate in the health benefits programs offered by Mozilla, including medical, dental, and vision plans, as well as short term and long term

disability and life insurance programs. Mozilla currently pays 100% of the employer and employee contributions plus all eligible dependents' monthly health insurance premiums, so there are no additional payroll deductions for the standard health benefits premiums.

**Retirement:** The Company will offer a Safe Harbor 401(k) saving plan through Fidelity. Mozilla offers a 3% Safe Harbor contribution. Mozilla also offers an additional discretionary contribution, which is determined by our Board of Directors at the end of each calendar year. There is 100% immediate vesting on the Mozilla contributions. These benefits and contribution rates are subject to change or termination at Mozilla's discretion.

**Vacation:** Mozilla currently offers up to 160 hours of vacation annually, subject to current accrual policies and prorated based on your date of hire.

**Sick Time:** Mozilla currently offers paid sick leave up to a maximum of 72 hours annually, subject to current accrual policies and prorated on your date of hire.

**Holidays, Birthday and Wellness Days:** Mozilla currently offers 12 paid holidays, 1 floating holiday day off for your birthday, and 4 wellness days annually, subject to current policies and eligibility based on your date of hire.

## Confidentiality and Conflicting Obligations

By signing this offer letter, you are also agreeing to all of the provisions contained in the attached Confidential Information and Inventions Agreement. During your employment, you agree not to engage in outside consulting activities, whether compensated or not, which materially interfere with the performance of your job duties with Mozilla or create a conflict of interest, nor will you establish a competing business during your employment with Mozilla. These provisions are designed to protect you, other employees, and Mozilla, and some will survive the termination of your employment with Mozilla. You represent that your signing of this offer letter and your commencement of employment with Mozilla will not violate any lawful agreement currently in place between yourself and current or past employers. We respect the confidentiality of all other parties and therefore, all applicants and employees are expressly prohibited from using or disclosing any confidential or proprietary material of any other employer or in any way violating any other legal obligations you may have to any former employer or other parties, during both the pre-hire process and your employment with Mozilla.

## At-Will Employment

You understand that this offer is not an employment contract for any particular term, that you have the right to resign, and Mozilla has the right to terminate your employment at will, at any time, for any or no reason, with or without cause. Further, your participation in any benefit program is not to be regarded as assuring you of continuing employment for any particular period. Your at-will employment status cannot be modified unless the modification is written and signed by both you and the CEO of Mozilla. Should Mozilla terminate your employment without cause, or should you elect to terminate your employment due to a 'Change of Control' (by giving written notice of resignation to be effective within forty-five (45) days of any such Change of Control), you will receive a severance payment of 9 months of base salary. A 'Change of Control' means either one or both of the following: (a) Mozilla is spun out from the Mozilla Foundation as a separate for profit entity (no longer owned by the Mozilla Foundation or a similar mission-based non-profit) with a new company mission antithetical to the Mozilla mission in effect at the time of this offer letter; or (b) the CEO and/or most of the Board of Mozilla are replaced by persons who promote a different Mozilla mission that is antithetical to the Mozilla mission in effect at the time of this offer letter.

## Contingencies

This offer is contingent on the following:

(i) Your being legally authorized to work in the United States when your employment begins. Note that because of Federal immigration laws, within three (3) business days of starting your new position, you will need to present documentation demonstrating that you have authorization to work in the United States. If you have questions about this requirement, which applies to U.S. citizens and non-U.S. citizens alike, you may contact immigration@mozilla.com.

(ii) Mozilla's completion of satisfactory reference checks; and

(iii) Your commencing employment with Mozilla no later than your agreed-upon start date.

## Complete Agreement

This offer, including the attached Confidential Information and Inventions Agreement, constitutes the entire agreement between you and Mozilla relating to the matters discussed in the offer, and this offer replaces any prior agreements, statements, or representations regarding its subject matter. By signing this offer letter, you are representing that you are not relying on any representations made to you that are not expressly included in this letter.

## Withholding Taxes

All forms of compensation referred to in this letter are subject to applicable withholding and payroll taxes.

## Acceptance

To accept this offer, please sign via DocuSign. Please review it carefully; if you find any incorrect information, decline the offer and contact Mike Madeiros. Your signature will acknowledge that you have understood and agreed to the terms and conditions of this offer, including the attached Confidential Information and Inventions agreement. If not accepted, this offer will expire in five (5) business days after the date of this letter.

**Welcome to Mozilla!**

*Mitchell Baker*

Mitchell Baker, Chief Executive Officer
Mozilla Corporation

I have read and understand all of the terms of this offer letter and the Confidential Information and Inventions Agreement and hereby acknowledge, accept and agree to all of the terms as set forth above and in the Confidential Information and Inventions Agreement and further confirm that no other commitments were made to me as part of my employment offer except as specifically set forth herein.

Steve Teixeira

Date: June 27, 2022 | 2:49 PM PDT