# EXHIBIT 5

**moz://a**

February 9, 2023

Dear Steve Teixeira,

I'm pleased to inform you that I have recommended and the Compensation Committee of the Board of Directors has approved the following awards for you, in consideration of MoCo's and your individual performance achievements during 2022.

For the Company Performance Factor, please see the subsequent attachment for a summary of the inputs that were considered, as well as the performance factor for each 2022 KPI, resulting in an approved MoCo KPI Performance factor of 90%.

| Compensation Component | 2022 Company Performance Factor | 2022 Individual Performance Factor | Target Award Amount USD* | 2022 Award Payout Amount USD |
|---|---|---|---|---|
| 2022 Executive Individual Achievement Plan | N/A | 105.00% | ▮ | ▮ |
| 2022 LTIP | 90.00% | N/A | ▮ | ▮ |
| Supplemental LTIP | N/A per offer details | N/A | ▮ | ▮ |

*Based on eligible earnings in the performance period

Award payments will be made on February 28, 2023.

The Compensation Committee of the Board of Directors has confirmed your 2023 target compensation opportunity as follows:

| Job Title: Chief Product Officer | |
|---|---|
| Compensation Component | Target Amount USD |
| Base Salary, effective 01 Jan 2023 | ▮ |
| Annual Bonus Target | ▮ |
| 2023 LTIP Award | ▮ |

*Based on eligible earnings in the performance period

Like all Mozilla executives, your actual pay will depend on Mozilla reaching its company objectives, as well as the achievement of your individual goals.



Included is the cash flow sheet that illustrates your total compensation opportunity over the next several years. Also included are the 2023 KPIs and LTIP award agreement that have been approved by the Board of Directors.

I look forward to working together to ensure a successful year in 2023.

Sincerely,

Mitchell Baker
Executive Chair and CEO


Attachments:
FY22 KPI Performance Summary
2023 MoCo KPIs
Executive Cash Flow Sheet
2023 Long-term Incentive Plan Participation Agreement
2023 Mozilla Executive Individual Achievement Plan