# EXHIBIT 7

February 15, 2024

Dear Steve Teixeira,

Thank you for your contributions to Mozilla. In recognition of your individual achievements during 2023, as well as MoCo's overall results, the Compensation Committee of the Board of Directors has approved the following awards for you.

For the Company Performance Factor, please see the subsequent attachment for a summary of the inputs that were considered, as well as the performance factor for each 2023 KPI, resulting in an approved MoCo KPI Performance factor of 85%.

| Compensation Component | 2023 Company Performance Factor | 2023 Individual Performance Factor | Target Award [local currency] | 2023 Award Payout Amount [local currency] |
|---|---|---|---|---|
| 2023 Executive Bonus | N/A | 50.00% | 40.00% | ▮▮▮* |
| 2022 LTIP | 85% | N/A | ▮▮▮ | ▮▮▮ |
| 2023 LTIP | 85% | N/A | ▮▮▮ | ▮▮▮ |
| Supplemental LTIP | 85% | N/A | ▮▮▮ | ▮▮▮ |

*Based on eligible earnings in the performance period

Award payments will be made on February 29, 2024.

Attachments:
FY23 KPI Performance