# EXHIBIT 8



UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

STEVE TEIXEIRA,

    Plaintiff,

v.                              Case No.: 2:24-CV-01032

MOZILLA CORPORATION a.k.a. M.F.

Technologies, a California corporation;

MOZILLA FOUNDATION, a California

public benefit corporation; LAURA

CHAMBERS and her marital community;

WINIFRED MITCHELL BAKER and her

marital community, and DANI CHEHAK and

her marital community,

    Defendants.

_____

VIDEOTAPED DEPOSITION OF

WINIFRED MITCHELL BAKER

TAKEN ON

TUESDAY, MAY 27, 2025

8:39 A.M.

DLA PIPER US LLP

555 MISSION STREET, SUITE 2400

SAN FRANCISCO, CALIFORNIA  94105



```
 1              THE REPORTER:  Attorney Alexander, do you
 2   agree to move forward?
 3              MR. HARRINGTON:  I don't believe she's on
 4   yet, but she agrees.
 5              THE REPORTER:  Oh.  Thank you.  And Mr.
 6   Weiskopf, do you agree to move forward?
 7              MR. WEISKOPF:  I do.
 8              THE REPORTER:  And Ms. Perez-Vargas, do
 9   you agree to move forward?
10              MS. PEREZ-VARGAS:  I do.
11              THE REPORTER:  Ms. Nobe, do you agree to
12   move forward?
13              MS. NOBE:  I do.
14              THE REPORTER:  Ms. Torres, do you agree to
15   move forward?  I'm sorry, Mr. Torres, do you agree
16   to move forward?
17              MR. TORRES:  I do.
18              THE REPORTER:  Thank you.  Will the
19   witness please raise your right hand.  Do you affirm
20   under penalty of perjury that the testimony you're
21   about to give will be the truth, the whole truth,
22   and nothing but the truth?
23              THE DEPONENT:  I do.
24              THE REPORTER:  Thank you.
25   WINIFRED MITCHELL BAKER, having been first duly
```

```
 1   in e-commerce sites.
 2        Q.   Essentially, giving the user an AI-based
 3   evaluation of whether product reviews and other
 4   types of reviews are reliable or legitimate?
 5        A.   Yes, that's the basic.
 6        Q.   And was Mozilla able to develop new
 7   capabilities in Fakespot after Mr. Teixeira left his
 8   role?
 9        A.   Can you say what time frame you mean?
10        Q.   After Mr. Teixeira, let's say, went on
11   leave in November -- or I'm sorry, October 30th --
12        A.   Right.
13        Q.   -- of 2023.
14        A.   To -- I don't know what -- what
15   capabilities Fakespot developed, no.
16        Q.   Do you know whether Fakespot's features
17   were successfully incorporated into other Mozilla
18   products after Mr. Teixeira left his role?
19        A.   There was -- this is my experience as a
20   user, is that it -- it was always hard to find
21   Fakespot -- in Firefox, I mean.
22        Q.   Did Fakespot and its features continue to
23   develop while at Mozilla, or after the acquisition,
24   I guess?
25        A.   I'm not -- I'm not quite sure what you
```

1                          CERTIFICATE

2

3       I, Vanessa M.S. Estes-Ezell, do hereby certify

4   that I reported all proceedings adduced in the

5   foregoing matter and that the foregoing transcript

6   pages constitutes a full, true and accurate record

7   of said proceedings to the best of my ability.

8

9       I further certify that I am neither related to

10  counsel or any party to the proceedings nor have any

11  interest in the outcome of the proceedings.

12

13      IN WITNESS HEREOF, I have hereunto set my hand

14  this 17th day of June, 2025.

15

16

17

18          *[signature]*

19      Vanessa M.S. Estes-Ezell, #4254

20

21

22

23

24

25