# EXHIBIT 10

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

_____

STEVE TEIXEIRA,                                )
                                               )
                    Plaintiff,                 )
                                               )
           v.                                  ) No. 2:24-cv-01032
                                               )
MOZILLA CORPORATION a.k.a. M.F.                )
Technologies, a California                     )
corporation; MOZILLA FOUNDATION, a             )
California public benefit                      )
corporation; LAURA CHAMBERS and                )
her marital community; WINIFRED                )
MITCHELL BAKER and her marital                 )
community; and DANI CHEHAK and her             )
marital community,                             )
                                               )
                    Defendants.                )

_____

VIDEOTAPED VIDEOCONFERENCE DEPOSITION
UPON ORAL EXAMINATION OF
ROBERT J. LISBONNE
** AWAITING CONFIDENTIAL DESIGNATIONS **
_____


Witness located in Los Altos Hills, California

Taken Remotely via videoconference




DATE TAKEN:  MAY 28, 2025

REPORTED BY: BARBARA CASTROW, RMR, CRR, CCR

             WA CCR #2395 | OR CSR #22-0010

Teixeira v. Mozilla Corporation, et al.          Robert J. Lisbonne (Awaiting Confidential Designations)

Page 6

1  from Mozilla Corporation, Carlos Torres and Masayo Nobe.
2          MS. TOUSCHNER:  Good afternoon.  This is
3  Beth Touschner, with Sebris Busto James.  I represent
4  Mozilla Foundation.  And with me today is D'Andre
5  Walker, in-house counsel for Mozilla Foundation.
6          MR. REDMOND:  Good afternoon.  This is Rick
7  Redmond, with McNaul Ebel.  I represent Defendant
8  Winifred Mitchell Baker, who is with me today on Zoom,
9  as is my colleague Dan Weiskopf.
10         THE VIDEOGRAPHER:  Thank you.
11     The court reporter may now swear in the
12 witness.
13 ROBERT J. LISBONNE,    witness herein, having been
14                        first duly sworn under oath,
15                        was examined and testified as
16                        follows:
17                        EXAMINATION
18 BY MS. ALEXANDER:
19     Q.  Good afternoon, Mr. Lisbonne.  My name is Amy
20 Alexander, and I represent Steve Teixeira.
21         Please state your name for the record.
22     A.  Robert Jacques Lisbonne.
23     Q.  Do you use any other names?
24     A.  I go by Bob.
25     Q.  Nothing else?

Case 2:24-cv-01032-RAJ    Document 70-10    Filed 08/27/25    Page 4 of 10

Teixeira v. Mozilla Corporation, et al.                Robert J. Lisbonne (Awaiting Confidential Designations)

Page 94

1  minutes.  But there probably was -- there probably were
2  things to discuss, given lots of changes underway that
3  Steve was going to be coming back to.
4      Q.  What changes are those?
5      A.  Well, he was going to be coming back to a
6  different person that he reported to.  That's a big
7  change.  He was going to be coming -- we were getting
8  organized for a layoff, which affected different parts
9  of the company, but the product organization in
10 particular.  So, you know, he was going to walk into a
11 lot of new stuff.
12     Q.  Would you say those are challenging
13 circumstances?
14     A.  Yes.
15     Q.  At this time, was there any discussion about
16 Steve coming back and doing something besides the full
17 chief product officer role?
18     A.  That came up, but I think -- well, it certainly
19 didn't come up before he came back.  I think it came up
20 a little -- shortly after he was back.  I got -- I don't
21 know who told me this, but I got the -- I was under the
22 impression that he was not happy about the circumstances
23 that he was -- that he came back to.
24         And so in an effort to -- you know, sometimes
25 executives think that their only two options are to stay

Case 2:24-cv-01032-RAJ   Document 70-10   Filed 08/27/25   Page 5 of 10

Teixeira v. Mozilla Corporation, et al.        Robert J. Lisbonne (Awaiting Confidential Designations)

Page 95

1  or leave. And so I remember having a conversation with
2  him, where I wanted to plant the idea that he didn't
3  have to think of it as a binary, but maybe he could do
4  something else. And if he didn't like the current --
5  current situation, maybe there would be something he
6  would like.
7           But I don't think he was very excited about
8  that, or at least he didn't -- he didn't indicate to me
9  he was very excited about that.
10          Q.  Do you remember when you had that conversation
11 with him?
12          A.  Actually, that I can look up. Let's see. That
13 was on February 21st, 2024, because I wrote, just like I
14 wrote Mitchell when I had that one chat with him, I
15 wrote Laura, or maybe it was -- maybe it was on my
16 calendar for then, but I know Laura and I spoke about it
17 before and after. So, yeah, it was February 21st.
18          Q.  So is Laura where you got your impression that
19 Steve wasn't very happy in your conversation with her
20 before?
21          A.  I don't remember where I got that. But it
22 would be logical to -- it would be logical to think that
23 Laura would have been the one to tell me. But I don't
24 remember.
25          Q.  What else do you remember about that

Case 2:24-cv-01032-RAJ    Document 70-10    Filed 08/27/25    Page 6 of 10

Teixeira v. Mozilla Corporation, et al.          Robert J. Lisbonne (Awaiting Confidential Designations)

