# EXHIBIT 11

Message

**From**: Laura Chambers [lchambers@mozilla.com]
**Sent**: 4/16/2024 7:54:31 PM
**To**: Dani Chehak [dchehak@mozilla.com]
**Subject**: Fwd: [Confidential] Update on MozProd org

FYI

---------- Forwarded message ---------
From: **Kristin Skogen Lund** <kristin.skogen.lund@schibsted.com>
Date: Mon, Apr 15, 2024 at 11:55 PM
Subject: Re: [Confidential] Update on MozProd org
To: Laura Chambers <lchambers@mozilla.com>


This sounds very wise, Laura!

tir. 16. apr. 2024 kl. 01:50 skrev Laura Chambers <lchambers@mozilla.com>:
> Hi all (MoCo Board + Dani),
>
> I wanted to provide an update on some changes we are planning to make to the MozProd org shortly (see below).
>
> Here are the 3 changes:
> - **Ian** will report directly into me, as head of Firefox
> - **Adam Fishman** will become our [interim] head of product for new product development (more details below)
> - **Steve** will move into a new IC role while he works through his challenging ongoing health issues. Still working out details, but likely focused on Tech Strategy (M&As, platform architecture, etc). We are still in negotiation with Steve on the specifics, but this is being drafted as fixed term (1 year), SVP level, compensation restructured to match comps for the new role design.
>
> Adam, Ian and Steve will each report to me.
>
> These changes will clarify how we work, help drive more attention to our Core business (Firefox), and accelerate our new product development. This is a solid, high impact and functional structure for the year, but in parallel we'll create a more stable solution for 2025+.
>
> Dani & I will reach out to you individually to talk it through and hear your thoughts/feedback, starting with Comp Committee to go through the comp details. (Mitchell, you and I have already synched on this and I've incorporated your advice, but always happy to chat more!!).
>
> Looking forward to it!
> Laura
>
> *Details on Adam Fishman*
> - Adam is currently contracting with us, focused on growth / new product development, strong PM orgs
> - He is having positive early impact: Our team is enjoying working with him and learning a tonne from him, and we're moving faster on sprints / customer feedback etc.

CONFIDENTIAL MC_0005033

- Org scope TBC but we will likely include Ads (not Artemis), Fakespot, Imo's world, and the current PXI team. This new org will be reoriented around our top priorities as our corp / product / AI strategies get sharper.

--

**Kristin Skogen Lund**
CEO
+47 905 58 003



linkedin | twitter | facebook | instagram