# EXHIBIT 12

Message

**From:** Steve Teixeira [stevetex@mozilla.com]
**Sent:** 3/14/2024 5:03:24 PM
**To:** Laura Chambers [lchambers@mozilla.com]
**Subject:** Role thoughts



Hi Laura,

I've been reflecting on the end of our last 1:1, where you welcomed the conversation about whether I wanted to "reenlist" in my current job, given that the deal has changed since I signed up for it.

I think it makes sense for both Mozilla and for me to make a change. Specifically, I see two areas of challenge that would benefit from deeper executive involvement:
1.      We desperately need an executive with both product and technical depth devoting much of their energy to Generative AI. Right now, between myself and Ian, we're too time-sliced on this important topic, and we're moving too slowly as a company.
2.      As we transform our new product development into a more agile and experimental approach, we need greater executive accountability for building out this system, moving products through the pipeline, and showing signals of success with new products in market.

I would be excited to focus more of my energy on these important challenges.

Organizationally, I think we can get there without huge changes. My recommendation would be to eliminate the CPO role and split MozProd into two pieces, with Ian taking Firefox and related web products, and me taking emerging products and taking point on our Generative AI work. We'll call my role *SVP, New Products* or something like that (although maybe we want "AI" in the title for external optics). Ian would move to report directly to you. I honestly don't think we need the CPO role right now – It was necessary with a different type of CEO, but given your level of direct involvement, the role probably adds some inefficiencies.

There are a handful of details to talk through, such as Ads and how to think about the Ocho product incubation folks. Let's chat more in our 1:1 tomorrow.

Steve