# EXHIBIT 13

Message

**From**:        Dani Chehak [dchehak@mozilla.com]
**Sent**:        4/20/2024 6:47:06 PM
**To**:          Steve Teixeira [stevetex@mozilla.com]
**CC**:          Laura Chambers [lchambers@mozilla.com]
**Subject**:     Summary of Role Terms
**Attachments**: ST Terms Summary.docx.pdf

Hi!

I have attached a summary of the role terms. I see that a time is set up for us to connect on Monday evening. After that, we will process the comp committee's approval/consent and produce an offer letter for your signature.

I look forward to connecting on Monday!

Best,
Dani

CONFIDENTIAL