# EXHIBIT 14

ST Terms Summary

- **Role:** SVP, Technology Strategy, reporting to CEO in an IC capacity
    - Key focus areas to be M&A and AI technology exploration (internally and externally), as set forth in the job description, and other areas depending on the value of role and capabilities
    - Continued membership in Steering Committee
- **Base:** $355,000 on an annualized basis
- **Bonus:**
    - **Executive IAP**: up to 40% of base salary (up to $94,667 for 8/12 of the annualized opportunity and up to $66,667 for 4/12), subject to fulfillment of role responsibilities.
    - **LTIP:** Your 2024 LTIP opportunity (payable in February 2025) will be $1,083,334, adjusted for company performance, which reflects four months served in 2024 as the CPO
    - **Special Term Bonus**: up to $866,667, subject to fulfillment of role responsibilities (payable in February 2025)

- **Term:** May 1, 2024 through December 31, 2024

CONFIDENTIAL
MC_0004816