# EXHIBIT 15

Message



On Thu, Apr 18, 2024 at 23:25 Laura Chambers <lchambers@mozilla.com> wrote:

Hi Karim, I hope Singapore is treating you well! We weren't able to find a time to connect via phone so I am updating you via email instead. LMK any thoughts or concerns re the below.

As a reminder, we are reaching out to comp committee to provide additional detail regarding Steve's situation, and to get your feedback and support on the plan.

We'd like to move Steve into a role that aligns with his experience and will allow him to continue making valuable contributions to the company in a capacity that accommodates his health. Over the next couple of months, Steve will be getting treatment, and his capacity to work will most likely diminish. We anticipate that Steve's health condition may eventually necessitate his transition to long-term disability programs, which he must be employed to be eligible for but does not have to remain employed once in the program.

The role is a smaller IC role, focused on two main areas a) Acquisition targets (█████ g █████) and b) Technology strategy: particularly exploring the 'open questions' we identify in AI by spending time with industry experts and leading companies, sharpening our understanding and approach. I am further working with Steve to define this year's role and measurable goals. We are considering the title of SVP, Technology Strategy, and would like to start on May 1.

**Recommendation:**

Effective May 1, 2024, Steve will move to the role of SVP, Technology Strategy for Mozilla, which will be an individual contributor role. This is a fixed-term role through the end of 2024.

Steve is expected to work full-time while feasible, utilizing the company's PTO and leave programs as designed.
- Should a reduction in hours be needed, an associated reduction to base/bonus will occur (ie 50% hours = 50% pay reduction). We will not reduce the targets of other pay components. These elements are goals-based, and attainment will be adjusted based on performance and outcomes.

Compensation:
- Base: $355,000
- Bonus (40%): $142,000
- TTC: $497,000
- We will prorate the owed LTIP for time worked (4 months) in 2024, resulting in a 2024 CPO LTIP Target of ███████. We will address the LTIP overhang using the same method we used for Mitchell. The LTIP is subject to company performance, payable upon termination, and has a survivorship clause.
- We will pay a one-time 2024 Special Bonus of ███████ which reflects 8/12 of what would have been an LTIP target of ███████. This bonus is also subject to personal performance against defined goals and is payable upon termination. There is no survivorship element of the bonus program.

The current Moz Prod organization will now become two organizations. Firefox will continue to be led by Ian, who will now report to me directly. The other areas of product (including Innovation, Pxi, Ads Product, and Fakespot) will now report to Adam Fishman. The team is responding positively to Adam and his new approach so far, and we expect the transition to be fairly smooth.

Dani and I have already spoken with Mitchell and Kerry (supportive), and are connecting with Hugh later today. We'd like to first align with the compensation committee, then speak with Steve, and then get the comp committees' approval via UWC. We are not approaching this as a negotiation. This is the role we have and the compensation that is commensurate with the role. If Steve declines, we will separate ways with a severance package. While he has aligned with us on some elements of this plan (IC role, focused on M&A / tech strategy) we expect that he will be disappointed by the compensation and by the title (he is advocating for Technology Fellow).

I would love to hear your feedback and thoughts. I am happy to jump on a phone call or work through email.

Thanks,

Laura