# EXHIBIT 16

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 28 | Date Range: 4/24/2024 |

## Outline of Conversations

 **DChehak-SlackDM-0014396** • 28 messages on 4/24/2024 • Bot Message • Dani Chehak &lt;dchehak@mozilla.com&gt; • Laura Chambers &lt;lchambers@mozilla.com&gt;

**Messages in chronological order** (times are shown in GMT +00:00)

### DChehak-SlackDM-0014396

**Laura Chambers <lchambers@mozilla.com>** DELETED — 4/24/2024, 1:37 PM

How do we address the one year thing for Steve esp with his health concerns? Ie what if he is not on long term disability by then, still needs employment for healthcare access?

**Dani Chehak <dchehak@mozilla.com>** DELETED — 4/24/2024, 3:25 PM

He will have Cobra eligibility but would not be eligible for our LTD insurance.

**Dani Chehak <dchehak@mozilla.com>** DELETED — 4/24/2024, 3:27 PM

His response was interesting - as if he thinks this is something you are doing and it will be different under a new CEO. There didn't seem to be an acknowledgement of the perf challenges - which is the genesis of what other circumstances would have been separation.

**Laura Chambers <lchambers@mozilla.com>** DELETED — 4/24/2024, 3:41 PM

Yes. Question - for today do you think we should do a 2:1 or should it just be you delivering the story? (I'm also trying to balance the open lunch with the team here in the office). Lmk.

**Dani Chehak <dchehak@mozilla.com>** DELETED — 4/24/2024, 3:44 PM

Why don't I script something after I finish this meeting - see if it lands for you. Objective is: communicate with Steve the nature of this being temporary because of perf and then a way to accommodate (better word will be found) his needs - the humanity of it

**Laura Chambers <lchambers@mozilla.com>** DELETED — 4/24/2024, 3:49 PM

ok

**Dani Chehak <dchehak@mozilla.com>** DELETED — 4/24/2024, 3:56 PM

I think it is just how strong we want the message to be - it seems like we need to get really directive

**Laura Chambers <lchambers@mozilla.com>** DELETED — 4/24/2024, 4:10 PM

I think we need to be strong at this point. Especially to explain the 1 year thing. He's not hearing the last results, or maybe over blaming it on Mitchell's narrative. So we need to be clear that this isn't just about her POV, it's also the reality

**Dani Chehak <dchehak@mozilla.com>** DELETED — 4/24/2024, 4:18 PM

I agree - let me have this conversation first.

**Laura Chambers <lchambers@mozilla.com>** DELETED — 4/24/2024, 4:20 PM

Ok

**Laura Chambers <lchambers@mozilla.com>** DELETED — 4/24/2024, 4:20 PM

Thanks

**Laura Chambers <lchambers@mozilla.com>** DELETED — 4/24/2024, 4:20 PM

I think I'm free 2-3pm PT

**Laura Chambers <lchambers@mozilla.com>** DELETED — 4/24/2024, 4:20 PM

To debrief, next steps etc

**Laura Chambers <lchambers@mozilla.com>** DELETED — 4/24/2024, 4:43 PM

Also I'm approving a contractor for Adam to help with design sprints.

**Dani Chehak <dchehak@mozilla.com>** DELETED — 4/24/2024, 5:16 PM

great - just finished. Let me clear my calendar for 2

CONFIDENTIAL                                                                                                                                                            MC_0010572

| | | |
|---|---|---|
| L | **Laura Chambers <lchambers@mozilla.com>** DELETED | 4/24/2024, 6:19 PM |
| | sounds good. how did it go / how are you? | |
| D | **Dani Chehak <dchehak@mozilla.com>** DELETED | 4/24/2024, 6:20 PM |
| | I am totally fine - thank you for asking. I feel like we have been thorough, fair, and humane. | |
| L | **Laura Chambers <lchambers@mozilla.com>** DELETED | 4/24/2024, 6:22 PM |
| | it's true. | |
| L | **Laura Chambers <lchambers@mozilla.com>** DELETED | 4/24/2024, 6:22 PM |
| | doesn't always feel good tho. | |
| D | **Dani Chehak <dchehak@mozilla.com>** DELETED | 4/24/2024, 6:23 PM |
| | It was a bit of the same old story. A rewriting of history.<br>He does think that you agree with him that the review was unfair and incorrect in the details.<br><br>I had to be very clear that he does not have the support he thinks he has -- his view is that it is a Mitchell issue or the Board doesn't understand the starting point and the progress.<br> There was no ownership. Anything product related became a SC decision not his accountability. | |
| L | **Laura Chambers <lchambers@mozilla.com>** DELETED | 4/24/2024, 6:24 PM |
| | I wrote his review and delivered it to him. | |
| L | **Laura Chambers <lchambers@mozilla.com>** DELETED | 4/24/2024, 6:24 PM |
| | I don't know how much effort to go back in and try to fix that perception vs move on, he doesn't seem to hear it | |
| D | **Dani Chehak <dchehak@mozilla.com>** DELETED | 4/24/2024, 6:26 PM |
| | It is move on time - I didn't spend our time with make trying to get him to see the facts - that would have been unproductive. I spent time setting the expectation that we are approaching this very humanly and that we want to support the next leg of his personal journey. We spent time on benefits and the what if scenarios of his insurances, etc. | |
| D | **Dani Chehak <dchehak@mozilla.com>** DELETED | 4/24/2024, 6:27 PM |
| | he is thinking about this overnight - we are connecting again tomorrow. | |
| L | **Laura Chambers <lchambers@mozilla.com>** DELETED | 4/24/2024, 6:29 PM |
| | Yeah I think that's correct. | |
| D | **Dani Chehak <dchehak@mozilla.com>** DELETED | 4/24/2024, 6:52 PM |
| | we talked next steps --<br>he is thinking overnight<br>we are connecting again tomorrow<br>I have a one-pager about his benefits that I will finalize<br>An offer will be produced - for his agreement (or not - which we talked about)<br>Comms with his input<br>Org design with his input (plus the others)<br><br>This has a window and schedule which we left clear about - not open for debate | |
| L | **Laura Chambers <lchambers@mozilla.com>** DELETED | 4/24/2024, 6:58 PM |
| | ok great. he's out from Friday right, are we aiming to get resolved by Thursday? | |
| D | **Dani Chehak <dchehak@mozilla.com>** DELETED | 4/24/2024, 7:03 PM |
| | yes - tomorrow! | |