# EXHIBIT 17

**Message**

| | |
|---|---|
| **From**: | Steve Teixeira [stevetex@mozilla.com] |
| **Sent**: | 4/29/2024 9:12:19 PM |
| **To**: | Laura Chambers [lchambers@mozilla.com] |
| **CC**: | Dani Chehak [dchehak@mozilla.com] |
| **Subject**: | Re: Follow up on Steve's role |

Hi Laura,

I appreciate the well wishes about my cancer surgery. It was a long day and a sore weekend, but it was largely successful.

As I have explained to you – and showed you in several documentary communications – the performance narrative that you described is not accurate, and it came immediately after I returned from FMLA. You even acknowledged in our verbal conversations that there was a delta between the "narrative" that the board adopted about my performance and the reality of the situation. While I owned in my self-review that the state of the Moz Social project was far from perfect, I was already in the process of bringing it on track before my diagnosis. Unfortunately, my illness meant I wasn't on hand to lead my portfolio of responsibilities during most of Q4. Further exacerbating Mozilla's problems was the fact that my book of business was grossly mismanaged while I was on medical leave, and I expect all of the impacted team leaders would attest to this. It was shocking that my performance review attributed this to my cancer and FMLA, by blaming me for the actions of the Steering Committee and my leadership team in my absence.

What's more, the direction from the CEO last year was very clear: to grow Mozilla to $1 billion-dollar, multi-product company within 5 years. I executed within a reasonable risk envelope in order to conform to this direction. The plan we were executing was a plan established and adopted by the entire Steering Committee at the June 15-16 offsite. Sadly, it wasn't until after I returned from medical leave that it became clear that the strategy espoused by our CEO was not consistent with the wishes or direction of the MoCo Board. I'm sorry that you're in the awkward position of trying to provide feedback to me 2nd hand, since you were not present for what transpired prior to my leave, and the aperture of your perspective is limited to sitting in a few Board meetings and the feedback of the now-fired former CEO.

The documentary record clearly shows that Mozilla is attempting to retroactively back-fit a performance narrative as a smoke screen for the discrimination that I have encountered due to my cancer.

Your and Dani's conversions with me about a change in role were all initiated by you and based on either my health status or the change in CEO. I tried to work with you on various approaches to altering my portfolio of responsibilities. I expected this to be a temporary change until you perceived that my health situation stabilized, and it wasn't until the job proposal you and Dani shared with me last week that it became clear to me that your intent is to manage me out of the company by the end of the year due to my cancer. Immediately after I raised last week that these role changes are due to my cancer, Mozilla's justification shifted for the first time to my performance. Your most recent email as well as the comms plan document also make it clear that you intend to force this issue this coming week, with or without my consent. You even went as far as to share details of my medical status – both in writing and verbally - with other Mozilla employees without my consent, which was very distressing to me.

Despite Mozilla already pushing through my demotion, I am committed to Mozilla and continuing my leadership of the product org. I am fully capable of performing this role, and taking action to ensure that you and the board have the same confidence in me that was exhibited before my diagnosis. I am more than able to process everything that is occurring despite having "a lot on my plate" as you say. As you know, I need some limited reasonable accommodations in the form of time off to attend treatment. I am not requesting, and have never requested, a reduction in the scope of my role as an accommodation. While I obviously am not thrilled with the role and salary that has been proposed to me and feel somewhat embarrassed by the demotion, I am willing to perform at a high level in whatever role Mozilla puts me in, again with some limited reasonable accommodation to attend to my treatment.

However, at this point, it's quite clear you prefer that I go away and are willing to reduce my pay, my role, create a false narrative about my performance, and disclose my health information in order to achieve that, so I am willing to consider

Mozilla's severance offer. I care deeply about the success of this company, and I would work with you on mutually agreed public communications about the circumstances of any transition. To be clear, though, I am not resigning now and would consider doing so only under appropriate terms.

Thanks,
Steve

---

**From:** Laura Chambers <lchambers@mozilla.com>
**Date:** Saturday, April 27, 2024 at 5:55 AM
**To:** Steve Teixeira <stevetex@mozilla.com>
**Cc:** Dani Chehak <dchehak@mozilla.com>
**Subject:** Re: Follow up on Steve's role

Steve - first and foremost, I hope that your surgery was smooth and successful and that you're recovering well.

You have time set with Dani to connect on this next week, and I'm happy to also jump on a call and chat. We plan to announce the change on May 2nd so we need a decision by EOD Monday April 29th. This will enable us to cascade communications to key teams impacted, and the XLT, on April 30th and May 1st. As Dani walked you through on Wednesday, your 3 options are to accept the role as presented and begin work (Dani will share a draft offer letter with you); to accept the role as presented but go on long term leave; or to not accept the role and move to a severance conversation.

In addition, I thought it was also important to send a written reply to clarify some things mentioned in your email. I think it's important to have a clear record of the facts on the ground as we work in parallel through the details.

