# EXHIBIT 19

May 2, 2024 ST Conversation

I opened up the conversation by asking Steve where he was at - things from my last email on Sunday

You feel as if we have discriminated against you based on your cancer - he responded yeah. I asked hum how he wanted to move forward

Convo went from lets find a way to relax duties while you are healing to we actually want you to leave the company.

I am in the CPO job, it is clear you don't want me to be - Basically you all told me you want me to fire you but do it slowly until the end of the year. Ball is in your court. Tell me what job you want me to do or make me an offer to leave.

I expressed that our desire was

My experience of that intention is different from what you are describing - i believe you have been working behind the screens to help. But you are following someone's direction

No documentation of perf challanges
Talked about slow progress on gen AI - has an email from Karim phrasing amazing progress on Gen AI

Something happened while i was out on leave - no track record prior to my leave
All documentation i have is things were fine - impossible for me to make any other conclusion that something happened prior to my leave

You have to understand I am getting a different story in every conversation - i went back to it is all in your performance review

The review is inaccurate - we won't bridge the gap
I showed Laura all her inaccuracies but it doesn't matter - someone made up their mind already

Reiterated in job now (means CPO) - rather you didn't go away and we'd fire you right now if you didn't have cancer



EXHIBIT
64
DEPONENT NAME: D. CHEHAK
DATE: 05/22/25

Based on very different opinions - doesn't appear we can fix. Do you think it can be fixed - he left it up to us all. Then said he didn't know what it means to fix it. Said he doesn't know what is broken.

Thinks this all has to do with him having cancer

I went to Mozilla has done a lot of wrong things and he hasn't - not about right or wrong. Mozilla has taken actions contrary to law. Not about morale questions.

If Mozilla wants to change it's mind AND KEep me in role (CPO
Wants to demote me
Or want to move me out - open to talking about what ever scenario you want to play out

Hard for me to even understand what to fix, it's a different story everytime, then i showed that the perf review was wrong and you still want me to fix something that isn't true

I countered that Laura went back to verify the data and stands by the review
He then went to there is someone pulling the strings behind the scenes

Kodak -

Gaslighting - was not involved in conversations before my leave about perf and layoffs

He said that he wrote in his review that social did not go as well as everyone wanted - he admitted it and then got a bit stuck

So wide that you feel that we are discriminating against you not managing performance even though there are perf items like social - maybe you can show me the person who has everything going well in their performance review. Also perf review did not show that things were going as well as they were before my leave

Talked with a bunch of people involved here that my portfolio was grossly mismanaged while I was gone. You are seeing the natural results.

Steve went out on cancer leave, things did not go well while on leave, and now there is a narrative

Management team - if my management team could move forward without me my job would not exist.

CONFIDENTIAL

The layoff was a conclusion of not making progress while he was out.

Middle of long-term project to bring in new talent. It isn't reasonable to think that the team could have made project.

Who ever is currently pulling the strings has put the company in a bad position.

Don't think we are going to agree and don't have to - ST
We try to get all the facts on the table and then agree - but you are saying that we

Force and might of the company versus me - I do not have the positional power to establish fact. If you want to go through it, we can but I don't think anyone wants to go through that.

If we are trying to find a way for you to stay, we should gather facts and find a way to move forward based on those facts.

We continue to gaslight -

Expect him to say - cool, super great. I am not satisfied -

Me laying out the facts from the side of Mozilla will not be helpful. When I show what isn't accurate then people move the ball. I am trying to find the middle point for everyone –

Firing me for cancer but doing it slowly is not generous. If there is no record of perf issues before my leave then it is discrimination. No documentary evidence - no conversation about changing things that i didn't respond to.

What about when you and Mitchell talked about getting Moz Prod to a better place before any form of succession.
Steve went to - doesn't seem right that a conversation of what you have to address before you become CEO to

Was Mitchell starting to tell you about not being the successor - no, here are the things I would like to see before you are ready. Then I went on leave and came back and was going to be fired. It has to be discrimination - there is no other conclusion to jump to.

CONFIDENTIAL

I don't think me staying is predicated against what you all say and me having to agree.

The facts may also not meet your narrative - its the performance based stuff.

You made it clear that you don't me here

How could you work for a company that you swear discriminates against you - he said that it would be fine for him. He kept saying the ball is in our court.