# EXHIBIT 20

| | |
|---|---|
| **From:** | Cates, Alexandria |
| **To:** | Amy K. Alexander; Todaro, Anthony |
| **Cc:** | Maricarmen Perez-Vargas; Anna Armitage; Sarah Armon; Mathew Harrington |
| **Subject:** | RE: Steve Teixeira: Termination Notice |
| **Date:** | Monday, September 16, 2024 7:46:38 PM |
| **Attachments:** | image001.png |
| | Reason for Termination.pdf |

Hi Amy,

Please see the attached. Thank you.

-Alex

## Alex Cates
Associate

T  +1 206 839 4893
F  +1 206 494 1797
M  +1 425 275 6289
alexandria.cates@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>
**Sent:** Friday, August 30, 2024 2:55 PM
**To:** Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>
**Cc:** Cates, Alexandria <Alexandria.Cates@us.dlapiper.com>; Maricarmen Perez-Vargas <Maricarmen.Perez-Vargas@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Mathew Harrington <Mathew.Harrington@stokeslaw.com>
**Subject:** RE: Steve Teixeira: Termination Notice

⚠ EXTERNAL MESSAGE

Hi Anthony,

This message is received. Steve had not had any prior notice from Mozilla about his leave and employment being terminated this holiday weekend. Please send a signed, written statement of the reasons of discharge within ten business days, as provided by WAC 296-126-050.
Sincerely,
**Amy Kangas Alexander** (she/her)

Shareholder  | Stokes Lawrence, P.S.

Seattle, Washington | (206) 892-2161 | Amy.Alexander@stokeslaw.com
This e-mail may be attorney-client privileged. If you received it in error, please inform the sender and delete it.

---

**From:** Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>

**Sent:** Friday, August 30, 2024 10:01 AM
**To:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>; Mathew Harrington <Mathew.Harrington@stokeslaw.com>
**Cc:** Cates, Alexandria <Alexandria.Cates@us.dlapiper.com>
**Subject:** Steve Teixeira: Termination Notice

Good Morning Amy and Matthew,

As you may know, Steve's administrative leave is set to expire on September 1, 2024. He will not be returning, so his employment will be terminated effective September 1, 2024. The Company will be sending out its usual offboarding materials directly to Steve at some point this afternoon.

Thank you,
Anthony

### Anthony Todaro
Partner

T  +1 206 839 4830
F  +1 206 494 1802
M  +1 206 949 3395
anthony.todaro@us.dlapiper.com

**DLA Piper LLP (US)**
701 Fifth Avenue
Suite 6900
Seattle, WA  98104-7044



dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Steve Teixeira

Reason for Termination

Steve Teixeira's employment with Mozilla Corporation was terminated for poor performance and a realignment of the functions formerly assigned to the Chief Product Officer role effective September 1, 2024.

_____ *Carlos Torres* _____
Carlos Torres