# EXHIBIT 21

| | |
|---|---|
| **From:** | Todaro, Anthony |
| **To:** | Amy K. Alexander; Dan Weiskopf; Igbokwe, Danielle; Chan, Mandy; Rick Redmond |
| **Cc:** | Anna Armitage; Beth Touschner; Darren Feider; Katie Marchenko; Laura Smith; Makenna Holleque; Thao Do; Sarah Armon; Mobley, Todd; Jennifer Hickman; Matt Monkress; Maricarmen Perez-Vargas; Bittle, Jacey; Farkas, David; Mathew Harrington; McFadden, Robert |
| **Subject:** | RE: Teixeira/Mozilla - amended complaint and mediators |
| **Date:** | Wednesday, July 30, 2025 9:09:27 AM |

> **External sender** <anthony.todaro@us.dlapiper.com>
> Make sure you trust this sender before taking any actions.

Amy –

We have evaluated the new claims in the proposed second amended complaint, and defendant Mozilla Corporation does not agree that they are timely or have merit. Specifically, we do not believe plaintiff can state a viable breach claim for payment of LTIP based on the plan language in the Plan and any associated claims that are based on the nonpayment of LTIP for 2024 similarly fail as a matter of law. Accordingly, we do not consent to amendment, and we ask that your client make a motion under Rule 15 if he intends to proceed with these new claims.

We are happy to discuss further or conduct a meet and confer, or, alternatively, we would not object or demand further conference if you elect to file a motion.

Best,
Anthony

**From:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>
**Sent:** Thursday, July 24, 2025 5:01 PM
**To:** Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>; Dan Weiskopf <DWeiskopf@mcnaul.com>; Igbokwe, Danielle <danielle.igbokwe@us.dlapiper.com>; Chan, Mandy <Mandy.Chan@us.dlapiper.com>; Rick Redmond <Rredmond@mcnaul.com>
**Cc:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>; Beth Touschner <btouschner@sbj.law>; Darren Feider <dfeider@sbj.law>; Katie Marchenko <kmarchenko@sbj.law>; Laura Smith <Laura.Smith@stokeslaw.com>; Makenna Holleque <legalassistant@sbj.law>; Thao Do <TDo@mcnaul.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Mobley, Todd <todd.mobley@us.dlapiper.com>; Jennifer Hickman <jhickman@mcnaul.com>; Matt Monkress <mmonkress@mcnaul.com>; Maricarmen Perez-Vargas <Maricarmen.Perez-Vargas@stokeslaw.com>; Bittle, Jacey <Jacey.Bittle@us.dlapiper.com>; Farkas, David <David.Farkas@us.dlapiper.com>; Mathew Harrington <Mathew.Harrington@stokeslaw.com>; McFadden, Robert <robert.mcfadden@us.dlapiper.com>
**Subject:** Teixeira/Mozilla - amended complaint and mediators

⚠️ EXTERNAL MESSAGE

Hi Anthony, Danielle, Mandy, Dan, and Rick:

I'm writing to follow up on Anthony's discussion with Mat last month. Please see attached a proposed second amended complaint, which removes a cause of action, removes Mozilla Foundation as a party, and also removes Ms. Baker as a defendant as to the retaliation cause of action. Now that Mozilla has failed to pay Mr. Teixeira's 2024 vested LTIP and explained its faulty reasoning for its withholding, the second amended complaint also clarifies the relief we are seeking with respect to the LTIP.

We do not anticipate that these additional claims will be controversial to Defendants given that we have long maintained the declaratory relief cause of action, have been clear that we consider the 2024 wrongful withholding as willful, and the Court granted an extended case schedule. To be clear, though, pursuing nonsuit as proposed in the attached is contingent on agreement by all going-forward parties to stipulate to the second amended complaint. If not, we will take all claims and parties to trial, as the evidence supports Mozilla Foundation and Ms. Baker's liability in this matter, and there is extensive evidence of the Defendants' inappropriate disclosure of and speculation about Mr. Teixeira's health condition.

Please confirm whether the Defendants will stipulate.

In addition, I understand that Mat and Anthony discussed identifying potential mediators in this case. Assuming all parties will join a mediation, we would propose mediating with Marc Cote or Henry Farber in September or October.

Sincerely,

**Amy K. Alexander** (she/her)
Attorney  |  Shareholder

**Stokes Lawrence, P.S.**
1420 Fifth Avenue, Suite 3000  |  Seattle, WA 98101-2393
Direct: 206.892.2161  |  Office: 206.626.6000
Amy.Alexander@stokeslaw.com  |  stokeslaw.com

*This message may be confidential and legally privileged. If you received this message in error, please inform the sender and then delete it.*

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.