# EXHIBIT 22

| | |
|---|---|
| **From:** | Amy K. Alexander |
| **To:** | Todaro, Anthony; Mathew Harrington; Maricarmen Perez-Vargas; Laura Smith; Sarah Armon; Anna Armitage |
| **Cc:** | dfeider@sbj.law; btouschner@sbj.law; epruzinsky@sbj.law; kmarchenko@sbj.law; dweiskopf@mcnaul.com; rredmond@mcnaul.com; TDo@mcnaul.com; jhickman@mcnaul.com; Matt Monkress; Cates, Alexandria; Igbokwe, Danielle |
| **Subject:** | RE: Steve Teixeira v. Mozilla Corporation, et al.: Mozilla Corporation"s Objections to 30b6 Depo Notice |
| **Date:** | Monday, May 5, 2025 2:01:16 PM |
| **Attachments:** | image001.png |

Hi Anthony,

Thanks for your time today. Here is a summary of our meet and confer today regarding Mozilla Corporation's objections to Plaintiff's 30(b)(6) topics:

- Topic 1: We agreed that Topic 1 will cover policies and practices regarding disability discrimination complaints and the extent to which other types of discrimination complaints differ from disability discrimination complaints for the last five years. We also agreed that this topic does not include policies as applied to other individuals besides Plaintiff.
- Topic 2: We agreed that Topic 2 will cover policies and practices regarding leaves of absence for the last five years. We also agreed that this topic does not include policies as applied to other individuals besides Plaintiff.
- Topic 8: Mozilla refused to designate a witness to discuss the 2024 LTIP. Mozilla stated that it was simply administering the Plan, and the fact that Mozilla invoked "cause" under the Plan for withholding the LTIP was a matter of Plan administration. Mozilla stated that the manner in which the LTIP was administered for other executives is not relevant. We stated that whether Mozilla treated similarly situated individuals differently under the LTIP was directly relevant to the disparate treatment claim. For example, we are entitled to discover whether Mozilla withheld LTIP payments for non-disabled peers. The parties agreed that we were at an impasse with respect to Topic 8.
- Topic 15: We agreed to narrow this topic to the metrics used to evaluate Laura Chambers as incumbent CEO. Mozilla agreed to drop its objection to designating testimony that is "duplicative" of other deposition testimony.
- Topic 17: Mozilla agreed that this topic requesting bonus percentage information for other members of the steering committee was properly narrow. Mozilla stated that it disagrees that the information is relevant, but that it may be harmless. Plaintiff stated that it is relevant to whether bonuses were withheld for Plaintiff's non-disabled peers (who may or may not also be accused on performance deficiencies) is directly relevant to Plaintiff's disparate treatment claim. Plaintiff also stated that harmlessness is not the issue when it comes to production of responsive and relevant information in discovery. Counsel for Mozilla stated, "it is to me." <u>Mozilla will inform Plaintiff by 5pm today whether it will produce a witness on this topic.</u>
- Topics 11, 12, 13: Plaintiff explained that information about product plans and performance following Plaintiff's termination were directly relevant to Mozilla's defense that Plaintiff's product plans and performance were deficient. We agreed to limit this topic to products overseen by Plaintiff, or that were in development under Plaintiff. <u>Mozilla agreed to tell us by 5pm today whether it will designate a witness on this topic.</u>
- Topic 19: Plaintiff explained that C-level compensation was relevant to disparate treatment

and damages claims, but agreed to limit this topic to C-level compensation for the years 2022, 2023, and 2024. <u>Mozilla agreed to tell us by 5pm today whether it will designate a witness on this topic.</u>

Separately, Plaintiff also pointed out that Mozilla has not provided the LTIP Plan, nor any information about a "cause" definition, nor any notice that Plaintiff's LTIP was withheld for "cause." Mozilla Corporation agreed to provide that information to the extent not already produced.

