**EXHIBIT E**

# Igbokwe, Danielle

| | |
|---|---|
| **From:** | Chan, Mandy |
| **Sent:** | Wednesday, August 27, 2025 8:49 AM |
| **To:** | Maricarmen Perez-Vargas; Anna Armitage; Todaro, Anthony; Beth Touschner; Dan Weiskopf; Igbokwe, Danielle; Darren Feider; Farkas, David; Bittle, Jacey; Jennifer Hickman; Katie Marchenko; Makenna Holleque; Matt Monkress; Rick Redmond; McFadden, Robert; Thao Do; Mobley, Todd |
| **Cc:** | Amy K. Alexander; Mathew Harrington; Sarah Armon; Laura Smith; Anna Armitage |
| **Subject:** | RE: Teixeira v. Mozilla et al deposition designations |

Hi Maricarmen,

First, we have reviewed the proposed second amended complaint, and our position as stated in Anthony's July 30 email stands. We do not consent to the amendment, and we ask that your client make a motion under Rule 15 if he intends to proceed with these new claims. We are happy to discuss further or conduct a meet and confer, or, alternatively, we would not object or demand further conference if you elect to file a motion.

Second, Mozilla Corporation agrees to remove the confidentiality designation on the following documents:
- MC_0004815
- MC_0004816
- MC_0010571-0010573
- MC_0002362-64
- MC_0011374-0011377
- MC_0004801
- MC_0005033-0005034

Mozilla Corporation maintains the confidentiality of the below documents because they contain competitively-sensitive information, including company strategy, financial information, and salary information, and/or as protected settlement communications:
- MC_0010892-0010893
- MC_0005025-0005026
- MC_0006647-0006651
- MC_0006652-0006664
- MC_0013233-0013238

For these documents, we ask that Plaintiff apply appropriate redactions prior to filing. If the parties cannot agree on the material to be redacted, Mozilla Corporation will seek to seal the documents.

Best,
Mandy

## Mandy Chan-Lucero
Associate

T +1 415 836 2589
F +1 415 659 7499
mandy.chan@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

1

**From:** Maricarmen Perez-Vargas <Maricarmen.Perez-Vargas@stokeslaw.com>
**Sent:** Tuesday, August 26, 2025 2:35 PM
**To:** Chan, Mandy <Mandy.Chan@us.dlapiper.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>; Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>; Beth Touschner <btouschner@sbj.law>; Dan Weiskopf <DWeiskopf@mcnaul.com>; Igbokwe, Danielle <danielle.igbokwe@us.dlapiper.com>; Darren Feider <dfeider@sbj.law>; Farkas, David <David.Farkas@us.dlapiper.com>; Bittle, Jacey <Jacey.Bittle@us.dlapiper.com>; Jennifer Hickman <jhickman@mcnaul.com>; Katie Marchenko <kmarchenko@sbj.law>; Makenna Holleque <legalassistant@sbj.law>; Matt Monkress <mmonkress@mcnaul.com>; Rick Redmond <Rredmond@mcnaul.com>; McFadden, Robert <robert.mcfadden@us.dlapiper.com>; Thao Do <TDo@mcnaul.com>; Mobley, Todd <todd.mobley@us.dlapiper.com>
**Cc:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>; Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>
**Subject:** RE: Teixeira v. Mozilla et al deposition designations

 **EXTERNAL MESSAGE**

All,

In light of the Court's ruling during today's discovery conference regarding Plaintiff's medical records, we intend to include amended pleadings that Defendants have caused Plaintiff psychiatric injury along with the amendments we have already discussed in or motion to amend. Please confirm whether Defendants oppose this amendment as well.

We also await Mozilla Corporation's confirmation as to whether it will remove confidentiality designations from the documents listed below, or whether Mozilla Corporation will move to seal the documents. If Mozilla Corporation does intend to move to seal, please provide the basis for the contention that any documents need to be sealed. We do not believe that they do.

MC_0006647-0006651
MC_0006652-0006664
MC_0004815
MC_0013233-0013238
MC_0005025-0005026
MC_0004816
MC_0005033-0005034
MC_0004801
MC_0010892-0010893
MC_0011374-0011377
MC_0002362-64
MC_0010571-0010573

Please advise regarding these issues by **tomorrow, August 27, at 12:00 pm**.

Also per the Court's rulings regarding medical records this morning, we will be disclosing an additional witness regarding Plaintiff's psychiatric injury, per Ms. Alexander's email dated April 9, 2025.

