THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVE TEIXEIRA,

                    Plaintiff,

        v.

MOZILLA CORPORATION a.k.a. M.F.
Technologies, a California corporation;
MOZILLA FOUNDATION, a California public
benefit corporation; LAURA CHAMBERS and
her marital community; WINIFRED MITCHELL
BAKER and her marital community, and DANI
CHEHAK and her marital community.

                    Defendants.

Case No. 2:24-cv-1032-RAJ

**[PROPOSED] ORDER GRANTING
DEFENDANTS MOZILLA
CORPORATION a.k.a M.F.
TECHNOLOGIES, LAURA
CHAMBERS, AND DANI CHEHAK'S
SECOND MOTION TO CONTINUE
TRIAL AND RELATED DEADLINES**

        Defendants Mozilla Corporation ("Mozilla"), and Laura Chambers and Dani Chehak

(together, the "Individual Defendants") (collectively, "Defendants") have filed with the Court a

Second Motion to Continue Trial and Related Deadlines (the "Motion").

        The Court having considered the Motion, the accompanying Memorandum of Points and

Authorities, supporting declaration and exhibits, all pleadings and papers filed in this action, and

oral argument as presented at the Motion hearing, and FOR GOOD CAUSE SHOWN, hereby

GRANTS Defendants' Motion in its entirety.

        **IT IS SO ORDERED.**

        Dated: _____, 2025.

[PROPOSED] ORDER GRANTING DEFENDANTS'
SECOND MOTION TO CONTINUE TRIAL AND
RELATED DEADLINES - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1

2

HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT COURT

3

4    *Presented by:*

5    DLA PIPER LLP (US)

6    *By: s/ Anthony Todaro*
     Anthony Todaro, WSBA No. 30391

7    701 Fifth Avenue, Suite 6900
     Seattle, Washington 98104-7029

8    Tel:   206.839.4800
     E-mail:  anthony.todaro@us.dlapiper.com

9

10   *Attorneys for Defendants MOZILLA*
     *CORPORATION a.k.a M.F.*

11   *TECHNOLOGIES, LAURA CHAMBERS,, and*
     *DANI CHEHAK*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING DEFENDANTS'
SECOND MOTION TO CONTINUE TRIAL AND
RELATED DEADLINES - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties or their counsel of record.

Dated this 10th day of September, 2025.

s/ Jenelle Barrett
Jenelle Barrett, Legal Executive Assistant

[PROPOSED] ORDER GRANTING DEFENDANTS'
SECOND MOTION TO CONTINUE TRIAL AND
RELATED DEADLINES - 3

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800