THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVE TEIXEIRA,

       Plaintiff,

vs.

MOZILLA CORPORATION, a.k.a. M.F. Technologies, a California corporation ; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community; and DANI CHEHAK and her marital community;

       Defendants.

Case No. 2:24-CV-01032-RAJ

**DEFENDANT MOZILLA FOUNDATION'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Noted for: September 17, 2025
Without Oral Argument

Defendant Mozilla Foundation submits this Response to Plaintiff Steve Teixeira's Motion for Leave to File Second Amended Complaint, Dkt. # 68, solely to the extent that the Motion refers or relates to Mozilla Foundation. Plaintiff's Motion seeks leave of the Court to add causes of action against Defendant Mozilla Corporation, to strike his claim related to alleged improper disclosure of health information, to remove his WLAD retaliation claim against Defendant Winifred Mitchell Baker, and to remove Mozilla Foundation as a defendant under any claim. Dkt. # 68 at p. 6:21-7:10.

Mozilla Foundation does not oppose its removal as a defendant in this matter. Dismissal should be with prejudice. As noted by Mozilla Corporation, Dkt. # 73 at p. 5:7, n.1, and p. 6:21-26, Plaintiff could have dismissed Mozilla Foundation via nonsuit under CR 41(a) and further, the

DEFENDANT MOZILLA FOUNDATION'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT – 1
*Teixeira v. Mozilla Corporation, et al. Case No. 2 :24-CV-01032*

SEBRIS BUSTO JAMES
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

Court did not extend the deadline to amend the complaint in issuing its Order Setting Amended Trial Date and Related Dates, Dkt. # 65. Mozilla Foundation would have stipulated to its dismissal if Plaintiff had so inquired. Mozilla Foundation takes no position as to Plaintiff's proposed amendments that concern claims or causes of action against other parties.

DATED this 11th day of September, 2025.

SEBRIS BUSTO JAMES

/s/ Beth Touschner
Darren A. Feider, WSBA #22430
Beth Touschner, WSBA #41062
15375 Southeast 30th Place, Suite 310
Bellevue, Washington 98007
(425) 454-4233
dfeider@sbj.law
btouschner@sbj.law
*Attorneys for Defendant Mozilla Foundation*

DEFENDANT MOZILLA FOUNDATION'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT – 2
*Teixeira v. Mozilla Corporation, et al. Case No. 2 :24-CV-01032*

SEBRIS BUSTO JAMES
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005