THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>        Plaintiff,<br>v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>        Defendants. | Case No.: 2:24-CV-01032-RAJ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>Noted for: September 17, 2025<br>Without Oral Argument |

**THIS MATTER** came before the Court on Plaintiff's Motion for Leave to File a Second Amended Complaint. This Court has considered the records and files in this proceeding, including the following materials submitted by the parties:

1. Plaintiff Steve Teixeira's Motion for Leave to File a Second Amended Complaint;

2. Declaration of Maricarmen Perez-Vargas in support of Plaintiff's Motion for Leave to File a Second Amended Complaint, with attachments;

3. Declaration of Matthew Harrington in support of Plaintiff's Motion for Leave to File a Second Amended Complaint;

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 1

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

4. Mozilla Defendants' Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint:

5. Declaration of Anthony Todaro In Connection with Certain Defendants' Opposition to Motion to Amend and In Support of Motion to Continue, with exhibits;

6. Defendant Mozilla Foundation's Response to Plaintiff's Motion for Leave to File Second Amended Complaint;

7. Plaintiff's Reply to Motion for Leave to File Second Amended Complaint;

8. Declaraion of Maricarmen C. Perez-Vargas In Support of Plaintiff's Reply to Motion for Leave to Fiel Second Amended Complaint, with exhibits.

The Court having reviewed the files and records herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion be **GRANTED** and the Second Amended Complaint attached as Exhibit 1 to the Declaration of Maricarmen Perez-Vargas (Dkt 70) be filed.

DATED this ____ day of _____, 2025.

_____
HONORABLE RICHARD A. JONES

Presented by:

STOKES LAWRENCE, P.S.

By: */s/Maricarmen Perez-Vargas*
Amy Alexander (WSBA #44242)
Mathew Harrington (WSBA #33276)
Maricarmen Perez-Vargas (WSBA # 54344)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone: (206) 626-6000
Fax: (206) 464-1496
Amy.alexander@stokeslaw.com
Mathew.Harrington@stokeslaw.com
Maricarmen.Perez-Vargas@stokeslaw.com
Attorneys for Plaintiff Steve Teixeira

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 2

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000