THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>        Plaintiff,<br>v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>        Defendants. | Case No.: 2:24-CV-01032-RAJ<br><br>DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

I, Maricarmen C. Perez-Vargas, am over the age of 18, have personal knowledge of all the facts stated herein and declare as follows:

1. I am an attorney at Stokes Lawrence, P.S. and am counsel of record for Plaintiff Steve Teixeira.

2. On September 12, 2025, my colleague, Mathew Harrington, and counsel for Mozilla Corporation, Anthony Todaro, spoke via telephone. Mr. Harrington communicated that a long continuance would be unnecessary in light of the circumstances, but that Plaintiff would

DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 1

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

stipulate to a three month continuance if Defendants would not oppose Plaintiff's Motion for Leave to Amend at ECF No. 68.

3. On September 16, 2025, my colleague Amy Alexander and I met with Mandy Chan, counsel for Mozilla, to discuss certain discovery items.

4. We inquired whether Mozilla had a response to Plaintiff's offer to stipulate to a three month continuance to resolve Mozilla's pending Motion to Continue at ECF No. 75 and Plaintiff's Motion for Leave to Amend his Complaint at ECF No. 68.

5. Ms. Chan relayed that Mozilla declined to stipulate to a three month continuance. Ms. Alexander invited Ms. Chan to make a counteroffer to resolve the Motion to Amend and Motion for Continuance before the Court, which she did not do.

6. On May 31, 2024, Mozilla Corporation produced Mr. Teixeira's personnel file. The file did not include a copy of the LTIP plan.

7. Attached as **Exhibit 1** is a true and correct copy of Amy Alexander's September 12, 2025 email to counsel for Defendants.

8. Attached as **Exhibit 2** is a true and correct copy of Plaintiff's service of additional witness and expert disclosures dated September 12, 2025.

9. Attached as **Exhibit 3** is a true and correct copy of Plaintiff's service of document production dated September 11, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 17th day of September, 2025

By: /s/Maricarmen Perez-Vargas
Maricarmen Perez-Vargas (WSBA # 54344)

DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 2

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000