# Exhibit 2

| | |
|---|---|
| **From:** | Anna Armitage |
| **To:** | Anthony Todaro; Beth Touschner; Dan Weiskopf; Danielle Igbokwe; Darren Feider; David Farkas; Jacey Bittle; Jennifer Hickman; Katie Marchenko; Makenna Holleque; Mandy Chan; Matt Monkress; Rick Redmond; Robert McFadden; Thao Do; Todd Mobley |
| **Cc:** | Amy K. Alexander; Maricarmen Perez-Vargas; Mathew Harrington; Sarah Armon; Laura Smith |
| **Subject:** | Teixeira v. Mozilla Corp, et al. - Plaintiff Disclosures |
| **Date:** | Friday, September 12, 2025 3:49:39 PM |
| **Attachments:** | 2025.09.12 Pltf"s Supplemental Initial Disclosures.pdf<br>2025.09.12 Plaintiff"s Second SUPPLEMENTAL Expert Witness Disclosure.pdf |

Good afternoon, please find attached Plaintiff's 1) Supplemental Initial Rule FRCP 26(a)(1) Disclosures and 2) Second Supplemental Expert Witness Disclosure Pursuant to Fed.R.Civ.P. 26(a)(2).

Thank you,

### Anna Armitage

Practice Assistant

### Stokes Lawrence, P.S.

1420 Fifth Avenue, Suite 3000  |  Seattle, WA 98101-2393

Direct: 206.812.7475  |  Office: 206.626.6000

Anna.Armitage@stokeslaw.com  |  stokeslaw.com

*This message may be confidential and legally privileged. If you received this message in error, please inform the sender and then delete it.*

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>            Plaintiff,<br><br>      v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>            Defendants. | Case No.: 2:24-CV-01032-RAJ<br><br>PLAINTIFF'S SUPPLEMENTAL INITIAL RULE FRCP 26(a)(1) DISCLOSURES |

Plaintiff Steve Teixeira ("Plaintiff") by and through his counsel of record make the following disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

The scope of these Initial Disclosures is based on information reasonably available at this time. Investigation and discovery are ongoing. Plaintiff reserves the right to amend or supplement these disclosures.

Nothing in these disclosures should be construed as a waiver of attorney-client privilege or work product protection. The inclusion of any document within these disclosures is not a

PLAINTIFF'S SUPPLEMENTAL INITIAL RULE FRCP 26(a)(1) DISCLOSURES - 1

concession that any such document or information contained within the document is admissible at trial.

**A. Disclosure of Persons Likely to Have Discoverable Information Pursuant to FRCP 26(a)(1)(A)(i):**

The following list sets forth the name and contact information for those individuals whom Plaintiff presently has reason to believe are likely to have discoverable information relevant to this lawsuit. Plaintiff makes these Initial Disclosures based on presently available information. Plaintiff anticipates additional individuals may be identified during discovery. Plaintiff reserves the right to offer testimony at trial or otherwise in this proceeding from individuals not listed below. Plaintiff also reserves the right to object to the testimony of any and all of these witnesses on any grounds, including privilege and other grounds.

| Name | Contact Information | Description of Knowledge |
|---|---|---|
| Steve Teixeira | c/o Stokes Lawrence, P.S. 1420 5th Avenue, Suite 3000 Seattle, WA 98101 | Mr. Teixeira is the Plaintiff and Chief Product Officer of Mozilla Corporation and has knowledge of any matter related to the claims asserted in this action. |
| Corporate Representative of Mozilla Corporation | c/o DLA Piper LLP (US) 701 Fifth Avenue, Suite 6900 Seattle, WA 98104 | The Corporate Representative of Mozilla Corporation, who is unknown at this time, is likely to have knowledge about communication and decision-making regarding Mr. Teixeira's employment with the company, policies and procedures at Mozilla, and the claims asserted in this action. |
| Corporate Representative of Mozilla Foundation | c/o Sebris Busto James 15375 SE 30th Place, Suite 310 Bellevue, WA 98007 | The Corporate Representative of Mozilla Corporation, who is unknown at this time, is likely to have knowledge about communication and decision-making regarding Mr. Teixeira's employment with Mozilla Corporation, and the claims asserted in this action. |

