Exhibit 3

| | |
|---|---|
| **From:** | Anna Armitage |
| **To:** | Anthony Todaro; Beth Touschner; Dan Weiskopf; Danielle Igbokwe; Darren Feider; David Farkas; Jacey Bittle; Jennifer Hickman; Katie Marchenko; Makenna Holleque; Mandy Chan; Matt Monkress; Rick Redmond; Robert McFadden; Thao Do; Todd Mobley |
| **Cc:** | Amy K. Alexander; Maricarmen Perez-Vargas; Mathew Harrington; Laura Smith; Sarah Armon |
| **Subject:** | Teixeira v. Mozilla, et al. - Plaintiff production |
| **Date:** | Thursday, September 11, 2025 3:53:10 PM |

Counsel,

The link below will give you access to document production. Password to follow.

TEIXEIRA_001571-1667

Thank you,

**Anna Armitage**
Practice Assistant

**Stokes Lawrence, P.S.**

1420 Fifth Avenue, Suite 3000  |  Seattle, WA 98101-2393

Direct: 206.812.7475  |  Office: 206.626.6000

Anna.Armitage@stokeslaw.com  |  stokeslaw.com

*This message may be confidential and legally privileged. If you received this message in error, please inform the sender and then delete it.*