THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STEVE TEIXEIRA,

    Plaintiff,

v.

MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,

    Defendants.

Case No.: 2:24-CV-01032-RAJ

[PROPOSED] ORDER GRANTING IN PART MOZILLA DEFENDANTS' MOTION TO CONTINUE TRIAL AND RELATED DEADLINES

**THIS MATTER** came before the Court on Mozilla Defendants' Motion to Continue Trial and Related Deadlines. This Court has considered the records and files in this proceeding, including the following materials submitted by the parties:

1. Mozilla Defendants' Motion to Continue Trial and Related Deadlines;

2. Declaration of Anthony Todaro In Connection with Certain Defendants' Opposition to Motion to Amend and Is Support of Motion to Continue, with exhibits

[PROPOSED] ORDER GRANTING IN PART MOZILLA DEFENDANTS' MOTION TO CONTINUE TRIAL AND RELATED DEADLINES - 1

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

3. Plaintiff's Response to Mozilla Defendants' Motion to Continue Trial and Related Deadlines;

4. Declaration of Maricarmen C. Perez-Vargas Is Support of Plaintiff's Response to Mozilla Defendants' Motion to Continue Trial and Related Deadlines, with exhibits;

5. Reply to Mozilla Defendants' Motion to Continue Trial and Related Deadlines, if any.

The Court having reviewed the files and records herein, **IT IS HEREBY ORDERED** that Mozilla Defendants' Motion is **GRANTED IN PART.** While the Court finds there is good cause to order a continuance of the trial date and related deadlines, a continuance of nine months is excessive. The Court will accordingly continue trial and related deadlines by approximately three months.

DATED this _____ day of _____, 2025.

_____
HONORABLE RICHARD A. JONES

Presented by:

STOKES LAWRENCE, P.S.

By: /s/Maricarmen Perez-Vargas
Amy Alexander (WSBA #44242)
Mathew Harrington (WSBA #33276)
Maricarmen Perez-Vargas (WSBA # 54344)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone: (206) 626-6000
Fax: (206) 464-1496
Amy.alexander@stokeslaw.com
Mathew.Harrington@stokeslaw.com
Maricarmen.Perez-Vargas@stokeslaw.com
Attorneys for Plaintiff Steve Teixeira

[PROPOSED] ORDER GRANTING IN PART MOZILLA DEFENDANTS' MOTION TO CONTINUE TRIAL AND RELATED DEADLINES - 2

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000