THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>　　　　　Defendants. | Case No.: 2:24-CV-01032-RAJ<br><br>DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOZILLA DEFENDANTS' MOTION TO CONTINUE TRIAL AND RELATED DATES |

I, Maricarmen C. Perez-Vargas, am over the age of 18, have personal knowledge of all the facts stated herein and declare as follows:

1. I am an attorney at Stokes Lawrence, P.S. and am counsel of record for Plaintiff Steve Teixeira.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Defendant Laura Chambers' Second Set of Interrogatories to Plaintiff, served on August 11, 2025.

DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOZILLA DEFENDANTS' MOTION TO CONTINUE TRIAL AND RELATED DATES - 1

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

3. Attached hereto as **Exhibit 2** is a true and correct copy of Defendant Mozilla Corporation's Third Set of Requests for Production to Plaintiff, served on August 11, 2025.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Defendant Mozilla Corporation's Second Set of Requests for Admission to Plaintiff, served on August 11, 2025.

5. On August 11, 2025, counsel for Mozilla Defendants served counsel for Plaintiff with a deposition notice for Helen Teixeira, Plaintiff's wife.

6. On September 12, 2025, Mozilla Defendants produced documents relating to the T.K. Law Report.

7. On September 19, 2025, Mozilla Defendants served additional discovery requests. True and correct copies of these requests are attached hereto as **Exhibit 4**.

8. We are working to review Plaintiff's medical records dating back ten years and anticipate producing all documents responsive to Mozilla Corporation's Request for Production No. 8-10 and new discovery requests served on September 19, 2025 relating to medical records (requesting Plaintiff's medical records for the past ten years) by October 3, 2025.

9. Attached hereto as **Exhibit 5** is a true and correct copy of email correspondence between counsel for Plaintiff and counsel for Mozilla Defendants dated September 10, 2025 to September 16, 2025.

10. Attached hereto as **Exhibit 6** is a true and correct copy of a letter from counsel for Mozilla Defendants to counsel for Plaintiff dated September 19, 2025.

11. Attached hereto as **Exhibit 7** is a true and correct copy of email correspondence between counsel for Plaintiff and counsel for Mozilla Defendants dated September 24, 2025.

DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOZILLA DEFENDANTS' MOTION TO CONTINUE TRIAL AND RELATED DATES - 2

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.
3   DATED this 25th day of September 2025

                                        By: */s/Maricarmen Perez-Vargas*
                                            Maricarmen Perez-Vargas (WSBA # 54344)

DECLARATION OF MARICARMEN C. PEREZ-VARGAS IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOZILLA DEFENDANTS' MOTION TO CONTINUE TRIAL AND RELATED DATES - 3

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000