Exhibit 2

THE HONORABLE RICHARD A. JONES

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

9

| | |
|---|---|
| STEVE TEIXEIRA, | Case No. 2:24-cv-01032-RAJ |
| Plaintiff, | **DEFENDANT MOZILLA CORPORATION'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF** |
| v. | |
| MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community. | |
| Defendants. | |

10

11

12

13

14

15

16

17

18    Pursuant to Rules 26 and 24 of the Federal Rules of Civil Procedure, Defendant Mozilla

19  Corporation requires that, within thirty (30) days of service of these requests for production,

20  Plaintiff Steve Teixeira. respond to each request for production set forth below to counsel for

21  Mozilla Corporation, DLA Piper LLP (US), Attn: Anthony Todaro, 701 Fifth Avenue, Suite 6900,

22  Seattle, Washington 98104-7029, anthony.todaro@dlapiper.com.   These requests are deemed

23  continuing under Rule 26 of the Federal Rules of Civil Procedure, and the responses and

24  production are to be supplemented promptly upon acquisition of further or additional information

25  or documents.

26  ///

DEFENDANT MOZILLA CORPORATION'S THIRD
SET OF REQUESTS FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

**DEFINITIONS AND INSTRUCTIONS**

**A.    Definitions**

The following definitions apply to each of the following requests and shall be deemed incorporated therein:

1.    The terms "you," "your," "yourself," and "Plaintiff" refer to Plaintiff Steve Teixeira.

2.    The term "You" refers to Plaintiff Steve Teixeira and anyone acting on your behalf.

3.    The term "Defendant" refers to Defendant Mozilla Corporation.

4.    The term "Defendants" refers to Mozilla Corporation, Mozilla Foundation, Laura Chambers, and Dani Chehak.

5.    The term "Complaint" refers to the Amended Complaint you filed in the Superior Court of Washington for King County, Case No. 24-2-14056-5 SEA on or about April 8, 2025.

6.    The terms "document" and "documents" are to be construed broadly and are defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 34(a) of the Federal Rules of Civil Procedure and Rule 1001 of the Federal Rules of Evidence. "Document" or "documents" includes, without limitation, any medium upon or by which information is or can be recorded, including but not limited to papers, books, letters, labels (and other identifying markings), e-mails, electronically-stored information, facsimile transmissions, notes, drafts, diaries, reports, analyses, studies, invoices, promotional literature, sales literature, profit projections, computer generated information, audits, checks, bank statements, calendars, records, correspondence, memoranda, notebooks, photographs, pictures, diagrams, graphs, charts, drawings and sketches, non-written material such as videotapes, audiotapes, tape recordings, CDs, and electronic and computer data compilations, translated, if indicated, into a reasonably usable format.

7.    The terms "referring," "relating to," and "concerning" include in whole or in part directly or indirectly, analyzing, containing, supporting, concerned with, connected with, dealing

DEFENDANT MOZILLA CORPORATION'S THIRD
SET OF REQUESTS FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

with, constituting, describing, relevant to or pertaining to the identified person, document or subject matter.

8.      The terms "communicate" and "communication" mean every manner or means of disclosure, transfer, or exchange, and every disclosure, transfer, or exchange of information, whether made or accomplished orally or by document, whether face-to-face, by telephone, mail, telex, facsimile, electronic mail, electronic message, personal delivery, social media, or otherwise without limitation.

9.      The terms "person" and "persons" any natural person, individual, corporation, proprietorship, partnership, association, joint venture, limited liability company, trust, company, firm, or other form of legal entity, organization, or arrangement.

10.     The word "all" includes "any"; the word "any" includes "all."

11.     The use of the terms "and," "or," and "and/or" should be construed conjunctively and disjunctively for the broadest possible meaning.

**B.      Instructions**

1.      Whenever appropriate to bring within the scope of these Requests for Production of Documents, information would lead to the discovery of relevant evidence, the singular form of a word shall also mean the plural.

2.      All references to "document" or "documents" are to those (a) in your possession, custody or control, or (b) under your control, though located elsewhere, including documents in the possession, custody or control of your attorneys, accountants, representatives, officers, employees, agents, or investigators.

