Exhibit 3

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>    Defendants. | Case No.: 2:24-cv-01032-RAJ<br><br>**DEFENDANT MOZILLA CORPORATION'S SECOND SET OF REQUESTS FOR ADMISSION TO PLANTIFF** |

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendant Mozilla Corporation ("Mozilla") by and through its undersigned counsel of record, serve the following Second Set of Requests for Admission ("Requests") to Plaintiff Steve Teixeira. You are directed to provide a written response to each request for admission set forth below, within **thirty (30) days**, to counsel for Mozilla Corporation, DLA Piper LLP (US), Attn: Anthony Todaro, 701 Fifth Avenue, Suite 6900, Seattle, Washington 98104-7029, anthony.todaro@dlapiper.com. These requests are deemed continuing under Rule 26 of the Federal Rules of Civil Procedure, and the responses and production are to be supplemented promptly upon acquisition of further or additional information or documents.

DEFENDANT MOZILLA CORPORATION'S
SECOND SET OF REQUESTS FOR ADMISSION
TO PLANTIFF - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

**DEFINITIONS AND INSTRUCTIONS**

A. **Definitions**

Throughout these Requests, including the definition of terms, the singular number includes the plural and the plural number includes the singular; the conjunctive (terms connected by "and") includes the disjunctive (terms connected by "or") and the disjunctive includes the conjunctive; words used in the masculine gender include the feminine and words used in the feminine gender include the masculine; the present tense includes the past tense and the past tense includes the present tense, unless the clear meaning indicates otherwise. Wherever the word "including" appears, the meaning is "including, but not limited to."

As used throughout these discovery requests, the following definitions apply to each of the following requests and shall be deemed incorporated therein:

1. The terms "you," "your," "yourself," and "Plaintiff" refer to Plaintiff Steve Teixeira.

2. The term "You" refers to Plaintiff Steve Teixeira and anyone acting on your behalf.

3. The term "Defendant" refers to Defendant Mozilla Corporation.

4. The term "Defendants" refers to Mozilla Corporation, Mozilla Foundation, Laura Chambers, and Dani Chehak.

5. The term "Complaint" refers to the Complaint you filed in the Superior Court of Washington for King County, Case No. 24-2-14056-5 SEA on or about June 24, 2024.

6. The terms "referring," "relating to," and "concerning" include in whole or in part directly or indirectly, analyzing, containing, supporting, concerned with, connected with, dealing with, constituting, describing, relevant to or pertaining to the identified person, document or subject matter.

7. The terms "communicate" and "communication" mean every manner or means of disclosure, transfer, or exchange, and every disclosure, transfer, or exchange of information, whether made or accomplished orally or by document, whether face-to-face, by telephone, mail,

DEFENDANT MOZILLA CORPORATION'S
SECOND SET OF REQUESTS FOR ADMISSION
TO PLANTIFF - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

telex, facsimile, electronic mail, electronic message, personal delivery, social media, or otherwise without limitation.

8. The terms "person" and "persons" includes any natural person, individual, corporation, proprietorship, partnership, association, joint venture, limited liability company, trust, company, firm, or other form of legal entity, organization, or arrangement.

9. The terms "document" and "documents" are to be construed broadly and are defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 34(a) of the Federal Rules of Civil Procedure and Rule 1001 of the Federal Rules of Evidence. "Document" or "documents" includes, without limitation, any medium upon or by which information is or can be recorded, including but not limited to papers, books, letters, labels (and other identifying markings), e-mails, electronically-stored information, facsimile transmissions, notes, drafts, diaries, reports, analyses, studies, invoices, promotional literature, sales literature, profit projections, computer generated information, audits, checks, bank statements, calendars, records, correspondence, memoranda, notebooks, photographs, pictures, diagrams, graphs, charts, drawings and sketches, non-written material such as videotapes, audiotapes, tape recordings, CDs, and electronic and computer data compilations, translated, if indicated, into a reasonably usable format.

10. The word "all" includes "any"; the word "any" includes "all."

11. The terms "and," "or," and "and/or" should not be interpreted to exclude any information from any answer or response. The terms should therefore be construed conjunctively and disjunctively for the broadest possible meaning to prevent such exclusion.

12. "Identify" when used in reference to a natural person, means to state to the fullest extent possible: (a) his or her full name; (b) any aliases used by that person; (c) present or last known home and business telephone numbers; (d) present or last known address; (e) electronic mail address; (f) employer; (g) the present or last known place of employment; and (h) position of employment. Once a person has been identified in accordance with this subparagraph, only the

DEFENDANT MOZILLA CORPORATION'S
SECOND SET OF REQUESTS FOR ADMISSION
TO PLANTIFF - 3

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

name of that person need be listed in response to subsequent discovery requesting identification of that person.

13. "Identify" when used in reference to an entity other than a natural person, means to state to the fullest extent possible: (a) its full name; (b) telephone number; (c) the nature of its organization, including the name of the state under which same was organized; (d) its physical address(es); (e) its electronic mail address; and (f) the address of its principal place of business.

14. "Identify" when used in reference to Facts or Events means to describe the fact or event with reasonable particularity and to identify each person believed to have knowledge relating to the fact or event and each document that relates or refers to the fact or event.

