Exhibit 4

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE

9   STEVE TEIXEIRA,                          Case No. 2:24-cv-1032

10                    Plaintiff,             **DEFENDANT DANI CHEHAK'S
                                             FIRST SET OF
11        v.                                 INTERROGATORIES TO
    MOZILLA CORPORATION a.k.a. M.F.          PLAINTIFF**
12  Technologies, a California corporation;
    MOZILLA FOUNDATION, a California public
13  benefit corporation; LAURA CHAMBERS and
    her marital community; WINIFRED MITCHELL
14  BAKER and her marital community, and DANI
    CHEHAK and her marital community.
15
                      Defendants.
16

17        Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Dani Chehak

18  requires that, within thirty (30) days of service of these interrogatories, Plaintiff Steve Teixeira

19  respond to each interrogatory set forth below to counsel for Mozilla Corporation, DLA Piper LLP

20  (US), Attn: Anthony Todaro, 701 Fifth Avenue, Suite 6900, Seattle, Washington 98104-7029,

21  anthony.todaro@dlapiper.com.  These interrogatories are deemed continuing under Rule 26 of the

22  Federal Rules of Civil Procedure, and the responses are to be supplemented promptly upon

23  acquisition of further or additional information.

24
25
26

**DEFINITIONS AND INSTRUCTIONS**

**A.    Definitions**

The following definitions apply to each of the following requests and shall be deemed incorporated therein:

1.      The terms "you," "your," "yourself," and "Plaintiff" refer to Plaintiff Steve Teixeira.

2.      The term "You" refers to Plaintiff Steve Teixeira and anyone acting on your behalf.

3.      The term "Defendant" refers to Defendant Dani Chehak.

4.      The term "Defendants" refers to Mozilla Corporation, Mozilla Foundation, Laura Chambers, and Dani Chehak.

5.      The term "Complaint" refers to the Amended Complaint you filed in the Superior Court of Washington for King County, Case No. 24-2-14056-5 SEA on or about April 8, 2025.

6.      The terms "referring," "relating to," and "concerning" include in whole or in part directly or indirectly, analyzing, containing, supporting, concerned with, connected with, dealing with, constituting, describing, relevant to or pertaining to the identified person, document or subject matter.

7.      The terms "communicate" and "communication" mean every manner or means of disclosure, transfer, or exchange, and every disclosure, transfer, or exchange of information, whether made or accomplished orally or by document, whether face-to-face, by telephone, mail, telex, facsimile, electronic mail, electronic message, personal delivery, social media, or otherwise without limitation.

8.      The terms "person" and "persons" includes any natural person, individual, corporation, proprietorship, partnership, association, joint venture, limited liability company, trust, company, firm, or other form of legal entity, organization, or arrangement.

9.      The terms "document" and "documents" are to be construed broadly and are defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 34(a) of the Federal Rules of Civil Procedure and Rule 1001 of the Federal Rules of Evidence.

"Document" or "documents" includes, without limitation, any medium upon or by which information is or can be recorded, including but not limited to papers, books, letters, labels (and other identifying markings), e-mails, electronically-stored information, facsimile transmissions, notes, drafts, diaries, reports, analyses, studies, invoices, promotional literature, sales literature, profit projections, computer generated information, audits, checks, bank statements, calendars, records, correspondence, memoranda, notebooks, photographs, pictures, diagrams, graphs, charts, drawings and sketches, non-written material such as videotapes, audiotapes, tape recordings, CDs, and electronic and computer data compilations, translated, if indicated, into a reasonably usable format.

10. The word "all" includes "any"; the word "any" includes "all."

11. The use of the terms "and," "or," and "and/or" should be construed conjunctively and disjunctively for the broadest possible meaning.

12. "Identify" when used in reference to a natural person, means to state to the fullest extent possible: (a) his or her full name; (b) any aliases used by that person; (c) present or last known home and business telephone numbers; (d) present or last known address; (e) electronic mail address; (f) employer; and (g) position of employment.

13. "Identify" when used in reference to an entity other than a natural person, means to state to the fullest extent possible: (a) its full name; (b) telephone number; (c) the nature of its organization, including the name of the state under which same was organized; (d) its physical address(es); (e) its electronic mail address; and (f) the address of its principal place of business.

