Exhibit 7

| From: | Amy K. Alexander |
|---|---|
| To: | Chan, Mandy; Tashchyan, Sona; Mathew Harrington; Maricarmen Perez-Vargas; Sarah Armon; Anna Armitage; Laura Smith; dfeider@sbj.law; btouschner@sbj.law; kmarchenko@sbj.law; legalassistant@sbj.law; dweiskopf@mcnaul.com; rredmond@mcnaul.com; Tdo@mcnaul.com; mmonkress@mcnaul.com; jhickman@mcnaul.com |
| Cc: | Igbokwe, Danielle; Farkas, David; Todaro, Anthony; McFadden, Robert |
| Subject: | RE: Teixeira v. Mozilla Corporation et al // Case No. 2:24-cv-01032-RAJ |
| Date: | Wednesday, September 24, 2025 1:34:18 PM |
| Attachments: | image001.png |

Hello Mandy,

Thanks for your message. We agree that it does not make sense to proceed with Mr. Teixeira's unilaterally noted deposition on Monday given the pending motion to continue, our agreement to a three month continuance, and the significant discovery requests served by Mozilla on Friday. In the future, we invite you to reach out about scheduling to avoid this kind of issue.

We also want to be clear that Helen will sit for deposition only once. Given the court's unexpected discovery rulings which were pending during Mr. Teixeira's first deposition, we will agree for Mr. Teixeira to sit for a deposition one more time, provided that such deposition is limited to information and documents produced following his first deposition.

Mr. Teixeira is available on October 29. Helen Teixeira is available on October 27. We anticipate both depositions to be by remote means.

We have been pushing out production of medical records in tranches, and will continue to do so following Mozilla's clarification on September 19 of the documents it seeks. Mr. Teixeira has produced his complete therapy medical record and social work records except for therapy records for the period between 2018 and October 2021, which we will produce in the next week or so. He has no records pre-dating 2018. Please note that Plaintiff continues to maintain that most medical records we are compelled to produce are privileged under RCW 49.60.510. We will move in limine to exclude at trial any records from more than two years before Mozilla's first adverse action, and that don't relate (1) to the diagnosed injury, (2) to health care providers on which Mr. Teixeira does not rely; or (3) the disability at issue in Mr. Teixeira's allegation of disability discrimination.

We anticipate producing responsive medical documents in the next week. We will produce Mr. and Ms. Teixeira for deposition only one additional time. We will oppose efforts to depose either of them again, so Mozilla should ensure that it has time to review our production prior to depositions.

Sincerely,

**Amy K. Alexander** (she/her)
Attorney | Shareholder
**Stokes Lawrence, P.S.**

1420 Fifth Avenue, Suite 3000  |  Seattle, WA 98101-2393
Direct: 206.892.2161  |  Office: 206.626.6000
Amy.Alexander@stokeslaw.com  |  stokeslaw.com

*This message may be confidential and legally privileged. If you received this message in error, please inform the sender and then delete it.*

---

**From:** Chan, Mandy <Mandy.Chan@us.dlapiper.com>
**Sent:** Tuesday, September 23, 2025 7:33 PM
**To:** Tashchyan, Sona <sona.tashchyan@us.dlapiper.com>; Mathew Harrington <Mathew.Harrington@stokeslaw.com>; Amy K. Alexander <Amy.Alexander@stokeslaw.com>; Maricarmen Perez-Vargas <Maricarmen.Perez-Vargas@stokeslaw.com>; Sarah Armon <sarah.armon@stokeslaw.com>; Anna Armitage <Anna.Armitage@stokeslaw.com>; Laura Smith <Laura.Smith@stokeslaw.com>; dfeider@sbj.law; btouschner@sbj.law; kmarchenko@sbj.law; legalassistant@sbj.law; dweiskopf@mcnaul.com; rredmond@mcnaul.com; Tdo@mcnaul.com; mmonkress@mcnaul.com; jhickman@mcnaul.com
**Cc:** Igbokwe, Danielle <danielle.igbokwe@us.dlapiper.com>; Farkas, David <David.Farkas@us.dlapiper.com>; Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>; McFadden, Robert <robert.mcfadden@us.dlapiper.com>
**Subject:** RE: Teixeira v. Mozilla Corporation et al // Case No. 2:24-cv-01032-RAJ

Mat, Amy, Maricarmen,

We are following up on our correspondence of last Friday regarding outstanding discovery.  We noticed Mr. Teixeira's deposition for Monday, September 29, 2025, but are amenable to rescheduling to a mutually agreeable date after Plaintiff produces his medical records. Please provide your and Mr. Teixeira's availability. Thank you.

Best,
Mandy

## Mandy Chan-Lucero
Associate

T  +1 415 836 2589
F  +1 415 659 7499
mandy.chan@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Tashchyan, Sona <sona.tashchyan@us.dlapiper.com>
**Sent:** Friday, September 19, 2025 3:08 PM
**To:** mathew.harrington@stokeslaw.com; amy.alexander@stokeslaw.com; Maricarmen.Perez-Vargas@stokeslaw.com; sarah.armon@stokeslaw.com; anna.armitage@stokeslaw.com; laura.smith@stokeslaw.com; dfeider@sbj.law; btouschner@sbj.law; kmarchenko@sbj.law; legalassistant@sbj.law; dweiskopf@mcnaul.com; rredmond@mcnaul.com; Tdo@mcnaul.com; mmonkress@mcnaul.com; jhickman@mcnaul.com

**Cc:** Igbokwe, Danielle <danielle.igbokwe@us.dlapiper.com>; Farkas, David <David.Farkas@us.dlapiper.com>; Chan, Mandy <Mandy.Chan@us.dlapiper.com>; Todaro, Anthony <Anthony.Todaro@us.dlapiper.com>; McFadden, Robert <robert.mcfadden@us.dlapiper.com>
**Subject:** Teixeira v. Mozilla Corporation et al // Case No. 2:24-cv-01032-RAJ

Good afternoon,

Please find the attached letter and supporting documents of today's date.

Thank you,

**Sona Tashchyan**
Legal Executive Assistant Lead

---

T   +1 310 500 3421            **DLA Piper LLP (US)**
sona.tashchyan@us.dlapiper.com   2000 Avenue of the Stars
                                 Suite 400 North Tower
                                 Los Angeles, CA  90067-4704



dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.