HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

STEVE TEIXEIRA,

10                          Plaintiff,

11        v.

12  MOZILLA CORPORATION a.k.a. M.F.
   Technologies, a California corporation;
13  MOZILLA FOUNDATION, a California public
   benefit corporation; LAURA CHAMBERS and
14  her marital community; WINIFRED MITCHELL
   BAKER and her marital community, and DANI
15  CHEHAK and her marital community.

                            Defendants.

Case No. 2:24-cv-1032-RAJ

**DECLARATION OF MANDY CHAN
IN SUPPORT OF DEFENDANTS
MOZILLA CORPORATION a.k.a
M.F. TECHNOLOGIES, LAURA
CHAMBERS, AND DANI CHEHAK'S
REPLY IN SUPPORT OF SECOND
MOTION TO CONTINUE TRIAL
AND RELATED DEADLINES**

Hearing Date: October 1, 2025
Without Oral Argument

16
17
18
19
20
21
22
23
24
25
26

I, Mandy Chan, declare as follows:

    1.      I am an attorney admitted to practice in the State of California, an associate with

the law firm of DLA Piper LLP (US) and am counsel of record for Defendants MOZILLA

CORPORATION a.k.a M.F. TECHNOLOGIES ("Mozilla"), LAURA CHAMBERS, and DANI

CHEHAK (collectively, "Defendants"), and admitted *pro hac vice* in the above-captioned action.

I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could

and would testify competently to such facts under oath.

    2.      I submit this declaration in support of Defendants' Reply in Support of Second

Motion to Continue Trial and Related Deadlines.

    3.      On September 11, 2025, Plaintiff began producing the medical records the Court

DECLARATION OF MANDY CHAN ISO
DEFENDANTS' SECOND MOTION TO CONTINUE
TRIAL AND RELATED DEADLINES- 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

ordered him to produce at the August 26, 2025 discovery conference.

4.     On September 12, 2025 Plaintiff served a "Second Supplemental Expert Witness Disclosure" on Defendants. A true and correct copy of Plaintiff's disclosure is attached hereto as **Exhibit A**.

5.     On September 16, 2025, I met and conferred via Teams with Plaintiff's counsel regarding several discovery issues. During that meet-and-confer, Plaintiff's counsel sought to limit the scope of the medical records the Court had already ruled on. Request for Production No. 8 sought "[a]ll medical records that refer to treatment for [Plaintiff's] emotional distress". Request Nos. 9 & 10 sought "[a]ll medical records from August 1, 2019 to August 1, 2022," and "[a]ll medical records from March 1, 2024, to May 23, 2024, that relate to [Plaintiff's] ability to return to work following [his] cancer treatment," respectively. Defendants agreed to a temporal limit of ten years for Request for Production No. 8 only, but Plaintiff's counsel pushed for further limitations on all of Defendants' medical records requests, including limits on certain medical specialties and a narrower timeframe. I noted that Defendants did not have any information regarding Plaintiff's medical history, diagnoses, or treating providers, and—drawing on the Court's examples stated at the August 26, 2025 hearing (Tr. 40:12-14; 47:3-9)—I posited that if Plaintiff had a stress-induced ulcer that necessitated colonoscopic records, such records could potentially be relevant. I stated that, without information about Plaintiff's health conditions and treatment, it would be impossible to reasonably limit the scope of the requests.

6.     During that same meet-and-confer conversation, Plaintiff's counsel re-raised their proposal to agree to a three-month continuance on the condition that Defendants withdraw their opposition to Plaintiff's motion for leave to amend the complaint. I declined, noting that Defendants were not willing to withdraw their opposition to the motion for leave to amend the complaint and that three months was insufficient time to complete the necessary discovery. I told Plaintiff's counsel that if Plaintiff had a different offer that was not conditioned on Defendants' withdrawal of its opposition to Plaintiff's motion for leave to amend, I would take the offer to Defendants for consideration.

DECLARATION OF MANDY CHAN ISO
DEFENDANTS' SECOND MOTION TO CONTINUE
TRIAL AND RELATED DEADLINES - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

7.      On September 18, 2025, Defendants served objections to Plaintiff's supplemental expert disclosure. A true and correct copy of Defendants' objections is attached hereto as **<u>Exhibit B</u>**.

8.      Plaintiff's spouse, Helen Teixeira, was scheduled for deposition on September 19, 2025. On September 17, 2025, Plaintiff's counsel informed Defendants that due to a health issue, Ms. Teixeira would be unable to appear for deposition on September 19.

9.      On September 19, 2025, in light of the then-rapidly approaching discovery cutoff of September 29, 2025, Defendants served Plaintiff with a notice of his deposition for September 29, 2025, but noted that Defendants were amenable to taking Plaintiff's deposition shortly after the discovery cutoff on a mutually-agreeable date. A true and correct copy of Defendants' counsel's cover letter is attached hereto as **<u>Exhibit C</u>**. Defendants concurrently sent a letter, again setting forth their positions with respect to Defendants' Requests for Productions Nos. 8-10 and declining to further limit those requests.

10.     On September 24, 2025, Plaintiff's counsel provided availability for Plaintiff's deposition on October 29, 2025 and Ms. Teixeira's deposition on October 27, 2025. In the same email, Plaintiff's counsel also finally confirmed that Plaintiff would produce the medical records the Court ordered on August 26, 2025 to be produced. A true and correct copy of Plaintiff's counsel's email is attached hereto as **<u>Exhibit D</u>**.

11.     Since September 11, 2025, Plaintiff has made several productions containing his medical records, including: (i) September 11, 2025, a production of 17 files consisting of 97 pages; (ii) September 12, 2025, a production of 6 files consisting of 18 pages; (iii) September 24, 2025, a production of 2 files consisting of 121 pages; (iv) September 25, 2025, a production of 6 files consisting of 1,974 pages; and (v) September 30, 2025, a production of 11 files consisting of 614 pages. In total, Plaintiff has produced 44 files containing medical records consisting of 3,256 pages.

12.     Counsel for Plaintiff and counsel for Defendants have continued to meet and confer regarding the remaining discovery, and while Defendants' counsel continues to seek to meet and

DECLARATION OF MANDY CHAN ISO
DEFENDANTS' SECOND MOTION TO CONTINUE
TRIAL AND RELATED DEADLINES - 3

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

confer regarding the scope of each side's remaining discovery obligations, Plaintiff's counsel repeatedly accused Defendants of bad faith and dilatory tactics without any basis. Attached collectively as **Exhibit E** are true and correct copies of the parties' recent correspondence regarding discovery issues.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed at San Francisco, California on October 1, 2025.


DLA PIPER LLP (US)

*By: s/ Mandy Chan*
Mandy Chan, California State Bar No. 305602

DECLARATION OF MANDY CHAN ISO
DEFENDANTS' SECOND MOTION TO CONTINUE
TRIAL AND RELATED DEADLINES - 4

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties or their counsel of record.

Dated this 1st day of October, 2025.

*s/ Jenelle Barrett*
Jenelle Barrett, Legal Executive Assistant

DECLARATION OF MANDY CHAN ISO
DEFENDANTS' SECOND MOTION TO CONTINUE
TRIAL AND RELATED DEADLINES - 5

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800