**EXHIBIT A**

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>　　　　　Defendants. | Case No.: 2:24-CV-01032-RAJ<br><br>PLAINTIFF'S SECOND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(A)(2) |

## I. EXPERT DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiff Steve Teixeira ("Plaintiff") identifies the following individuals as expert witnesses who may testify at trial under Federal Rule of Evidence 702, 703, or 705:

1. Liliya McLean, PhD
   c/o Stokes Lawrence, P.S.
   1420 5th Ave., Suite 3000
   Seattle, WA 98101
   (206) 626-6000

PLAINTIFF'S SECOND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(2) - 1
60606-003

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

Dr. McLean is expected to give testimony regarding Plaintiff's performance in his role as Mozilla's Chief Product Officer, specifically with respect to his progress on projects related to generative AI ("GenAI") and social media. A copy of an initial report of Dr. McLean's expected testimony is attached hereto as **Exhibit A**. The disclosures and attachments required by Fed. R. Civ. P. 26 are include with Dr. McLean's report. As limited discovery has been conducted in this case, Plaintiff reserves the right to disclose a supplemental report from Dr. McLean after such time as additional facts related to this case have been disclosed and developed by the parties. Dr. McLean will be compensated at a rate of $250 per hour.

SUPPLEMENTAL DISCLSOURE: Dr. McLean amended her report on July 25, 2025. Her amended report is attached hereto as **Exhibit B**.

SECOND SUPPLEMENTAL DISCLOUSRE

2    Catherine Kuniyoshi, MD
Dr. Kuniyoshi and Associates
6716 Eastside Drive NE, Suite 1429
Tacoma, WA 98422

Plaintiff anticipates calling his treating psychiatrist, Catherine Kuniyoshi, under Fed. R. Civ. P. 26(a)(1)(A)(i) and 26(a)(2)(C), who is expected to testify regarding her medical records, examination, care, diagnosis, and treatment of Plaintiff, including facts and opinions held as a result of her treatment.

3    Vickie Yang, MSW
Fred Hutch Social Work
(206) 616-5569

Plaintiff anticipates calling treating social worker, Vickie Yang, under Fed. R. Civ. P. 26(a)(1)(A)(i) and 26(a)(2)(C), who is expected to testify regarding her social work services to Plaintiff, medical records, and facts and opinions held as a result of services delivered.

PLAINTIFF'S SECOND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(2) - 2
60606-003

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

## II. RESERVATIONS

Plaintiff reserves the right to supplement his expert disclosures as discovery continues.

Plaintiff reserves the right to consult with and retain the services of additional expert witnesses to testify on his behalf for purposes of impeachment and/or rebuttal.

Plaintiff reserves the right to substitute for the expert witnesses listed above should one or more become unavailable to testify at deposition or trial.

Plaintiff reserves the right to designate any expert designated by any other party to this action.

Plaintiff reserves the right to call as witnesses to testify on either lay or expert matters, or both, individuals who are employees or former employees of any party to this action and/or who may be called to testify under the Federal Code of Evidence, either live or through competent former testimony.

Plaintiff reserves the right to elicit expert testimony from qualified percipient witnesses.

In the event additional analysis is performed by any other person prior to trial, Plaintiff reserves the right to call as an expert witness the person performing such analysis. The name, address, qualifications, and general substances of the testimony of these witnesses will be provided to all other parties as soon as they are known to Plaintiff.

PLAINTIFF'S SECOND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(2) - 3
60606-003

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

DATED this 12th day of September, 2025.

STOKES LAWRENCE, P.S.

By: */s/Amy Alexander*
    Amy Alexander (WSBA #44242)
    Mathew Harrington (WSBA #33276)
    Maricarmen Perez-Vargas (WSBA # 54344)
    1420 Fifth Avenue, Suite 3000
    Seattle, WA 98101-2393
    Telephone: (206) 626-6000
    Fax: (206) 464-1496
    Amy.alexander@stokeslaw.com
    Mathew.Harrington@stokeslaw.com
    Maricarmen.Perez-Vargas@stokeslaw.com
    Attorneys for Plaintiff Steve Teixeira

PLAINTIFF'S SECOND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(2) - 4
60606-003

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I caused the foregoing *Plaintiff's Second Supplemental Expert Witness Disclosure Pursuant to Fed.R.Civ.P. 26(a)(2)* to be:

☒   Via e-mail to the following:

*Counsel for Mozilla Foundation*

Darren A. Feider
Beth Touschner
Sebris Busto James
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
dfeider@sbj.law
btouschner@sbj.law
kmarchenko@sbj.law
epruzinsky@sbj.law

*Counsel for Defendant Winifred Mitchell Baker*

Daniel M. Weiskopf
Richard W. Redmond
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, Washington 98101
dweiskopf@mcnaul.com
rredmond@mcnaul.com
tdo@mcnaul.com
jhickman@mcnaul.com
mmonkress@mcnaul.com

*Counsel for Defendants Mozilla Corporation, Laura Chambers and Dani Chehak*

Anthony Todaro
Danielle Igbokew
DLA Piper LLP
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Anthony.todaro@us.dlapiper.com
Danielle.igbokwe@us.dlapiper.com
todd.mobley@us.dlapiper.com
robert.mcfadden@us.dlapiper.com
jacey.brittle@us.dlapiper.com

David Farkas, Admitted Pro Hac Vice
DLA Piper LLP
2000 Avenue of the Stars, Suite 400, North Tower
Los Angeles, CA 90067
David.farkas@us.dlapiper.com

Mandy Chan, Admitted Pro Hac Vice
DLA Piper LLP
555 Mission Street, suite 2400
San Francisco, CA 94105
mandy.chan@us.dlapiper.com

/s/Anna Armitage
Anna Armitage, Practice Assistant

PLAINTIFF'S SECOND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(2) - 5
60606-003

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000