**EXHIBIT B**

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>               Plaintiff,<br><br>  v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community.<br><br>               Defendants. | Case No. 2:24-cv-01032-RAJ<br><br>**DEFENDANTS MOZILLA CORPORATION a.k.a M.F. TECHNOLOGIES, LAURA CHAMBERS, and DANI CHEHAK'S OBJECTIONS TO PLAINTIFF'S SECOND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(A)(2)** |

1  Defendants Mozilla Corporation a.k.a. M.F. Technologies, Laura Chambers, and Dani Chehak (hereinafter collectively referred to as "Defendants"), hereby object to Plaintiff's Second Supplemental Expert Witness Disclosure Pursuant to Fed. R. Civ. P. 26(a)(2) ("Supplemental Expert Disclosure"). Pursuant to the Court's August 19, 2024 Order Setting Trial Date and Related Dates, the deadline to disclose expert witnesses was April 9, 2025. ECF No. 16. That date was never continued by the Court. ECF No. 65.

Plaintiff's Supplemental Expert Disclosure, which was served on September 12, 2025, purporting to disclose two previously undisclosed expert witnesses, Catherine Kuniyoshi, MD and Vickie Yang, MSW, is untimely and prejudicial. *See* Fed. R. Civ. Proc. § 26(a)(2)(D). Moreover, the Supplemental Expert Disclosure does not comply with Rule 26 of Federal Rules of Civil Procedure in that it is unaccompanied by written reports for Mses. Kuniyoshi and Yang, as required under Rule 26(a)(2)(B) or, to the extent such reports were not required, does not provide the requisite summary of the facts and opinions to which those witnesses will purport to testify required under Rule 26(a)(2)(C). *Pineda v. City & Cnty. of San Francisco*, 280 F.R.D. 517, 523 (N.D. Cal. 2012). Defendants will therefore seek to exclude these witnesses from testifying at trial.

Dated this 18th day of September, 2025.

DLA PIPER LLP (US)

*s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: 206.839.4800
Fax: 206.839.4801
E-mail: anthony.todaro@us.dlapiper.com

*Attorneys for Defendants MOZILLA CORPORATION a.k.a M.F. TECHNOLOGIES, LAURA CHAMBERS, and DANI CHEHAK*

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2025, I caused a true and correct copy of the foregoing document to be served on the parties listed below in the manner indicated:

| Party | Method |
|---|---|
| Mathew L. Harrington<br>Amy K. Alexander<br>Maricarmen Perez-Vargas<br>STOKES LAWRENCE, P.S.<br>1420 5th Avenue, 30th Floor<br>Seattle, WA 98101<br>E-mail: mathew.harrington@stokeslaw.com<br>amy.alexander@stokeslaw.com<br>maricarmen.perez-vargas@stokeslaw.com<br>sarah.armon@stokeslaw.com<br>anna.armitage@stokeslaw.com<br>laura.smith@stokeslaw.com<br><br>*Attorneys for Plaintiff Steve Teixeira* | ☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☒ Via E-mail<br>☐ Via the Court's E-Service Device |
| Darren Feider<br>Beth Touschner<br>SEBRIS BUSTO JAMES P.S.<br>15375 SE 30th Pl., Suite 310<br>Bellevue, Washington 98007<br>E-mail: dfeider@sbj.law<br>legalassistant@sbj.law<br>kmarchenko@sbj.law<br>btouschner@sbj.law<br><br>*Attorneys for Defendant Mozilla Foundation* | ☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☒ Via E-mail<br>☐ Via the Court's E-Service Device |
| Daniel M. Weiskopf<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>E-mail: dweiskopf@mcnaul.com<br>tdo@mcnaul.com<br>rredmond@mcnaul.com<br>mmonkress@mcnaul.com<br>jhickman@mcnaul.com<br><br>*Attorneys for Defendant Winifred Mitchell Baker* | ☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☒ Via E-mail<br>☐ Via the Court's E-Service Device |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 18th day of September, 2025.

                                          *s/ Sona Tashchyan*
                                        Sona Tashchyan, Legal Administrative Assistant