HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>Plaintiff,<br><br>v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community.<br><br>Defendants. | Case No. 2:24-cv-1032-RAJ<br><br>**NOTICE OF ERRATA RE: MOZILLA DEFENDANTS' REPLY IN SUPPORT OF MOTION TO CONTINUE TRIAL AND RELATED DEADLINES** |

PLEASE TAKE NOTICE that Defendant Mozilla Corporation ("Mozilla,") Laura Chambers, and Dani Chehak (collectively, "Defendants") respectfully submit this Notice of Errata regarding Defendants' Reply in support of the Second Motion to Continue Trial and Related Deadlines (Dkt. 84), filed on October 01, 2025 ("Reply"), to make a correction to the Reply.

The Reply erroneously included the following sentence: "Whether or not the Court grants Plaintiff's Motion to add "psychiatric harm"—which for all of the reasons in Defendants' opposition to that Motion it should not—Defendants will need a continuance to: (i) receive and evaluate Plaintiff's medical records; (ii) receive documents from and depose Plaintiff's newly disclosed treating provider experts; (iii) search for and retain experts to evaluate and opine on Plaintiff's medical and psychiatric condition and prepare reports; (iv) conduct a further deposition of Plaintiff regarding the newly disclosed information and documents (the earliest date he offered

was October 29); and (v) notice and conduct a Rule 35 Independent Medical Evaluation of Plaintiff (which Plaintiff will likely oppose)." The sentence should be deleted and replaced with the following sentence: "Whether or not the Court grants Plaintiff's Motion to add "psychiatric harm"—which for all of the reasons in Defendants' opposition to that Motion it should not—Defendants need a continuance to: (i) evaluate Plaintiff's voluminous medical records production, which Plaintiff represented was complete—at 4:22 p.m.—the day this Reply was due; (ii) receive documents from and depose Plaintiff's newly disclosed treating provider experts; (iii) search for and retain experts to evaluate and opine on Plaintiff's medical and psychiatric condition and prepare reports; (iv) conduct a further deposition of Plaintiff regarding the newly disclosed information and documents (the earliest date he offered was October 29); and (v) notice and conduct a Rule 35 Independent Medical Evaluation of Plaintiff (which Plaintiff will likely oppose)."

Additionally, the Reply erroneously included the following sentence: "*First*, Plaintiff's medical records production is ongoing." The sentence should be deleted and replaced with the following sentence: "*First*, at 4:22pm today, Plaintiff stated their production was completed on September 30." Third, the Reply erroneously included the following sentence "Respectfully submitted this 30th day of October, 2025." The sentence should be deleted and replaced with the following sentence: "Respectfully submitted this 1st day of October, 2025." Lastly, the word count was also updated, from 2,079 words to 2,098 words, to reflect the current word count based on the above changes.

A courtesy copy of the corrected Reply is attached hereto as Exhibit A for the convenience of the Court and all counsel. The first change is on page 4, lines 16-23, the second change is on page 7, line 11, the third change is on page 9, line 23, and the word count update is on page 10, line 3. No other changes to the response were made.

1    Dated this 2nd day of October, 2025.

DLA PIPER LLP (US)

*By: s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
*By: s/ Danielle Igbokwe*
Danielle Igbokwe, WSBA No. 62714
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel:   206.839.4800
E-mail: anthony.todaro@us.dlapiper.com
E-mail: alexandria.cates@us.dlapiper.com
E-mail: danielle.igbokwe@us.dlapiper.com

David Farkas, CA No. 25713 (Admitted Pro Hac Vice)
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
E-mail: David.Farkas@us.dlapiper.com

AND

Mandy Chan, CA No. 305602 (Admitted Pro Hac Vice)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
E-mail: Mandy.Chan@us.dlapiper.com

*Attorneys for Defendants MOZILLA CORPORATION a.k.a M.F. TECHNOLOGIES, LAURA CHAMBERS, and DANI CHEHAK*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2nd, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties or their counsel of record.

Dated this 2nd day of October, 2025.

*s/ Jenelle Barrett*
Jenelle Barrett, Legal Executive Assistant