HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVE TEIXEIRA,

    Plaintiff,

v.

MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,

    Defendants.

Case No. 2:24-cv-1032-RAJ

ORDER PARTIALLY GRANTING MOTION TO CONTINUE TRIAL DATE AND RELATED DATES

THIS MATTER comes before the Court on the second motion of Defendants Mozilla Corporation ("Mozilla") and Laura Chambers and Dani Chehak (together, the "Individual Defendants," and collectively with Mozilla, "Defendants") to continue the trial date and all related deadlines in the above-captioned proceeding by approximately nine months (the "Motion," Dkt. # 75). Plaintiff Steve Teixeira filed a response to the Motion seeking a shorter continuance of three months (the "Response," Dkt. # 81), along with a declaration in support of the Response (Dkt. # 82). Defendants subsequently filed a reply

ORDER – 1

in support of the Motion (the "Reply," Dkt. # 84) and a declaration in support of the Reply (Dkt. # 85).  The Court, having reviewed the Motion, Response, Reply, and the supporting declarations, and upon good cause shown, **PARTIALLY GRANTS** the Motion.  Taking the Court's trial schedule into consideration, the trial date is reset for **June 8, 2026**.  The Clerk will enter a full case schedule based upon the amended trial date.

As a separate matter, the Court notes that both parties utilized footnotes in their submissions in support of or opposition to the Motion.  *See, e.g.*, Dkt. # 81 at 7 n.3 (footnoted paragraph in Plaintiff's response consuming more than half of the page); Dkt. # 84 at 5 n.2, 6–7 n.3 (footnotes in Defendants' Reply which, respectively, set forth a "string" citation and an argument attempting to distinguish case law cited by Plaintiff).  The Court strongly disfavors footnoted citations, as they serve as an end-run around page limits and formatting requirements dictated by the Local Rules.  *See* Local Civil Rules, W.D. Wash. LCR 7(e).  Moreover, several courts have observed that "citations are highly relevant in a legal brief" and including them in footnotes "makes brief-reading difficult."  *Wichansky v. Zowine*, 2014 WL 289924, at *1 n.1 (D. Ariz. Jan. 24, 2014); *see also Clark v. Louisville-Jefferson Cnty. Metro Gov't, Kentucky*, 2024 WL 56938, *3 (W.D. Ky. Jan. 4, 2024).  The Court strongly discourages the parties from footnoting their legal citations or arguments in any future submissions.  *See Kano v. Nat'l Consumer Co-op Bank*, 22 F.3d 899, 899–900 (9th Cir. 1994).

The Clerk is directed to enter a full case schedule based upon the amended trial date of June 8, 2026.

Dated this 23rd day of October, 2025.

 

The Honorable Richard A. Jones
United States District Judge

ORDER – 2