HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community.<br><br>　　　　　　Defendants. | Case No. 2:24-cv-1032-RAJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**NOTE FOR HEARING: December 30, 2025** |

The parties to this action, acting through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this entire action, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 30th day of December, 2025.

DLA PIPER LLP (US)

*By: s / Anthony Todaro*
Anthony Todaro (WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
anthony.todaro@us.dlapiper.com

*Attorneys for Defendants Mozilla Corporation, Laura Chambers, and Dani Chehak*

STOKES LAWRENCE, P.S.

By: *s/ Amy Alexander*
Amy Alexander (WSBA No. 44242)
Mathew Harrington (WSBA No. 33276)
Maricarmen Perez-Vargas (WSBA No. 54344)
1420 Fifth Avenue, Ste 3000
Seattle, WA 98101
Tele: 206-626-6000
Fax: 206-464-1496
Amy.alexander@stokeslaw.com
Mathew.harrington@stokeslaw.com
Maricarmen.Perez-Vargas@stokeslaw.com

*Attorneys For Plaintiff*

SEBRIS BUSTO JAMES

By: *s/ Elizabeth S. Touschner*
Darren A. Feider (WSBA No. 22430)
Elizabeth S. Touschner (WSBA No. 41062)
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tele: 425-454-4233
Fax: 425-453-9005
dfeider@sbj.law
btouschner@sbj.law

*Attorneys for Defendant Mozilla Foundation*

MCNAUL EBEL NAWROT & HELGREN PLLC

By: *s/ Daniel M. Weiskopf*
Daniel M. Weiskopf (WSBA No. 44941)
Richard William Redmond (WSBA No. 58835)
600 University St., Ste 2700
Seattle, WA 98101-3143
Tele: 206-467-1816
dweiskopf@mcnaul.com
rredmond@mcnaul.com

*Attorneys for Defendant Winifred Mitchell Baker*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties or their counsel of record.

Dated this 30th day of December, 2025.

*s/ Jenelle Barrett*
Jenelle Barrett, Legal Executive Assistant