THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>        Plaintiff,<br><br>    v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>        Defendants. | Case No. 2:24-cv-1032-RAJ<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** |

This matter having come before the Court on Stipulation of Dismissal with Prejudice, and this Court finding itself fully informed, hereby **GRANTS** the Stipulation of Dismissal with Prejudice, and it is hereby ordered that the stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED THIS ___ DAY OF _____, 202_.

_____
THE HONORABLE RICHARD A. JONES

[PROPOSED] ORDER GRANTING DISMISSAL
WITH PREJUDICE - 1
Case No. 2:24-cv-1032-RAJ

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7044 | Tel: 206.839.4800

Presented by:

By: s / Anthony Todaro
Anthony Todaro (WSBA No. 30391
Danielle Igbokwe (WSBA No. 62714)
**DLA PIPER LLP (US)**
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
E-mail:  anthony.todaro@us.dlapiper.com
E-mail: danielle.igbokwe@us.dlapiper.com

*Attorneys for Defendants Mozilla Corporation, Laura Chambers, and Dani Chehak*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties or their counsel of record.

Dated this 30th day of December, 2025.

*s/ Jenelle Barrett*
Jenelle Barrett, Legal Executive Assistant