THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE TEIXEIRA,<br><br>               Plaintiff,<br><br>      v.<br><br>MOZILLA CORPORATION a.k.a. M.F. Technologies, a California corporation; MOZILLA FOUNDATION, a California public benefit corporation; LAURA CHAMBERS and her marital community; WINIFRED MITCHELL BAKER and her marital community, and DANI CHEHAK and her marital community,<br><br>               Defendants. | Case No. 2:24-cv-1032-RAJ<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

This matter having come before the Court on Stipulation of Dismissal with Prejudice, and this Court finding itself fully informed, hereby **GRANTS** the Stipulation of Dismissal with Prejudice, and it is hereby ordered that the stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 5th day of January, 2026.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DISMISSAL
WITH PREJUDICE - 1
Case No. 2:24-cv-1032-RAJ

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7044 | Tel: 206.839.4800