Page 96

1  conversation with Laura before you talked with Steve on
2  February 21, 2024?
3      A.  Well, just that between the change in the CEO
4  and the layoffs and not doing Moz Social, it wouldn't be
5  unreasonable for Steve to be unhappy with those changes.
6          No one likes to have a new boss, you know, as a
7  surprise.  Nobody likes to have their organization cut
8  while they're on leave.  Nobody likes to have their pet
9  project, you know, not pursued.
10         So it was -- it wasn't surprising if he wasn't
11 happy with that.  That would be very natural.
12     Q.  In your conversation with Laura before your
13 conversation with Steve on February 1 -- or February 21,
14 excuse me, did you talk about, you know, the nonbinary
15 option, as you said it, the possibility that Steve could
16 move into a different role?
17     A.  I did.  I told Laura about a former executive
18 who used to run all the Firefox and product stuff and --
19 a super guy.  He did -- he did a lot of great things.
20 But after a while, he just got bogged down and
21 frustrated, running a big organization.  And so he
22 didn't want to do that anymore.
23         And so we said, "Well, okay.  Why don't you --
24 what do you want to do?"
25         And he said, "Well, I want to do innovative

Case 2:24-cv-01032-RAJ   Document 70-10   Filed 08/27/25   Page 7 of 10

Teixeira v. Mozilla Corporation, et al.        Robert J. Lisbonne (Awaiting Confidential Designations)

Page 97

1  entrepreneurial things."
2           And we said, "What are you going to do?"
3           He said, "I'm going to start another company."
4           And so we said, "Why don't you do
5  entrepreneurial things here," and so we crafted a new
6  role for him to do that.
7           And I thought -- anyway, I was hoping that
8  maybe something of that nature might -- might be
9  attractive.  But it wasn't.
10      Q.  So did you suggest to Laura that Laura suggest
11  that to Steve?
12      A.  I think the way -- if I recall correctly, I
13  told Laura about this bit of history, which predated her
14  at Mozilla.  And I think she asked me to bring it up
15  with Steve.  Otherwise, I don't know why I would have.
16  So I think she asked me to, and I did.
17      Q.  Was it your impression that in this
18  conversation with Laura before February 21st, that Laura
19  was also thinking, hey, maybe a reduced role for Steve
20  would be the right thing here?
21      A.  I had the impression that Laura was worried
22  that he might quit.  And I wasn't proposing a diminished
23  role necessarily.  I mean, it probably would be fewer
24  people and less budget.  But I didn't have in mind a
25  particular title or a particular seniority.

Case 2:24-cv-01032-RAJ   Document 70-10   Filed 08/27/25   Page 8 of 10

Teixeira v. Mozilla Corporation, et al.          Robert J. Lisbonne (Awaiting Confidential Designations)

Page 98

1      So -- I mean, we would have to figure that out
2 if that was an interesting course. But it got -- Steve
3 indicated to me that he was different than this person
4 before him. He liked managing a big organization, and
5 he didn't really want to do anything different. So it
6 was -- it was a shorter conversation.
7     Q. Okay. In addition to thinking that Steve might
8 be interested in a change in role because of, you know,
9 new CEO, layoffs, elimination of Moz Social, were you
10 also concerned that he was less interested in running a
11 big organization and being CPO, given all that he had
12 gone through with his leave and his health?
13     A. No. I mean, I -- well, I mean that -- I
14 figured that's up to him. If he wants -- it's what he
15 wants to do. If he wants to have a big, demanding job,
16 then go for it.
17     But no, I didn't -- I didn't have reservations
18 about him for that. There were -- there were
19 reservations left over from before the leave but not --
20 I wasn't -- no, I don't think so.
21     Q. But you --
22     THE COURT REPORTER: I'm sorry,
23 Ms. Alexander. We can't hear you.
24     THE VIDEOGRAPHER: We can't hear you.
25 Should we go off the record?

Case 2:24-cv-01032-RAJ    Document 70-10    Filed 08/27/25    Page 9 of 10

Teixeira v. Mozilla Corporation, et al.                Robert J. Lisbonne (Awaiting Confidential Designations)

Page 101

1  coming back, and I know we discussed all those changes
2  that we've already cited that -- that he would have on
3  his arrival.
4        But I don't know if we discussed as a group
5  some other role.  We might not have since it appears --
6  since it ended up being a nonstarter.
7     Q.  You testified earlier that you also had a
8  conversation with Laura after your February 21st
9  conversation with Steve.  Tell me about that.
10    A.  That was just to briefly report to her that I
11 floated this idea, and Steve didn't indicate any
12 enthusiasm for it.
13    Q.  How did Laura respond?
14    A.  I don't remember exactly.
15    Q.  Were you aware that Laura then continued to
16 propose a reduced role for Steve at Mozilla despite
17 Steve having no enthusiasm for it?
18          MR. TODARO:  Object to form.
19    A.  She informed the board subsequent to that,
20 that's what she was talking to him about.
21    Q.  (By Ms. Alexander)  Were you surprised, given
22 your conversation with Steve?
23    A.  I guess a little bit, but maybe she had a
24 better idea than I did or maybe it sat better with him
25 after he thought about it a while.  I wasn't sure.

Case 2:24-cv-01032-RAJ   Document 70-10   Filed 08/27/25   Page 10 of 10

Teixeira v. Mozilla Corporation, et al.                    Robert J. Lisbonne (Awaiting Confidential Designations)

Page 133

```
 1                C E R T I F I C A T E
 2
 3   STATE OF WASHINGTON
 4   COUNTY OF KING
 5
 6         I, Barbara K. Castrow, a Certified Court Reporter
 7   in and for the State of Washington, do hereby certify
 8   that the foregoing transcript of the deposition of
 9   Robert J. Lisbonne, having been duly sworn, on
10   May 28, 2025, is true and accurate to the best of my
11   knowledge, skill and ability.
12         IN WITNESS WHEREOF, I have hereunto set my hand
13   and seal this 30th day of May, 2025.
14
15
16
17
18
19                          _____
20                          Barbara K. Castrow, CCR, RMR, CRR
21                          Certified Court Reporter #2395
22
23   My certification expires:
24   November 24, 2025
25
```