1. The cascade of communication to a small number of senior leaders should not have been a surprise. Dani met with you on Wednesday and Thursday to talk to you verbally through the plan. You also had access to the comms cascade plan on Thursday morning, before the cascades commenced. I understand that you have a lot on your plate and so may have not processed what we said and shared with you, but the team did the right thing in raising your awareness of the plan, and you had the opportunity to engage.
2. The timing of resolving the design of your role (and commencing the cascade) was done deliberately, and with good intent - we had hoped that giving you good clarity and having a strong path forward would have been received positively by you before you went into the surgery. Your reframing / misinterpretation of that good intent was misplaced.
3. It is **categorically not true** that our decision to not have you as CPO is because you have cancer. Moreover, it was shocking to read that statement … it's a significant accusation, and a significant misinterpretation of the truth. Steve, as you know I did tremendous diligence in your performance review for 2023 - reflecting on your self-review, my own observations as a Board member, and triangulating on the facts on the ground (including reviewing many pages of emails and meeting notes that you and others sent me). After doing that work, I settled on and communicated to you that you received a Below performance rating and a 50% bonus payout. And while I noted the good things that you contributed, I also noted very clearly some significant issues. In particular, you didn't respond to early feedback from multiple sources about the concerns of Social having an unclear strategy. The lack of clarity, compounded by the lack of quick response as the Board and your peers raised concerns, led to significant organizational churn and unhappiness for a significant number of people at Mozilla; significant wasted money and resources; and damaged relationships with the Board. Moreover, you have stated to me that you are not prepared to do the work to repair those Board relationships. It should thus not be surprising to you that it's untenable to continue in such an important role, in a significant moment of technical and business transformation, after having missed significantly on product strategy, not responding swiftly to important, clear and correct feedback, and without the support of the Board.
4. There is a clear disconnect between your self assessment (on track to be CEO / everything was great) and the reality of the truth on the ground. I have tried to work out where that disconnect comes from, as it's quite an unusual thing to see. I have come to the conclusion that it is perhaps a result of you reinterpreting / only selectively hearing the feedback that you're given. As an example, in your email response to the performance review that I prepared, you replied *"There are several points in this document that are fair, and I appreciate that feedback. There are also a number of areas that continue to cherry pick details to support a particular narrative, which is disappointing. From my standpoint, there is nothing here that is going to be productive to discuss."* And since then I've heard from multiple sources that you've reinterpreted the constructive feedback to certain members of the board telling a narrative about you, or that you've attributed issues to underperformance of people on your team vs reflecting on the impact of yourself as a leader. To be transparent, I'm also at the point where it feels unproductive to put the time and effort into providing you with further feedback and advice/coaching as it doesn't seem like it is heard (here's a good article on that point).

CONFIDENTIAL

Steve, from a human perspective, I think it's important also for you to be aware that both Dani and I have stuck our necks out to create this role for you, despite some meaningful resistance and concerns due to the significant performance reasons stated above. The two of us also advocated on your behalf at the start of this year for the bonus payout to be above 0%. We did that work for you behind the scenes primarily because we think it's the right thing to do for you as a person given your health situation, and also of course because we care about you. So as you can imagine, it was highly disappointing to read your response below, when in fact the two of us are working and advocating hard to create the best possible outcome for you.

As I noted, I'm happy to jump on a call and discuss this further, and I know you have time set up with Dani. And as a reminder, we will need your decision by EOD Monday. Of course, I'm conscious of timing given your surgery and recovery, so if you have some medical complications and need a short extension please let us know and we can work through details.

Laura

On Thu, Apr 25, 2024 at 6:55 PM Steve Teixeira <stevetex@mozilla.com> wrote:

> I am surprised and distressed to learn that you all have begun to announce organizational changes without my consent and before we have agreed on terms. I was clear in my meeting with Dani today that I was open to continuing the conversation and willing to be helpful in planning, but I was not ready to commit to taking the new role. It is doubly distressing that you would choose to perform these notifications at the end of the day, on the day before you know I am scheduled for cancer treatment surgery.
>
> I have tried in good faith to work with you on how to minimize any perturbation to business while I am under treatment for my cancer, but it has now become apparent that Mozilla is simply uncomfortable continuing to employ me as CPO because I have cancer. It's the only reason I've been given for efforts by the Board and Laura to push me into a diminished role with reduced pay in obvious hope that I will leave quietly. Before my diagnosis in September, my job performance was praised, and I was encouraged in verbal and written conversations to think big about my future at Mozilla, including open conversations about being Mitchell's successor as CEO . Immediately upon my return from FMLA, I was told to think small and forced into a reduction of scope. I understand that cancer can be difficult for those around me, but my dedication to Mozilla and ability to execute have not waivered. It's both painful and patronizing to be forcibly pushed aside in my role because of misplaced concerns over my health.
>
> I'm obviously going to be out of commission tomorrow and over the weekend, so we can pick up this conversation on Monday, assuming there are no surgical complications.
>
> Steve