**Amy K. Alexander**
Attorney  |  Shareholder

**Stokes Lawrence, P.S.**
1420 Fifth Avenue, Suite 3000  |  Seattle, WA 98101-2393
Direct: 206.892.2161  |  Office: 206.626.6000
Amy.Alexander@stokeslaw.com  |  stokeslaw.com

*This message may be confidential and legally privileged. If you received this message in error, please inform the sender and then delete it.*

---

**From:** Amy K. Alexander
**Sent:** Friday, May 2, 2025 11:04 AM
**To:** Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>; Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Maricarmen Perez-Vargas <Maricarmen.Perez-Vargas@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>
**Cc:** dfeider@sbj.law; btouschner@sbj.law; epruzinsky@sbj.law; kmarchenko@sbj.law; dweiskopf@mcnaul.com; rredmond@mcnaul.com; TDo@mcnaul.com; jhickman@mcnaul.com; Matt Monkress <mmonkress@mcnaul.com>; Cates, Alexandria <Alexandria.Cates@us.dlapiper.com>; Igbokwe, Danielle <danielle.igbokwe@us.dlapiper.com>
**Subject:** RE: Steve Teixeira v. Mozilla Corporation, et al.: Mozilla Corporation's Objections to 30b6 Depo Notice

Hi Anthony,

Mozilla Corporation made extensive objections to 30(b)(6) topics, including refusing to designate a witness on multiple topics, and now is not making itself available to confer on this matter until the afternoon of the discovery motion cutoff. I'm concerned that Mozilla Corporation's approach may cause unnecessary motions practice, in addition to the continued delay tactics.

That said, if Mozilla Corporation is unable to meet and confer before 1pm on Monday, May 5, we will speak to you then. We will hold June 6 for the deposition, but reserve the right to conduct the deposition over multiple days if multiple designees are identified. A remote deposition is fine.

Sincerely,

**Amy K. Alexander**
Attorney  |  Shareholder

**Stokes Lawrence, P.S.**
1420 Fifth Avenue, Suite 3000  |  Seattle, WA 98101-2393
Direct: 206.892.2161  |  Office: 206.626.6000
Amy.Alexander@stokeslaw.com  |  stokeslaw.com

*This message may be confidential and legally privileged. If you received this message in error, please inform the sender and then delete it.*

---

**From:** Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>
**Sent:** Thursday, May 1, 2025 6:19 AM
**To:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>; Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Maricarmen Perez-Vargas <Maricarmen.Perez-Vargas@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>
**Cc:** dfeider@sbj.law; btouschner@sbj.law; epruzinsky@sbj.law; kmarchenko@sbj.law; dweiskopf@mcnaul.com; rredmond@mcnaul.com; TDo@mcnaul.com; jhickman@mcnaul.com; Matt Monkress <mmonkress@mcnaul.com>; Cates, Alexandria <Alexandria.Cates@us.dlapiper.com>; Igbokwe, Danielle <danielle.igbokwe@us.dlapiper.com>
**Subject:** RE: Steve Teixeira v. Mozilla Corporation, et al.: Mozilla Corporation's Objections to 30b6 Depo Notice

Hi Amy –

The entire DLA team is in Orlando this week for a firm conference.  We could meet and confer on the 30(b)(6) objections on Monday, May 5, beginning at 1:00 pm or later.  We are coordinating what witnesses will be needed for the various topics, which, of course, also is determined by final agreement as to scope.  For the time being, please tentatively hold Friday, June 6, and let us know if deposition by video is acceptable.

Thanks,
Anthony

---

**From:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>
**Sent:** Wednesday, April 30, 2025 2:13 PM
**To:** Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>; Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Maricarmen Perez-Vargas <Maricarmen.Perez-Vargas@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>
**Cc:** dfeider@sbj.law; btouschner@sbj.law; epruzinsky@sbj.law; kmarchenko@sbj.law; dweiskopf@mcnaul.com; rredmond@mcnaul.com; TDo@mcnaul.com; jhickman@mcnaul.com; Matt Monkress <mmonkress@mcnaul.com>; Cates, Alexandria <Alexandria.Cates@us.dlapiper.com>; Igbokwe, Danielle <danielle.igbokwe@us.dlapiper.com>

**Subject:** RE: Steve Teixeira v. Mozilla Corporation, et al.: Mozilla Corporation's Objections to 30b6 Depo Notice

⚠ EXTERNAL MESSAGE

Hi Anthony,

I'm writing regarding Mozilla Corporation 30(b)(6) deposition and its objections to the topics we served on April 18. First, as requested on April 24, please provide information about Mozilla Corporation's designees and their availability before the discovery cutoff. Mozilla Corporation has already made clear that this deposition cannot take place on May 28, as noticed. Please provide designees and their availability by May 2, as well as Mozilla Corporation's availability to meet and confer on Friday, May 2 and Monday, May 5.