**Maricarmen Perez-Vargas**
Attorney

**Stokes Lawrence, P.S.**

1420 Fifth Avenue, Suite 3000  |  Seattle, WA 98101-2393
Direct: 206.892.2125  |  Office: 206.626.6000
Maricarmen.Perez-Vargas@stokeslaw.com  |  stokeslaw.com

*This message may be confidential and legally privileged. If you received this message in error, please inform the sender and then delete it.*

---

**From:** Maricarmen Perez-Vargas
**Sent:** Monday, August 25, 2025 3:31 PM
**To:** Chan, Mandy <Mandy.Chan@us.dlapiper.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>; Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>; Beth Touschner <btouschner@sbj.law>; Dan Weiskopf <DWeiskopf@mcnaul.com>; Igbokwe, Danielle <danielle.igbokwe@us.dlapiper.com>; Darren Feider <dfeider@sbj.law>; Farkas, David <David.Farkas@us.dlapiper.com>; Bittle, Jacey <Jacey.Bittle@us.dlapiper.com>; Jennifer Hickman <jhickman@mcnaul.com>; Katie Marchenko <kmarchenko@sbj.law>; Makenna Holleque <legalassistant@sbj.law>; Matt Monkress <mmonkress@mcnaul.com>; Rick Redmond <Rredmond@mcnaul.com>; McFadden, Robert <robert.mcfadden@us.dlapiper.com>; Thao Do <TDo@mcnaul.com>; Mobley, Todd <todd.mobley@us.dlapiper.com>
**Cc:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>; Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>
**Subject:** RE: Teixeira v. Mozilla et al deposition designations

Hello,

Please add the following documents to the list below:

- MC_0002362-64
- MC_0010571-0010573

Best,

**Maricarmen Perez-Vargas**
Attorney

**Stokes Lawrence, P.S.**

1420 Fifth Avenue, Suite 3000  |  Seattle, WA 98101-2393
Direct: 206.892.2125  |  Office: 206.626.6000
Maricarmen.Perez-Vargas@stokeslaw.com  |  stokeslaw.com

*This message may be confidential and legally privileged. If you received this message in error, please inform the sender and then delete it.*

---

**From:** Maricarmen Perez-Vargas
**Sent:** Monday, August 25, 2025 10:42 AM
**To:** Chan, Mandy <Mandy.Chan@us.dlapiper.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>; Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>; Beth Touschner <btouschner@sbj.law>; Dan Weiskopf <DWeiskopf@mcnaul.com>; Igbokwe, Danielle <danielle.igbokwe@us.dlapiper.com>; Darren Feider <dfeider@sbj.law>; Farkas, David <David.Farkas@us.dlapiper.com>; Bittle, Jacey <Jacey.Bittle@us.dlapiper.com>; Jennifer Hickman <jhickman@mcnaul.com>; Katie Marchenko <kmarchenko@sbj.law>; Makenna Holleque <legalassistant@sbj.law>; Matt Monkress <mmonkress@mcnaul.com>; Rick Redmond <Rredmond@mcnaul.com>; McFadden, Robert <robert.mcfadden@us.dlapiper.com>; Thao Do <TDo@mcnaul.com>; Mobley, Todd <todd.mobley@us.dlapiper.com>
**Cc:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>; Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>
**Subject:** RE: Teixeira v. Mozilla et al deposition designations

Thank you Mandy.

We also plan to use the exhibits below, which Mozilla Corporation has designated as confidential. Will Mozilla Corporation remove these designations or seek to seal these documents? If Mozilla Corporation will seek to seal any documents, please let us know by **2:00 pm tomorrow, August 26**, including the basis for Mozilla Corporation's contention that the documents need to be sealed. We do not believe this material needs to be sealed.

MC_0006647-0006651
MC_0006652-0006664
MC_0004815
MC_0013233-0013238
MC_0005025-0005026
MC_0004816
MC_0005033-0005034
MC_0004801
MC_0010892-0010893
MC_0011374-0011377

**Maricarmen Perez-Vargas**
Attorney

**Stokes Lawrence, P.S.**

1420 Fifth Avenue, Suite 3000  |  Seattle, WA 98101-2393
Direct: 206.892.2125  |  Office: 206.626.6000
Maricarmen.Perez-Vargas@stokeslaw.com  |  stokeslaw.com

*This message may be confidential and legally privileged. If you received this message in error, please inform the sender and then delete it.*