PLAINTIFF'S SUPPLEMENTAL INITIAL RULE FRCP 26(a)(1) DISCLOSURES - 2

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

| Name | Contact Information | Description of Knowledge |
|---|---|---|
| Laura Chambers | c/o DLA Piper LLP (US) 701 Fifth Avenue, Suite 6900 Seattle, WA 98104 | Ms. Chambers is a Defendant and Chief Executive Officer of Mozilla Corporation. She is likely to have knowledge about communication and decision-making regarding Mr. Teixeira's employment with the company, policies and procedures at Mozilla, and the claims asserted in this action. |
| Dani Chehak | c/o DLA Piper LLP (US) 701 Fifth Avenue, Suite 6900 Seattle, WA 98104 | Ms. Chehak is a Defendant and Chief People Officer of Mozilla Corporation. She is likely to have knowledge about communication and decision-making regarding Mr. Teixeira's employment with the company, policies and procedures at Mozilla, and the claims asserted in this action. |
| Winifred Mitchell Baker | c/o DLA Piper LLP (US) 701 Fifth Avenue, Suite 6900 Seattle, WA 98104 | Ms. Baker is a Defendant and Executive Chair of the Board of Directors of Defendants Mozilla Corporation and Mozilla Foundation. She is likely to have knowledge of communication and decision-making regarding Mr. Teixeira's employment with the company, policies and procedures at Mozilla, and the claims asserted in this action. |
| Ian Carmichael | iancarm@gmail.com 425-406-9135 | Mr. Carmichael was SVP of Firefox at Mozilla Corporation. He is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| LaVonne Copps | copps@msn.com 206-954-3293 | Ms. Copps was Chief of Staff to Mr. Teixeira at Mozilla Corporation. She is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |

PLAINTIFF'S SUPPLEMENTAL INITIAL RULE FRCP 26(a)(1) DISCLOSURES - 3

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

| Name | Contact Information | Description of Knowledge |
|---|---|---|
| Imo Udom | c/o DLA Piper LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104 | Mr. Udom is SVP of Innovation Ecosystems at Mozilla Corporation. He is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| Lindsey O'Brien | c/o DLA Piper LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104 | Ms. O'Brien is Chief Marketing Officer at Mozilla Corporation. She is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| Suba Vasudevan | c/o DLA Piper LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104 | Ms. Vasudevan is SVP of Strategy and Operations at Mozilla Corporation. She is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| Carlos Torres | c/o DLA Piper LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104 | Mr. Torres is Chief Legal Officer at Mozilla Corporation. He is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| Bob Lisbonne | c/o DLA Piper LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104 | Mr. Lisbonne is Chair of the Board of Directors of Mozilla Corporation. He is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| Karim Lakhani | c/o DLA Piper LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104 | Mr. Lakhani is a Member of the Board of Directors of Mozilla Corporation. He is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. |

PLAINTIFF'S SUPPLEMENTAL INITIAL RULE FRCP 26(a)(1) DISCLOSURES - 4

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

| Name | Contact Information | Description of Knowledge |
|---|---|---|
| | | Teixeira's performance, and the claims asserted in this action. |
| Kristen Trubey | kristentrubey@gmail.com<br>415-407-1121 | Ms. Trubey was Head of Human Resources at Mozilla Corporation. She is likely to have knowledge of Mr. Teixeira's employment with the Company, his performance, and Mozilla Corporation's employment practices. |
| Adam Fishman | c/o DLA Piper LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104 | Mr. Fishman is a consultant at Mozilla Corporation. He is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| Hannah Kagan | hannah.kagan1@gmail.com<br>347-585-0534 | Ms. Kagan was Mr. Teixeira's Executive Assistant at Mozilla Corporation. She is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| Sally Richardson | c/o DLA Piper LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104 | Mrs. Richardson was a direct report of Mr. Teixeira and Director of Product Management for Mozilla's privacy, identity, and experimentation products. She is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| Greg Cooley | gregcool980@gmail.com | Mr. Cooley is the former Director of Talent Acquisition for Mozilla Corporation. He is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |

PLAINTIFF'S SUPPLEMENTAL INITIAL RULE FRCP 26(a)(1) DISCLOSURES - 5

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

| Name | Contact Information | Description of Knowledge |
|---|---|---|
| Orville McDonald | c/o DLA Piper LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104 | Mr. McDonald is Sr. Director of Product Management for Mozilla Ads. He is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| Mladen Bajic | c/o DLA Piper LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104 | Mr. Bajic is Sr. Director of Engineering for Mozilla Ads. He is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| Saoud Khalifah | c/o DLA Piper LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104 | Mr. Khalifah is the Director of Mozilla's Fakespot product. He is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| Greg Sherman | Greg.Sherman@russellreynolds.com | Mr. Sherman is an executive recruiter at Russell Reynolds who led the recruiting and hiring of Mr. Teixeira on behalf of Mozilla Corporation. He is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| Helen Teixeira | c/o Stokes Lawrence, P.S.<br>1420 5th Avenue, Suite 3000<br>Seattle, WA 98101 | Ms. Teixeira is married to Mr. Teixeira and has knowledge about his employment and the claims asserted in this action. |
| Leyla Samiee | 650-313-4215 | Ms. Samiee is the former VP of Engineering for Mozilla Social. She is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's |

PLAINTIFF'S SUPPLEMENTAL INITIAL RULE FRCP 26(a)(1) DISCLOSURES - 6

| Name | Contact Information | Description of Knowledge |
|---|---|---|
|  |  | performance, and the claims asserted in this action. |
| Eric Muhlheim | c/o DLA Piper LLP (US) 701 Fifth Avenue, Suite 6900 Seattle, WA 98104 | Mr. Muhlheim is the Chief Financial Officer of Mozilla Corporation. He is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| Gina LaRoche | 617-293-1329 | Ms. LaRoche is an owner of Seven Stones, a management consultancy retained by Mozilla Corporation and Mr. Teixeira's executive coach. She is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| Sue Harvey | Contact information unknown at this time. | Ms. Harvey is a facilitator at Seven Stones. She is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| Shea O'Neil | Contact information unknown at this time. | Ms. O'Neil is a facilitator at Seven Stones. She is likely to have knowledge of Mozilla's actions related to Mr. Teixeira's employment with the company, Mr. Teixeira's performance, and the claims asserted in this action. |
| KeyAnna Schmiedl | Contact information unknown at this time. | Ms. Schmiedl was the VP of Diversity, Equity, Inclusion, and Sustainability of Mozilla. She is likely to have knowledge of Mozilla's policies and practices and the claims asserted in this matter. |
| Kris Wright | Contact information unknown at this time. | Kris Wright was an employee of Mozilla who is likely to have knowledge of the policies and practices of Mozilla and claims asserted in this matter. |

PLAINTIFF'S SUPPLEMENTAL INITIAL RULE FRCP 26(a)(1) DISCLOSURES - 7

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

| Name | Contact Information | Description of Knowledge |
|---|---|---|
| Mardi Douglas | Contact information unknown at this time. | Mardi Douglas was the Head of Employee Experience at Mozilla who is likely to have knowledge of the policies and practice of Mozilla and claims asserted in this matter. |
| Geoff Madeiros | Contact information unknown at this time. | Geoff Madeiros was the Head of Learning and Development at Mozilla who is likely to have knowledge of the policies and practice of Mozilla and claims asserted in this matter. |
| Marissa Lui | Contact information unknown at this time. | Marissa Lui was the Executive Assistant to Ms. Chehak and is likely to have knowledge of the policies and practices of Mozilla and claims asserted in this matter. |
| Jen Dai | Contact information unknown at this time. | Jen Dai was Director and HR Business Partner at Mozilla who is likely to have knowledge of the policies and practices of Mozilla and claims asserted in this matter. |
| Ted Han | Contact information unknown at this time. | Ten Han was Director of Product Management at Mozilla Social who is likely to have knowledge of the policies and practices of Mozilla, Mr. Teixeira's performance, and claims asserted in this matter. |
| Giorgio Natili | Contact information unknown at this time. | Giorgio Natili was Engineering Director in Firefox at Mozilla who is likely to have knowledge of the policies and practices of Mozilla, Mr. Teixeira's performance, and claims asserted in this matter. |
| Andrew Overholt | c/o DLA Piper LLP (US) 701 Fifth Avenue, Suite 6900 Seattle, WA 98104 | Andrew Overholt is an Engineering Vice President at Mozilla who is likely to have information about Mr. Teixeira's performance. |
| Vicky Chin | c/o DLA Piper LLP (US) 701 Fifth Avenue, Suite 6900 Seattle, WA 98104 | Vicky Chin is an Engineering Vice President at Mozilla who is likely to have information about Mr. Teixeira's performance. |
| Mike Connor | 647-669-8928 | Mike Connor was a Director of Product Management on Mozilla Social who is likely to have information about Mr. Teixeira's |