3.      In the event that you object to any Requests for Production of Documents or any part thereof, you are requested to respond to all parts of such request to which such objection does not apply.

///

///

DEFENDANT MOZILLA CORPORATION'S THIRD
SET OF REQUESTS FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF - 3

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

4. Defendant requests that you respond to the requests below consistent with any order entered in the above-captioned action governing the production of electronically-stored information.

5. Each request set forth should be construed independently, and not in reference to any other request for purposes of limitation, unless otherwise expressly stated.

## **REQUESTS FOR PRODUCTION**

**Request for Production No. 24:**

All documents you provided to Dr. Liliya McLean in her capacity as your expert witness in this action.

**Request for Production No. 25:**

All documents reflecting your retention of Stokes Lawrence, P.S. to represent you in your claims against Mozilla Corporation, Laura Chambers, and/or Dani Chehak, including but not limited to engagement letters, fee agreements, fee statements, billing records, invoices, receipts, and proof of payment.

Dated this 11th day of August, 2025.

DLA PIPER LLP (US)

*s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: 206.839.4800
Fax: 206.839.4801
E-mail: anthony.todaro@us.dlapiper.com
*Attorneys for Defendants MOZILLA*
*CORPORATION a.k.a M.F. TECHNOLOGIES,*
*LAURA CHAMBERS, and DANI CHEHAK*

DEFENDANT MOZILLA CORPORATION'S THIRD
SET OF REQUESTS FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF - 4

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on August 11, 2025, I caused a true and correct copy of the foregoing

3   document to be served on the parties listed below in the manner indicated:

| | |
|---|---|
| Mathew L. Harrington<br>Amy K. Alexander<br>Maricarmen Perez-Vargas<br>STOKES LAWRENCE, P.S.<br>1420 5th Avenue, 30th Floor<br>Seattle, WA 98101<br>E-mail: mathew.harrington@stokeslaw.com<br>     amy.alexander@stokeslaw.com<br>     maricarmen.perez-<br>     vargas@stokeslaw.com<br>     sarah.armon@stokeslaw.com<br>     anna.armitage@stokeslaw.com<br>     laura.smith@stokeslaw.com<br><br>*Attorneys for Plaintiff Steve Teixeira* | ☐  Via Hand Delivery<br><br>☐  Via U.S. Mail<br><br>☒  Via E-mail<br><br>☐  Via the Court's<br>    E-Service Device |
| Darren Feider<br>Beth Touschner<br>SEBRIS BUSTO JAMES P.S.<br>15375 SE 30th Pl., Suite 310<br>Bellevue, Washington 98007<br>E-mail: dfeider@sbj.law<br>     legalassistant@sbj.law<br>     kmarchenko@sbj.law<br>     btouschner@sbj.law<br><br>*Attorneys for Defendant Mozilla<br>Foundation* | ☐  Via Hand Delivery<br><br>☐  Via U.S. Mail<br><br>☒  Via E-mail<br><br>☐  Via the Court's<br>    E-Service Device |
| Daniel M. Weiskopf<br>MCNAUL EBEL NAWROT & HELGREN<br>PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>E-mail: dweiskopf@mcnaul.com<br>     tdo@mcnaul.com<br>     rredmond@mcnaul.com<br>     mmonkress@mcnaul.com<br>     jhickman@mcnaul.com<br><br><br>*Attorneys for Defendant Winifred Mitchell<br>Baker* | ☐  Via Hand Delivery<br><br>☐  Via U.S. Mail<br><br>☒  Via E-mail<br><br>☐  Via the Court's<br>    E-Service Device |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DEFENDANT MOZILLA CORPORATION'S THIRD
SET OF REQUESTS FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF - 5

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1    I declare under penalty of perjury under the laws of the State of California that the

2 foregoing is true and correct.

3    Dated this 11th day of August, 2025.

4                                          *s/ Debbie Blum*
                                          Debbie Blum, Legal Administrative Assistant
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT MOZILLA CORPORATION'S THIRD
SET OF REQUESTS FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF - 6

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800