15. "Identify" when used in reference to Documents means to give information describing the (i) type of document; (ii) general subject matter of the document; (iii) date of the document; and (iv) author(s), addresses, and recipient(s) of the document.

**B.     Instructions**

1. You have been served with Requests for Admission. These Requests must be admitted, denied, or objected to. Be advised that the matters contained herein shall be deemed admitted unless we are served a written answer or objection addressed to the matter signed by you, or by your attorney, within thirty (30) days after the date of service of these Requests upon you. Pursuant to Civil Rules 26 and 36, you are directed to provide a written response to these Requests to counsel for Mozilla Corporation, Attn: Anthony Todaro, at the offices of DLA Piper LLP (US), 701 Fifth Avenue, Suite 6900, Seattle, Washington 98104-7029, anthony.todaro@dlapiper.com. Failure to respond within thirty (30) days after service of these requests will result in the requests being deemed admitted.

2. An evasive or incomplete answer is deemed to be a failure to answer.

3. If in answering these Requests you encounter any ambiguities construing either a question, instruction, or definition, set forth the matter you deemed ambiguous and the construction you used in answering.

DEFENDANT MOZILLA CORPORATION'S
SECOND SET OF REQUESTS FOR ADMISSION
TO PLANTIFF - 4

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7044 | Tel: 206.839.4800

4.  If an objection is stated with respect to a portion of a Request, the remaining portion of the Request is to be answered notwithstanding the objection. If you object to the scope or time period of a Request, the objection is to be stated, and the Request answered for the scope and time period which you believe is appropriate.

5.  Following the service of your answers to these Requests, you are subject to the duty of supplementation imposed by Rule 26(e). Additionally, these Requests are continuing and continuously renewed until the time of trial. Therefore, if and when you obtain any information that materially affects any answer to these Requests, you must promptly supplement and update your answer.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 24:**

Admit that in early 2024 you were aware Mozilla Corporation conducted a disparate impact study prior to executing the reduction-in-force known as Project Kodak.

**REQUEST FOR ADMISSION NO. 25:**

Admit that in early 2024 you were aware that the disparate impact study Mozilla Corporation conducted prior to executing the reduction-in-force known as Project Kodak concluded there would be no disparate impact.

**REQUEST FOR ADMISSION NO. 26:**

Admit that, as an at will employee, Mozilla Corporation was entitled to terminate your employment for any non-discriminatory reason.

///
///
///
///
///
///

DEFENDANT MOZILLA CORPORATION'S
SECOND SET OF REQUESTS FOR ADMISSION
TO PLANTIFF - 5

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1   Dated this 11th day of August, 2025.

2                                            DLA PIPER LLP (US)

3                                            *s/ Anthony Todaro*
4                                            Anthony Todaro, WSBA No. 30391
                                             701 Fifth Avenue, Suite 6900
5                                            Seattle, Washington 98104-7029
                                             Tel: 206.839.4800
6                                            Fax: 206.839.4801
                                             E-mail:  anthony.todaro@us.dlapiper.com
7
                                             *Attorneys for Defendants MOZILLA*
8                                            *CORPORATION a.k.a M.F. TECHNOLOGIES,*
                                             *LAURA CHAMBERS, and DANI CHEHAK*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I caused a true and correct copy of the foregoing document to be served on the parties listed below in the manner indicated:

| Party | Method |
|---|---|
| Mathew L. Harrington<br>Amy K. Alexander<br>Maricarmen Perez-Vargas<br>STOKES LAWRENCE, P.S.<br>1420 5th Avenue, 30th Floor<br>Seattle, WA 98101<br>E-mail: mathew.harrington@stokeslaw.com<br>amy.alexander@stokeslaw.com<br>maricarmen.perez-vargas@stokeslaw.com<br>sarah.armon@stokeslaw.com<br>anna.armitage@stokeslaw.com<br>laura.smith@stokeslaw.com<br><br>*Attorneys for Plaintiff Steve Teixeira* | ☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☒ Via E-mail<br>☐ Via the Court's E-Service Device |
| Darren Feider<br>Beth Touschner<br>SEBRIS BUSTO JAMES P.S.<br>15375 SE 30th Pl., Suite 310<br>Bellevue, Washington 98007<br>E-mail: dfeider@sbj.law<br>legalassistant@sbj.law<br>kmarchenko@sbj.law<br>btouschner@sbj.law<br><br>*Attorneys for Defendant Mozilla Foundation* | ☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☒ Via E-mail<br>☐ Via the Court's E-Service Device |
| Daniel M. Weiskopf<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>E-mail: dweiskopf@mcnaul.com<br>tdo@mcnaul.com<br>rredmond@mcnaul.com<br>mmonkress@mcnaul.com<br>jhickman@mcnaul.com<br><br>*Attorneys for Defendant Winifred Mitchell Baker* | ☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☒ Via E-mail<br>☐ Via the Court's E-Service Device |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 11th day of August, 2025.

*s/ Debbie Blum*
Debbie Blum, Legal Administrative Assistant

DEFENDANT MOZILLA CORPORATION'S
SECOND SET OF REQUESTS FOR ADMISSION
TO PLANTIFF - 8

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800