**B.    Instructions**

1. Whenever appropriate to bring within the scope of these interrogatories, information would lead to the discovery of relevant evidence, the singular form of a word shall also mean the plural.

2. All references to "document" or "documents" are to those (a) in your possession, custody or control, or (b) under your control, though located elsewhere, including documents in

the possession, custody or control of your attorneys, accountants, representatives, officers, employees, agents, or investigators.

3.      In the event that you object to any interrogatory or any part thereof, you are requested to respond to all parts of such request to which such objection does not apply.

4.      Defendant requests that you produce the documents requested below consistent with any order entered in the above-captioned action governing the production of electronically-stored information.

5.      Each request set forth should be construed independently, and not in reference to any other request for purposes of limitation, unless otherwise expressly stated.

## **INTERROGATORIES**

**Interrogatory No. 1:**

For each job application you have submitted since your termination from Mozilla Corporation, state the name of the company, the position you applied for, the salary range for the position, the date of your application, the date(s) of any interviews you were offered or attended, and whether you received an offer of employment.

**Interrogatory No. 2:**

If you have consulted with or sought the services of any employment-related professionals, including but not limited to executive recruiters, job search consultants, or career coaches, state the name of the professional, date of engagement, and the nature of the services provided.

Dated this 19th day of September, 2025.

DLA PIPER LLP (US)

*s/ Anthony Todaro*

Anthony Todaro, WSBA No. 30391
*s/ Mandy Chan*
Mandy Chan, CA No. 305602 (Admitted Pro Hac Vice)

701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: 206.839.4800
Fax: 206.839.4801
E-mail:  anthony.todaro@us.dlapiper.com
E-mail:  mandy.chan@us.dlapiper.com

*Attorneys for Defendants MOZILLA*
*CORPORATION a.k.a M.F. TECHNOLOGIES,*
*LAURA CHAMBERS, and DANI CHEHAK*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2025, I caused a true and correct copy of the foregoing document to be served on the parties listed below in the manner indicated:

| | |
|---|---|
| Mathew L. Harrington<br>Amy K. Alexander<br>Maricarmen Perez-Vargas<br>STOKES LAWRENCE, P.S.<br>1420 5th Avenue, 30th Floor<br>Seattle, WA 98101<br>E-mail: mathew.harrington@stokeslaw.com<br>amy.alexander@stokeslaw.com<br>Maricarmen.Perez-Vargas@stokeslaw.com<br>sarah.armon@stokeslaw.com<br>anna.armitage@stokeslaw.com<br>laura.smith@stokeslaw.com<br><br>*Attorneys for Plaintiff Steve Teixeira* | ☐ Via Hand Delivery<br><br>☐ Via U.S. Mail<br><br>☒ Via E-mail<br><br>☐ Via the Court's<br>E-Service Device |
| Darren Feider<br>Beth Touschner<br>SEBRIS BUSTO JAMES P.S.<br>15375 SE 30th Pl., Suite 310<br>Bellevue, Washington 98007<br>E-mail: dfeider@sbj.law<br>epruzinsky@sbj.law<br>kmarchenko@sbj.law<br>btouschner@sbj.law<br><br>*Attorneys for Defendant Mozilla Foundation* | ☐ Via Hand Delivery<br><br>☐ Via U.S. Mail<br><br>☒ Via E-mail<br><br>☐ Via the Court's<br>E-Service Device |
| Daniel M. Weiskopf<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>E-mail: dweiskopf@mcnaul.com<br>tdo@mcnaul.com<br><br>*Attorneys for Defendant Winifred Mitchell Baker* | ☐ Via Hand Delivery<br><br>☐ Via U.S. Mail<br><br>☒ Via E-mail<br><br>☐ Via the Court's<br>E-Service Device |

1        I declare under penalty of perjury under the laws of the state of Washington that the

2  foregoing is true and correct.