In addition, we need to confer on the following objections by Mozilla Corporation:
- Topic 1: Mozilla Corporation unilaterally narrows this topic to disability discrimination complaints in the last five years, and writes that it "may" present a witness on this subject. First, Mozilla's attempt to narrow this topic is improper. Second, is Mozilla going to present a witness?
- Topic 2: Mozilla Corporation unilaterally narrows this topic to polices for leaves of absence in the past five years, and writes that it "may" present a witness on this subject. Mozilla's attempt to narrow this topic is improper. Also, please confirm whether or not Mozilla will present a witness.
- Topic 8 and 17: Mozilla Corporation refuses to produce a witness on these topics, and objects on the basis that the compensation information of peers (some of whom may not be disabled) is irrelevant to Plaintiff's disparate treatment claim. This issue is not the same as that pending before the court related to comparators' use of leave. The decision to award similarly situated, non-disabled peers LTIP payments is directly relevant to Plaintiff's claims, and it is improper to withhold testimony for Topic 8 and 17 on the basis of the pending Motion to Compel.
- Topic 11, 12, 13: Mozilla Corporation unilaterally narrows these topics to the time period ending September 1, 2024 – the date of Mr. Teixeira's termination. Plaintiff is entitled to discovery into Mozilla Corporation's product development and performance to the present, as Plaintiff must be able to test Mozilla Corporation's defense that the product plans he laid were somehow improper or insufficient. Further, given length of product development roadmaps, performance of Mozilla's products following September 1, 2024 are relevant to Plaintiff's performance.
- Topic 15: Mozilla Corporation refuses to produce a witness regarding the performance metrics used to evaluate CEO Mitchell Baker, yet has produced a significant volume of documents showing the performance metrics used to evaluate Mr. Teixeira for the CEO role. states that it will only produce a designee to testify regarding information that is "not duplicative" of Board Member individual depositions. Mozilla Corporation purports to designate a corporate representative to testify regarding Laura Chambers' performance metrics only to the extent it

is "not duplicative" of other testimony. This is improper: Plaintiff is entitled to both the testimony of percipient witnesses such as board members as well as the position of the corporation on this matter.
- Topic 19: Compensation for C-level Officers is directly relevant to Plaintiff's damages, and designee must be provided.

**Amy K. Alexander**
Attorney  |  Shareholder

**Stokes Lawrence, P.S.**
1420 Fifth Avenue, Suite 3000  |  Seattle, WA 98101-2393
Direct: 206.892.2161  |  Office: 206.626.6000
Amy.Alexander@stokeslaw.com  |  stokeslaw.com

*This message may be confidential and legally privileged. If you received this message in error, please inform the sender and then delete it.*

---

**From:** Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>
**Sent:** Monday, April 28, 2025 5:38 PM
**To:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>; Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Maricarmen Perez-Vargas <Maricarmen.Perez-Vargas@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>
**Cc:** dfeider@sbj.law; btouschner@sbj.law; epruzinsky@sbj.law; kmarchenko@sbj.law; dweiskopf@mcnaul.com; rredmond@mcnaul.com; TDo@mcnaul.com; jhickman@mcnaul.com; Matt Monkress <mmonkress@mcnaul.com>; Cates, Alexandria <Alexandria.Cates@us.dlapiper.com>; Igbokwe, Danielle <danielle.igbokwe@us.dlapiper.com>
**Subject:** Steve Teixeira v. Mozilla Corporation, et al.: Mozilla Corporation's Objections to 30b6 Depo Notice

Attached please find Defendant Mozilla Corporation's Objections to CR 30(b)(6) deposition notice.

Anthony Todaro
Partner

| | |
|---|---|
| T  +1 206 839 4830 | DLA Piper LLP (US) |
| F  +1 206 494 1802 | 701 Fifth Avenue |
| M  +1 206 949 3395 | Suite 6900 |
| anthony.todaro@us.dlapiper.com | Seattle, WA  98104-7044 |



dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use

of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.


The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.