---

**From:** Chan, Mandy <Mandy.Chan@us.dlapiper.com>
**Sent:** Monday, August 25, 2025 8:57 AM
**To:** Maricarmen Perez-Vargas <Maricarmen.Perez-Vargas@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>; Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>; Beth Touschner <btouschner@sbj.law>; Dan Weiskopf <DWeiskopf@mcnaul.com>; Igbokwe, Danielle <danielle.igbokwe@us.dlapiper.com>; Darren Feider <dfeider@sbj.law>; Farkas, David <David.Farkas@us.dlapiper.com>; Bittle, Jacey <Jacey.Bittle@us.dlapiper.com>; Jennifer Hickman <jhickman@mcnaul.com>; Katie Marchenko <kmarchenko@sbj.law>; Makenna Holleque <legalassistant@sbj.law>; Matt Monkress <mmonkress@mcnaul.com>; Rick Redmond <Rredmond@mcnaul.com>; McFadden, Robert <robert.mcfadden@us.dlapiper.com>; Thao Do <TDo@mcnaul.com>; Mobley, Todd <todd.mobley@us.dlapiper.com>
**Cc:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>; Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>
**Subject:** RE: Teixeira v. Mozilla et al deposition designations

---

**External sender** <mandy.chan@us.dlapiper.com>
Make sure you trust this sender before taking any actions.

Hi Maricarmen,

4

We confirm that Mozilla Corporation, Laura Chambers, and Dani Chehak will not designate any portion of the below-referenced deposition citations as confidential.

Best,
Mandy

# Mandy Chan-Lucero
Associate

T +1 415 836 2589
F +1 415 659 7499
mandy.chan@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Maricarmen Perez-Vargas <Maricarmen.Perez-Vargas@stokeslaw.com>
**Sent:** Friday, August 22, 2025 9:16 AM
**To:** Anna Armitage <Anna.Armitage@stokeslaw.com>; Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>; Beth Touschner <btouschner@sbj.law>; Dan Weiskopf <DWeiskopf@mcnaul.com>; Igbokwe, Danielle <danielle.igbokwe@us.dlapiper.com>; Darren Feider <dfeider@sbj.law>; Farkas, David <David.Farkas@us.dlapiper.com>; Bittle, Jacey <Jacey.Bittle@us.dlapiper.com>; Jennifer Hickman <jhickman@mcnaul.com>; Katie Marchenko <kmarchenko@sbj.law>; Makenna Holleque <legalassistant@sbj.law>; Chan, Mandy <Mandy.Chan@us.dlapiper.com>; Matt Monkress <mmonkress@mcnaul.com>; Rick Redmond <Rredmond@mcnaul.com>; McFadden, Robert <robert.mcfadden@us.dlapiper.com>; Thao Do <TDo@mcnaul.com>; Mobley, Todd <todd.mobley@us.dlapiper.com>
**Cc:** Amy K. Alexander <Amy.Alexander@stokeslaw.com>; Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>
**Subject:** Teixeira v. Mozilla et al deposition designations

⚠ EXTERNAL MESSAGE

All,

We did not see that Mozilla Corporation or Mitchell Baker designated any portions of the deposition transcripts of Mitchell Baker, Laura Chambers, Bob Lisbonne, or Dani Chehak as confidential within 15 days of receipt of the transcripts, pursuant to the Protective Order. Please confirm that no portion of these depositions are confidential. As a courtesy, we intend to use the portions below in a motion, and believe there is no basis for maintaining a confidential designation. Please confirm by **12:00 pm on Monday, August 25**. We will proceed with filing these portions unsealed if we do not hear from counsel for Mozilla Corporation or Ms. Baker.

Further, pursuant to the Protective Order's prohibition on overbroad designations and designation requirements, we will not give confidential treatment to any depositions from witnesses without specifically marked designations.

- Mitchell Baker:
    - 102:10-13
- Laura Chambers
    - 81:23-25
    - 189:15-190:7
    - 206:23-208:5

- o   241:13-242:13
- o   253:6-254:14
- Bob Lisbonne
    - o   94:15-98:6
    - o   101:15-25
- Dani Chehak
    - o   211:20-214:25
    - o   232:9-18
    - o   248:13-254:12


**Maricarmen Perez-Vargas**
Attorney

**Stokes Lawrence, P.S.**
1420 Fifth Avenue, Suite 3000  |  Seattle, WA 98101-2393
Direct: 206.892.2125  |  Office: 206.626.6000
Maricarmen.Perez-Vargas@stokeslaw.com   |   stokeslaw.com

*This message may be confidential and legally privileged. If you received this message in error, please inform the sender and then delete it.*


The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.