PLAINTIFF'S SUPPLEMENTAL INITIAL RULE FRCP 26(a)(1) DISCLOSURES - 8

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

| Name | Contact Information | Description of Knowledge |
|---|---|---|
|  |  | performance, policies and practices at Mozilla, and claims asserted in this matter. |
| Shannon F. | Contact information unknown at this time. | Shannon was a Content Designer at Mozilla who is likely to have information about policies and practices at Mozilla, and claims asserted in this matter. |
| **Additional Witnesses** |  |  |
| Catherine Kuniyoshi, MD | Dr. Kuniyoshi and Associates<br>6716 Eastside Drive NE<br>Suite 1429<br>Tacoma, WA 98422 | Under Fed. R. Civ. P. 26(a)(1)(A)(i) and 26(a)(2)(C), Plaintiff anticipates calling his treating psychiatrist, Catherine Kuniyoshi, who is expected to testify regarding her medical records, examination, care, diagnosis, and treatment of Plaintiff, including facts and opinions held as a result of her treatment. |
| Vickie Yang, MSW | Fred Hutch Social Work<br>206-606-5569 | Under Fed. R. Civ. P. 26(a)(1)(A)(i) and 26(a)(2)(C), Plaintiff anticipates calling social worker, Vickie Yang, who is expected to testify regarding her social work services to Plaintiff, medical records, and facts and opinions held as a result of services delivered. |

**B.** These disclosures do not include the names of experts upon which Plaintiff may rely. Such experts will be disclosed at the required time. Plaintiff also reserve the right to rely upon evidence and testimony provided by potential persons with knowledge who are disclosed by Plaintiff and/or the Defendants. **Disclosure of Documents Pursuant to FRCP 26(a)(1)(A)(ii):**

Based on the information currently available, Plaintiff lists the following documents, data compilations, and other tangible things that are in the possession, custody or control of Plaintiff

and that Plaintiff may use to support his claims or defenses in this matter (other than documents that will be used solely for impeachment).

- Electronic communication between Plaintiff and individual defendants regarding Plaintiff's role, responsibilities, organizational design, plans, operations, and Plaintiff's performance.

- Electronic communications between Plaintiff and Laura Chambers regarding mistreatment of Plaintiff due to his disability.

- Electronic communications between Plaintiff and certain Mozilla Corporation Board Members regarding Plaintiff's performance.

- Certain draft and final communication plans and communications regarding organizational changes.

- Personnel records include pay information, employment agreements, insurance information, tax forms, and performance evaluations.

- Federal Medical Leave Act and Washington Paid Family and Medical Leave Act notices and documentation.

- Compensation records including offer letters, long term incentive plan documents, and bonus agreements.

- Documents listing individuals who have accessed posts about Plaintiff on caringbridge.org.

- Online posts by individual defendants

Plaintiff anticipates additional documents and things will be obtained from Defendants. Plaintiff also reserves the right to supplement this list to reflect additional documents identified in discovery that may be used to support Plaintiff's claims.

Plaintiff expressly preserves all objections to the admissibility of any information or documents disclosed under the Federal Rules of Evidence, the Federal Rules of Civil Procedure, and/or the Local Civil Rules of this Court. Plaintiff does not concede the relevance of specific categories of documents and specifically reserves all applicable objections, including all

PLAINTIFF'S SUPPLEMENTAL INITIAL RULE FRCP 26(a)(1) DISCLOSURES - 10

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

privileges and protections (including the attorney-client privilege, the attorney work product doctrine, and joint defense privilege).

C. **Disclosure of Computation of Damages Pursuant to FRCP 26(a)(1)(A)(iii):**

Plaintiff has not yet determined the full amount of damages sustained due to Defendants' conduct. Plaintiff cannot provide an exact computation of damages because certain categories of damages continue to accrue and depend on Defendants' future actions, and others will require discovery from Defendants and/or expert analysis to ascertain. To the extent damages calculations are based, in whole or in part, upon expert opinion and testimony, all expert opinions and testimony will be disclosed pursuant to Federal Rules of Civil Procedure 26(a)(2) and (c)(2), this Court's Local Rules, and the applicable Scheduling Order(s) issued by this Court.

The categories of damages that will be sought include: general damages, economic damages, statutory damages, including liquidated damages, where applicable. In addition to damages, Plaintiff seeks a declaratory judgment; attorney fees and costs; and prejudgment interest.

D. **Disclosure of Insurance Agreement Pursuant to FRCP 26(a)(1)(A)(iv):**

Plaintiff is not aware of any insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESERVATION OF RIGHT TO AMEND**

Plaintiff reserves the right to amend this Initial Disclosure if, at any time, additional witnesses, information, or documents come to light.