3        Dated this 19th day of September, 2025.

*s/ Sona Tashchyan*
Sona Tashchyan, Legal Executive Assistant

THE HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8
9

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>                 Plaintiff,<br><br>   v.<br><br>MOZILLA CORPORATION a.k.a. M.F.<br>Technologies, a California corporation;<br>MOZILLA FOUNDATION, a California public<br>benefit corporation; LAURA CHAMBERS and<br>her marital community; WINIFRED MITCHELL<br>BAKER and her marital community, and DANI<br>CHEHAK and her marital community.<br><br>                 Defendants. | Case No. 2:24-cv-01032-RAJ<br><br>**DEFENDANT LAURA<br>CHAMBERS' THIRD SET OF<br>INTERROGATORIES TO<br>PLAINTIFF** |

10
11
12
13
14
15
16
17

      Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Laura Chambers

18  requires that, within thirty (30) days of service of these interrogatories, Plaintiff Steve Teixeira

19  respond to each interrogatory set forth below to counsel for Mozilla Corporation, DLA Piper LLP

20  (US), Attn: Anthony Todaro, 701 Fifth Avenue, Suite 6900, Seattle, Washington 98104-7029,

21  anthony.todaro@dlapiper.com.  These interrogatories are deemed continuing under Rule 26 of the

22  Federal Rules of Civil Procedure, and the responses are to be supplemented promptly upon

23  acquisition of further or additional information.

24  ///

25  ///

26

## DEFINITIONS AND INSTRUCTIONS

### A.    Definitions

The following definitions apply to each of the following requests and shall be deemed incorporated therein:

1.    The terms "you," "your," "yourself," and "Plaintiff" refer to Plaintiff Steve Teixeira.

2.    The term "You" refers to Plaintiff Steve Teixeira and anyone acting on your behalf.

3.    The term "Defendant" refers to Defendant Laura Chambers.

4.    The term "Defendants" refers to Mozilla Corporation, Mozilla Foundation, Laura Chambers, and Dani Chehak.

5.    The term "Complaint" refers to the Amended Complaint you filed in the Superior Court of Washington for King County, Case No. 24-2-14056-5 SEA on or about April 8, 2025.

6.    The terms "referring," "relating to," and "concerning" include in whole or in part directly or indirectly, analyzing, containing, supporting, concerned with, connected with, dealing with, constituting, describing, relevant to or pertaining to the identified person, document or subject matter.

7.    The terms "communicate" and "communication" mean every manner or means of disclosure, transfer, or exchange, and every disclosure, transfer, or exchange of information, whether made or accomplished orally or by document, whether face-to-face, by telephone, mail, telex, facsimile, electronic mail, electronic message, personal delivery, social media, or otherwise without limitation.

8.    The terms "person" and "persons" includes any natural person, individual, corporation, proprietorship, partnership, association, joint venture, limited liability company, trust, company, firm, or other form of legal entity, organization, or arrangement.

9.    The terms "document" and "documents" are to be construed broadly and are defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 34(a)

of the Federal Rules of Civil Procedure and Rule 1001 of the Federal Rules of Evidence. "Document" or "documents" includes, without limitation, any medium upon or by which information is or can be recorded, including but not limited to papers, books, letters, labels (and other identifying markings), e-mails, electronically-stored information, facsimile transmissions, notes, drafts, diaries, reports, analyses, studies, invoices, promotional literature, sales literature, profit projections, computer generated information, audits, checks, bank statements, calendars, records, correspondence, memoranda, notebooks, photographs, pictures, diagrams, graphs, charts, drawings and sketches, non-written material such as videotapes, audiotapes, tape recordings, CDs, and electronic and computer data compilations, translated, if indicated, into a reasonably usable format.

10.    The word "all" includes "any"; the word "any" includes "all."

11.    The use of the terms "and," "or," and "and/or" should be construed conjunctively and disjunctively for the broadest possible meaning.

12.    "Identify" when used in reference to a natural person, means to state to the fullest extent possible: (a) his or her full name; (b) any aliases used by that person; (c) present or last known home and business telephone numbers; (d) present or last known address; (e) electronic mail address; (f) employer; and (g) position of employment.

13.    "Identify" when used in reference to an entity other than a natural person, means to state to the fullest extent possible: (a) its full name; (b) telephone number; (c) the nature of its organization, including the name of the state under which same was organized; (d) its physical address(es); (e) its electronic mail address; and (f) the address of its principal place of business.

**B.    <u>Instructions</u>**

1.    Whenever appropriate to bring within the scope of these interrogatories, information would lead to the discovery of relevant evidence, the singular form of a word shall also mean the plural.