DATED this 12th day of September, 2025.

          STOKES LAWRENCE, P.S.

By: */s/Amy Alexander*
    Amy Alexander (WSBA #44242)
    Mathew Harrington (WSBA #33276)
    1420 Fifth Avenue, Suite 3000
    Seattle, WA 98101-2393
    Telephone:  (206) 626-6000
    Fax:  (206) 464-1496
    Amy.alexander@stokeslaw.com
    Mathew.Harrington@stokeslaw.com
    Attorneys for Plaintiff Steve Teixeira

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I caused the foregoing Plaintiff's Supplemental Initial Rule FRCP 26(a)(1) Disclosures to be:

☒ Via e-mail to the following:

*Counsel for Mozilla Foundation*

Darren A. Feider
Beth Touschner
Sebris Busto James
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
dfeider@sbj.law
btouschner@sbj.law
kmarchenko@sbj.law
epruzinsky@sbj.law

*Counsel for Defendant Winifred Mitchell Baker*

Daniel M. Weiskopf
Richard W. Redmond
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, Washington 98101
dweiskopf@mcnaul.com
rredmond@mcnaul.com
tdo@mcnaul.com
jhickman@mcnaul.com
mmonkress@mcnaul.com

*Counsel for Defendants Mozilla Corporation, Laura Chambers and Dani Chehak*

Anthony Todaro
Danielle Igbokew
DLA Piper LLP
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Anthony.todaro@us.dlapiper.com
Danielle.igbokwe@us.dlapiper.com
todd.mobley@us.dlapiper.com
robert.mcfadden@us.dlapiper.com
jacey.brittle@us.dlapiper.com

David Farkas, Admitted Pro Hac Vice
DLA Piper LLP
2000 Avenue of the Stars, Suite 400, North Tower
Los Angeles, CA 90067
David.farkas@us.dlapiper.com

Mandy Chan, Admitted Pro Hac Vice
DLA Piper LLP
555 Mission Street, suite 2400
San Francisco, CA 94105
mandy.chan@us.dlapiper.com

*/s/Anna Armitage*
Anna Armitage, Practice Assistant

PLAINTIFF'S SUPPLEMENTAL INITIAL RULE FRCP 26(a)(1) DISCLOSURES - 13

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>　　　　Defendants. | Case No.:  2:24-CV-01032-RAJ<br><br>PLAINTIFF'S SECOND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(A)(2) |

**I. EXPERT DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiff Steve Teixeira ("Plaintiff") identifies the following individuals as expert witnesses who may testify at trial under Federal Rule of Evidence 702, 703, or 705:

1. Liliya McLean, PhD
   c/o Stokes Lawrence, P.S.
   1420 5th Ave., Suite 3000
   Seattle, WA 98101
   (206) 626-6000

---

PLAINTIFF'S SECOND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(2) - 1
60606-003

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1    Dr. McLean is expected to give testimony regarding Plaintiff's performance in his role as
2    Mozilla's Chief Product Officer, specifically with respect to his progress on projects related to
3    generative AI ("GenAI") and social media. A copy of an initial report of Dr. McLean's expected
4    testimony is attached hereto as **Exhibit A**. The disclosures and attachments required by Fed. R.
5    Civ. P. 26 are include with Dr. McLean's report. As limited discovery has been conducted in this
6    case, Plaintiff reserves the right to disclose a supplemental report from Dr. McLean after such
7    time as additional facts related to this case have been disclosed and developed by the parties. Dr.
8    McLean will be compensated at a rate of $250 per hour.

SUPPLEMENTAL DISCLSOURE: Dr. McLean amended her report on July 25, 2025.
Her amended report is attached hereto as **Exhibit B**.

SECOND SUPPLEMENTAL DISCLOUSRE

2    Catherine Kuniyoshi, MD
     Dr. Kuniyoshi and Associates
     6716 Eastside Drive NE, Suite 1429
     Tacoma, WA 98422

Plaintiff anticipates calling his treating psychiatrist, Catherine Kuniyoshi, under Fed. R. Civ. P. 26(a)(1)(A)(i) and 26(a)(2)(C), who is expected to testify regarding her medical records, examination, care, diagnosis, and treatment of Plaintiff, including facts and opinions held as a result of her treatment.