///

2.      All references to "document" or "documents" are to those (a) in your possession, custody or control, or (b) under your control, though located elsewhere, including documents in the possession, custody or control of your attorneys, accountants, representatives, officers, employees, agents, or investigators.

3.      In the event that you object to any interrogatory or any part thereof, you are requested to respond to all parts of such request to which such objection does not apply.

4.      Defendant requests that you produce the documents requested below consistent with any order entered in the above-captioned action governing the production of electronically-stored information.

5.      Each request set forth should be construed independently, and not in reference to any other request for purposes of limitation, unless otherwise expressly stated.

## INTERROGATORIES

**Interrogatory No. 22:**

If you have consulted with or sought treatment from any mental health professional other than Catherine Kuniyoshi, MD and Vickie Yang, MSW in the past 10 years, state the professional's name and dates of treatment.

**Interrogatory No. 23:**

State the names and specialties of all medical providers you have consulted with or sought treatment from in the past 10 years.

**Interrogatory No. 24:**

If you have participated in any peer support groups or therapy groups for purposes of mental health or emotional wellness in the past 10 years, state the name of the group and dates of participation.

**Interrogatory No. 25:**

If you have sought emotional well-being advice, including advice for stress, anxiety, grief, burnout, or navigating life challenges, from any professional, including but not limited to clergy or life coaches, state the name of the professional and dates of consultation.

Dated this 19th day of September, 2025.

DLA PIPER LLP (US)

*s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
*s/ Mandy Chan*
Mandy Chan, CA No. 305602 (Admitted Pro Hac Vice)
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: 206.839.4800
Fax: 206.839.4801
E-mail: anthony.todaro@us.dlapiper.com
E-mail: mandy.chan@us.dlapiper.com

*Attorneys for Defendants MOZILLA CORPORATION a.k.a M.F. TECHNOLOGIES, LAURA CHAMBERS, and DANI CHEHAK*

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on September 19, 2025, I caused a true and correct copy of the

3  foregoing document to be served on the parties listed below in the manner indicated:

4

| Mathew L. Harrington<br>Amy K. Alexander<br>Maricarmen Perez-Vargas<br>STOKES LAWRENCE, P.S.<br>1420 5th Avenue, 30th Floor<br>Seattle, WA 98101<br>E-mail: mathew.harrington@stokeslaw.com<br>     amy.alexander@stokeslaw.com<br>     maricarmen.perez-<br>     vargas@stokeslaw.com<br>     sarah.armon@stokeslaw.com<br>     anna.armitage@stokeslaw.com<br>     laura.smith@stokeslaw.com<br><br>*Attorneys for Plaintiff Steve Teixeira* | ☐   Via Hand Delivery<br><br>☐   Via U.S. Mail<br><br>☒   Via E-mail<br><br>☐   Via the Court's<br>     E-Service Device |
|---|---|
| Darren Feider<br>Beth Touschner<br>SEBRIS BUSTO JAMES P.S.<br>15375 SE 30th Pl., Suite 310<br>Bellevue, Washington 98007<br>E-mail: dfeider@sbj.law<br>     legalassistant@sbj.law<br>     kmarchenko@sbj.law<br>     btouschner@sbj.law<br><br>*Attorneys for Defendant Mozilla*<br>*Foundation* | ☐   Via Hand Delivery<br><br>☐   Via U.S. Mail<br><br>☒   Via E-mail<br><br>☐   Via the Court's<br>     E-Service Device |
| Daniel M. Weiskopf<br>MCNAUL EBEL NAWROT & HELGREN<br>PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>E-mail: dweiskopf@mcnaul.com<br>     tdo@mcnaul.com<br>     rredmond@mcnaul.com<br>     mmonkress@mcnaul.com<br>     jhickman@mcnaul.com<br><br>*Attorneys for Defendant Winifred Mitchell*<br>*Baker* | ☐   Via Hand Delivery<br><br>☐   Via U.S. Mail<br><br>☒   Via E-mail<br><br>☐   Via the Court's<br>     E-Service Device |

1       I declare under penalty of perjury under the laws of the State of California that the

2  foregoing is true and correct.