3    Vickie Yang, MSW
     Fred Hutch Social Work
     (206) 616-5569

Plaintiff anticipates calling treating social worker, Vickie Yang, under Fed. R. Civ. P. 26(a)(1)(A)(i) and 26(a)(2)(C), who is expected to testify regarding her social work services to Plaintiff, medical records, and facts and opinions held as a result of services delivered.

PLAINTIFF'S SECOND SUPPLEMENTAL EXPERT WITNESS
DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(2) - 2
60606-003

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

## II. RESERVATIONS

Plaintiff reserves the right to supplement his expert disclosures as discovery continues.

Plaintiff reserves the right to consult with and retain the services of additional expert witnesses to testify on his behalf for purposes of impeachment and/or rebuttal.

Plaintiff reserves the right to substitute for the expert witnesses listed above should one or more become unavailable to testify at deposition or trial.

Plaintiff reserves the right to designate any expert designated by any other party to this action.

Plaintiff reserves the right to call as witnesses to testify on either lay or expert matters, or both, individuals who are employees or former employees of any party to this action and/or who may be called to testify under the Federal Code of Evidence, either live or through competent former testimony.

Plaintiff reserves the right to elicit expert testimony from qualified percipient witnesses.

In the event additional analysis is performed by any other person prior to trial, Plaintiff reserves the right to call as an expert witness the person performing such analysis. The name, address, qualifications, and general substances of the testimony of these witnesses will be provided to all other parties as soon as they are known to Plaintiff.

PLAINTIFF'S SECOND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(2) - 3
60606-003

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1     DATED this 12th day of September, 2025.

2                                                   STOKES LAWRENCE, P.S.

3

4                                     By: */s/Amy Alexander*
                                                Amy Alexander (WSBA #44242)

5                                                 Mathew Harrington (WSBA #33276)
                                                Maricarmen Perez-Vargas (WSBA # 54344)

6                                                 1420 Fifth Avenue, Suite 3000
                                                Seattle, WA 98101-2393

7                                                 Telephone:  (206) 626-6000
                                                Fax:  (206) 464-1496

8                                                 Amy.alexander@stokeslaw.com
                                                Mathew.Harrington@stokeslaw.com
                                                Maricarmen.Perez-Vargas@stokeslaw.com

9                                                 Attorneys for Plaintiff Steve Teixeira

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

PLAINTIFF'S SECOND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(2) - 4
60606-003

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2025, I caused the foregoing *Plaintiff's Second Supplemental Expert Witness Disclosure Pursuant to Fed.R.Civ.P. 26(a)(2)* to be:

☒ Via e-mail to the following:

| *Counsel for Mozilla Foundation* | *Counsel for Defendants Mozilla Corporation, Laura Chambers and Dani Chehak* |
|---|---|
| Darren A. Feider<br>Beth Touschner<br>Sebris Busto James<br>15375 SE 30th Pl., STE 310<br>Bellevue, Washington 98007<br>dfeider@sbj.law<br>btouschner@sbj.law<br>kmarchenko@sbj.law<br>epruzinsky@sbj.law | Anthony Todaro<br>Danielle Igbokew<br>DLA Piper LLP<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA 98104-7029<br>Anthony.todaro@us.dlapiper.com<br>Danielle.igbokwe@us.dlapiper.com<br>todd.mobley@us.dlapiper.com<br>robert.mcfadden@us.dlapiper.com<br>jacey.brittle@us.dlapiper.com |
| *Counsel for Defendant Winifred Mitchell Baker*<br><br>Daniel M. Weiskopf<br>Richard W. Redmond<br>McNaul Ebel Nawrot & Helgren PLLC<br>600 University Street, Suite 2700<br>Seattle, Washington 98101<br>dweiskopf@mcnaul.com<br>rredmond@mcnaul.com<br>tdo@mcnaul.com<br>jhickman@mcnaul.com<br>mmonkress@mcnaul.com | David Farkas, Admitted Pro Hac Vice<br>DLA Piper LLP<br>2000 Avenue of the Stars, Suite 400, North Tower<br>Los Angeles, CA 90067<br>David.farkas@us.dlapiper.com<br><br>Mandy Chan, Admitted Pro Hac Vice<br>DLA Piper LLP<br>555 Mission Street, suite 2400<br>San Francisco, CA 94105<br>mandy.chan@us.dlapiper.com |

*/s/Anna Armitage*
Anna Armitage, Practice Assistant

PLAINTIFF'S SECOND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(2) - 5
60606-003

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000