3       Dated this 19th day of September, 2025.

4

                            *s/ Sona Tashchyan*

5                             Sona Tashchyan, Legal Executive Assistant

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>             Plaintiff,<br><br>      v.<br><br>MOZILLA CORPORATION a.k.a. M.F.<br>Technologies, a California corporation;<br>MOZILLA FOUNDATION, a California<br>public benefit corporation; LAURA<br>CHAMBERS and her marital community;<br>WINIFRED MITCHELL BAKER and her<br>marital community, and DANI CHEHAK and<br>her marital community,<br><br>             Defendants. | Case No.:  2:24-cv-01032-RAJ<br><br>**DEFENDANT MOZILLA<br>CORPORATION'S THIRD SET OF<br>REQUESTS FOR ADMISSION TO<br>PLANTIFF** |

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendant Mozilla

Corporation ("Mozilla") by and through its undersigned counsel of record, serve the following

Third Set of Requests for Admission ("Requests") to Plaintiff Steve Teixeira.  You are directed to

provide a written response to each request for admission set forth below, within **thirty (30) days**,

to counsel for Mozilla Corporation, DLA Piper LLP (US), Attn: Anthony Todaro, 701 Fifth

Avenue, Suite 6900, Seattle, Washington 98104-7029, anthony.todaro@dlapiper.com.   These

requests are deemed continuing under Rule 26 of the Federal Rules of Civil Procedure, and the

responses and production are to be supplemented promptly upon acquisition of further or

additional information or documents.

## DEFINITIONS AND INSTRUCTIONS

**A.    Definitions**

Throughout these Requests, including the definition of terms, the singular number includes the plural and the plural number includes the singular; the conjunctive (terms connected by "and") includes the disjunctive (terms connected by "or") and the disjunctive includes the conjunctive; words used in the masculine gender include the feminine and words used in the feminine gender include the masculine; the present tense includes the past tense and the past tense includes the present tense, unless the clear meaning indicates otherwise.  Wherever the word "including" appears, the meaning is "including, but not limited to."

As used throughout these discovery requests, the following definitions apply to each of the following requests and shall be deemed incorporated therein:

1.    The terms "you," "your," "yourself," and "Plaintiff" refer to Plaintiff Steve Teixeira.

2.    The term "You" refers to Plaintiff Steve Teixeira and anyone acting on your behalf.

3.    The term "Defendant" refers to Defendant Mozilla Corporation.

4.    The term "Defendants" refers to Mozilla Corporation, Mozilla Foundation, Laura Chambers, and Dani Chehak.

5.    The term "Complaint" refers to the Complaint you filed in the Superior Court of Washington for King County, Case No. 24-2-14056-5 SEA on or about June 24, 2024.

6.    The terms "referring," "relating to," and "concerning" include in whole or in part directly or indirectly, analyzing, containing, supporting, concerned with, connected with, dealing with, constituting, describing, relevant to or pertaining to the identified person, document or subject matter.

7.    The terms "communicate" and "communication" mean every manner or means of disclosure, transfer, or exchange, and every disclosure, transfer, or exchange of information, whether made or accomplished orally or by document, whether face-to-face, by telephone, mail,

DEFENDANT MOZILLA CORPORATION'S THIRD
SET OF REQUESTS FOR ADMISSION TO
PLANTIFF - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1    telex, facsimile, electronic mail, electronic message, personal delivery, social media, or otherwise

2    without limitation.

3        8.    The terms "person" and "persons" includes any natural person, individual,

4    corporation, proprietorship, partnership, association, joint venture, limited liability company, trust,

5    company, firm, or other form of legal entity, organization, or arrangement.

6        9.    The terms "document" and "documents" are to be construed broadly and are

7    defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 34(a)

8    of the Federal Rules of Civil Procedure and Rule 1001 of the Federal Rules of Evidence.

9    "Document" or "documents" includes, without limitation, any medium upon or by which

10   information is or can be recorded, including but not limited to papers, books, letters, labels (and

11   other identifying markings), e-mails, electronically-stored information, facsimile transmissions,

12   notes, drafts, diaries, reports, analyses, studies, invoices, promotional literature, sales literature,

13   profit projections, computer generated information, audits, checks, bank statements, calendars,

14   records, correspondence, memoranda, notebooks, photographs, pictures, diagrams, graphs, charts,

15   drawings and sketches, non-written material such as videotapes, audiotapes, tape recordings, CDs,

16   and electronic and computer data compilations, translated, if indicated, into a reasonably usable

17   format.

18       10.    The word "all" includes "any"; the word "any" includes "all."

19       11.    The terms "and," "or," and "and/or" should not be interpreted to exclude any

20   information from any answer or response.  The terms should therefore be construed conjunctively

21   and disjunctively for the broadest possible meaning to prevent such exclusion.

22       12.    "Identify" when used in reference to a natural person, means to state to the fullest

23   extent possible: (a) his or her full name; (b) any aliases used by that person; (c) present or last

24   known home and business telephone numbers; (d) present or last known address; (e) electronic

25   mail address; (f) employer; (g) the present or last known place of employment; and (h) position of

26   employment.  Once a person has been identified in accordance with this subparagraph, only the

DEFENDANT MOZILLA CORPORATION'S THIRD
SET OF REQUESTS FOR ADMISSION TO
PLANTIFF - 3

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

name of that person need be listed in response to subsequent discovery requesting identification of that person.

13.     "Identify" when used in reference to an entity other than a natural person, means to state to the fullest extent possible: (a) its full name; (b) telephone number; (c) the nature of its organization, including the name of the state under which same was organized; (d) its physical address(es); (e) its electronic mail address; and (f) the address of its principal place of business.

14.     "Identify" when used in reference to Facts or Events means to describe the fact or event with reasonable particularity and to identify each person believed to have knowledge relating to the fact or event and each document that relates or refers to the fact or event.

15.     "Identify" when used in reference to Documents means to give information describing the (i) type of document; (ii) general subject matter of the document; (iii) date of the document; and (iv) author(s), addresses, and recipient(s) of the document.

## B.     __Instructions__

1.     You have been served with Requests for Admission. These Requests must be admitted, denied, or objected to. Be advised that the matters contained herein shall be deemed admitted unless we are served a written answer or objection addressed to the matter signed by you, or by your attorney, within __thirty (30) days__ after the date of service of these Requests upon you. Pursuant to Civil Rules 26 and 36, you are directed to provide a written response to these Requests to counsel for Mozilla Corporation, Attn: Anthony Todaro, at the offices of DLA Piper LLP (US), 701 Fifth Avenue, Suite 6900, Seattle, Washington 98104-7029, anthony.todaro@dlapiper.com. Failure to respond within __thirty (30) days__ after service of these requests will result in the requests being deemed admitted.

2.     An evasive or incomplete answer is deemed to be a failure to answer.

3.     If in answering these Requests you encounter any ambiguities construing either a question, instruction, or definition, set forth the matter you deemed ambiguous and the construction you used in answering.

DEFENDANT MOZILLA CORPORATION'S THIRD
SET OF REQUESTS FOR ADMISSION TO
PLANTIFF - 4

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

4.    If an objection is stated with respect to a portion of a Request, the remaining portion of the Request is to be answered notwithstanding the objection.  If you object to the scope or time period of a Request, the objection is to be stated, and the Request answered for the scope and time period which you believe is appropriate.

5.    Following the service of your answers to these Requests, you are subject to the duty of supplementation imposed by Rule 26(e).  Additionally, these Requests are continuing and continuously renewed until the time of trial.  Therefore, if and when you obtain any information that materially affects any answer to these Requests, you must promptly supplement and update your answer.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 27:**

Admit that, in March 2024, you discussed with Catherine Kuniyoshi, MD your desire to step down from the Chief Product Officer position to a role that would be less demanding and less stressful.

**REQUEST FOR ADMISSION NO. 28:**

Admit that, in April 2024, you discussed with Vickie Yang, MSW your desire to reduce professional stressors as necessary to support your cancer recovery and in alignment with your personal values, including by transitioning into an individual contributor role and considering what to fill your life with after work becomes a smaller percentage.

**REQUEST FOR ADMISSION NO. 27:**

Admit that you have had general anxiety disorder since at least 2018.

**REQUEST FOR ADMISSION NO. 30:**

Admit that have been prescribed Lexapro medication since at least 2018.

**REQUEST FOR ADMISSION NO. 31:**

Admit that were diagnosed with major depressive disorder in 2021.

**REQUEST FOR ADMISSION NO. 32:**

Admit that you were diagnosed as no longer having major depressive order in June 2024.

DEFENDANT MOZILLA CORPORATION'S THIRD
SET OF REQUESTS FOR ADMISSION TO
PLANTIFF - 5

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1 | **REQUEST FOR ADMISSION NO. 33:**

2 |      Admit that the dosage of your prescription for Lexapro was lowered in July 2024.

3 |

4 | ///

5 | ///

6 | ///

7 | ///

8 | ///

9 | ///

10 |      Dated this 19th day of September, 2025.

11 |           DLA PIPER LLP (US)

12 |

          *s/ Anthony Todaro*

13 |           Anthony Todaro, WSBA No. 30391
          *s/ Mandy Chan*

14 |           Mandy Chan, CA No. 305602 (Admitted Pro Hac Vice)

15 |           701 Fifth Avenue, Suite 6900

16 |           Seattle, Washington 98104-7029
          Tel: 206.839.4800

17 |           Fax: 206.839.4801
          E-mail: anthony.todaro@us.dlapiper.com

18 |           E-mail: mandy.chan@us.dlapiper.com

19 |

20 |           *Attorneys for Defendants MOZILLA CORPORATION a.k.a M.F. TECHNOLOGIES, LAURA CHAMBERS, and DANI CHEHAK*

21 |

22 |

23 |

24 |

25 |

26 |

DEFENDANT MOZILLA CORPORATION'S THIRD
SET OF REQUESTS FOR ADMISSION TO
PLANTIFF - 6

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2025, I caused a true and correct copy of the foregoing document to be served on the parties listed below in the manner indicated:

| | |
|---|---|
| Mathew L. Harrington<br>Amy K. Alexander<br>Maricarmen Perez-Vargas<br>STOKES LAWRENCE, P.S.<br>1420 5th Avenue, 30th Floor<br>Seattle, WA 98101<br>E-mail: mathew.harrington@stokeslaw.com<br>amy.alexander@stokeslaw.com<br>maricarmen.perez-vargas@stokeslaw.com<br>sarah.armon@stokeslaw.com<br>anna.armitage@stokeslaw.com<br>laura.smith@stokeslaw.com<br><br>*Attorneys for Plaintiff Steve Teixeira* | ☐  Via Hand Delivery<br><br>☐  Via U.S. Mail<br><br>☒  Via E-mail<br><br>☐  Via the Court's<br>E-Service Device |
| Darren Feider<br>Beth Touschner<br>SEBRIS BUSTO JAMES P.S.<br>15375 SE 30th Pl., Suite 310<br>Bellevue, Washington 98007<br>E-mail: dfeider@sbj.law<br>legalassistant@sbj.law<br>kmarchenko@sbj.law<br>btouschner@sbj.law<br><br>*Attorneys for Defendant Mozilla Foundation* | ☐  Via Hand Delivery<br><br>☐  Via U.S. Mail<br><br>☒  Via E-mail<br><br>☐  Via the Court's<br>E-Service Device |
| Daniel M. Weiskopf<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>E-mail: dweiskopf@mcnaul.com<br>tdo@mcnaul.com<br>rredmond@mcnaul.com<br>mmonkress@mcnaul.com<br>jhickman@mcnaul.com<br><br>*Attorneys for Defendant Winifred Mitchell Baker* | ☐  Via Hand Delivery<br><br>☐  Via U.S. Mail<br><br>☒  Via E-mail<br><br>☐  Via the Court's<br>E-Service Device |

DEFENDANT MOZILLA CORPORATION'S THIRD
SET OF REQUESTS FOR ADMISSION TO
PLANTIFF - 7

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1

I declare under penalty of perjury under the laws of the State of California that the

2

foregoing is true and correct.

3

Dated this 19th day of September, 2025.

4

_s/ Sona Tashchyan_____

5

Sona Tashchyan, Legal Executive Assistant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT MOZILLA CORPORATION'S THIRD
SET OF REQUESTS FOR ADMISSION TO
PLANTIFF - 8

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800